IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re: : Chapter 11
: 
JOANN INC., *et al.*, : Case No. 24-10418 (CTG)
: 
Debtors.[1] : (Jointly Administered)
:
: **Related Dkt. No.: 212**
------------------------------------------------------------ x

**ORDER (A) AUTHORIZING THE FILING OF CERTAIN
INFORMATION CONTAINED IN THE PLAN SUPPLEMENT
UNDER SEAL AND (B) GRANTING RELATED RELIEF**

Upon the motion (the "***Motion***")[2] of the Debtors for entry of an order (this "***Order***") (a) authorizing the Debtors to redact and file under seal certain information contained in the Plan Supplement, and (b) granting related relief, all as more fully set forth in the Motion; and the Court having reviewed the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary,

---

[1] The Debtors in these cases, together with the last four digits of each Debtor's taxpayer identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

31537523.3

except as set forth in the Motion with respect to entry of this Order; and upon the record herein; and after due deliberation thereon; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED, as set forth herein.

2. The Debtors are authorized to redact and file under seal the Confidential Information contained in (a) the Plan Supplement, as reflected in the proposed redacted version of the Plan Supplement filed at Docket No. 214, and (b) any amended, modified, or supplemented Plan Supplement that the Debtors may file in the Chapter 11 Cases.

3. Subject to Local Rule 9018-1(d), the Confidential Information shall remain under seal and confidential and shall not be made available to anyone other than (a) this Court; (b) the U.S. Trustee; (c) counsels to the Ad Hoc Group, DIP Agent, ABL Agent, FILO Term Loan Agent, and each of the Additional Financing Parties; and (d) counsel to any official committee appointed upon the execution of a mutually acceptable non-disclosure agreement.

4. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

5. The Debtors are authorized and empowered to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation or enforcement of this Order.

Dated: April 23rd, 2024  
Wilmington, Delaware

**CRAIG T. GOLDBLATT**  
**UNITED STATES BANKRUPTCY JUDGE**

31537523.3