IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------------x
                                                            :
In re:                                                      :   Chapter 11
                                                            :
JOANN INC., et al.,                                         :   Case No. 24-10418 (CTG)
                                                            :
                Debtors.¹                                   :   (Jointly Administered)
                                                            :
------------------------------------------------------------x
```

**NOTICE OF AMENDED² AGENDA OF MATTERS SCHEDULED
FOR HEARING ON APRIL 25, 2024 AT 2:00 P.M. (ET)**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (ET) the business day before the hearing, unless otherwise noticed, using the *eCourtAppearances* tool available on the Court's website.**

**ADJOURNED/RESOLVED MATTERS**

1. Creditor's (Vivvente S. Brown) Motion for an Order Modifying Stay [D.I. 168; 3/28/24]

    Related Pleadings:         None.

    Objection Deadline:        April 12, 2024 at 4:00 p.m. (ET) [Extended for the Debtors.]

    Objections/Informal Responses:    None to date.

    Status:    By agreement of the parties, this matter is adjourned.

---

[1] The Debtors in these cases, together with the last four digits of each Debtor's taxpayer identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

[2] **This agenda has been amended solely to note that the hearing will be held in Courtroom No. 7, 3rd Floor, at the United States Bankruptcy Court for the District of Delaware.**

31577701.1

2. Motion of Debtors for Entry of an Order (A) Authorizing the Filing of Certain Information Contained in the Plan Supplement Under Seal and (B) Granting Related Relief [D.I. 212; 4/11/24]

   Related Pleadings:

   a) Notice of Filing of Plan Supplement to the Prepackaged Joint Plan of Reorganization of JOANN Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [D.I. 213 (Sealed Version); 4/11/24]

   b) Notice of Filing of Redacted Plan Supplement [D.I. 214; 4/11/24]

   c) Certificate of No Objection [D.I. 280; 4/19/24]

   d) Order (A) Authorizing the Filing of Certain Information Contained in the Plan Supplement Under Seal and (B) Granting Related Relief [D.I. 286; 4/23/24]

   Objection Deadline:    April 18, 2024 at 4:00 p.m. (ET)

   Objections/Informal Responses:    None.

   Status:    An order has been entered by the Court.  No hearing is necessary.

## CONFIRMATION HEARING

3. Approval of Disclosure Statement for Prepackaged Joint Plan of Reorganization of JOANN Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code and Confirmation of Prepackaged Joint Plan of Reorganization of JOANN Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code

   Related Pleadings:

   a) Prepackaged Joint Plan of Reorganization of JOANN Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [D.I. 15; 3/18/24]

   b) Disclosure Statement for Prepackaged Joint Plan of Reorganization of JOANN Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [D.I. 16; 3/18/24]

   c) Order (I) Scheduling Combined Hearing to Consider (A) Approval of Disclosure Statement, (B) Approval of Solicitation Procedures and Forms of Ballots, and (C) Confirmation of Plan; (II) Establishing an Objection Deadline to Object to Disclosure Statement and Plan; (III) Approving the Form and Manner of Notice of Combined Hearing, Objection Deadline, and

|   |   |
|---|---|
|   | Notice of Commencement; (IV) Approving Notice and Objection Procedures for the Assumption or Rejection of Executory Contracts and Unexpired Leases; (V) Conditionally Waiving Requirement of Filing Schedules of Assets and Liabilities, Statements of Financial Affairs, and 2015.3 Reports; (VI) Conditionally Waiving Requirement to Convene the Section 341 Meeting of Creditors; and (VII) Granting Related Relief [D.I. 103; 3/19/24] |
| d) | Notice of (I) Commencement of Chapter 11 Cases, (II) Combined Hearing on Disclosure Statement, Prepackaged Joint Chapter 11 Plan, and Related Matters, (III) Objection Deadlines, and (IV) Summary of Prepackaged Joint Chapter 11 Plan [D.I. 118; 3/19/24] |
| e) | Certificate of Publication [D.I. 171; 3/29/24] |
| f) | Affidavit of Service of Solicitation Materials [D.I. 182; 4/5/24] |
