## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x

In re:

JOANN INC., *et al.*,

Debtors.[1]

:
:
:
:
:
:
:
:
:
:

Chapter 11

Case No. 24-10418 (CTG)

(Jointly Administered)

**Related Dkt. No.: 156**

---------------------------------------------------------- x

### SUPPLEMENTAL DECLARATION OF DAVID R. SALEMI IN SUPPORT OF DEBTORS' APPLICATION FOR ENTRY OF AN ORDER (I) AUTHORIZING RETENTION AND EMPLOYMENT OF HOULIHAN LOKEY CAPITAL, INC., AS FINANCIAL ADVISOR AND INVESTMENT BANKER TO THE DEBTORS, EFFECTIVE AS OF THE PETITION DATE, (II) WAIVING CERTAIN REPORTING REQUIREMENTS PURSUANT TO LOCAL RULE 2016-2, AND (III) GRANTING <u>RELATED RELIEF</u>

I,  David R. Salemi, declare as follows:

1.      I am a Managing Director for Houlihan Lokey Capital, Inc. ("***Houlihan Lokey***"), and am duly authorized to execute this declaration (the "***Supplemental Declaration***") to supplement my Prior Declaration (as defined below).  I am familiar with the matters set forth herein and, if called as a witness, I could and would testify thereto.[2] To the extent any information disclosed herein requires amendment or modification upon Houlihan Lokey's completion of further review or as additional party-in-interest information becomes available to it, a further

---

[1]     The Debtors in these cases, together with the last four digits of each Debtor's taxpayer identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); and Jo-Ann Stores Support Center, Inc. (5027).  The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

[2]     Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at Houlihan Lokey and are based on information provided by them.  Unless otherwise stated, all matters set forth in this Supplemental Declaration are based on my personal knowledge, my review of the relevant documents, information supplied to me by others, or my views, which are based on, among other things, my experience and knowledge of the Debtors' business and financial condition.

supplemental declaration reflecting such amended or modified information will be submitted to the Court.

2.      On March 8, 2024 (the "***Petition Date***"), the Debtors each commenced these cases by filing voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "***Chapter 11 Cases***") in the United States Bankruptcy Court for the District of Delaware (the "***Court***").

3.      On March 27, 2024, the Debtors filed the *Debtors' Application for An Order (I) Authorizing Retention and Employment of Houlihan Lokey Capital, Inc., as Financial Advisor and Investment Banker to the Debtors, Effective as of the Petition Date, (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2, and (III) Granting Related Relief* [Docket No. 156] (the "***Application***") and attached thereto as Exhibit B was a declaration of David R. Salemi in support of the Application (the "***Prior Declaration***").

4.      Further, on April 15, 2024, the Court entered the *Order (I) Authorizing Retention and Employment of Houlihan Lokey Capital, Inc., as Financial Advisor and Investment Banker to the Debtors, Effective as of the Petition Date, (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2, and (III) Granting Related Relief* [Docket No. 246], authorizing the Debtors' retention and employment of Houlihan Lokey as requested in the Application.

5.      I submit this Supplemental Declaration to disclose certain additional information that has become available to Houlihan Lokey since the filing of the Prior Declaration. Capitalized terms used herein and not otherwise defined have the respective meanings set forth in the Prior Declaration.

6.      Subsequent to filing the Prior Declaration and in accordance with the procedures described in the Application, Houlihan Lokey has undertaken an ongoing analysis to determine

whether any material relevant facts or relationships have arisen or been discovered that necessitate the disclosure of additional parties in interest. In connection therewith, it has come to Houlihan Lokey's attention that the entities listed on **Schedule A** attached hereto ("***New Parties***") are parties involved in the Chapter 11 Cases who were not identified on Schedule 2 to the Prior Declaration.

