# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| JOANN INC., *et al.*, | ) Case No. 24-10418 (CTG) |
| Debtors. | ) Jointly Administered |

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS, AND REQUEST FOR MATRIX ENTRY

PLEASE TAKE NOTICE that Michael J. Joyce, Esq. and the law firm of Joyce, LLC and Allan D. Sarver, Esq. hereby enter their appearance as counsel to PRTC, LP c/o Shapell Properties, Inc. ("Shapell Properties") and request that copies of all pleadings and other papers (however designated) filed in the above-captioned case, as well as notices given or required to be given in this case, be given and served upon the undersigned at the address listed below.

| | |
|---|---|
| Michael J. Joyce (No. 4563) | Allan D. Sarver, Esquire |
| Joyce, LLC | Attorney at Law |
| 1225 King Street | 16000 Ventura Boulevard |
| Suite 800 | Encino, California 91436 |
| Wilmington, DE 19801 | Phone: (818) 981-0581 |
| Telephone: (302)-388-1944 | Facsimile (818) 981-0026 |
| mjoyce@mjlawoffices.com | ads@asarverlaw.com |

In addition, it is respectfully requested that, pursuant to Rule 2002(g) of the Federal Rules of Bankruptcy Procedure, the following be added to the Court's Mailing Matrix:

PLEASE TAKE FURTHER NOTICE that pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the foregoing request includes, without limitation, all orders and notices, including but not limited to applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of

affairs, operating reports and plans, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise. This Notice of Appearance shall not constitute a submission by Shapell Properties to the jurisdiction of the Bankruptcy Court.

FURTHER, if any limited service lists are used in these proceedings, the undersigned requests inclusion thereon.

Dated: April 25, 2024
Wilmington, DE

                                            *s/ Michael J. Joyce*
                                            Michael J. Joyce (No. 4563)
                                            **JOYCE, LLC**
                                            1225 King Street
                                            Suite 800
                                            Wilmington, DE 19801
                                            (302)-388-1944
                                            mjoyce@mjlawoffices.com

                                            *Counsel to PRTC, LP*
                                            *c/o Shapell Properties, Inc.*