# SIGN-IN SHEET

**JUDGE:** Goldblatt     **COURTROOM:** 7

**CASE NUMBER:** 24-10418    **CASE NAME:** Joann Inc.   **DATE:** 4/25/2024 (2:00 PM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael Nestor | YCST | Joann |
| Kara Coyle | YCST | " |
| Shane Reil | " | " |
| Ted Dillman | Latham & Watkins | " |
| Ebba Gebisa | " | " |
| Nicholas Messana | " | " |
| Michael Merchant | Richards Layton | LGP Consenting Shareholders |
| John Vehula | Chovic, Hall | 1903 FILO Agent |
| Chris Carter | Morgan Lewis | Bank of America, ABL Agent |
| David Shim | " | " |
| Leslie Heilman | Ballard Spahr LLP | Various Landlords |
| Malcolm Bates | UST | UST |
| Wade Bredin | Manning Gross + Massenburg | TKG Management |

JOANN Inc.
24-10418

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Ann | Aber | Joann | Debtors | Video and Audio |
| Yelena | Archiyan | Katten Muchin Rosenman LLP | Realty Income (Landlord) | Video and Audio |
| Isaac | Ashworth | Latham & Watkins LLP | Debtors | Video and Audio |
| Kaleb | Bailey | | | Video and Audio |
| Jenna | Banatwala | | | Video and Audio |
| Antimo | Barbieri | TD Bank | | Audio Only |
| Matthew | Bentley | ArentFox Schiff LLP | Wilmington Savings Fund Society, FSB | Video and Audio |
| Karen | Bifferato | Connolly Gallagher LLP | several landlords | Video and Audio |
| Troy | Bollman | | | Audio Only |
| Joshua | Brody | Gibson Dunn | Ad Hoc Term Loan Group | Video and Audio |
| Joshua | Brody | Gibson, Dunn & Crutcher LLP | Ad Hoc Term Loan Group | Video and Audio |
| ELIZABETH | CARRANZA | | Joann shareholder | Video and Audio |
| Siena | Cerra | Morris James LLP | Wilmington Savings Fund Society, FSB | Video and Audio |
| Alec | Chapman | Gibson Dunn | Ad Hoc Term Loan Group | Video and Audio |
| Alec | Chapman | Gibson, Dunn & Crutcher LLP | Ad Hoc Term Loan Group | Video and Audio |
| Cat | Corey | | | Audio Only |
| Pamela | Corrie | Joann | Debtors | Video and Audio |
| Marjorie | Crider | Morgan, Lewis and Bockius LLP | Bank of America, N.A. | Video and Audio |
| Jay | Danforth | | | Audio Only |
| George | Davis | Latham & Watkins LLP | Debtors | Video and Audio |
| Robert | Dehney | Morris Nichols Arsht & Tunnell LLP | Ad Hoc Term Loan Group | Video and Audio |
| Carmen | Dingman | McDermott Will & Emery LLP | Comvest | Video and Audio |
| Brenna | Dolphin | Morris Nichols Arsht & Tunnell LLP | Ad Hoc Term Loan Group | Video and Audio |
| Brenna | Dolphin | Morris Nichols Arsht and Tunnell | Ad Hoc Term Loan Group | Video and Audio |
| William | Dorward | Singer & Levick, P.C. | RPI Ridgmar Town Square, Ltd. | Video and Audio |
| Melissa | Doura | Latham & Watkins LLP | Debtors | Video and Audio |
| Nilam | Faqhir | Latham & Watkins LLP | Debtors | Video and Audio |
| Olivia | Fay | Wells Fargo | | Audio Only |
| Scott | Fleischer | Barclay Damon LLP | Various Landlords (ECF 149) | Video and Audio |
| Bradley | Giordano | McDermott Will & Emery LLP | Comvest | Video and Audio |
| Jeffrey | Gleit | ArentFox Schiff LLP | Wilmington Savings Fund Society, FSB | Video and Audio |
| Ivan | Gold | ALLEN MATKINS LECK GAMBLE MALLORY &  NATSIS LLP | Certain Landlords | Video and Audio |
| Douglas | Gooding | Choate Hall & Stewart LLP | Liberty Mutual | Video and Audio |
| Brett | Goodman | ArentFox Schiff LLP | Wilmington Savings Fund Society, FSB | Video and Audio |
| Jon | Goulding | Alvarez and Marsal | Debtors | Video and Audio |
| Heather | Graef | | | Audio Only |
| Scott | Greenberg | Gibson, Dunn & Crutcher LLP | Ad Hoc Term Loan Group | Video and Audio |
| Nikhil | Gulati | Latham & Watkins LLP | Debtors | Video and Audio |
| Taylor | Harrison | | | Audio Only |

