# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:  JOANN INC., ET AL | CASE NO.: 24-10418 (CTG) |
| DEBTORS | CHAPTER 11 |

## REQUEST FOR NOTICE

Ventures Karma, LLC by and through its attorney, Geoffrey B. Treece, of the firm Quattlebaum, Grooms & Tull, PLLC, requests that the Debtor, the Clerk of this Court, the U.S. Trustee, and all other parties in interest provide the undersigned counsel with all pleadings, orders, notice of all pleadings on all adversary proceedings and contested matters, notice of all hearings, copies of all motions, applications, or other pleadings, and the like filed in this bankruptcy proceeding. Notice with all copies of all of the above-described documents should be directed as follows:

> Geoffrey B. Treece
> QUATTLEBAUM, GROOMS & TULL PLLC
> 111 Center Street, Suite 1900
> Little Rock, Arkansas 72201
> Telephone: (501) 379-1735
> Facsimile: (501) 379-1701
> Email: gtreece@qgtlaw.com

Dated this 26th day of April, 2024.

> Respectfully submitted,
> QUATTLEBAUM, GROOMS & TULL PLLC
> 111 Center Street, Suite 1900
> Little Rock, AR 72201
> Telephone:    (501) 379-1735
> Facsimile:    (501) 379-1701
> Email:  gtreece@qgtlaw.com
>
> By: /s/ Geoffrey B. Treece
>     Geoffrey B. Treece (AR 84146)
>
> *Attorneys for Ventures Karma, LLC*

## CERTIFICATE OF SERVICE

I, Geoffrey B. Treece, do hereby certify that a true and correct copy of the foregoing was served this 26th day of April, 2024, *via* U.S. Mail, electronic notification, facsimile, or other upon the following persons:

Latham & Watkins, LLP
Attorney for Debtors

U.S. Trustee

All parties requesting notice

/s/ Geoffrey B. Treece
Geoffrey B. Treece