## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> JOANN, INC., et al. <br><br> Debtors. | Chapter 11 <br><br> Case No. 24-10418 (CTG) <br><br> Jointly Administered |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of David L. Bruck of Greenbaum, Rowe, Smith & Davis LLP to represent Almaden Properties LLC in this action.

Dated: April 26, 2024

*/s/ Stephanie J. Slater*
Howard Cohen (DE 4082)
Stephanie J. Slater (DE 6922)
Fox Rothschild LLP
1201 N. Market Street, Suite 1200
Wilmington, DE 19801
Telephone: (302) 654-7444/Facsimile: (302) 656-8920
Email:  sward@foxrothschild.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New Jersey and the United States District Court for New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am general familiar with this Court's Local Rules and with the *Standing Order for District Court Fund* revised December 21, 2023.  I further certify that the fee of $50.00 has been paid to the Clerk of Court for the United States District Court.

Dated: April 26, 2024

*/s/ David L. Bruck*
David L. Bruck
Greenbaum, Rowe, Smith & Davis LLP
99 Wood Avenue South, 4th Floor
Iselin, New Jersey  08830
Telephone: (732) 549-5600/ Facsimile: (732) 476-2441
Email:  dbruck@greenbaumlaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.