**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>**JOANN, INC. et. al.,**<br><br>                    Debtors. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Chapter 11**<br><br>**Case No. 24-10418 (CTG)**<br><br>**(Jointly Administered)** |

## REQUEST FOR SPECIAL NOTICE

**PLEASE TAKE NOTICE** that Oracle America, Inc. hereby requests that notice of any and all proceedings in the above captioned case be given to its attorneys and such notice should be addressed as follows:

Amish R. Doshi, Esq.
**Doshi Legal Group, P.C.**
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
E-Mail: amish@doshilegal.com

Dated: April 29, 2024    **Respectfully Submitted,**
Lake Success, New York

By:    /s/ Amish R. Doshi
Amish R. Doshi, Esq.
**DOSHI LEGAL GROUP, P.C.**
1979 Marcus Avenue, Suite 210E
Lake Success, NY 11042
Tel (516) 622-2335
E-Mail:    amish@doshilegal.com

**Attorneys for Oracle America, Inc.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
|  | ) |  |
|  | ) | **Case No. 24-10418 (CTG)** |
| **JOANN, INC. et. al.,** | ) |  |
|  | ) | **(Jointly Administered)** |
| Debtors. | ) |  |
|  | ) |  |

## CERTIFICATE OF SERVICE

I, Amish R. Doshi, hereby certify that on April 29, 2024, I served a copy of **Request For Special Notice** on the parties listed on the attached service list via regular mail. In addition, the parties entitled to receive notice by the Court's CM-ECF system were sent an email notification of such filing by the Court's CM-ECF System.

                                                _/s/ Amish R. Doshi_____
                                                Amish R. Doshi

**SERVICE LIST**

**BY REGULAR MAIL**

| | |
|---|---|
| Kara Hammond Coyle, Esq.<br>Shane M. Reil, Esq.<br>Rebecca L. Lamb, Esq.<br>**Young Conaway Stargatt & Taylor, LLP**<br>Rodney Square,<br>1000 North King Street<br>Wilmington, DE   19801 | Timothy Fox, Esq.<br>Malcolm M. Bates, Esq.<br>**Office Of US Trustee**<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |
| Ted A. Dillman, Esq.<br>Nicholas J. Messana, Esq.<br>**Latham & Watkins LLP**<br>355 South Grand Avenue, Suite 100<br>Los Angeles, California 90071 | Kroll restructuring Administration LLC<br>c/o Joann Inc. Bankruptcy Team<br>850 3rd Avenue, Suite 412<br>Brooklyn, NY 11232 |
| Ebba Gebisa, Esq.<br>**Latham & Watkins LLP**<br>330 North Wabash Avenue, Suite 2800<br>Chicago, Illinois 60611 | George Davis, Esq.<br>Alexandra Zablocki, Esq.<br>**Latham & Watkins LLP**<br>1271 Avenue of the Americas<br>New York, New York 10002 |