IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: Case

JOANN INC. *et al.,*

Debtors[1]

Chapter 11

No. 24-10418 (CTG)

## GOVERNMENT ATTORNEY CERTIFICATION

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent the Commonwealth of Pennsylvania, Department of Revenue, through the Office of Attorney General of Pennsylvania in this action: I am admitted to practice law in the following Courts: the Supreme Court of Pennsylvania, U.S. District Courts for the Middle, Eastern and Western Districts of Pennsylvania. I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court-District of Delaware and submit to the jurisdiction of this Court for disciplinary purposes.

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these cases, together with the last four digits of each Debtor's taxpayer identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

Date: April 29, 2024                                   Respectfully submitted,

                                                 MICHELLE A. HENRY
                                                 Attorney General

                                  By:   *s/ Melissa L. Van Eck*
                                               MELISSA L. VAN ECK

Office of Attorney General            Chief Deputy Attorney General
15th Floor, Strawberry Square        Attorney ID 85869
Harrisburg, PA 17120
Phone: (717) 787-5176
mvaneck@attorneygeneral.gov

                                               *Counsel for the Commonwealth of*
                                               *Pennsylvania, Department of Revenue*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on May 22, 2023.

/s Melissa L. Van Eck
MELISSA L. Van Eck
Chief Deputy Attorney General