IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: Case

JOANN INC. *et al.,*

Debtors[1]

Chapter 11

No. 24-10418 (CTG)

## ENTRY OF APPEARANCE AND REQUEST FOR SERVICE NOTICES AND DOCUMENTS

PLEASE NOTE that pursuant to Bankruptcy Rule 9010(b), the Attorney General of Pennsylvania, as counsel for the Commonwealth of Pennsylvania, Department of Revenue, a party in interest within the intent of the United States Bankruptcy Code, and request, pursuant to Bankruptcy Rule 2002(g), that all notices, given or required to be given and all papers served or required to be served in the above-captioned case be given to and served upon the following at the office, address and telephone number set forth below, and that the person and address set forth below be added to the official address matrix in this proceeding by the Clerk of Court:

**Melissa L. Van Eck**
**Chief Deputy Attorney General**
**Pennsylvania Office of Attorney General**
**15th Floor, Strawberry Square**
**Harrisburg, PA 17120**
**Telephone 717-787-5176**
[mvaneck@attorneygeneral.gov](mailto:mvaneck@attorneygeneral.gov)

It is further requested that in furtherance of its right to be heard, as provided in 11 U.S.C.

---

[1] The Debtors in these cases, together with the last four digits of each Debtor's taxpayer identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

§1109(b) of the Bankruptcy Code, and in addition to the notices referred to in Bankruptcy Rules 2002, 2015, 6007, 9007 and 9022, the above-designated person to be served, as stated above, with copies of all notices, correspondence, orders, applications, motions, petitions or pleadings, requests, complaints or demands, whether formal or informal, or any other documents filed with this Court that would affect, to any extent, the claims, rights or interests of Commonwealth of Pennsylvania.

Date: April 29, 2024                                     Respectfully submitted,

                                                              MICHELLE A. HENRY
                                                              Attorney General

                                                   By:    *s/ Melissa L. Van Eck*
                                                                 MELISSA L. VAN ECK

Office of Attorney General                  Chief Deputy Attorney General
15th Floor, Strawberry Square             Attorney ID 85869
Harrisburg, PA 17120
Phone: (717) 787-5176
mvaneck@attorneygeneral.gov

                                                               *Counsel for the Commonwealth of*
                                                               *Pennsylvania, Department of Revenue*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on April 29, 2024.
.

                                                *s/ Melissa L. Van Eck*
                                                Melissa L. Van Eck
                                                Pennsylvania Office of Attorney General