IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x
In re:

JOANN INC., *et al.*,

    Debtors.[1]

------------------------------------------------------------x

: Chapter 11
:
: Case No. 24-10418 (CTG)
:
: (Jointly Administered)
:
: **Related Dkt. Nos.: 16, 288 & 303**

**NOTICE OF (I) OCCURRENCE OF EFFECTIVE
DATE AND (II) ENTRY OF ORDER (A) APPROVING THE
DISCLOSURE STATEMENT AND (B) CONFIRMING THE FIRST AMENDED
PREPACKAGED JOINT PLAN OF REORGANIZATION OF JOANN INC. AND ITS
DEBTOR AFFILIATES UNDER CHAPTER 11 OF THE BANKRUPTCY CODE**

**TO ALL CREDITORS, INTEREST HOLDERS, AND OTHER PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that on April 25, 2024, the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***") entered an order [Docket No. 303] (the "***Combined Order***") confirming the *First Amended Prepackaged Joint Plan of Reorganization of Joann Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 288] (together with all exhibits and supplements thereto, and as may be amended, modified, or supplemented from time to time, the "***Plan***")[2] and approving the *Disclosure Statement for Prepackaged Joint Plan of Reorganization of JOANN Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 16] (the "***Disclosure Statement***") of the above-captioned debtors and debtors-in-possession (collectively, the "***Debtors***").

**PLEASE TAKE FURTHER NOTICE** that the Effective Date occurred on April 30, 2024.

**PLEASE TAKE FURTHER NOTICE** that the Combined Order, the Plan, and copies of all documents filed in the Chapter 11 Cases may be obtained by (a) calling the Debtors' solicitation Agent, Kroll Restructuring Administration LLC (the "***Solicitation Agent***" or "***Kroll***"), at (844) 488-7837 (Toll-Free) (US/Canada) or (646) 777-2384 (International); (b) emailing the Solicitation Agent at joanninfo@ra.kroll.com; or (c) visiting the Debtors' restructuring website at

---

[1] The Debtors in these cases, together with the last four digits of each Debtor's taxpayer identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to them in the Plan.

https://cases.ra.kroll.com/JOANN.  You may also obtain copies of any pleadings filed in the Chapter 11 Cases for a fee via PACER at: http://www.deb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has approved certain discharge, release, exculpation, injunction, and related provisions in Article IX of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions are binding on the Debtors, the Reorganized Debtors, and any Holder of a Claim or Interest and such Holder's respective predecessors, successors, and assigns, whether or not the Claim or the Interest of such Holder is Impaired under the Plan, and whether or not such Holder voted to accept the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan and the Combined Order contain other provisions that may affect your rights.  You are encouraged to review the Plan and the Combined Order in their entirety.

[*Remainder of page left intentionally blank*]

Dated: April 30, 2024

*/s/ Shane M. Reil*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **LATHAM & WATKINS LLP** |
| Michael R. Nestor (No. 3526) | George A. Davis (admitted *pro hac vice*) |
| Kara Hammond Coyle (No. 4410) | Alexandra M. Zablocki (admitted *pro hac vice*) |
| Shane M. Reil (No. 6195) | 1271 Avenue of the Americas |
| Rebecca L. Lamb (No. 7223) | New York, NY 10020 |
| Rodney Square | Telephone: (212) 906-1200 |
| 1000 North King Street | Email: george.davis@lw.com |
| Wilmington, DE 19801 |        alexandra.zablocki@lw.com |
| Telephone: (302) 571-6600 | |
| Email: mnestor@ycst.com | Ted A. Dillman (admitted *pro hac vice*) |
|     kcoyle@ycst.com | Nicholas J. Messana (admitted *pro hac vice*) |
|     sreil@ycst.com | 355 South Grand Avenue, Suite 100 |
|     rlamb@ycst.com | Los Angeles, CA 90071 |
| | Telephone: (213) 485-1234 |
| | Email: ted.dillman@lw.com |
| |        nicholas.messana@lw.com |
| | |
| | Ebba Gebisa (admitted *pro hac vice*) |
| | 330 North Wabash Avenue, Suite 2800 |
| | Chicago, IL 27017 |
| | Telephone: (312) 876-7700 |
| | Email: ebba.gebisa@lw.com |

*Counsel for Debtors and Debtors in Possession*