# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| JOANN INC., *et al.*, | ) ) | Case No. 24-10418 (CTG) |
| Debtors. [1] | ) ) ) ) | (Jointly Administered) |

## AFFIDAVIT OF SERVICE

I, Engels Medina, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 19, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Ordinary Course Professionals Service List attached hereto as **Exhibit A**:

- Notice of Filing of Declaration of Ordinary Course Professional Roetzel & Andress, LPA [Docket No. 279]

- Notice of Filing of Declaration of Ordinary Course Professional Adams and Reese LLP [Docket No. 281]

Dated: April 24, 2024

                                                                                       */s/ Engels Medina*
                                                                                          Engels Medina

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on April 24, 2024, by Engels Medina proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1] The Debtors in these cases, together with the last four digits of each Debtor's taxpayer identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

**Exhibit A**

Exhibit A
Ordinary Course Professionals Service List
Served as set forth below

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|---|
| DEBTORS | JOANN INC. | ATTN: ANN ABER | 5555 DARROW ROAD | | HUDSON | OH | 44236 | ANN.ABER@JOANN.COM | Email |
| PROPOSED COUNSEL TO THE DEBTORS | LATHAM & WATKINS LLP | ATTN: TED A. DILLMAN & NICHOLAS J. MESSANA | 355 SOUTH GRAND AVE | SUITE 100 | LOS ANGELES | CA | 90071 | TED.DILLMAN@LW.COM; NICHOLAS.MESSANA@LW.COM | Email |
| PROPOSED COUNSEL TO THE DEBTORS | LATHAM & WATKINS LLP | ATTN: EBBA GEBISA | 330 NORTH WABASH AVENUE | SUITE 2800 | CHICAGO | IL | 27017 | EBBA.GABISA@LW.COM; | Email |
| PROPOSED COUNSEL TO THE DEBTORS, KATY ISD, MONTGOMERY COUNTY, CITY OF HOUSTON, HOUSTON ISD, FORT BEND COUNTY, HARRIS CO ESD # 47, HOUSTON COMM COLL SYSTEM, JEFFERSON COUNTY, HARRIS CO ESD # 09, LONE STAR COLLEGE SYSTEM AND CITY OF HUMBLE | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: SHANE M. REIL, & KARA HAMMOND COYLE | 1000 NORTH KING STREET | | WILMINGTON | DE | 19801 | SREIL@YCST.COM; KCOYLE@YCST.COM | Email |
| COUNSEL TO THE DIP AGENT, WILMINGTON SAVINGS FUND SOCIETY, FSB, AS DIP AGENT AND PREPETITION TERM LOAN AGENT | ARENTFOX SCHIFF LLP | ATTN: JEFFREY R. GLEIT, BRETT D. GOODMAN | 1301 AVENUE OF THE AMERICAS | 42ND FLOOR | NEW YORK | NY | 10019 | JEFFREY.GLEIT@AFSLAW.COM; BRETT.GOODMAN@AFSLAW.COM | First Class Mail and Email |
| COUNSEL TO THE AD HOC GROUP | MORRIS, NICHOLS, ARSHT, & TUNNELL LLP | ATTN: ROBERT DEHNEY, MATTHEW HARVEY, BRENNA DOLPHIN | 1201 NORTH MARKET STREET, 16TH FLOOR | P.O. BOX 1347 | WILMINGTON | DE | 19899 | RDEHNEY@MORRISNIHOLS.COM; MHARVEY@MORRISNICHOLS.COM; BDOLPHIN@MORRISNICHOLS.COM | First Class Mail and Email |
