# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| JOANN INC., *et al.*,[1] | ) Case No 24-10418 (CTG) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF APPEARANCE FOR GRANITE VILLAGE WEST, L.P. AND LYNNWOOD TOWER, LLC AND REQUEST FOR REMOVAL FROM SERVICE LISTS

PLEASE TAKE NOTICE that Susan E. Kaufman, Esquire of the Law Office of Susan E. Kaufman, LLC ("Kaufman") and Nancy J. Newman, Esq. of Hanson Bridgett LLP ("Newman") hereby withdraw their appearances and request for notice on behalf of Granite Village West, L.P. as owner of Village West shopping center in Hemet, CA and Lynnwood Tower, LLC, as owner of Lynnwood Center in Lynnwood, WA (collectively "Landlords"). Kaufman will continue to represent other clients in these cases and is only withdrawing Kaufman's appearance as counsel for the Landlords. Newman has no other clients in these cases and requests to be removed from all service lists in this case.

The undersigned hereby certify that (i) the Landlords have no controversy pending before the Court and (ii) Landlords consents to the withdrawal of Kaufman and Newman as its counsel in connection with the above-captioned cases.

Newman request that the Clerk of the United States Bankruptcy Court for the

---

[1] The Debtors in these cases, together with the last four digits of each Debtor's taxpayer identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

District of Delaware and the above-captioned debtors remove Newman from the CM/ECF and paper noticing lists for these cases.

Dated: May 6, 2024  LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420 / (302) 792-7420 Fax
skaufman@skaufmanlaw.com

-and-

Nancy J. Newman, Esq.
Hanson Bridgett LLP
425 Market Street, 26th Fl.
San Francisco, CA 94105
(415) 777-3200
nnewman@hansonbridgett.com