## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., *et al.*, | ) | Case No. 24-10418 (CTG) |
| | ) | |
| Debtors. [1] | ) | (Jointly Administered) |
| | ) | |
| | ) | |

### AFFIDAVIT OF SERVICE

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 17, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served by the method set forth on the Ordinary Course Professionals Service List attached hereto as **Exhibit A**:

- Notice of Filing of Declaration of Ordinary Course Professional Ernst & Young LLP [Docket No. 267]

- Notice of Filing of Declaration of Ordinary Course Professional Ogletree, Deakins, Nash, Smoak and Stewart, PC [Docket No. 268]

- Notice of Filing of Declaration of Ordinary Course Professional Beveridge & Diamond, P.C. [Docket No. 269]

*[Remainder of page intentionally left blank]*

---

[1] The Debtors in these cases, together with the last four digits of each Debtor's taxpayer identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

Dated: May 1, 2024

*/s/ Amy Castillo*
Amy Castillo

State of New York
County of New York


Subscribed and sworn (or affirmed) to me on May 1, 2024, by Amy Castillo proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ HERBERT BAER*
Notary Public, State of New York
No BA6205563
Qualified in Westchester County
Commission Expires May 11, 2025

SRF 78520

<u>**Exhibit A**</u>

Exhibit A
Ordinary Course Professionals Service List
Served as set forth below

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|---|---|---|---|
| ALSTON & BIRD LLP | ATTN: J. ERIC WISE | 90 PARK AVENUE | | NEW YORK | NY | 10016 | ERIC.WISE@ALSTON.COM | FIRST CLASS MAIL AND EMAIL |
| ARENTFOX SCHIFF LLP | ATTN: JEFFREY R. GLEIT, BRETT D. GOODMAN | 1301 AVENUE OF THE AMERICAS | 42ND FLOOR | NEW YORK | NY | 10019 | JEFFREY.GLEIT@AFSLAW.COM; BRETT.GOODMAN@AFSLAW.COM | FIRST CLASS MAIL AND EMAIL |
| CHOATE, HALL & STEWART LLP | ATTN: JONATHAN D. MARSHALL, JOHN F. VENTOLA, SETH D. MENNILLO, ALEXANDRA THOMAS | 2 INTERNATIONAL PLACE | | BOSTON | MA | 02110 | JVENTOLA@CHOATE.COM; MARSHALL@CHOATE.COM; JMARSHALL@CHOATE.COM; SMENNILLO@CHOATE.COM; ATHOMAS@CHOATE.COM | FIRST CLASS MAIL AND EMAIL |
| GIBSON, DUNN & CRUTCHER LLP | ATTN: SCOTT J. GREENBERG, JOSHUA BRODY, KEVIN LIANG | 200 PARK AVE | | NEW YORK | NY | 10166 | SGREENBURG@GIBSONDUNN.COM; JBRODY@GIBSONDUNN.COM; KLIANG@GIBSONDUNN.COM | FIRST CLASS MAIL AND EMAIL |
| JOANN INC. | ATTN: ANN ABER | 5555 DARROW ROAD | | HUDSON | OH | 44236 | ANN.ABER@JOANN.COM | EMAIL |
| LATHAM & WATKINS LLP | ATTN: EBBA GEBISA | 330 NORTH WABASH AVENUE | SUITE 2800 | CHICAGO | IL | 27017 | EBBA.GARISA@LW.COM; | EMAIL |
| LATHAM & WATKINS LLP | ATTN: TED A. DILLMAN & NICHOLAS J. MESSANA | 355 SOUTH GRAND AVE | SUITE 100 | LOS ANGELES | CA | 90071 | TED.DILLMAN@LW.COM; NICHOLAS.MESSANA@LW.COM | EMAIL |
| MANDELBAUM BARRETT PC | ATTN: STEVEN A. HOLT, JEFFREY M. ROSENTHAL, ESQ. | 3 BECKER FARM ROAD, SUITE 105 | | ROSELAND | NJ | 07068 | SHOLT@MBLAWFIRM.COM; JROSENTHAL@MBLAWFIRM.COM | FIRST CLASS MAIL AND EMAIL |
| MCDERMOTT WILL & EMERY LLP | ATTN: FREDERIC L. LEVENSON, BRADLEY T. GIORDANO, TAYLOR J. BERMAN | 333 SE 2ND AVENUE | | MIAMI | FL | 33131 | FLEVENSON@MWE.COM; BGIORDANO@MWE.COM; TBERMAN@MWE.COM | FIRST CLASS MAIL AND EMAIL |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: MARJORIE CRIDER, CHRISTOPHER L. CARTER | ONE FEDERAL STREET | | BOSTON | MA | 02110 | MARJORIE.CRIDER@MORGANLEWIS.COM; CHRISTOPHER.CARTER@MORGANLEWIS.COM | FIRST CLASS MAIL AND EMAIL |
| MORRIS, NICHOLS, ARSHT, & TUNNELL LLP | ATTN: ROBERT DEHNEY, MATTHEW HARVEY, BRENNA DOLPHIN | 1201 NORTH MARKET STREET, 16TH FLOOR | P.O. BOX 1347 | WILMINGTON | DE | 19899 | RDEHNEY@MORRISNICHOLS.COM; MHARVEY@MORRISNICHOLS.COM; BDOLPHIN@MORRISNICHOLS.COM | FIRST CLASS MAIL AND EMAIL |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: TIMOTHY J. FOX JR., MALCOM M. BATES | US DEPARTMENT OF JUSTICE | 844 KING STREET, SUITE 2207 | WILMINGTON | DE | 19801 | TIMOTHY.FOX@USDOJ.GOV; MALCOM.BATES@USDOJ.GOV | FIRST CLASS MAIL AND EMAIL |
| RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK D. COLLINS, MICHAEL J. MERCHANT, MATTHEW P. MILANA | ONE RODNEY SQUARE | 920 NORTH KING STREET | WILMINGTON | DE | 19801 | COLLINS@RLF.COM; MERCHANT@RLF.COM; MILANA@RLF.COM | FIRST CLASS MAIL AND EMAIL |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: SHANE M. REIL, & KARA HAMMOND COYLE | 1000 NORTH KING STREET | | WILMINGTON | DE | 19801 | SREIL@YCST.COM; KCOYLE@YCST.COM; | EMAIL |