## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| JOANN INC., *et al.*, | ) Case No. 24-10418 (CTG) |
| | ) |
| Debtors. [1] | ) (Jointly Administered) |
| | ) |

### AFFIDAVIT OF SERVICE

I, Engels Medina, depose and say that I am employed by Kroll Restructuring Administration LLC ("*Kroll*"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 25, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served by the method set forth on the Core/2002 Service List attached hereto as **Exhibit A**:

- Order (I) Approving the Disclosure Statement and (II) Confirming the First Amended Prepackaged Joint Plan of Reorganization of Joann Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code [Docket No. 303]

Dated: May 1, 2024

*/s/ Engels Medina*
Engels Medina

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 1, 2024, by Engels Medina proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ OLEG BITMAN*
Notary Public, State of New York
No. 01BI6339574
Qualified in New York County
Commission Expires April 4, 2028

---

[1]    The Debtors in these cases, together with the last four digits of each Debtor's taxpayer identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

**<u>Exhibit A</u>**

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO COLLIN COUNTY, COLLIN COLLEGE, CITY OF PLANO, MCKINNEY ISD, CITY OF MCKINNEY, CITY OF SHERMAN | ABERNATHY, ROEDER, BOYD & HULLETT, P.C. | ATTN: PAUL M. LOPEZ, LARRY R. BOYD, EMILY M. HAHN 1700 REDBUD BLVD SUITE 300 MCKINNEY TX 75069 | PLOPEZ@ABERNATHY-LAW.COM BANKRUPTCY@ABERNAHY-LAW.COM EHAHN@ABERNATHY-LAW.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | AHEAD INC. | ATTN: DANIEL ADAMANY, CHIEF EXECUTIVE OFFICER 401 N. MICHIGAN AVE #3400 CHICAGO IL 60611 | DANIEL.ADAMANY@THINKAHEAD.COM | Email |
| COUNSEL TO MGP XII SUNRISE VILLAGE, LLC, MP ELKO, LLC, AND SUGARLAND PLAZA LP | ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | ATTN: IVAN M. GOLD THREE EMBARCADERO CENTER 12TH FLOOR SAN FRANCISCO CA 94111-4074 | IGOLD@ALLENMATKINS.COM | Email |
| COUNSEL TO THE ADDITIONAL FINANCING PARTIES | ALSTON & BIRD LLP | ATTN: J. ERIC WISE 90 PARK AVENUE NEW YORK NY 10016 | ERIC.WISE@ALSTON.COM | Email |
| COUNSEL TO THE ADDITIONAL FINANCING PARTIES | ALSTON & BIRD LLP | ATTN: RANDOLPH MOORE III, DAVE BROWN 1202 WEST PEACHTREE STREET SUITE 4900 ATLANTA GA 30309-3424 | RANDY.MOORE@ALSTON.COM DAVE.BROWN@ALSTON.COM | Email |
| COUNSEL TO SQUARE ONE PARTNERS, LLC | ANSELL GRIMM & AARON, P.C. | ATTN: ANTHONY J. D'ARTIGLIO, ESQ. 365 RIFLE CAMP ROAD WOODLAND PARK NJ 07424 | ADARTIGLIO@ANSELL.LAW | Email |
| COUNSEL TO THE DIP AGENT, WILMINGTON SAVINGS FUND SOCIETY, FSB, AS DIP AGENT AND PREPETITION TERM LOAN AGENT | ARENTFOX SCHIFF LLP | ATTN: JEFFREY R. GLEIT, BRETT D. GOODMAN 1301 AVENUE OF THE AMERICAS 42ND FLOOR NEW YORK NY 10019 | JEFFREY.GLEIT@AFSLAW.COM BRETT.GOODMAN@AFSLAW.COM | Email |
| COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB, AS DIP AGENT AND PREPETITION TERM LOAN AGENT | ARENTFOX SCHIFF LLP | ATTN: MATTHEW R. BENTLEY 233 SOUTH WACKER DRIVE, SUITE 7100 CHICAGO IL 60606 | MATTHEW.BENTLEY@AFSLAW.COM | Email |
| COUNSEL TO BRIXMOR OPERATING PARTNERSHIP LP, FEDERAL REALTY OP LP, HH GOLDEN GATE, LLC, SHOPPING CENTER ASSOCIATES, LP,  WESTFORD VALLEY MARKETPLACE, INC., MGP XII SUNRISE VILLAGE, LLC, MP ELKO, LLC, AND SUGARLAND PLAZA LP | BALLARD SPAHR LLP | ATTN: LESLIE C. HEILMAN, LAUREL D. ROGLEN, MARGARET A. VESPER 919 N. MARKET STREET 11TH FLOOR WILMINGTON DE 19801-3034 | HEILMANL@BALLARDSPAHR.COM ROGLENL@BALLARDSPAHR.COM VESPERM@BALLARDSPAHR.COM | Email |
| COUNEL TO THE TERM LOAN AGENT | BANK OF AMERICA, N.A. | ATTN: COREY WRIGHT C/O CAHILL GORDON & REINDEL 32 OLD SHIP NEW YORK NY 10005 | | First Class Mail |
| COUNSEL TO DLC MANAGEMENT CORPORATION, HV CENTER LLC, ET AL., BRANDYWINE CROSSING SC LLC, ET AL., WH PLAZA LLC, ET AL., GIBRALTAR MANAGEMENT CO., INC., NATIONAL REALTY & DEVELOPMENT CORP., PYRAMID MANAGEMENT GROUP, LLC, RIVERCREST REALTY ASSOCIATES, LLC, INLAND COMMERCIAL REAL ESTATE SERVICES LLC, WESTFIELD, LLC, AND PTC TX HOLDINGS, LLC | BARCLAY DAMON LLP | ATTN: KEVIN M. NEWMAN BARCLAY DAMON TOWER 125 EAST JEFFERSON STREET SYRACUSE NY 13202 | KNEWMAN@BARCLAYDAMON.COM | Email |
| COUNSEL TO DLC MANAGEMENT CORPORATION, HV CENTER LLC, ET AL., BRANDYWINE CROSSING SC LLC, ET AL., WH PLAZA LLC, ET AL., GIBRALTAR MANAGEMENT CO., INC., NATIONAL REALTY & DEVELOPMENT CORP., PYRAMID MANAGEMENT GROUP, LLC, RIVERCREST REALTY ASSOCIATES, LLC, INLAND COMMERCIAL REAL ESTATE SERVICES LLC, WESTFIELD, LLC, AND PTC TX HOLDINGS, LLC | BARCLAY DAMON LLP | ATTN: NICLAS A. FERLAND 545 LONG WHARF DRIVE NINTH FLOOR NEW HAVEN CT 06511 | NFERLAND@BARCLAYDAMON.COM | Email |
| COUNSEL TO DLC MANAGEMENT CORPORATION, HV CENTER LLC, ET AL., BRANDYWINE CROSSING SC LLC, ET AL., WH PLAZA LLC, ET AL., GIBRALTAR MANAGEMENT CO., INC., NATIONAL REALTY & DEVELOPMENT CORP., PYRAMID MANAGEMENT GROUP, LLC, RIVERCREST REALTY ASSOCIATES, LLC, INLAND COMMERCIAL REAL ESTATE SERVICES LLC, WESTFIELD, LLC, AND PTC TX HOLDINGS, LLC | BARCLAY DAMON LLP | ATTN: SCOTT L. FLEISCHER 1270 AVENUE OF THE AMERICAS SUITE 501 NEW YORK NY 10020 | SFLEISCHER@BARCLAYDAMON.COM | Email |
| COUNSEL TO INFOSYS LTD. | BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | ATTN: KEVIN M. CAPUZZI, STEVEN L. WALSH 1313 NORTH MARKET STREET SUITE 1201 WILMINGTON DE 19801-6101 | KCAPUZZI@BENESCHLAW.COM SWALSH@BENESCHLAW.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | BERWICK OFFRAY LLC | ATTN: LEGAL DEPARTMENT 30 TWO BRIDGES ROAD SUITE 110 FAIRFIELD NJ 07004 | | First Class Mail |
| COUNSEL TO SUNBEAM DEVELOPMENT CORP. | BILZIN SUMBERG BAENA PRICE & AXELROD LLP | ATTN: JEFFREY I. SNYDER, ESQ. 1450 BRICKELL AVENUE 23RD FLOOR MIAMI FL 33131-3456 | JSNYDER@BILZIN.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | BROTHER INTERNATIONAL CORPORATION | ATTN: MIKE LYNCH,VICE PRESIDENT AND GENERAL COUNSEL 200 CROSSING BLVD. BRIDGEWATER NJ 08807-0911 | MICHAEL.LYNCH@BROTHER.COM | Email |
| BROWARD COUNTY ATTORNEY'S OFFICE | BROWARD COUNTY ATTORNEY'S OFFICE | ATTN: ANDREW J. MEYERS, SCOTT ANDRON GOVERNMENTAL CENTER, SUITE 423 115 SOUTH ANDREWS AVENUE FORT LAUDERDALE FL 33301 | SANDRON@BROWARD.ORG | Email |
| COUNSEL TO GILDAN USA LLC F/K/A GILDAN USA INC. | BRYAN CAVE LEIGHTON PAISNER LLP | ATTN: DAVID M. UNSETH 211 NORTH BROADWAY SUITE 3600 ST. LOUIS MI 63102 | DAVID.UNSETH@BCLPLAW.COM | Email |

