IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
: 
In re:                                                     :   Chapter 11
                                                           :
JOANN INC., *et al.*,                                      :   Case No. 24-10418 (CTG)
                                                           :
         Debtors.[1]                          :   (Jointly Administered)
                                                           :
                                                           :   **Related Dkt. No.: 226**
                                                           :
---------------------------------------------------------- x

## NOTICE OF SUPPLEMENTAL LIST OF ORDINARY COURSE PROFESSIONALS

    **PLEASE TAKE NOTICE** that, on April 12, 2024, the Court entered the *Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief* [Docket No. 226] (the "***OCP Order***").[2] The OCP Order provides that each ordinary course professional shall file with the Court a Declaration prior to the receipt of payment of fees and reimbursement of expenses incurred for postpetition services rendered to the Reorganized Debtors.

    **PLEASE TAKE FURTHER NOTICE** that, in accordance with the procedures set forth in the OCP Order, the Reorganized Debtors hereby supplement the list of OCPs subject to the Tier 2 OCP Cap to include the professional identified below:

| Firm | Address | Area |
|---|---|---|
| Davis & Hamrick, LLP | 635 W. Fourth Street, Winston Salem, North Carolina, 27101 | Legal Services (Labor and Employment) |

    **PLEASE TAKE FURTHER NOTICE** that, in accordance with the procedures set forth in the OCP Order, a copy of this Notice will be served on the Notice Parties. The Reorganized Debtors reserve the right to further amend, modify, or supplement the lists of OCPs pursuant to the terms of the OCP Order.

[*Signature page follows*]

---

1    The Reorganized Debtors in these cases, together with the last four digits of each Reorganized Debtor's taxpayer identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); and Jo-Ann Stores Support Center, Inc. (5027). The Reorganized Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

2    All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the OCP Order.

Dated: May 6, 2024

*/s/ Rebecca L. Lamb*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Michael R. Nestor (No. 3526)<br>Kara Hammond Coyle (No. 4410)<br>Shane M. Reil (No. 6195)<br>Rebecca L. Lamb (No. 7223)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Email: mnestor@ycst.com<br>       kcoyle@ycst.com<br>       sreil@ycst.com<br>       rlamb@ycst.com | **LATHAM & WATKINS LLP**<br><br>George A. Davis (admitted *pro hac vice*)<br>Alexandra M. Zablocki (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Email: george.davis@lw.com<br>       alexandra.zablocki@lw.com<br><br>Ted A. Dillman (admitted *pro hac vice*)<br>Nicholas J. Messana (admitted *pro hac vice*)<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Email: ted.dillman@lw.com<br>       nicholas.messana@lw.com<br><br>Ebba Gebisa (admitted *pro hac vice*)<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 27017<br>Telephone: (312) 876-7700<br>Email: ebba.gebisa@lw.com |

*Counsel for Reorganized Debtors*