Case 24-10418-CTG    Doc 342    Filed 05/07/24    Page 1 of 10

Claim Register - Alphabetical By Creditor Name - Q1 2024
In re JOANN Inc., et al.
Case No. 24-10418

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Allen County Treasurer<br>1 East Main Street<br>Suite 104<br>Fort Wayne, IN 46802-1888 | 35 | 3/28/2024 | Jo-Ann Stores, LLC | | $14,884.17 | | | | $14,884.17 |
| Alvarez, Sharon<br>Leeder Law<br>8551 W Sunrise Blvd, Suite 202<br>Plantation, FL 33322 | 100 | 4/3/2024 | JOANN Inc. | $10,000,000.00 | | | | | $10,000,000.00 |
| Alvarez, Sharon<br>Leeder Law<br>8551 W Sunrise Blvd, Suite 202<br>Plantation, FL 33322 | 57 | 4/1/2024 | JOANN Inc. | $10,000,000.00 | | | | | $10,000,000.00 |
| Arkansas Department of Finance and Administration<br>Revenue Legal Counsel<br>P.O. Box 1272, Rm. 2380<br>Little Rock, AR 72203-1272 | 43 | 4/1/2024 | Creativebug, LLC | | $50.07 | | | | $50.07 |
| Arlington Construction, Inc.<br>519 E 11th Ave<br>Columbus, OH 43211 | 67 | 4/3/2024 | Jo-Ann Stores, LLC | $173,845.94 | | | | | $173,845.94 |
| Bearing Distributors, Inc<br>BDI<br>Attn: Credit Manager<br>PO Box 936<br>Waterloo, IA 50704 | 7 | 3/25/2024 | JOANN Inc. | $15,737.86 | | | | | $15,737.86 |
| Bexar County<br>Linebarger Goggan Blair & Sampson, LLP<br>112 E. Pecan Street, Suite 2200<br>San Antonio, TX 78205 | 13 | 3/26/2024 | Jo-Ann Stores, LLC | | | $58,055.06 | | | $58,055.06 |
| Brevard County Tax Collector<br>Lisa Cullen, CFC<br>Brevard County Tax Collector<br>P.O.Box 2500<br>Titusville, FL 32781-2500 | 73 | 4/2/2024 | JOANN Inc. | | | $1,740.95 | | | $1,740.95 |
| Broward County<br>c/o Records, Taxes & Treasury<br>Attn: Bankruptcy Section<br>115 S. Andrews Ave. A-100<br>Ft. Lauderdale, FL 33301 | 40 | 3/29/2024 | Jo-Ann Stores, LLC | | | $6,825.83 | | | $6,825.83 |
| CDW<br>Attn: Manny Velazquez<br>200 N. Milwaukee Ave<br>Vernon Hills, IL 60061 | 34 | 3/25/2024 | JOANN Inc. | $33,711.93 | $1,785.66 | | | | $35,497.59 |

Case 24-10418-CTG    Doc 342    Filed 05/07/24    Page 2 of 10

Claim Register - Alphabetical By Creditor Name - Q1 2024
In re JOANN Inc., et al.
Case No. 24-10418

