UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

RECEIVED
2024 MAY -7  AM 10: 34
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In the Matter of: | 24-10418(CTG) |
| **JoAnn Inc, et al** | |
| | Chapter (11) |
| Debtor(s) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010(b) AND REQUEST FOR ALL COPIES PURSUANT TO BANKRUPTCY RULE 2002 (a) AND (b)**

**RON CHRISTOPHER STAMPS** and the firm of **RON CHRISTOPHER STAMPS, LLC.**, hereby request that all notices given or required to be given in this case and any case consolidated herewith, and all papers served or required to be served in this case, and any cases consolidated herewith, be given and served upon:

> **RON CHRISTOPHER STAMPS, LLC.**
> **Attn: RON CHRISTOPHER STAMPS**
> 1705 Irving Place
> Shreveport, Louisiana 71101-4605
> Telephone 318.227.8696
> Facsimile 318.221.0895
> Email:bankruptcy@rcstampslaw.com
> **ATTORNEYS FOR THE CITY OF SHREVEPORT**

an interested party herein. This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9010 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings or Requests, Applications, and any other documents brought before this court in this case, whether formal or informal, written or oral,

or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise which affects or seeks to affect the above case.

Dated this 29th day of April 2024.

Respectfully submitted,

**RON CHRISTOPHER STAMPS, LLC**

By:/s/ Ron Christopher Stamps
RON CHRISTOPHER STAMPS, #23948
BRITNEY A. GREEN, #31749
1705 Irving Place
Shreveport, Louisiana 71101-4605
Telephone:318.227.8696
Facsimile: 318.221.0895
www.rcstampslaw.com
bankruptcy@rcstampslaw.com
ATTORNEYS FOR THE CITY OF SHREVEPORT

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing **NOTICE OF APPEARANCE** was forwarded to all parties of interest by electronic mail or via First Class, U.S. Mail, postage prepaid (*unless otherwise indicated*) on this 29th day of April 2024.

/s/RON CHRISTOPHER STAMPS
**RON CHRISTOPHER STAMPS**

# RON CHRISTOPHER STAMPS, LLC
### ATTORNEYS AT LAW

RON CHRISTOPHER STAMPS*++
BRITNEY A. GREEN*+
DALE L. SIBLEY*

*A LIMITED LIABILITY COMPANY
+LICENSED IN LOUISIANA & FLORIDA
++LICENSED IN LOUISIANA & TEXAS

1705 IRVING PLACE
SHREVEPORT, LOUISIANA 71101-4605
TELEPHONE: (318) 227-8696
FACSIMILE: (318) 221-0895
www.rcstampslaw.com
email: rcstamps@rcstampslaw.com

MAILING ADDRESS:
POST OFFICE BOX 1993
SHREVEPORT, LOUISIANA 71166-1993

RECEIVED
2024 MAY -7 AM 10: 34
CLERK
U.S. BANKRUPTCY COURT
OF DELAWARE

April 29, 2024

Ms. Una O'Boyle
Clerk of Court
824 Market St N, 3rd Floor
Wilmington, Delaware 19801

Re:   *JoAnn Inc, et al* #24-10418 (CTG), United States Bankruptcy Court District of Delaware

Dear Ms. O'Boyle:

The City of Shreveport has retained this firm to represent them in the above referenced matter. Enclosed, please find our *Notice of Appearance Pursuant to Bankruptcy Rule 9010(b) and Request for all Copies Pursuant to Bankruptcy Rule 2002 (a) and (b)*. Please file accordingly in these proceedings and return a conformed copy to our office.

Thank you for your time and cooperation in this matter.

With kindest regards, I am

Cordially,

RON CHRISTOPHER STAMPS, LLC

*Ron Stamps/aew*

RON CHRISTOPHER STAMPS, ESQ.

/aew
enclosure: as stated above

**RON CHRISTOPHER STAMPS, LLC**
ATTORNEYS AT LAW

1705 IRVING PLACE
SHREVEPORT, LOUISIANA 71101-4605

SHREVEPORT LA 710
1 MAY 2024 PM 3 L



Ms. Una O'Boyle
Clerk of Court
824 Market St N, 3rd Floor
Wilmington, Delaware 19801

19801-302499