| g) | Notice of Filing of Plan Supplement to the Prepackaged Joint Plan of Reorganization of JOANN Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [D.I. 213 (Sealed Version); 4/11/24] |
| h) | Notice of Filing of Redacted Plan Supplement [D.I. 214; 4/11/24] |
| i) | Declaration of Alex Orchowski of Kroll Restructuring Administration LLC Regarding the Solicitation of Votes and Tabulation of Ballots Cast on the Prepackaged Joint Plan of Reorganization of JOANN Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [D.I. 254; 4/16/24] |
| j) | Affidavit of Service of Solicitation Materials [D.I. 285; 4/22/24] |
| k) | Notice of Filing of First Amended Prepackaged Joint Plan of Reorganization of JOANN Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [D.I. 288; 4/23/24] |
| l) | Notice of Filing of Amended Plan Supplement to the First Amended Prepackaged Joint Plan of Reorganization of JOANN Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [D.I. 289 (Sealed Version); 4/23/24] |
| m) | Notice of Filing of Redacted Amended Plan Supplement [D.I. 290; 4/23/24] |
| n) | Declaration of Scott Sekella, Chief Financial Officer and Executive Vice President, in Support of Confirmation of the First Amended Prepackaged Joint Plan of Reorganization of JOANN Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [D.I. 291; 4/23/24] |

o) Notice of Filing of Proposed Confirmation Order [D.I. 292; 4/23/24]

p) Declaration of Jonathan Goulding in Support of Confirmation of the First Amended Prepackaged Joint Plan of Reorganization of JOANN Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [D.I. 293; 4/23/24]

q) Memorandum of Law in Support of (I) Approval of Debtors' Disclosure Statement and (II) Confirmation of First Amended Prepackaged Joint Plan of Reorganization of JOANN Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [D.I. 294; 4/23/24]

Objection Deadline:     April 18, 2024 at 4:00 p.m. (ET)

Objections/Informal Responses:

r) Oracle America, Inc.'s Cure Objection and Reservation of Rights ("Cure Objection") Regarding the Debtors' Prepackaged Joint Plan of Reorganization of JOANN Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [D.I. 271; 4/18/24]

s) Limited Objection of JJD-HOV Elk Grove, LLC to the Prepackaged Joint Plan of Reorganization of JOANN Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [D.I. 274; 4/18/24]

t) Limited Cure Objection and Reservation of Rights ("Cure Objection") of Square One Partners, LLC to the Debtors' Prepackaged Joint Plan of Reorganization of JOANN Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [D.I. 276; 4/18/24]

u) Limited Objection of CRI Easton Square LLC, Taylor Square Owner LLC and Arbor Square II LLC to the Prepackaged Joint Chapter 11 Plan of Reorganization of JOANN, Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [D.I. 277; 4/18/24]

v) Limited Objection and Reservation of Rights of Bayshore Village (US), Inc. to Confirmation of Debtors' Prepackaged Joint Plan of Reorganization [D.I. 278; 4/18/24]

31577701.1

w) Informal Responses from:
- the Office of the United States Trustee
- Liberty Mutual Life Insurance Company
- Various Landlords
- Texas Tax Authorities
- Texas Comptroller
- The United States of America

Status: The responses listed above have been resolved. This matter is going forward on an uncontested basis.

Dated: April 23, 2024

/s/ Shane M. Reil

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **LATHAM & WATKINS LLP** |
| Michael R. Nestor (No. 3526) | George A. Davis (admitted *pro hac vice*) |
| Kara Hammond Coyle (No. 4410) | Alexandra M. Zablocki (admitted *pro hac vice*) |
| Shane M. Reil (No. 6195) | 1271 Avenue of the Americas |
| Rebecca L. Lamb (No. 7223) | New York, NY 10020 |
| Rodney Square | Telephone: (212) 906-1200 |
| 1000 North King Street | Email: george.davis@lw.com |
| Wilmington, DE 19801 | alexandra.zablocki@lw.com |
| Telephone: (302) 571-6600 | |
| Email: mnestor@ycst.com | Ted A. Dillman (admitted *pro hac vice*) |
| kcoyle@ycst.com | Nicholas J. Messana (admitted *pro hac vice*) |
| sreil@ycst.com | 355 South Grand Avenue, Suite 100 |
| rlamb@ycst.com | Los Angeles, CA 90071 |
| | Telephone: (213) 485-1234 |
| | Email: ted.dillman@lw.com |
| | nicholas.messana@lw.com |
| | |
| | Ebba Gebisa (admitted *pro hac vice*) |
| | 330 North Wabash Avenue, Suite 2800 |
| | Chicago, IL 27017 |
| | Telephone: (312) 876-7700 |
| | Email: ebba.gebisa@lw.com |

*Counsel for Debtors and Debtors-in-Possession*