7.      Consistent with the procedures described in the Prior Declaration, I, or one or more of my designees, reviewed a report that was based on a comparison of this list of New Parties against certain internal databases of Houlihan Lokey, including Houlihan Lokey's client management information system. To the extent that this report revealed that certain New Parties (or their apparent affiliates or entities that Houlihan Lokey believes to be affiliates, as the case may be) were current or former Houlihan Lokey Group clients that engaged a member of the Houlihan Lokey Group in the past three years (as of the date such report was generated) pursuant to a written engagement letter to provide services for which the Houlihan Lokey Group has received, or is expected to receive, fees, such parties are identified on **Schedule B** attached hereto and incorporated herein by reference. To the extent that the aforementioned report revealed certain other connections with New Parties (or their apparent affiliates or entities that Houlihan Lokey believes to be affiliates, as the case may be), such parties may also be identified on **Schedule B** or otherwise described or referenced (whether generally or specifically by name) elsewhere in this Supplemental Declaration. **Schedule B** is based upon the information contained in the aforementioned report and may not include information to the extent not included in, or not reflected in the results of Houlihan Lokey's review of, such report, or not otherwise identified by Houlihan Lokey.

8.      As can be expected with respect to any international professional services firm, Houlihan Lokey provides services to some clients with interests in the Chapter 11 Cases.  To the

best of my knowledge, except as indicated herein and in the Prior Declaration, Houlihan Lokey's

services for such clients do not relate to the Chapter 11 Cases.

9.    As stated in the Prior Declaration, Houlihan Lokey is a "disinterested person" as

that term is defined in section 101(14) of the Bankruptcy Code, in that Houlihan Lokey (i) is not

a creditor, equity security holder, or insider of the Debtors, (ii) was not, within two years before

the Petition Date, a director, officer, or employee of the Debtors, and (iii) does not have an interest

materially adverse to the interest of the Debtors' estates or of any class of creditors or equity

security holders.

10.    Houlihan Lokey will continue to utilize its internal procedures to determine its

relationships, if any, to parties that may have a connection to a client debtor. If any new material

relevant facts or relationships are discovered or arise, Houlihan Lokey will promptly file a

supplemental declaration with the Court.


*[Remainder of page intentionally left blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that, to the best of my

knowledge and after reasonable inquiry, the foregoing is true and correct.

Dated:    April 24, 2024
          New York, New York


            _/s/ David R. Salemi_____
            Name:  David R. Salemi
            Managing Director
            Houlihan Lokey Capital, Inc.

# **Schedule A**

## **New Parties Provided by Debtors**[1]

---

[1]    Houlihan Lokey has limited its search to the New Parties listed on Schedule A. Parent companies, subsidiaries or other affiliates of New Parties have not been searched unless specifically noted.

## <u>NEW PARTIES CATEGORIES</u>

- Director / Officer
- Landlords
- Major Suppliers, Vendors, and Other Parties
- Taxing and Other Governmental Authorities

**Director / Officer**
Lisa Wittman-Smith
Dennis Sheldon
Joe Thibault

**Landlords**
200 LINCOLN RETAIL LLC
4107 TELEGRAPH, LLC
5-MILE INVESTMENT COMPANY
700 ALAMA INVESTMENTS, LLC
ALBRECHT INCORPORATED
ALTO CONYERS PLAZA, LP
AMSOURCE SPANISH FORK, LLC
ARC CLORLFL001, LLC, 050019
ARC NLLKLFL001, LLC
ARC SMWMBFL001, LLC
AR-G&ERIE, LLC
AVIANA COMPANY LTD
B33 GREAT NORTHERN II, LLC
B33 MILFORD CROSSING LLC
Bayshore Village (U.S.), Inc.
BEALL GRAPEVINE CENTER, LLC
Bear Creek Station LLC
BELDEN PARK DELAWARE, LLC
BENDERSON REALTY DEVELOPMENT, INC.
BIRCH RUN STATION LLC
Birch Run Station, LLC
BLOOMINGDALE COURT, LLC
BRIGHTON MALL ASSOCIATES LIMITED PARTNERSHIP
BRIXMOR EXCHANGE PROPERTY OWNER IV, LLC
BRIXMOR GA WESTMINSTER LLC
BRIXMOR SPE 4 LP
BRIXMOR/IA CAYUGA PLAZA, LLC
BRIXMOR-LAKES CROSSING, LLC
BV WACO CENTRAL TEXAS MARKETPLACE, LLC
CAHILL ROAD PARTNERS, LLC, J2H 127 BUILDING, LLC,
CAPREALTY 14-VILLAGE, LLC
CASA DEL SOL VENTURES, LLC AND CASA DE LUNA VENTURES, LP
CHASE GREEN MOUNTAIN LTD. PARTNERSHIP
CHELTENHAM-OGONTZ REALTY PARTNERS, L.P.; CHALFONT REALTY PARTNERS, L.P.; PROVO
CREEKVIEW
COLUMBIA (NORTHPOINTE) WMS, LLC
COLUMBIA CROSSING OUTPARCEL, LLC
CORR COMMERCIAL REAL ESTATE, INC
COUNTRYSIDE CENTER CORONA
CPC MADISON, LLC
CPT RIVERSIDE PLAZA, LLC
CRI EASTON SQUARE, LLC
CRIMSON 1031 PORTFOLIO, LLC
CROSS CREEK PLAZA DR LLC.
CROSSWINDS COMMONS, LLC
CTO23 ROCKWALL LLC
CULLINAN PENSACOLA, LLC
DADELAND GREENERY LP
DDR CAROLINA PAVILION LP
DDR SOUTHEAST FOUNTAINS, L.L.C.