JOANN Inc.
24-10418

| First | Last | Firm | Client | Type |
|---|---|---|---|---|
| Matthew | Harvey | Morris Nichols Arsht & Tunnell, LLP | Ad Hoc Term Loan Group | Video and Audio |
| Matthew | Harvey | Morris Nichols Arsht & Tunnell LLP | Ad Hoc Term Loan Group | Video and Audio |
| Brian | Horey | | self | Audio Only |
| Brian | Horey | Aurelian Management | Self | Audio Only |
| Audrey | Hornisher | Clark Hill PLC | Vestar QCM; Vestar Riverside Plaza; add&#039;l landlord | Audio Only |
| Nicole | Hughes | Retail Investor | self | Audio Only |
| Michael | Ingrassia | White and Williams LLP | Crafty (AL) LLC | Video and Audio |
| Jeff | Kaplan | | | Video and Audio |
| Brya | Keilson | Morris James LLP | Wilmington Savings Fund Society, FSB | Video and Audio |
| Davis | Klabo | Latham & Watkins LLP | Debtors | Video and Audio |
| Scott | Klebanoff | Bank of America | | Audio Only |
| Dietrich | Knauth | | media | Audio Only |
| Kendra | Kocovsky | Latham & Watkins LLP | Debtors | Video and Audio |
| Courtney | Kolb | Bank of America | | Audio Only |
| Jennifer | Lappe | LevFin Insights | | Audio Only |
| Joseph | Lemkin | Stark & Stark | Bayshore Village (US) | Video and Audio |
| Kevin | Liang | Gibson Dunn | Ad Hoc Term Loan Group | Video and Audio |
| Kevin | Liang | Gibson, Dunn & Crutcher LLP | Ad Hoc Term Loan Group | Video and Audio |
| Kevin | Lippman | Munsch Hardt Kopf & Harr, PC | Seasons USA, Inc. | Audio Only |
| Kaitlin | MacKenzie | DLA Piper LLP (US) | 1903P Loan Agent, LLC and 1903 Partners, LLC | Video and Audio |
| Jonathan | Marshall | Choate Hall & Stewart LLP | Gordon Brothers Group | Video and Audio |
| Seth | Mennillo | Choate, Hall & Stewart LLP | Gordon Brothers Group | Video and Audio |
| Rachel | Mersky | Monzack Mersky McLaughlin & Browder, PA | Kimco | Video and Audio |
| Eric | Monzo | Morris James LLP | Wilmington Savings Fund Society, FSB | Video and Audio |
| Annabel | Morgan | Latham & Watkins LLP | Debtors | Video and Audio |
| Mark | Morris | Latham & Watkins LLP | Debtors | Video and Audio |
| Brian | Morrison | Kennedy Lewis / Generate Advisors | | Video and Audio |
| Katelyn | Murray | | | Audio Only |
| Joshua | Neifeld | Reorg | | Audio Only |
| Alex | Orchowski | Kroll | Debtors | Video and Audio |
| Kendall | Ota | Latham & Watkins LLP | Debtors | Video and Audio |
| Timothy | Parker | Latham & Watkins LLP | Debtors | Video and Audio |
| Michael | Plescia | JOANN Inc. | Shareholder | Audio Only |
| Amy | Quartarolo | Latham & Watkins LLP | Debtors | Video and Audio |
| Catherine | Rankin | Hunton Andrews Kurth LLP | | Video and Audio |
| Jennifer | Raviele | Kelley Drye & Warren | | Video and Audio |
| Joel | Rogers | | | Audio Only |
| Maura | Russell | Leichtman Law PLLC | West Broadway Distribution Services, LLC | Video and Audio |
| Benjamin | Ruthven | | | Audio Only |
| David | Salemi | Houlihan Lokey | Debtors | Video and Audio |

JOANN Inc.
24-10418

| First | Last | Firm | Party Representing | Mode |
|---|---|---|---|---|
| Scott | Sekella | Joann | Debtors | Video and Audio |
| Kevin | Shang | Latham & Watkins LLP | Debtors | Video and Audio |
| Jonathan | Shih | Latham & Watkins LLP | Debtors | Video and Audio |
| Michelle | Shriro | Singer & Levick, PC | RPI Ridgmar Town Square Ltd | Video and Audio |
| Michelle | Shriro | Singer & Levick, PC | RPI Ridgmar Town Square Ltd | Video and Audio |
| James | Stark | N/A | Myself/Shareholder | Video and Audio |
| Andrew | Stredde | | | Audio Only |
| Vince | Sullivan | Law360 | | Audio Only |
| Emily | Taube | Burr & Forman LLP | Brookside Properties | Video and Audio |
| Joseph | Teresi | Latham & Watkins LLP | Debtors | Video and Audio |
| Alexandra | Thomas | Choate, Hall & Stewart LLP | Gordon Brothers Group | Video and Audio |
| Corey | Timpson | City Attorney's Office | City of Fresno | Video and Audio |
| Ronald | Tucker | Simon Property Group, Inc. | Simon Property Group, Inc. | Video and Audio |
| Megan | Volin | Proskauer Rose LLP | | Video and Audio |
| Megan | Volin | Proskauer Rose LLP | Centerbridge Partners, LP | Video and Audio |
| Steven | Yachik | Kelley Drye & Warren LLP | Landlord Creditor | Video and Audio |
| Becky | Yerak | Wall Street Journal | News Corp | Audio Only |
| Alexandra | Zablocki | Latham & Watkins LLP | Debtors | Video and Audio |
| Ben | Zigterman | Law360 | | Audio Only |
| Markus | von der Marwitz | Latham & Watkins LLP | Debtors | Video and Audio |