| COUNSEL TO THE AD HOC GROUP, THE AD HOC TERM LOAN GROUP | GIBSON, DUNN & CRUTCHER LLP | ATTN: SCOTT J. GREENBERG, JOSHUA BRODY, KEVIN LIANG | 200 PARK AVE | | NEW YORK | NY | 10166 | SGREENBURG@GIBSONDUNN.COM; JBRODY@GIBSONDUNN.COM; KLIANG@GIBSONDUNN.COM | First Class Mail and Email |
| COUNSEL TO THE PREPETITION ABL AGENT, BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT UNDER THE DEBTORS' PREPETITION ABL CREDIT FACILITY | MORGAN, LEWIS & BOCKIUS LLP | ATTN: MARJORIE CRIDER, CHRISTOPHER L. CARTER | ONE FEDERAL STREET | | BOSTON | MA | 02110 | MARJORIE.CRIDER@MORGANLEWIS.COM; CHRISTOPHER.CARTER@MORGANLEWIS.COM | First Class Mail and Email |
| COUNSEL TO THE FILO TERM LOAN AGENT, 1903P LOAN AGENT, LLC AND 1903 PARTNERS, LLC | CHOATE, HALL & STEWART LLP | ATTN: JONATHAN D. MARSHALL, JOHN F. VENTOLA, SETH D. MENNILLO, ALEXANDRA THOMAS | 2 INTERNATIONAL PLACE | | BOSTON | MA | 02110 | JVENTOLA@CHOATE.COM; MARSHALL@CHOATE.COM; JMARSHALL@CHOATE.COM; SMENNILLO@CHOATE.COM; ATHOMAS@CHOATE.COM | First Class Mail and Email |
| COUNSEL TO THE CONSENTING STOCKHOLDER PARTIES, LGP ASSOCIATES CF, LLC, GREEN EQUITY INVESTORS CF, L.P., AND GREEN EQUITY INVESTORS SIDE CF, L.P. | RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK D. COLLINS, MICHAEL J. MERCHANT, MATTHEW P. MILANA | ONE RODNEY SQUARE | 920 NORTH KING STREET | WILMINGTON | DE | 19801 | COLLINS@RLF.COM; MERCHANT@RLF.COM; MILANA@RLF.COM | First Class Mail and Email |
| COUNSEL TO THE ADDITIONAL FINANCING PARTIES | ALSTON & BIRD LLP | ATTN: J. ERIC WISE | 90 PARK AVENUE | | NEW YORK | NY | 10016 | ERIC.WISE@ALSTON.COM | First Class Mail and Email |
| COUNSEL TO THE ADDITIONAL FINANCING PARTIES | MCDERMOTT WILL & EMERY LLP | ATTN: FREDERIC L. LEVENSON, BRADELY T. GIORDANO, TAYLOR J. BERMAN | 333 SE 2ND AVENUE | | MIAMI | FL | 33131 | FLEVENSON@MWE.COM; BGIORDANO@MWE.COM; TBERMAN@MWE.COM | First Class Mail and Email |
| COUNSEL TO THE ADDITIONAL FINANCING PARTIES | MANDELBAUM BARRETT PC | ATTN: STEVEN A. HOLT, JEFFREY M. ROSENTHAL, ESQ. | 3 BECKER FARM ROAD, SUITE 105 | | ROSELAND | NJ | 07068 | SHOLT@MBLAWFIRM.COM; JROSENTHAL@MBLAWFIRM.COM | First Class Mail and Email |
| UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE, COUNSEL TO KATY ISD, MONTGOMERY COUNTY, CITY OF HOUSTON, HOUSTON ISD, FORT BEND COUNTY, HARRIS CO ESD # 47, HOUSTON COMM COLL SYSTEM, JEFFERSON COUNTY, HARRIS CO ESD # 09, LONE STAR COLLEGE SYSTEM, CITY OF HUMBLE | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: TIMOTHY J. FOX JR., MALCOM M. BATES | US DEPARTMENT OF JUSTICE | 844 KING STREET, SUITE 2207 | WILMINGTON | DE | 19801 | TIMOTHY.FOX@USDOJ.GOV; MALCOM.BATES@USDOJ.GOV | First Class Mail and Email |