In re: JOANN Inc., et al.
Case No. 24-10418 (CTG)

Page 1 of 10

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO GILDAN USA LLC F/K/A GILDAN USA INC. | BRYAN CAVE LEIGHTON PAISNER LLP | ATTN: JARRET P. HITCHINGS<br>ONE WELLS FARGO CENTER<br>301 S. COLLEGE STREET, SUITE 2150<br>CHARLOTTE NC 28202 | JARRET.HITCHINGS@BCLPLAW.COM | Email |
| COUNSEL TO ORACLE AMERICA, INC. | BUCHALTER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON, ESQ.<br>425 MARKET STREET<br>SUITE 2900<br>SAN FRANCISCO CA 94105-3493 | SCHRISTIANSON@BUCHALTER.COM | Email |
| COUNSEL TO BROOKSIDE PROPERTIES, INC. | BURR & FORMAN LLP | ATTN: EMILY TAUBE<br>222 SECOND AVENUE SOUTH<br>SUITE 2000<br>NASHVILLE TN 37201 | ETAUBE@BURR.COM | Email |
| COUNSEL TO BROOKSIDE PROPERTIES, INC. | BURR & FORMAN LLP | ATTN: J. CORY FALGOWSKI<br>222 DELAWARE AVENUE<br>SUITE 1030<br>WILMINGTON DE 19801 | JFALGOWSKI@BURR.COM | Email |
| COUNSEL TO CRAFTY (AL) LLC | CHAFFETZ LINDSEY LLP | ATTN: ALAN J. LIPKIN, ALLISON SCOTT<br>1700 BROADWAY<br>33RD FLOOR<br>NEW YORK NY 10019 | A.LIPKIN@CHAFFETZLINDSEY.COM<br>A.SCOTT@CHAFFETZLINDSEY.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | CHANGSHU WINWAY TEXTILE CO, LTD | ATTN: LEGAL DEPARTMENT<br>BUILDING A, GULI TOWN 4/F<br>10# FUCHUNJIANG EAST ROAD, CHANGSHU CITY<br>100 JIANGSHU 215533 CHINA | | First Class Mail |
| COUNSEL TO LIBERTY MUTUAL INSURANCE COMPANY | CHIESA SHAHINIAN & GIANTOMASI PC | ATTN: ARMEN SHAHINIAN, SCOTT A. ZUBER<br>105 EISENHOWER PARKWAY<br>ROSELAND NJ 07068 | ASHAHINIAN@CSGLAW.COM<br>SZUBER@CSGLAW.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | CHINA NATIONAL ARTS AND CRAFTS IMP | ATTN: LEGAL DEPARTMENT<br>NO 37 4F 199 LANE YONG FENG ROAD<br>199 LANE, NINGBO<br>130 ZHEJIANG 315010 CHINA | | First Class Mail |
| COUNSEL TO THE FILO TERM LOAN AGENT, 1903P LOAN AGENT, LLC AND 1903 PARTNERS, LLC | CHOATE, HALL & STEWART LLP | ATTN: JONATHAN D. MARSHALL, JOHN F. VENTOLA, SETH D. MENNILLO, ALEXANDRA THOMAS<br>2 INTERNATIONAL PLACE<br>BOSTON MA 02110 | JVENTOLA@CHOATE.COM<br>MARSHALL@CHOATE.COM<br>JMARSHALL@CHOATE.COM<br>SMENNILLO@CHOATE.COM<br>ATHOMAS@CHOATE.COM | Email |
| COUNSEL TO DUDLEY TRADING ASSOCIATES NOMINEE TRUST (THE "TRUST") | CIARDI CIARDI & ASTIN | ATTN: ALBERT A. CIARDI III<br>1905 SPRUCE STREET<br>PHILADELPHIA PA 19103 | ACIARDI@CIARDILAW.COM | Email |
| COUNSEL TO DUDLEY TRADING ASSOCIATES NOMINEE TRUST (THE "TRUST") | CIARDI, CIARDI & ASTIN | ATTN: DANIEL K. ASTIN<br>1204 N. KING STREET<br>WILMINGTON DE 19801 | DASTIN@CIARDILAW.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | COATS & CLARK | ATTN: LEGAL DEPARTMENT<br>3430 TORINGDON WAY<br>SUITE 301<br>CHARLOTTE NC 28277 | | First Class Mail |
| COUNSEL TO KORBER SUPPLY CHAIN US, INC. | COWLES & THOMPSON, P.C. | ATTN: WILLIAM L. SIEGEL<br>901 MAIN STREET<br>SUITE 3900<br>DALLAS TX 75202 | BSIEGEL@COWLESTHOMPSON.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | CRITEO CORP | ATTN: RYAN DAMON, CHIEF LEGAL OFFICER<br>PO BOX 392422<br>PITTSBURGH PA 15251 | R.DAMON@CRITEO.COM | Email |
| COUNSEL TO 1903P LOAN AGENT, LLC AND 1903 PARTNERS, LLC | DLA PIPER LLP | ATTN: STUART M. BROWN, KAITLIN MACKENZIE<br>1201 NORTH MARKET STREET<br>SUITE 2100<br>WILMINGTON DE 19801 | STUART.BROWN@US.DLAPIPER.COM<br>KAITLIN.MACKENZIE@US.DLAPIPER.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | DMC CORPORATION | ATTN: RENEE HILE, CHIEF EXECUTIVE OFFICER<br>86 NORTHFIRLED AVE<br>EDISON NJ 08837 | R.HILE@DMC.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | DYNO LLC | ATTN: MARTY WEINBAUM, CHIEF FINANCIAL OFFICER<br>1571 WEST COPANS ROAD<br>SUITE 105<br>POMPANO BEACH FL 33064-1513 | MARTY.WEINBAUM@DYNOMERCHANDISE.COM | Email |
| ENVIRONMENTAL PROTECTION AGENCY - REGION 2 | ENVIRONMENTAL PROTECTION AGENCY | ATTN BANKRUPTCY DIVISION<br>290 BROADWAY<br>NEW YORK NY 10007-1866 | | First Class Mail |
| ENVIRONMENTAL PROTECTION AGENCY | ENVIRONMENTAL PROTECTION AGENCY | ATTN: GENERAL COUNSEL<br>OFFICE OF GENERAL COUNSEL 2310A<br>1200 PENNSYLVANIA AVE NW, 2310A<br>WASHINGTON DC 20460 | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | ATTN: BANKRUPTCY DEPT<br>33 WHITEHALL ST<br>NEW YORK NY 10004 | | First Class Mail |
| TOP 30 LARGEST UNSECURED CREDITOR | FABRIC TRADITIONS | ATTN: ELIZABETH TOWEY, CEO AND PRESIDENT<br>519 EIGHTH AVENUE<br>19TH FLOOR<br>NEW YORK NY 10018 | BTOWEY@FABRICTRADITIONS.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | FACILITYSOURCE LLC | ATTN: CHAD DOELLINGER, GENERAL COUNSEL<br>PO BOX 846847<br>LOS ANGELES CA 90084-6847 | CHAD.DOELLINGER@CBRE.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | FEDERAL EXPRESS CORPORATION | ATTN: MARK ALLEN, EXECUTIVE VICE PRESIDENT AND GENERAL COUNSEL<br>942 SOUTH SHADY GROVE ROAD<br>MEMPHIS TN 38120 | MALLEN@FEDEX.COM | Email |
| COUNSEL TO MICHAEL G. KASOLAS, CHAPTER 7 TRUSTEE OF THE BANKRUPTCY ESTATE OF MONTGOMERY REALTY GROUP, LLC | FENNEMORE WENDEL | ATTN: MARK S. BOSTICK, LISA LENHERR<br>1111 BROADWAY<br>24TH FLOOR<br>0 CA 94607 | LLENHERR@FENNEMORELAW.COM<br>MBOSTICK@FENNEMORELAW.COM | Email |
| COUNSEL TO WPG LEGACY, LLC | FROST BROWN TODD LLP | ATTN: RONALD E. GOLD, ERIN P. SEVERINI<br>3300 GREAT AMERICAN TOWER<br>301 EAST FOURTH STREET<br>CINCINNATI OH 45202 | RGOLD@FBTLAW.COM<br>ESEVERINI@FBTLAW.COM | Email |
| COUNSEL TO IG DESIGN GROUP AMERICAS, INC., THE MCCALL PATTERN COMPANY, INC. AND SIMPLICITY PATTERN CO., INC., WELLMAN FAMILY LIMITED PARTNERSHIP | GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: MICHAEL BUSENKELL<br>1201 NORTH ORANGE STREET<br>SUITE 300<br>WILMINGTON DE 19801 | MBUSENKELL@GSBBLAW.COM | Email |