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Chalfin, Eudocia<br>Leeder Law<br>Collins S. Delpercio, Esq.<br>8551 W Sunrise Blvd, Suite 202<br>Plantation, FL 33322 | 56 | 4/1/2024 | Jo-Ann Stores, LLC | $10,000,000.00 | | | | | $10,000,000.00 |
| Chalfin, Eudocia<br>Leeder Law<br>Collins S. Delpercio, Esq.<br>8551 W Sunrise Blvd<br>Suite 202<br>Plantation, FL 33322 | 71 | 4/2/2024 | Jo-Ann Stores, LLC | $10,000,000.00 | | | | | $10,000,000.00 |
| City of Boynton Beach<br>100 E Ocean Ave.<br>Boynton Beach, FL 33435 | 93 | 4/3/2024 | Jo-Ann Stores, LLC | $975.00 | | | | | $975.00 |
| City of El Paso<br>Linebarger Goggan Blair & Sampson, LLP<br>112 E. Pecan Street, Suite 2200<br>San Antonio, TX 78205 | 18 | 3/26/2024 | Jo-Ann Stores, LLC | | | $21,671.59 | | | $21,671.59 |
| City of Frisco<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | 20 | 3/26/2024 | Jo-Ann Stores, LLC | | | $3,974.94 | | | $3,974.94 |
| City of Grapevine<br>c/o Perdue Brandon Fielder et al<br>Elizabeth Banda Calvo<br>500 East Border St, Suite 640<br>Arlington, TX 76010 | 21 | 3/26/2024 | Jo-Ann Stores, LLC | | | $3,631.12 | | | $3,631.12 |
| City of Houston<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | 82 | 4/2/2024 | JOANN Inc. | | | $1,759.59 | | | $1,759.59 |
| City of Houston<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | 85 | 4/2/2024 | Jo-Ann Stores, LLC | | | $17,275.80 | | | $17,275.80 |
| City of Sherman<br>Abernathy, Roeder, Boyd & Hullett, P.C.<br>1700 Redbud Blvd., Suite 300<br>McKinney, TX 75069 | 4 | 3/19/2024 | Jo-Ann Stores, LLC | | | $3,000.00 | | | $3,000.00 |
| City Treasurer Madison - WI<br>119 E Olin Ave<br>Madison, WI 53713 | 44 | 4/1/2024 | JOANN Inc. | $98.24 | | | | | $98.24 |

Case 24-10418-CTG    Doc 342    Filed 05/07/24    Page 3 of 10

Claim Register - Alphabetical By Creditor Name - Q1 2024
In re JOANN Inc., et al.
Case No. 24-10418

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Collin County Tax Assessor/Collector<br>Abernathy, Roeder, Boyd & Hullett, P.C.<br>1700 Redbud Blvd.<br>Suite 300<br>McKinney, TX 75069 | 3 | 3/19/2024 | Jo-Ann Stores, LLC | | | $22,000.00 | | | $22,000.00 |
| Concur Technologies, Inc.<br>601 108th Ave NE<br>Bellevue, WA 98011 | 28 | 3/27/2024 | Jo-Ann Stores, LLC | $4,423.65 | | | | | $4,423.65 |
| County of Orange Treasurer-Tax Collector<br>PO Box 4515<br>Santa Ana, CA 92702-4515 | 97 | 4/2/2024 | Jo-Ann Stores, LLC | | $32,413.08 | | | | $32,413.08 |
| Cowlitz PUD<br>PO BOX 3007<br>Longview, WA 98632 | 76 | 4/2/2024 | JOANN Inc. | $742.14 | | | | | $742.14 |
| CPS Energy- Bankruptcy Section<br>500 McCullough Ave., Mail Drop CT 1201<br>San Antonio, TX 78215 | 66 | 4/2/2024 | Jo-Ann Stores, LLC | $4,811.36 | | | | | $4,811.36 |
| CRG Financial LLC (As Assignee of Acellories Inc.)<br>84 Herbert Avenue, Building B-Suite 202<br>Closter, NJ 07624 | 42 | 3/29/2024 | JOANN Inc. | | | | $32,025.00 | | $32,025.00 |
| CRG Financial LLC (As Assignee of Total Line Refrigeration Inc)<br>84 Herbert Avenue, Building B-Suite 202<br>Closter, NJ 07624 | 41 | 3/29/2024 | JOANN Inc. | $4,062.32 | | | $409.06 | | $4,471.38 |
| Crowley Independent School District<br>c/o Perdue Brandon Fielder et al<br>500 East Border St, Suite 640<br>Arlington, TX 76010 | 23 | 3/26/2024 | Jo-Ann Stores, LLC | | | $8,417.80 | | | $8,417.80 |
| Cypress-Fairbanks ISD<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | 84 | 4/2/2024 | JOANN Inc. | | | $632.29 | | | $632.29 |
| Cypress-Fairbanks ISD<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | 88 | 4/2/2024 | Jo-Ann Stores, LLC | | | $455.47 | | | $455.47 |
| Dallas County<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas , TX 75207 | 15 | 3/26/2024 | Jo-Ann Stores, LLC | | | $40,655.14 | | | $40,655.14 |