DDR SOUTHEAST SNELLVILLE, L.L.C.
DECATUR CROSSING, LLC
DEL AMO FASHION CENTER OPERATING COMPANY, L.L.C.
DEPTFORD PLAZA ASSOCIATES, LLC
DT AHWATUKEE FOOTHILLS LLC
EAST CHASE MARKET CENTER, LLC
ECHO/CONTINENTAL LINCOLN VILLAGE, LLC
EVANSVILLE ASSOCIATES, LP
FAIRWAY-FALLS, LLC
FAYETTE PAVILION LLC
FB FESTIVAL CENTER, LLC
FESTIVAL PROPERTIES, INC.
FLETCHER SQUARE, LLC
FREE RANGE ASHBRIDGE, LLC
FURN USA LLC
G&I Z CENTERPOINT LLC
G.W. REAL ESTATE OF GEORGIA, LLC
GAVORA, INC.
GFS REALTY INC.
GLL SELECTION II FLORIDA, L.P.
GOVERNOR'S SQUARE COMPANY IB
GP RETAIL I, LLC - DBA SRV INVESTORS
GP-MILFORD REALTY TRUST
GRAND FORKS LIMITED PARTNERSHIP
GUMBERG ASSOCIATES - SPRINGFIELD SQUARE
Hamilton Village Station LLC
HARRISON STREET INVESTORS LLC
HAWKINS-SMITH
HIGHYON SHOPPING CENTER INVESTMENT FUNDS NO. 106 L.P.
HOME DEPOT PLAZA ASSOCIATES LTD.
HORIZON COMMONS, LLC
HPC-KCB MONTEREY MARKETPLACE, LLC
IGI21 KATY LLC
J AND H HOLLYWOOD, LLC
JACKSON PROPERTIES, L.L.C.
JUMBO PROPERTY GROUP LLC
KHALIK INVESTMENTS 2 LLC
KIMCO REALTY/RPT WEST OAKS II LLC
KIR CARY LIMITED PARTNERSHIP
KIR MAPLE GROVE L.P.
KRG BEL AIR SQUARE, LLC
KRG COOL SPRINGS, LLC
KRG MARKET STREET VILLAGE, LP
KRG SUGAR LAND COLONY, LLC
L.H.W.O.P., L.L.C.
La Habra Westridge Partners, L.P.
LCR WALPOLE LLC
LEDO INTERNATIONAL CORP. LTD.
LEGEND HILLS PROPERTIES, LLC
LEJ PROPERTIES, LLC
LINCOLN HEIGHTS CENTER, LLC
LMC, LP
M C CO., LLC
MADISON PLACE, LLC
MAKABE & MAKABE, LLC
MANCINI PROPERTIES, INC.