| COUNSEL TO BROTHER INTERNATIONAL CORPORATION | GIBBONS P.C. | ATTN : BRETT S. THEISEN<br>ONE PENNSYLVANIA PLAZA<br>SUITE 4515<br>NEW YORK NY 10119 | BTHEISEN@GIBBONSLAW.COM | Email |
| COUNSEL TO BROTHER INTERNATIONAL CORPORATION | GIBBONS P.C. | ATTN: KATHARINA EARLE<br>300 DELAWARE AVENUE<br>SUITE 1015<br>WILMINGTON DE 19801-1671 | KEARLE@GIBBONSLAW.COM | Email |
| COUNSEL TO THE AD HOC GROUP, THE AD HOC TERM LOAN GROUP | GIBSON, DUNN & CRUTCHER LLP | ATTN: SCOTT J. GREENBERG, JOSHUA BRODY, KEVIN LIANG<br>200 PARK AVE<br>NEW YORK NY 10166 | SGREENBURG@GIBSONDUNN.COM<br>JBRODY@GIBSONDUNN.COM<br>KLIANG@GIBSONDUNN.COM | Email |
| COUNSEL TO WELLMAN FAMILY LIMITED PARTNERSHIP | HACKETT FEINBERG P.C. | ATTN: JONATHAN M. HIXON, JACQUELINE M. (PRICE) DOYLE<br>155 FEDERAL STREET<br>9TH FLOOR<br>BOSTON MA 02110 | JMH@BOSTONBUSINESSLAW.COM<br>JMP@BOSTONBUSINESSLAW.COM | Email |
| COUNSEL TO GRANITE VILLAGE WEST, L.P. AND LYNNWOOD TOWER, LLC | HANSON BRIDGETT LLP | ATTN: NANCY J. NEWMAN, ESQ<br>425 MARKET STREET<br>26TH FLOOR<br>SAN FRANCISCO CA 94105 | NNEWMAN@HANSONBRIDGETT.COM | Email |
| COUNSEL TO ROCHESTER CROSSING, LLC | HINCKLEY, ALLEN & SNYDER LLP | ATTN: JENNIFER V. DORAN<br>28 STATE STREET<br>BOSTON MA 02109 | JDORAN@HINCKLEYALLEN.COM | Email |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>1111 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20004-2541 | | First Class Mail |
| INTERNAL REVENUE SERVICE | INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | | First Class Mail |
| COUNSEL TO AVR CPC ASSOCIATES, LLC | JASPAN SCHLESINGER NARENDRAN LLP | ATTN: SOPHIA A. PERNA-PLANK, ESQ., STEVEN R. SCHLESINGER, ESQ.<br>300 GARDEN CITY PLAZA<br>5TH FLOOR<br>GARDEN CITY NY 11530 | SPERNAPLANK@JASPANLLP.COM<br>SSCHLESINGER@JASPANLLP.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | JONES LANG LASALLE AMERICAS INC | ATTN: DAVID HITCHENS, GENERAL COUNSEL<br>200 EAST RANDOLPH DRIVE<br>CHICAGO IL 60601 | DAVID.HITCHENS@JLL.COM | Email |
| COUNSEL TO JJD-HOV ELK GROVE, LLC ("JJD-HOV") | JOYCE, LLC | ATTN: MICHAEL J. JOYCE<br>1225 KING STREET<br>SUITE 800<br>WILMINGTON DE 19801 | MJOYCE@MJLAWOFFICES.COM | Email |
| COUNSEL TO MARPLE XYZ ASSOCIATES, L.P. | KAPLIN STEWART MELOFF REITER & STEIN, P.C. | ATTN: WILLIAM J. LEVANT<br>910 HARVEST DRIVE<br>POST OFFICE BOX 3037<br>BLUE BELL PA 19422 | WLEVANT@KAPLAW.COM | Email |
| COUNSEL TO ASTON PROPERTIES; BENDERSON DEVELOPMENT COMPANY LLC; BROOKFIELD PROPERTIES RETAIL, INC.; KITE REALTY GROUP, L.P.; NNN REIT, INC.; REGENCY CENTERS, L.P.; SITE CENTERS CORP.; AND WIN PROPERTIES, INC. | KELLEY DRYE & WARREN LLP | ATTN: ROBERT L. LEHANE, JENNIFER D. RAVIELE, STEVEN YACHIK<br>3 WORLD TRADE CENTER<br>175 GREENWICH STREET<br>NEW YORK NY 10007 | KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM<br>RLEHANE@KELLEYDRYE.COM<br>JRAVIELE@KELLEYDRYE.COM<br>SYACHIK@KELLEYDRYE.COM | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO OXFORD VALLEY ROAD ASSOCIATES | KURTZMAN STEADY, LLC | ATTN: JEFFREY KURTZMAN<br>101 N. WASHINGTON AVENUE<br>SUITE 4A<br>MARGATE NJ 08402 | KURTZMAN@KURTZMANSTEADY.COM | Email |
| PROPOSED COUNSEL TO THE DEBTORS | LATHAM & WATKINS LLP | ATTN: EBBA GEBISA<br>330 NORTH WABASH AVENUE<br>SUITE 2800<br>CHICAGO IL 27017 | EBBA.GABISA@LW.COM | Email |
| PROPOSED COUNSEL TO THE DEBTORS | LATHAM & WATKINS LLP | ATTN: GEORGE A. DAVIS, YELIZAVETA BURTON, ALEXANDRA M. ZABLOCKI<br>1271 AVENUE OF THE AMERICAS<br>NEW YORK NY 10020 | GEORGE.DAVIS@LW.COM<br>LIZA.BURTON@LW.COM<br>ALEXANDRA.ZABLOCKI@LW.COM | Email |
| PROPOSED COUNSEL TO THE DEBTORS | LATHAM & WATKINS LLP | ATTN: TED A. DILLMAN & NICHOLAS J. MESSANA<br>355 SOUTH GRAND AVE<br>SUITE 100<br>LOS ANGELES CA 90071 | TED.DILLMAN@LW.COM<br>NICHOLAS.MESSANA@LW.COM | Email |
| COUNSEL TO GRANITE VILLAGE WEST, L.P. AND LYNNWOOD TOWER, LLC | LAW OFFICE OF SUSAN E. KAUFMAN, LLC | ATTN: SUSAN E, KAUFMAN, ESQ<br>919 N. MARKET STREET<br>STE 460<br>WILMINGTON DE 19801 | SKAUFMAN@SKAUFMANLAW.COM | Email |
| COUNSEL TO ASTON PROPERTIES; BENDERSON DEVELOPMENT COMPANY LLC; BROOKFIELD PROPERTIES RETAIL, INC.; KITE REALTY GROUP, L.P.; NNN REIT, INC.; REGENCY CENTERS, L.P.; SITE CENTERS CORP.; AND WIN PROPERTIES, INC. | LAW OFFICE OF SUSAN E. KAUFMAN, LLC | ATTN: SUSAN E. KAUFMAN<br>919 N. MARKET STREET<br>SUITE 460<br>WILMINGTON DE 19801 | SKAUFMAN@SKAUFMANLAW.COM | Email |
| COUNSEL TO LA HABRA WESTRIDGE PARTNERS L.P | LAW OFFICES OF RONALD K. BROWN JR | ATTN: RONALD K. BROWN, JR.<br>901 DOVE STREET<br>SUITE 120<br>NEWPORT BEACH CA 92660 | RON@RKBROWNLAW.COM | Email |
| COUNSEL TO KEN BURTON, JR., MANATEE COUNTY TAX COLLECTOR | LEGAL & COLLECTIONS SPECIALIST, CFCA | ATTN: JENNIFER FRANCIS<br>1001 3RD AVE W<br>SUITE 240<br>BRANDENTON FL 34205-7863 | LEGAL@TAXCOLLECTOR.COM | Email |
| COUNSEL TO NUECES COUNTY, MCLENNAN COUNTY, HIDALGO COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: BANKRUPTCY DEPT<br>PO BOX 17428<br>AUSTIN TX 78760-7428 | AUSTIN.BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO CITY OF EL PASO, BEXAR COUNTY, ECTOR CAD | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DON STECKER<br>112 E. PECAN STREET<br>SUITE 2200<br>SAN ANTONIO TX 78205 | SANANTONIO.BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO CITY OF FRISCO, ELLIS COUNTY, TARRANT COUNTY, LEWISVILLE ISD, DALLAS COUNTY, SMITH COUNTY, ROCKWALL CAD, GRAYSON COUNTY | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN KENDRICK TURNER<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS TX 75207 | DALLAS.BANKRUPTCY@LGBS.COM | Email |