Case 24-10418-CTG    Doc 342    Filed 05/07/24    Page 4 of 10

Claim Register - Alphabetical By Creditor Name - Q1 2024
In re JOANN Inc., et al.
Case No. 24-10418

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| DecoArt, LLC<br>PO Box 297<br>Stanford, KY 40484 | 48 | 4/1/2024 | joann.com, LLC | $178.56 | | | | | $178.56 |
| DecoArt, LLC<br>PO Box 297<br>Stanford, KY 40484 | 49 | 4/1/2024 | Jo-Ann Stores, LLC | $341,758.49 | | | | | $341,758.49 |
| Douglas County Nebraska<br>Douglas County Attorney's Office<br>1717 Harney St., Ste. 600<br>Omaha, NE 68183 | 6 | 3/25/2024 | JOANN Inc. | | $8,089.36 | | | | $8,089.36 |
| Dyno LLC<br>Attn: Marty Weinbaum<br>1571 W. Copans Road, Suite 105<br>Pompano Beach, FL 33064 | 33 | 3/27/2024 | JOANN Inc. | $2,147,293.50 | | | | | $2,147,293.50 |
| Ector CAD<br>Linebarger Goggan Blair & Sampson, LLP<br>112 E. Pecan Street, Suite 2200<br>San Antonio, TX 78205 | 12 | 3/26/2024 | Jo-Ann Stores, LLC | | | $6,305.63 | | | $6,305.63 |
| Ellis County<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | 27 | 3/26/2024 | Jo-Ann Stores, LLC | | | $4,800.67 | | | $4,800.67 |
| Epoch Everlasting Play LLC<br>330 Changebridge Rd, suite 101<br>Pinebrook , NJ 07058 | 64 | 4/2/2024 | Jo-Ann Stores, LLC | $29,711.42 | | | | | $29,711.42 |
| EVERGY KANSAS CENTRAL INC F/K/A WESTAR ENERGY INC<br>BANKRUPTCY DEPT<br>PO BOX 11739<br>KANSAS CITY, MO 64138 | 65 | 4/2/2024 | JOANN Inc. | $6,928.73 | | | | | $6,928.73 |
| Fernwood Capital LLC<br>c/o City of Commercial Real Estate Services<br>Attn: Marlon Ferman<br>PO Box 548<br>Rancho Cucamonga, CA 91729 | 31 | 3/27/2024 | JOANN Inc. | | $15,250.91 | $0.00 | | | $15,250.91 |
| Fort Bend County<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | 87 | 4/2/2024 | Jo-Ann Stores, LLC | | | $12,773.75 | | | $12,773.75 |

Case 24-10418-CTG    Doc 342    Filed 05/07/24    Page 5 of 10

Claim Register - Alphabetical By Creditor Name - Q1 2024
In re JOANN Inc., et al.
Case No. 24-10418

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Frisco Independent School District<br>c/o Perdue Brandon Fielder et al<br>Linda D. Reece<br>1919 S. Shiloh Road, Suite 640, LB 40<br>Garland, TX 75042 | 19 | 3/26/2024 | Jo-Ann Stores, LLC | | | $10,394.77 | | | $10,394.77 |
| Global Fixture Services Inc.<br>1527 W. State Hwy 114<br>Suite 500-283<br>Grapevine, TX 76051 | 79 | 4/2/2024 | JOANN Inc. | $110,956.73 | | | | | $110,956.73 |
| Google LLC<br>White and Williams LLP<br>c/o Amy E. Vulpio, Esq.<br>1650 Market St., Fl. 18<br>Philadelphia, PA 19103 | 99 | 4/3/2024 | Jo-Ann Stores, LLC | $1,212,534.62 | | | | | $1,212,534.62 |
| Grapevine-Colleyville Independent School District<br>c/o Perdue Brandon Fielder et al<br>500 East Border St, Suite 640<br>Arlington, TX 76010 | 22 | 3/26/2024 | Jo-Ann Stores, LLC | | | $13,400.77 | | | $13,400.77 |
| Grayson County<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | 25 | 3/26/2024 | Jo-Ann Stores, LLC | | | $8,719.91 | | | $8,719.91 |
| Haris Co ESD #09<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | 86 | 4/2/2024 | Jo-Ann Stores, LLC | | | $108.30 | | | $108.30 |
| Harris Co ESD #47<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | 83 | 4/2/2024 | Jo-Ann Stores, LLC | | | $490.48 | | | $490.48 |
| HC Packaging Asia Limited<br>Attn: Cohn & Dussi, LLC<br>255 State St. Suite 7B<br>Boston, MA 02109 | 32 | 3/27/2024 | JOANN Inc. | $613,759.00 | | | | | $613,759.00 |
| Hidalgo County<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 17428<br>Austin, TX 78760-7428 | 38 | 3/28/2024 | Jo-Ann Stores, LLC | | | $19,344.95 | | | $19,344.95 |
| HORIZON GROUP USA.INC.<br>45 TECHNOLOGY DRIVE<br>WARREN, NJ 07059 | 30 | 3/27/2024 | JOANN Inc. | $123,531.90 | | | | | $123,531.90 |