MAP BELTON, LLC
MARKETPLACE AT VERNON HILLS, LLC
MAVERICK BOX V, LLC
MDR DOVER LIMITED PARTNERSHIP
MEDINA GRANDE SHOPS, LLC
METRO CENTRE
MFN EQUITIES, LLC
MIDWAY SHOPPING CENTER, L.P.
MURRAY-BART ASSOCIATES
NATTAN, LLC
NEW HARTFORD SHOPPING CENTER TRUST
NORTH GENEVA COMMONS LLC
NORTH VALLEY PLAZA, LLC
NORTHWAY MALL PROPERTIES SUB, LLC
OMEGA SONORA LLC
ONTARIO GATEWAY JH RETAIL XIX, LLC AND
OREM FAMILY CENTER, LLC
PAVILIONS NORTH SHOPPING CENTER 18, LLC AND
PBA LL LLC
PK I SILVERDALE SHOPPING CENTER LLC
PLAZA AT BUCKLAND HILLS, LLC
PMAT WATERSIDE, L.L.C.
PORTAL PLAZA, LP
PRESTON FOREST SC, LLC
PRIDE CENTER CO., LLC
QCM PARTNERS, LLC
QUAKERTOWN HOLDING CORPORATION
R/M VACAVILLE, LTD, L.P.
RAWSON, BLUM & LEON
REAL SUB, LLC
RED QUEEN, LLC
RHINO HOLDINGS ROCKFORD, LLC
RHINO HOLDINGS TURLOCK, LLC
Richmond Station LLC
RICHMOND STATION, LLC
RMAF I, LLC - THE CITY PORTFOLIO (DUBLIN)
ROF TA KOHLER LLC
RPI RIDGMAR TOWN SQUARE, LTD.
RVA WEST BROAD LLC
SARONI REAL ESTATES, LLC
SCHOTTENSTEIN PROPERTY GROUP
SCT RIO HILL, LLC
SDD INC.
SHJR, LLC
SHOPPES AT RIVER CROSSING, LLC
SHOPPING CENTER ASSOCIATES
SHOPS AT ST. JOHNS, LLC
SILAS CREEK IMPROVEMENTS, LLC
SMART CIENEGA SPE, LLC
SOUTH TOWN PLAZA REALTY LLC
SPIRIT BD READING PA, LLC (RI #16185-MUST APPEAR ON CORRESPONDENCE)
SPIRIT MASTER FUNDING IV, LLC
SPIRIT SPE LOAN PORTFOLIO 2013-63 LLC
SPRINGFIELD PLAZA ASSOCIATES, LLC
SRL CROSSINGS AT TAYLOR LLC
SSS WILLOWCHASE INVESTMENT, LLC

STOCKBRIDGE COURTLAND CENTER, LLC
Sugarland Plaza LP
SUNBEAM DEVELOPMENT CORPORATION
SWP WABASH PROPERTIES I, LLC
T MESQUITE MKT WVS TX, LLC
TAMBURRO PROPERTIES II, LLC
THE SHOPPES, LP
TIGARD PLAZA, LLC
TOLSON ENTERPRISES
TOWERS RETAIL, LLC
TPP 217 TAYLORSVILLE, LLC
TUCANADA HOLDINGS, SEYCO21 LLC, HPE L12 LMY LLC, HPE S12 LMYLLC, MONT REVERSE
EXCHANGE, LLC
TWIN PEAKS HOLDINGS, LLC
VEREIT
WASHINGTON STATE DEPARTMENT OF NATURAL RESOURCES
WEINGARTEN NOSTAT, INC.
WESTMINSTER GRANITE MAIN, LLC
WLPX HESPERIA, LLC
WOODPARK SC, LLC
WRI-URS MERIDIAN, LLC
YUBA RALEY'S 2003 LLC
ZAREMBA METROPOLITAN MIDLOTHIAN, LLC

**Major Suppliers, Vendors, and Other Parties**
Gildan USA LLC f/k/a Gildan USA Inc.
Granite Village West, L.P.
Infosys Ltd.
Phillips Edison & Company Inc.
Prym Consumer USA Inc.
Marple XYZ Associates, L.P.

**Taxing and Other Governmental Authorities**
Calvert County, Maryland
City of Grapevine
Crowley ISD
Frisco ISD
Grapevine-Colleyville ISD
Ken Burton JR., Manatee County Tax Collector
Plano ISD
ROCKWALL CAD
SMITH COUNTY
State of Maine, Maine Revenue Services
Travis County

**Schedule B**

**Match List[1]**

**N/A**

---

[1]    Reflects active engagements across Houlihan Lokey's business lines – Corporate Finance (CF), Financial and Valuation Advisory (FVA) and Financial Restructuring Group (FRG). Also includes disclosure on engagements within the last 3 years of the Petition Date that have closed.