| COUNSEL TO CYPRESS-FAIRBANKS ISD, KATY ISD, MONTGOMERY COUNTY, CITY OF HOUSTON, HOUSTON ISD, FORT BEND COUNTY, HARRIS CO ESD # 47, HOUSTON COMM COLL SYSTEM, JEFFERSON COUNTY, HARRIS CO ESD # 09, LONE STAR COLLEGE SYSTEM, CITY OF HUMBLE | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: TARA L. GRUNDEMEIER<br>PO BOX 3064<br>HOUSTON TX 77253-3064 | HOUSTON_BANKRUPTCY@LGBS.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | LION BRAND YARN CO | ATTN: ADAM BLUMENTHAL, PRESIDENT AND CEO<br>125 CHUBB AVE<br>LYNDHURST NJ 07071 | ADAM.BLUMENTHAL@LIONBRAND.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | LOW TECH TOY CLUB LLC | ATTN: ADRIAN ZHANG, MANAGER<br>411 EMISSARY DR<br>#108<br>CARY NC 27519 | ADRIAN@THEWOOBLES.COM | Email |
| COUNSEL TO THE ADDITIONAL FINANCING PARTIES | MANDELBAUM BARRETT PC | ATTN: STEVEN A. HOLT, JEFFREY M. ROSENTHAL, ESQ.<br>3 BECKER FARM ROAD, SUITE 105<br>ROSELAND NJ 07068 | SHOLT@MBLAWFIRM.COM<br>JROSENTHAL@MBLAWFIRM.COM | Email |
| COUNSEL TO THE COUNTY OF BRAZOS, TEXAS THE COUNTY OF COMAL, TEXAS THE COUNTY OF DENTON, TEXAS CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY CITY OF WACO/WACO ISD THE COUNTY OF WILLIAMSON, TEXAS | MCCREARY, VESELKA, BRAGG, & ALLEN, P.C. | ATTN: JULIE ANNE PARSONS<br>P.O. BOX 1269<br>ROUND ROCK TX 78680-1269 | JPARSONS@MVBALAW.COM | Email |
| COUNSEL TO THE ADDITIONAL FINANCING PARTIES | MCDERMOTT WILL & EMERY LLP | ATTN: FREDERIC L. LEVENSON, BRADLEY T. GIORDANO, TAYLOR J. BERMAN<br>333 SE 2ND AVENUE<br>MIAMI FL 33131 | FLEVENSON@MWE.COM<br>BGIORDANO@MWE.COM<br>TBERMAN@MWE.COM | Email |
| COUNSEL TO PRINCE GEORGE'S COUNTY, MARYLAND | MEYERS, RODBELL & ROSENBAUM, P.A. | ATTN: NICOLE C. KENWORTHY<br>6801 KENILWORTH AVENUE<br>SUITE 400<br>RIVERDALE MD 20737-1385 | | First Class Mail |
| COUNSEL TO CALVERT COUNTY, MARYLAND | MEYERS, RODBELL & ROSENBAUM, P.A. | ATTN: NICOLE C. KENWORTHY<br>6801 KENILWORTH AVENUE<br>SUITE 400<br>RIVERDALE MD 20737-1385 | | First Class Mail |
| COUNSEL TO KIMCO REALTY CORPORATION | MONZACK MERSKY AND BROWDER, P.A. | ATTN: RACHEL B. MERSKY<br>1201 N. ORANGE STREET, SUITE 400<br>WILMINGTON DE 19801-1155 | RMERSKY@MONLAW.COM | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO THE PREPETITION ABL AGENT, BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT UNDER THE DEBTORS' PREPETITION ABL CREDIT FACILITY | MORGAN, LEWIS & BOCKIUS LLP | ATTN: MARJORIE CRIDER, CHRISTOPHER L. CARTER ONE FEDERAL STREET BOSTON MA 02110 | MARJORIE.CRIDER@MORGANLEWIS.COM CHRISTOPHER.CARTER@MORGANLEWIS.COM | Email |
| COUNSEL TO BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT UNDER THE DEBTORS' PREPETITION ABL CREDIT FACILITY | MORGAN, LEWIS & BOCKIUS LLP | ATTN: DAVID K. SHIM ONE STATE STREET HARTFORD CT 06103-3178 | DAVID.SHIM@MORGANLEWIS.COM | Email |
| COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB, AS DIP AGENT AND PREPETITION TERM LOAN AGENT | MORRIS JAMES LLP | ATTN: ERIC J. MONZO, BRYA M. KEILSON, SIENA B. CERRA 500 DELAWARE AVENUE, SUITE 1500 WILMINGTON DE 19801 | EMONZO@MORRISJAMES.COM BKEILSON@MORRISJAMES.COM SCERRA@MORRISJAMES.COM | Email |
| COUNSEL TO THE AD HOC TERM LOAN GROUP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: ROBERT J. DEHNEY, MATTHEW B. HARVEY, BRENNA A. DOLPHIN 1201 NORTH MARKET STREET 16TH FLOOR WILMINGTON DE 19801 | RDEHNEY@MORRISNICHOLS.COM MHARVEY@MORRISNICHOLS.COM BDOLPHIN@MORRISNICHOLS.COM | Email |
| COUNSEL TO THE AD HOC GROUP | MORRIS, NICHOLS, ARSHT, & TUNNELL LLP | ATTN: ROBERT DEHNEY, MATTHEW HARVEY, BRENNA DOLPHIN 1201 NORTH MARKET STREET, 16TH FLOOR P.O. BOX 1347 WILMINGTON DE 19899 | RDEHNEY@MORRISNIHOLS.COM MHARVEY@MORRISNICHOLS.COM BDOLPHIN@MORRISNICHOLS.COM | Email |
| COUNSEL TO DUDLEY TRADING ASSOCIATES NOMINEE TRUST (THE "TRUST") | MURPHY & KING, P.C. | ATTN: KATHLEEN R. CRUICKSHANK 28 STATE STREET SUITE 3101 BOSTON MA 02109- | KCRUICKSHANK@MURPHYKING.COM | Email |
| NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | NATIONAL ASSOCIATION OF ATTORNEYS GENERAL | ATTN: KAREN CORDRY 1850 M ST., NW 12TH FLOOR WASHINGTON DC 20036 | KCORDRY@NAAG.ORG | Email |
| COUNSEL TO PRYM CONSUMER USA INC. | NELSON MULLINS RILEY & SCARBOROUGH LLP | ATTN: JODY A. BEDENBAUGH 1320 MAIN STREET 17TH FLOOR COLUMBIA SC 29201 | JODY.BEDENBAUGH@NELSONMULLINS.COM | Email |
| COUNSEL TO PRYM CONSUMER USA INC. | NELSON MULLINS RILEY & SCARBOROUGH LLP | ATTN: JODY A. BEDENBAUGH POST OFFICE BOX 11070 COLUMBIA SC 29211 | JODY.BEDENBAUGH@NELSONMULLINS.COM | Email |
| COUNSEL TO TEXAS COMPTROLLER OF PUBLIC ACCOUNT | OFFICE OF THE ATTORNEY GENERAL, BANKRUPTCY & COLLECTIONS DIVISION | ATTN: KEN PAXTON, BRENT WEBSTER, JAMES LLOYD, RACHEL OBALDO, CHRISTOPHER S. MURPHY P. O. BOX 12548 CAPITOL STATION AUSTIN TX 78711-2548 | CHRISTOPHER.MURPHY@OAG.TEXAS.GOV | Email |
| OFFICE OF THE INDIANA ATTORNEY GENERAL | OFFICE OF THE INDIANA ATTORNEY GENERAL | DIVISION OF UNCLAIMED PROPERTY 35 SOUTH PARK BLVD GREENWOOD IN 46143 | | First Class Mail |
| UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE, COUNSEL TO KATY ISD, MONTGOMERY COUNTY, CITY OF HOUSTON, HOUSTON ISD, FORT BEND COUNTY, HARRIS CO ESD # 47, HOUSTON COMM COLL SYSTEM, JEFFERSON COUNTY, HARRIS CO ESD # 09, LONE STAR COLLEGE SYSTEM | OFFICE OF THE UNITED STATES TRUSTEE | ATTN: TIMOTHY J. FOX JR., MALCOM M. BATES US DEPARTMENT OF JUSTICE 844 KING STREET, SUITE 2207 WILMINGTON DE 19801 | TIMOTHY.FOX@USDOJ.GOV MALCOM.BATES@USDOJ.GOV | Email |