Case 24-10418-CTG    Doc 342    Filed 05/07/24    Page 6 of 10

Claim Register - Alphabetical By Creditor Name - Q1 2024
In re JOANN Inc., et al.
Case No. 24-10418

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Horizon Group USA.Inc.<br>45 Technology Drive<br>Warren, NJ 07059 | 50 | 3/29/2024 | JOANN Inc. | $123,531.90 | | | | | $123,531.90 |
| Houston Comm Coll System<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | 89 | 4/2/2024 | Jo-Ann Stores, LLC | | | $3,068.94 | | | $3,068.94 |
| Houston ISD<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | 96 | 4/2/2024 | Jo-Ann Stores, LLC | | | $28,892.27 | | | $28,892.27 |
| Hubbard, Caitlin<br>477 Goethe Street<br>Cumberland, MD 21502 | 68 | 4/2/2024 | JOANN Inc. | $2,000.00 | | | | | $2,000.00 |
| i2Poly, Inc.<br>4501 W 47th Street<br>Chicago, IL 60632 | 60 | 4/2/2024 | JOANN Inc. | $2,786.48 | | | | | $2,786.48 |
| Jackson Properties, LLC<br>2900 Union Lake Rd, Suite 102<br>Commerce Township, MI 48382 | 47 | 4/1/2024 | Jo-Ann Stores, LLC | $8,503.20 | | | | | $8,503.20 |
| James W. Ross, Inc.<br>4201 Wyoga Lake Rd. Ste 200<br>Stow, OH 44224 | 59 | 4/2/2024 | JOANN Inc. | $374.58 | | | | | $374.58 |
| Jefferson County<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | 90 | 4/2/2024 | Jo-Ann Stores, LLC | | | $9,305.18 | | | $9,305.18 |
| Kane, Nancy<br>10080 Meadow Dr.<br>Chardon, OH 44024 | 51 | 4/1/2024 | JOANN Inc. | $75,000.00 | | | | | $75,000.00 |
| Kane, Nancy<br>Christine LaSalvia<br>815 Superior Ave. E, #2100<br>Cleveland, OH 44114 | 77 | 4/2/2024 | JOANN Inc. | $75,000.00 | | | | | $75,000.00 |
| Katy ISD<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | 91 | 4/2/2024 | Jo-Ann Stores, LLC | | | $5,490.44 | | | $5,490.44 |
| Kissimmee Utility Authority<br>1701 W. Carroll Street<br>Kissimmee, FL 34741 | 94 | 4/3/2024 | JOANN Inc. | $8,227.32 | | | | | $8,227.32 |

Case 24-10418-CTG    Doc 342    Filed 05/07/24    Page 7 of 10

Claim Register - Alphabetical By Creditor Name - Q1 2024
In re JOANN Inc., et al.
Case No. 24-10418