| COUNSEL TO SEVEN CORNERS CENTER LLC | OFFIT KURMAN, P.A. | ATTN: BRIAN J. MCLAUGHLIN 222 DELAWARE AVENUE SUITE 1105 WILMINGTON DE 19801 | BRIAN.MCLAUGHLIN@OFFITKURMAN.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | ORMO ITHALAT IHRACAT ANONIM KAGITHANE OFISPARK, MERKEZ MAHALLES | ATTN: LEGAL DEPARTMENT BAGLAR CADDESI 14/B ISTANBUL, KAGITHANE 34406 TURKEY | | First Class Mail |
| TOP 30 LARGEST UNSECURED CREDITOR | PELLON CONSUMER PRODUCTS/PCP GROUP | ATTN: LEGAL DEPARTMENT 4801 ULMERTON ROAD CLEARWATER FL 33762 | | First Class Mail |
| PENSION BENEFIT GUARANTY CORPORATION | PENSION BENEFIT GUARANTY CORPORATION | ATTN: BANKRUPTCY DEPT 1200 K ST NW WASHINGTON DC 20005 | | First Class Mail |
| COUNSEL TO CLEAR CREEK INDEPENDENT SCHOOL DISTRICT, 71, HARRIS COUNTY MUNICIPAL UTILITY DISTRICT # 186, HARRIS COUNTY WATER CONTROL AND IMPROVEMENT DISTRICT # 145, AND HUMBLE INDEPENDENT SCHOOL DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P | ATTN: MELISSA E. VALDEZ 1235 NORTH LOOP WEST SUITE 600 HOUSTON TX 77008 | MVALDEZ@PBFCM.COM | Email |
| COUNSEL TO CITY OF GRAPEVINE, GRAPEVINE-COLLEYVILLE ISD, CROWLEY ISD. | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: ELIZABETH BANDA CALVO 500 E. BORDER STREET SUITE 640 ARLINGTON TX 76010 | EBCALVO@PBFCM.COM | Email |
| COUNSEL TO LUBBOCK CENTRAL APPRAISAL DISTRICT | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: LAURA J. MONROE P.O. BOX 817 LUBBOCK TX 79408 | LMBKR@PBFCM.COM | Email |
| COUNSEL TO FRISCO ISD, PLANO ISD | PERDUE, BRANDON, FIELDER, COLLINS & MOTT, L.L.P. | ATTN: LINDA D. REECE 1919 S. SILOH RD SUITE 640, LB 40 GARLAND TX 75042 | LREEECE@PBFCM.COM | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| COUNSEL TO MANN ENTERPRISES, INC. | PROCOPIO, CORY, HARGREAVES & SAVITCH LLP | ATTN: GERALD P. KENNEDY<br>525 B STREET<br>SUITE 2200<br>SAN DIEGO CA 92101 | GERALD.KENNEDY@PROCOPIO.COM | Email |
| COUNSEL FOR CENTERBRIDGE CREDIT CS, L.P. | PROSKAUER ROSE LLP | ATTN: JORDAN SAZANT<br>70 WEST MADISON, SUITE 3800<br>CHICAGO IL 60602 | | First Class Mail |
| COUNSEL FOR CENTERBRIDGE CREDIT CS, L.P. | PROSKAUER ROSE LLP | ATTN: CHARLES A. DALE<br>ONE INTERNATIONAL PLACE<br>BOSTON MA 02110 | CDALE@PROSKAUER.COM | Email |
| COUNSEL FOR CENTERBRIDGE CREDIT CS, L.P. | PROSKAUER ROSE LLP | ATTN: VINCENT INDELICATO, MEGAN R. VOLIN<br>ELEVEN TIMES SQUARE<br>NEW YORK NY 10036 | VINDELICATO@PROSKAUER.COM<br>MVOLIN@PROSKAUER.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | PRYM CONSUMER USA INC | ATTN: DOUG JOHNSTON, CHIEF EXECUTIVE OFFICER<br>950 BRICKSACK RD<br>SPARTANBURG SC 29303 | DOUG.JOHNSTON@PRYM-CONSUMER-USA.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | QUEEN CRAFTS LIMITED | ATTN: LEGAL DEPARTMENT<br>6TH FLOOR, CREATIVE DESIGN BUILDING<br>TAIAN ROAD<br>SOUTH CBD YINZHOU DISCTRICT, NINGBO 315100 CHINA | | First Class Mail |
| COUNSEL TO BIRCH RUN STATION LLC | RASHTI AND MITCHELL, ATTORNEYS AT LAW | ATTN: TIMOTHY T. MITCHELL<br>4422 RIDGESIDE DRIVE<br>DALLAS TX 75244 | TIM@RASHTIANDMITCHELL.COM<br>DKRM@AOL.COM | Email |
| COUNSEL TO BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT AND COLLATERAL AGENT UNDER THE DEBTORS' PREPETITION ABL CREDIT FACILITY | REED SMITH LLP | ATTN: KURT F. GWYNNE, JASON D. ANGELO<br>1201 N. MARKET STREET, SUITE 1500<br>WILMINGTON DE 19801 | KGWYNNE@REEDSMITH.COM<br>JANGELO@REEDSMITH.COM | Email |
| COUNSEL TO CLECO POWER LLC | RICHARD A. ROZANSKI, APLC | ATTN: RICHARD A. ROZANSKI<br>P.O. BOX 13199<br>ALEXANDRIA LA 71315-3199 | RICHARD@RARLAW.NET | Email |
| COUNSEL TO CITY OF ALEXANDRIA, LOUISIANA | RICHARD A. ROZANSKI, APLC | ATTN: RICHARD A. ROZANSKI<br>P.O. BOX 13199<br>ALEXANDRIA LA 71315-3199 | RICHARD@RARLAW.NET | Email |
| COUNSEL TO THE CONSENTING STOCKHOLDER PARTIES, LGP ASSOCIATES CF, LLC, GREEN EQUITY INVESTORS CF, L.P., AND GREEN EQUITY INVESTORS SIDE CF, L.P. | RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK D. COLLINS, MICHAEL J. MERCHANT, MATTHEW P. MILANA<br>ONE RODNEY SQUARE<br>920 NORTH KING STREET<br>WILMINGTON DE 19801 | COLLINS@RLF.COM<br>MERCHANT@RLF.COM<br>MILANA@RLF.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | ROBERT KAUFMAN CO INC | ATTN: KEN KAUFMAN, CHIEF EXECUTIVE OFFICER<br>129 W 132ND ST<br>LOS ANGELES CA 90061 | KEN@ROBERTKAUFMAN.COM | Email |
| COUNSEL TO PHILLIPS EDISON & COMPANY INC., ALAMEDA CROSSING STATION LLC, BEAR CREEK STATION LLC, BEAVERCREEK TOWNE STATION LLC, HAMILTON VILLAGE STATION LLC, LAKEWOOD STATION LLC, RAYNHAM STATION LLC, & RICHMOND STATION LLC | SAUL EWING LLP | ATTN: MONIQUE B. DISABATINO<br>1201 NORTH MARKET STREET, SUITE 2300<br>P.O. BOX 1266<br>WILMINGTON DE 19899 | MONIQUE.DISABATINO@SAUL.COM | Email |
| COUNSEL TO PHILLIPS EDISON & COMPANY INC., ALAMEDA CROSSING STATION LLC, BEAR CREEK STATION LLC, BEAVERCREEK TOWNE STATION LLC, HAMILTON VILLAGE STATION LLC, LAKEWOOD STATION LLC, RAYNHAM STATION LLC, & RICHMOND STATION LLC | SAUL EWING LLP | ATTN: TURNER N. FALK<br>CENTRE SQUARE WEST<br>1500 MARKET STREET, 38TH FLOOR<br>PHILADELPHIA PA 19102 | TURNER.FALK@SAUL.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | SCHNEIDER NATIONAL CARRIERS INC | ATTN: CARL KOSKI, CREDIT MANAGER<br>3101 SOUTH PACKERLAND DRIVE<br>GREEN BAY WI 54313 | KOSKIC@SCHNEIDER.COM | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - NY OFFICE | ATTN: BANKRUPTCY DEPT<br>BROOKFIELD PLACE<br>200 VESEY STREET, STE 400<br>NEW YORK NY 10281-1022 | BANKRUPTCYNOTICESCHR@SEC.GOV<br>NYROBANKRUPTCY@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - REGIONAL OFFICE | SECURITIES & EXCHANGE COMMISSION - PHILADELPHIA OFFICE | ATTN: BANKRUPTCY DEPT<br>ONE PENN CENTER<br>1617 JFK BLVD, STE 520<br>PHILADELPHIA PA 19103 | SECBANKRUPTCY@SEC.GOV | Email |