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| La Habra Westridge Partners, L.P.<br>Ronald K. Brown, Jr., Esq.<br>901 Dove St., Suite 120<br>Newport Beach, CA 92660 | 70 | 4/2/2024 | Jo-Ann Stores, LLC | $81,157.73 | | | | | $81,157.73 |
| Lewisville ISD<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | 24 | 3/26/2024 | Jo-Ann Stores, LLC | | | $12,561.95 | | | $12,561.95 |
| Lone Star College System<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | 80 | 4/2/2024 | JOANN Inc. | | | $364.67 | | | $364.67 |
| Lone Star College System<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | 92 | 4/2/2024 | Jo-Ann Stores, LLC | | | $262.70 | | | $262.70 |
| Lubbock Central Appraisal District<br>Laura J. Monroe<br>P.O. Box 817<br>Lubbock, TX 79408 | 78 | 4/2/2024 | JOANN Inc. | | | $4,813.72 | | | $4,813.72 |
| Manatee County Tax Collector<br>1001 3rd Ave. W, Suite 240<br>Bradenton, FL 34205 | 5 | 3/25/2024 | JOANN Inc. | | | $886.87 | | | $886.87 |
| Manatee County Tax Collector<br>1001 3rd Ave W<br>Suite 240<br>Bradenton, FL 34205 | 11 | 3/25/2024 | JOANN Inc. | | | $886.87 | | | $886.87 |
| McLennan County<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 17428<br>Austin, TX 78760-7428 | 37 | 3/28/2024 | Jo-Ann Stores, LLC | | | $1,707.91 | | | $1,707.91 |
| McMinnville Water and Light Department<br>PO Box 638<br>McMinnville, OR 97128 | 45 | 4/1/2024 | Jo-Ann Stores, LLC | $624.58 | | | | | $624.58 |
| Montgomery County<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | 81 | 4/2/2024 | JOANN Inc. | | | $8,414.79 | | | $8,414.79 |
| Nueces County<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 17428<br>Austin, TX 78760-7428 | 36 | 3/28/2024 | Jo-Ann Stores, LLC | | | $14,651.33 | | | $14,651.33 |

Claim Register - Alphabetical By Creditor Name - Q1 2024

In re JOANN Inc., et al.

Case No. 24-10418

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Oxford Valley Road Associates<br>Kurtzman \| Steady, LLC<br>Jeffrey Kurtzman, Esquire<br>101 N. Washington Ave., Suite 4A<br>Margate, NJ 08402 | 9 | 3/25/2024 | Jo-Ann Stores, LLC | $23,312.71 | | | | $39,815.57 | $63,128.28 |
| Placer Labs, Inc.<br>440 N. Barranca Ave.<br>#1277<br>Covina, CA 91723 | 10 | 3/25/2024 | Jo-Ann Stores, LLC | $106,750.00 | | | | | $106,750.00 |
| Plano Independent School District<br>c/o Perdue Brandon Fielder et al<br>Linda D. Reece<br>1919 S. Shiloh Road, Suite 640, LB 40<br>Garland, TX 75042 | 26 | 3/26/2024 | Jo-Ann Stores, LLC | | | $7,706.40 | | | $7,706.40 |
| Prym Consumer USA Inc.<br>c/o Jody A. Bedenbaugh<br>Nelson Mullins Riley & Scarborough LLP<br>P.O. Box 11070<br>Columbia, SC 29211 | 58 | 4/2/2024 | JOANN Inc. | $1,399,504.67 | | | | | $1,399,504.67 |
| Randstad USA<br>One Overton Park<br>3625 Cumberland Blvd, Suite 600<br>Atlanta, GA 30339 | 63 | 4/2/2024 | JOANN Inc. | $70,872.00 | | | | | $70,872.00 |
| Rockwall CAD<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | 17 | 3/26/2024 | Jo-Ann Stores, LLC | | | $4,138.05 | | | $4,138.05 |
| Sakura Color Products of America, Inc<br>30780 San Clemente St<br>Hayward, CA 94544 | 75 | 4/2/2024 | JOANN Inc. | $34,841.42 | | | | | $34,841.42 |
| Sawgrass Technologies, Inc.<br>420 Wando Park Blvd.<br>Mount Pleasant, SC 29464 | 1 | 3/20/2024 | JOANN Inc. | $131,297.33 | | | | | $131,297.33 |
| Smith County<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | 16 | 3/26/2024 | Jo-Ann Stores, LLC | | | $801.09 | | | $801.09 |
| T Mesquite MKT WVS TX, LLC<br>16600 Dallas Parkway, Suite 300<br>Dallas, TX 75248-2610 | 39 | 3/29/2024 | Jo-Ann Stores, LLC | $64,317.17 | | | | | $64,317.17 |