| SECURITIES AND EXCHANGE COMMISSION - HEADQUARTERS | SECURITIES AND EXCHANGE COMMISSION | ATTN: SECRETARY OF THE TREASURY<br>100 F. STREET NE<br>WASHINGTON DC 20549 | SECBANKRUPTCY@SEC.GOV | Email |
| COUNSEL TO NANCY C. MILLAN, HILLSBOROUGH COUNTY TAX COLLECTOR | SENIOR ASSISTANT COUNTY ATTORNEY | ATTN: BRIAN T. FITZGERALD, ESQ.<br>POST OFFICE BOX 1110<br>TAMPA FL 33601-1110 | FITZGERALDB@HILLSBOROUGHCOUNTY.ORG<br>STROUPJ@HILLSBOROUGHCOUNTY.ORG<br>CONNORSA@HILLSBOROUGHCOUNTY.ORG | Email |
| COUNSEL TO IG DESIGN GROUP AMERICAS, INC., THE MCCALL PATTERN COMPANY, INC. AND SIMPLICITY PATTERN CO., INC. | SEYFARTH SHAW LLP | ATTN: JAMES B. SOWKA<br>233 S. WACKER DRIVE<br>SUITE 8000<br>CHICAGO IL 60606-6448 | JSOWKA@SEYFARTH.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | SHAOXING ROBB IMP AND EXP CO., LTD | ATTN: LEGAL DEPARTMENT<br>SUITE B 19018 WONDER PLAZA<br>SHAOXING KEQIAO, 130<br>ZHEJIANG 312030 CHINA | | First Class Mail |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| TOP 30 LARGEST UNSECURED CREDITOR | SHAOXING XINZEZHOU IMP AND EXP CO | ATTN: LEGAL DEPARTMENT WUYANG VILLAGE, FUQUAN TOWN KEJIAO DISTRICT, SHOXING ZHEJIANG 130 CHINA | | First Class Mail |
| COUNSEL TO FOR SIMON PROPERTY GROUP, INC. AND ITS RELATED ENTITIES IN 11428-49 | SIMON PROPERTY GROUP, INC. | ATTN: RONALD M. TUCKER 225 WEST WASHINGTON STREET INDIANAPOLIS IN  46204 | RTUCKER@SIMON.COM | Email |
| COUNSEL TO RPI RIDGMAR TOWN SQUARE, LTD. ("RPI RIDGMAR") | SINGER & LEVICK, P.C. | ATTN: MICHELLE E. SHRIRO, ESQ. 16200 ADDISON ROAD SUITE 140 ADDISON TX 75001 | MSHRIRO@SINGERLEVICK.COM | Email |
| COUNSEL TO G&I IX EMPIRE MCKINLEY MILESTRIP LLC, CONCORD RETAIL PARTNERS, L.P., AND AND MACARTHUR LLC | SIRLIN LESSER & BENSON, P.C. | ATTN: DANA S. PLON, ESQ. 123 SOUTH BROAD STREET SUITE 2100 PHILADELPHIA PA 19109 | DPLON@SIRLINLAW.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | SPINRITE CORP | ATTN: KYLEE PETERS, PRESIDENT AND CEO 320 LIVINGSTONE AVE SOUTH LSTOWEL ON N4W 3H3 CANADA | KPETERS@SPRINTEYARNS.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | SPRINGS CREATIVE PRODUCTS GROUP | ATTN: DERICK CLOSE, CHIEF EXECUTIVE OFFICER 300 CHATHAM AVENUE SUITE 100 ROCK HILL SC 29730 | DERICK.CLOSE@SRPINGSCREATIVE.COM | Email |
| COUNSEL TO LEVIN MANAGEMENT CORPORATION | STARK & STARK, P.C | ATTN: THOMAS S. ONDER, JOSEPH H. LEMKIN P.O. BOX 5315 PRINCETON NJ 08543 | TONDER@STARK-STARK.COM JLEMKIN@STARK-STARK.COM | Email |
| COUNSEL TO DAVID'S BRIDAL | STARK & STARK, P.C. | ATTN: JOSEPH H. LEMKIN PO BOX 5315 PRINCETON NJ 08543 | JLEMKIN@STARK-STARK.COM | Email |
| STATE OF ALABAMA ATTORNEY GENERAL | STATE OF ALABAMA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT P.O. BOX 300152 MONTGOMERY AL 36130-0152 | | First Class Mail |
| STATE OF ALASKA ATTORNEY GENERAL | STATE OF ALASKA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT P.O. BOX 110300 JUNEAU AK 99811-0300 | ATTORNEY.GENERAL@ALASKA.GOV | Email |
| STATE OF ARIZONA ATTORNEY GENERAL | STATE OF ARIZONA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 2005 N CENTRAL AVE PHOENIX AZ 85004-2926 | AGINFO@AZAG.GOV | Email |
| STATE OF ARKANSAS ATTORNEY GENERAL | STATE OF ARKANSAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 323 CENTER ST. SUITE 200 LITTLE ROCK AR 72201-2610 | | First Class Mail |
| STATE OF CALIFORNIA ATTORNEY GENERAL | STATE OF CALIFORNIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT P.O. BOX 944255 SACRAMENTO CA 94244-2550 | BANKRUPTCY@COAG.GOV | Email |
| STATE OF COLORADO ATTORNEY GENERAL | STATE OF COLORADO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT RALPH L. CARR COLORADO JUDICIAL CENTER 1300 BROADWAY, 10TH FLOOR DENVER CO 80203 | | First Class Mail |
| STATE OF CONNECTICUT ATTORNEY GENERAL | STATE OF CONNECTICUT ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 165 CAPITOL AVENUE HARTFORD CT 06106 | ATTORNEY.GENERAL@CT.GOV DENISE.MONDELL@CT.GOV | Email |
| STATE OF DELAWARE ATTORNEY GENERAL | STATE OF DELAWARE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT CARVEL STATE OFFICE BLDG. 820 N. FRENCH ST. WILMINGTON DE 19801 | ATTORNEY.GENERAL@STATE.DE.US | Email |
| STATE OF FLORIDA ATTORNEY GENERAL | STATE OF FLORIDA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT THE CAPITOL, PL 01 TALLAHASSEE FL 32399-1050 | | First Class Mail |
| STATE OF GEORGIA ATTORNEY GENERAL | STATE OF GEORGIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 40 CAPITAL SQUARE, SW ATLANTA GA 30334-1300 | | First Class Mail |
| STATE OF IDAHO ATTORNEY GENERAL | STATE OF IDAHO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 700 W. JEFFERSON STREET P.O. BOX 83720 BOISE ID 83720-1000 | | First Class Mail |
| STATE OF ILLINOIS ATTORNEY GENERAL | STATE OF ILLINOIS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 100 WEST RANDOLPH STREET CHICAGO IL 60601 | WEBMASTER@ATG.STATE.IL.US | Email |
| STATE OF INDIANA ATTORNEY GENERAL | STATE OF INDIANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT INDIANA GOVERNMENT CENTER SOUTH 302 W. WASHINGTON ST., 5TH FLOOR INDIANAPOLIS IN 46204 | INFO@ATG.IN.GOV | Email |