Case 24-10418-CTG    Doc 342    Filed 05/07/24    Page 9 of 10

Claim Register - Alphabetical By Creditor Name - Q1 2024
In re JOANN Inc., et al.
Case No. 24-10418

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Tamarack Village Shopping Center, A Limited Partnership<br>Will R. Tansey, Felhaber Larson<br>220 South Sixth Street, Suite 2200<br>Minneapolis, MN 55402 | 8 | 3/25/2024 | Jo-Ann Stores, LLC | $133,586.67 | | | | | $133,586.67 |
| Tarrant County<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207 | 14 | 3/26/2024 | Jo-Ann Stores, LLC | | | $69,988.97 | | | $69,988.97 |
| Taxing Districts Collected by Randall County<br>PBFCM<br>PO Box 9132<br>Amarillo, TX 79105-9132 | 2 | 3/18/2024 | JOANN Inc. | | | $14,142.96 | | | $14,142.96 |
| Taylorsville - Bennion Improvement District<br>1800 West 4700 South<br>Taylorsville, UT 84129 | 69 | 4/2/2024 | JOANN Inc. | | | | $61.00 | | $61.00 |
| The County of Brazos, Texas<br>Julie Anne Parsons<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | 61 | 4/2/2024 | JOANN Inc. | | | $13,385.50 | | | $13,385.50 |
| The County of Comal, Texas<br>Julie Anne Parsons<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | 53 | 4/1/2024 | Jo-Ann Stores, LLC | | | $6,413.24 | | | $6,413.24 |
| The County of Denton, Texas<br>Julie Anne Parsons<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | 54 | 4/1/2024 | Jo-Ann Stores, LLC | | | $17,020.43 | | | $17,020.43 |
| The County of Williamson, Texas<br>Attn: Julie Anne Parsons<br>McCreary, Veselka, Bragg & Allen, P.C.<br>P.O. Box 1269<br>Round Rock, TX 78680-1269 | 55 | 4/1/2024 | JOANN Inc. | | | $11,255.34 | | | $11,255.34 |
| TikTok Inc.<br>5800 Bristol Pkwy, Suite 100<br>Culver City, CA 90230 | 62 | 4/2/2024 | Jo-Ann Stores, LLC | $398,665.58 | | | | | $398,665.58 |

Claim Register - Alphabetical By Creditor Name - Q1 2024

In re JOANN Inc., et al.

Case No. 24-10418

| Creditor Name and Address | Claim No. | Claim Date | Debtor | Current General Unsecured Claim Amount | Current Priority Claim Amount | Current Secured Claim Amount | Current 503(b)(9) Admin Priority Amount | Current Admin Priority Amount | Total Current Claim Amount |
|---|---|---|---|---|---|---|---|---|---|
| Uchida of America, Corp.<br>Attn: Nanita Ildefonso<br>3535 Del Amo Blvd.<br>Torrance, CA 90503 | 72 | 4/2/2024 | JOANN Inc. | $152,819.78 | | | | | $152,819.78 |
| Weinreich, Sherry<br>861 East Main Street<br>Lomax, IL 61454 | 52 | 4/1/2024 | JOANN Inc. | | $5,000.00 | | | | $5,000.00 |
| West Virginia State Tax Department<br>Bankruptcy Unit - P.O. Box 766<br>Charleston , WV 25323 | 29 | 3/27/2024 | joann.com, LLC | $12.86 | $5,317.75 | | | | $5,330.61 |
| Widewaters Roseland Center Company, LLC<br>5845 Widewaters Parkway, Suite 100<br>East Syracuse, NY 13057 | 46 | 4/1/2024 | Jo-Ann Stores, LLC | $17,480.04 | | | | | $17,480.04 |
| Wunderkind Corporation<br>285 Fulton Street, 74th Floor<br>New York, NY 10007 | 74 | 4/2/2024 | Jo-Ann Stores, LLC | $302,286.00 | | | | | $302,286.00 |
| Zebra Pen Corp<br>242 Raritan Center Parkway<br>Edison, NJ 08837 | 98 | 4/3/2024 | JOANN Inc. | $92,724.00 | | | | | $92,724.00 |