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF IOWA ATTORNEY GENERAL | STATE OF IOWA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 1305 E. WALNUT STREET DES MOINES IA 50319 | WEBTEAM@AG.IOWA.GOV | Email |
| STATE OF KANSAS ATTORNEY GENERAL | STATE OF KANSAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 120 SW 10TH AVE., 2ND FLOOR TOPEKA  KS 66612-1597 | | First Class Mail |
| STATE OF KENTUCKY ATTORNEY GENERAL | STATE OF KENTUCKY ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 700 CAPITOL AVENUE, SUITE 118 FRANKFORT  KY 40601 | | First Class Mail |
| STATE OF LOUISIANA ATTORNEY GENERAL | STATE OF LOUISIANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT P.O. BOX 94095 BATON ROUGE LA 70804-4095 | CONSUMERINFO@AG.STATE.LA.US | Email |
| STATE OF MAINE ATTORNEY GENERAL | STATE OF MAINE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 6 STATE HOUSE STATION AUGUSTA ME 04333-0000 | KAITLYN.M.HUSAR@MAINE.GOV | Email |
| STATE OF MARYLAND ATTORNEY GENERAL | STATE OF MARYLAND ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 200 ST. PAUL PLACE BALTIMORE MD 21202-2202 | OAG@OAG.STATE.MD.US | Email |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT ONE ASHBURTON PLACE BOSTON  MA 02108-1698 | AGO@STATE.MA.US | Email |
| STATE OF MICHIGAN ATTORNEY GENERAL | STATE OF MICHIGAN ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT G. MENNEN WILLIAMS BUILDING, 7TH FLOOR 525 W. OTTAWA ST., P.O. BOX 30212 LANSING MI 48909-0212 | MIAG@MICHIGAN.GOV | Email |
| STATE OF MINNESOTA ATTORNEY GENERAL | STATE OF MINNESOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 1400 BREMER TOWER 445 MINNESOTA STREET ST. PAUL MN 55101-2131 | | First Class Mail |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT WALTER SILLERS BUILDING 550 HIGH STREET, SUITE 1200, P.O. BOX 220 JACKSON MS 39201 | | First Class Mail |
| STATE OF MISSOURI ATTORNEY GENERAL | STATE OF MISSOURI ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT SUPREME COURT BUILDING 207 W. HIGH ST. JEFFERSON CITY MO 65102 | ATTORNEY.GENERAL@AGO.MO.GOV | Email |
| STATE OF MONTANA ATTORNEY GENERAL | STATE OF MONTANA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 215 N SANDERS, THIRD FLOOR PO BOX 201401 HELENA MT 59620-1401 | CONTACTDOJ@MT.GOV | Email |
| STATE OF NEBRASKA ATTORNEY GENERAL | STATE OF NEBRASKA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 2115 STATE CAPITOL 2ND FL, RM 2115 LINCOLN NE 68509-8920 | AGO.INFO.HELP@NEBRASKA.GOV | Email |
| STATE OF NEVADA ATTORNEY GENERAL | STATE OF NEVADA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 100 NORTH CARSON STREET CARSON CITY NV 89701 | AGINFO@AG.NV.GOV | Email |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 33 CAPITOL ST. CONCORD NH 03301-0000 | ATTORNEYGENERAL@DOJ.NH.GOV | Email |
| STATE OF NEW JERSEY ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT ATTN: RJ HUGHES JUSTICE COMPLEX 25 MARKET STREET TRENTON NJ 08625-0080 | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US | Email |
| STATE OF NEW JERSEY ATTORNEY GENERAL | STATE OF NEW JERSEY ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT ATTN: RJ HUGHES JUSTICE COMPLEX P.O. BOX 080 TRENTON NJ 08625-0080 | ASKCONSUMERAFFAIRS@LPS.STATE.NJ.US | Email |
| STATE OF NEW MEXICO ATTORNEY GENERAL | STATE OF NEW MEXICO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT P.O. DRAWER 1508 SANTA FE NM 87504-1508 | | First Class Mail |
| STATE OF NEW YORK ATTORNEY GENERAL | STATE OF NEW YORK ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT THE CAPITOL ALBANY  NY 12224-0341 | | First Class Mail |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT 9001 MAIL SERVICE CENTER RALEIGH NC 27699-9001 | | First Class Mail |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT STATE CAPITOL 600 E BOULEVARD AVE DEPT 125 BISMARCK ND 58505-0040 | NDAG@ND.GOV | Email |

In re: JOANN Inc., et al.
Case No. 24-10418 (CTG)

Page 8 of 10

Exhibit A
Core/2002 Service List
Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| STATE OF OHIO ATTORNEY GENERAL | STATE OF OHIO ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>30 E. BROAD ST., 14TH FLOOR<br>COLUMBUS OH 43215 | | First Class Mail |
| STATE OF OKLAHOMA ATTORNEY GENERAL | STATE OF OKLAHOMA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>313 NE 21ST STREET<br>OKLAHOMA CITY OK 73105 | | First Class Mail |
| STATE OF OREGON ATTORNEY GENERAL | STATE OF OREGON ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1162 COURT STREET NE<br>SALEM OR 97301 | CONSUMER.HOTLINE@DOJ.STATE.OR.US | Email |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>STRAWBERRY SQUARE<br>16TH FLOOR<br>HARRISBURG PA 17120 | | First Class Mail |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>150 SOUTH MAIN STREET<br>PROVIDENCE RI 02903-0000 | | First Class Mail |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 11549<br>COLUMBIA SC 29211-1549 | | First Class Mail |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1302 EAST HIGHWAY 14<br>SUITE 1<br>PIERRE SD 57501-8501 | CONSUMERHELP@STATE.SD.US | Email |
| STATE OF TENNESSEE ATTORNEY GENERAL | STATE OF TENNESSEE ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>P.O. BOX 20207<br>NASHVILLE TN 37202-0207 | GINA.HANTEL@AG.TN.GOV | Email |
| STATE OF TEXAS ATTORNEY GENERAL | STATE OF TEXAS ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>CAPITOL STATION<br>PO BOX 12548<br>AUSTIN TX 78711-2548 | PUBLIC.INFORMATION@OAG.STATE.TX.US | Email |
| STATE OF UTAH ATTORNEY GENERAL | STATE OF UTAH ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>PO BOX 142320<br>SALT LAKE CITY UT 84114-2320 | UAG@UTAH.GOV | Email |
| STATE OF VERMONT ATTORNEY GENERAL | STATE OF VERMONT ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>109 STATE ST.<br>MONTPELIER VT 05609-1001 | AGO.BANKRUPTCIES@VERMONT.GOV | Email |
| STATE OF VIRGINIA ATTORNEY GENERAL | STATE OF VIRGINIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>900 EAST MAIN STREET<br>RICHMOND  VA 23219 | | First Class Mail |
| STATE OF WASHINGTON ATTORNEY GENERAL | STATE OF WASHINGTON ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>1125 WASHINGTON ST. SE<br>P.O. BOX 40100<br>OLYMPIA WA 98504-0100 | | First Class Mail |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>STATE CAPITOL BLDG 1 ROOM E 26<br>CHARLESTON WV 25305 | CONSUMER@WVAGO.GOV | Email |
| STATE OF WISCONSIN ATTORNEY GENERAL | STATE OF WISCONSIN ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>WISCONSIN DEPARTMENT OF JUSTICE<br>STATE CAPITOL, ROOM 114 EAST, P. O. BOX 7857<br>MADISON WI 53707-7857 | | First Class Mail |
| STATE OF WYOMING ATTORNEY GENERAL | STATE OF WYOMING ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>123 CAPITOL BUILDING<br>200 W. 24TH STREET<br>CHEYENNE WY 82002 | | First Class Mail |
| COUNSEL TO  CRI EASTON SQUARE LLC ("CRI"), TAYLOR SQUARE OWNER LLC, ("TAYLOR SQUARE") AND ARBOR SQUARE II LLC ("ARBOR SQUARE", AND TOGETHER WITH CRI AND TAYLOR SQUARE, "THE CLIENTS") | SULLIVAN HAZELTINE ALLINSON LLC | ATTN: WILLIAM A. HAZELTINE, ESQ.<br>919 NORTH MARKET STREET<br>SUITE 420<br>WILMINGTON DE 19801 | WHAZELTINE@SHA-LLC.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | SVP SEWING BRANDS LLC | ATTN: JASON FORCIER, CHIEF EXECUTIVE OFFICER<br>1714 HEIL QUAKER BLVD<br>SUITE 130<br>LA VERGNE TN 37086 | JASON.FORCIER@SVPWORLDWIDE.COM | Email |
| COUNSEL TO MANSFIELD OIL COMPANY | THOMPSON, O'BRIEN, KAPPLER & NASUTI, P.C. | ATTN: MICHAEL B. PUGH<br>2 SUN COURT<br>SUITE 400<br>PEACHTREE CORNERS GA 30092 | MPUGH@TOKN.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | TIMELESS TREASURES FABRIC | ATTN: MICHELE QUINE, CHIEF FINANCIAL OFFICER<br>483 BROADWAY<br>NEW YORK NY 10013 | MICHELE.QUINE@TTFABRICS.COM | Email |
| COUNSEL TO TRAVIS COUNTY | TRAVIS COUNTY ATTORNEY | ATTN: JASON A. STARKS<br>P.O. BOX 1748<br>AUSTIN TX 78767 | JASON.STARKS@TRAVISCOUNTYTX.GOV | Email |

Exhibit A

Core/2002 Service List

Served as set forth below

| DESCRIPTION | NAME | ADDRESS | EMAIL | METHOD OF SERVICE |
|---|---|---|---|---|
| UNITED STATED DEPARTMENT OF LABOR | UNITED STATED DEPARTMENT OF LABOR | ATTN: BANKRUPTCY DEPT<br>201 VARICK ST<br>UNIT 831B<br>NEW YORK NY 10014 | | First Class Mail |
| UNITED STATES OF AMERICA ATTORNEY GENERAL | UNITED STATES OF AMERICA ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>US DEPT OF JUSTICE<br>950 PENNSYLVANIA AVE NW<br>WASHINGTON DC 20530-0001 | | First Class Mail |
| US ATTORNEY FOR THE DISTRICT OF DELAWARE | US ATTORNEY FOR DELAWARE | ATTN: DAVID C. WEISS & ELLEN SLIGHTS<br>1007 ORANGE ST STE 700<br>P.O. BOX 2046<br>WILMINGTON DE 19899-2046 | USADE.ECFBANKRUPTCY@USDOJ.GOV | Email |
| COUNSEL TO CITY OF HUMBLE | US TRUSTEE (DE) | ATTN: BANKRUPTCY DEPT<br>J. CALEB BOGGS FEDERAL BUILDING<br>844 KING STREET, SUITE 2207 LOCKBOX 35<br>WILMINGTON  DE 19801 | | First Class Mail |
| TOP 30 LARGEST UNSECURED CREDITOR | VIITION (ASIA) LIMITED | ATTN: LEGAL DEPARTMENT<br>FLAT/RM D03, BLK A, 12/F<br>19-25 SHAN MEI ST, SHAN TIN, NT<br>NEW TERRITORIES 999077 HONG KONG | | First Class Mail |
| TOP 30 LARGEST UNSECURED CREDITOR | VISTAR CORPORATION | ATTN: PATRICK HATCHER, EXECUTIVE VICE PRESIDENT AND CHIEF FINANCIAL OFFICER<br>188 INVERNESS DRIVE WEST<br>SUITE 800<br>ENGLEWOOD CO 80112 | PATRICKHATCHER@VISTAR.COM | Email |
| WASHINGTON DC ATTORNEY GENERAL | WASHINGTON DC ATTORNEY GENERAL | ATTENTION BANKRUPTCY DEPT<br>441 4TH STREET, NW<br>WASHINGTON DC 20001 | OAG@DC.GOV | Email |
| COUNSEL TO CRAFTY (AL) LLC | WHITE AND WILLIAMS LLP | ATTN: MICHAEL A. INGRASSIA<br>600 NORTH KING STREET<br>SUITE 800<br>WILMINGTON DE 19801 | INGRASSIAM@WHITEANDWILLIAMS.COM | Email |
| COUNSEL TO LIBERTY MUTUAL INSURANCE COMPANY | WHITEFORD, TAYLOR & PRESTON LLC | ATTN: THOMAS J. FRANCELLA, JR.<br>600 NORTH KING STREET<br>SUITE 300<br>WILMINGTON DE 19801 | TFRANCELLA@WTPLAW.COM | Email |
| COUNSEL TO JJD-HOV ELK GROVE, LLC ("JJD-HOV") | WHITNEY THOMPSON & JEFFCOACH | ATTN: JACOB SARABIAN, ESQ.<br>970 W. ALLUVIAL AVENUE<br>FRESNO CA 93711 | JSARABIAN@WTJLAW.COM | Email |
| TOP 30 LARGEST UNSECURED CREDITOR | WM WRIGHT CO | ATTN: LEGAL DEPARTMENT<br>2015 W FRONT STREET<br>BERWICK PA 18603 | | First Class Mail |
| PROPOSED COUNSEL TO THE DEBTORS, KATY ISD, MONTGOMERY COUNTY, CITY OF HOUSTON, HOUSTON ISD, FORT BEND COUNTY, HARRIS CO ESD # 47, HOUSTON COMM COLL SYSTEM, JEFFERSON COUNTY, HARRIS CO ESD # 09, LONE STAR COLLEGE SYSTEM | YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: SHANE M. REIL, & KARA HAMMOND COYLE<br>1000 NORTH KING STREET<br>WILMINGTON DE 19801 | SREIL@YCST.COM<br>KCOYLE@YCST.COM | Email |