## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC., *et al.*, | ) | Case No. 24-10418 (CTG) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |

### AFFIDAVIT OF SERVICE

I, Mason Gavilan, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 3, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Ordinary Course Professionals Notice Parties Service List attached hereto as **Exhibit A**:

- Notice of Filing of Declaration of Ordinary Course Professional Jackson Lewis P.C. [Docket No. 335]

Dated: May 7, 2024

                                                                          */s/ Mason Gavilan*
                                                                          Mason Gavilan

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 7, 2024, by Mason Gavilan, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

---

[1] The Debtors in these cases, together with the last four digits of each Debtor's taxpayer identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

SRF 78949

**Exhibit A**

# Exhibit A

Ordinary Course Professionals Notice Parties Service List
Served via Email

| NAME | NOTICE NAME | EMAIL |
|---|---|---|
| ALSTON & BIRD LLP | ATTN: J. ERIC WISE | ERIC.WISE@ALSTON.COM |
| ARENTFOX SCHIFF LLP | ATTN: JEFFREY R. GLEIT, BRETT D. GOODMAN | JEFFREY.GLEIT@AFSLAW.COM |
| CHOATE, HALL & STEWART LLP | ATTN: JONATHAN D. MARSHALL, JOHN F. VENTOLA, SETH D. MENNILLO, ALEXANDRA THOMAS | JVENTOLA@CHOATE.COM<br>JMARSHALL@CHOATE.COM |
| GIBSON, DUNN & CRUTCHER LLP | ATTN: SCOTT J. GREENBERG, JOSHUA BRODY, KEVIN LIANG | SGREENBURG@GIBSONDUNN.COM<br>JBRODY@GIBSONDUNN.COM<br>KLIANG@GIBSONDUNN.COM |
| JOANN INC. | ATTN: ANN ABER | ANN.ABER@JOANN.COM |
| LATHAM & WATKINS LLP | ATTN: TED A. DILLMAN & NICHOLAS J. MESSANA | TED.DILLMAN@LW.COM<br>NICHOLAS.MESSANA@LW.COM |
| LATHAM & WATKINS LLP | ATTN: EBBA GEBISA | EBBA.GABISA@LW.COM |
| MANDELBAUM BARRETT PC | ATTN: STEVEN A. HOLT, JEFFREY M. ROSENTHAL, ESQ. | SHOLT@MBLAWFIRM.COM |
| MCDERMOTT WILL & EMERY LLP | ATTN: FREDERIC L. LEVENSON, BRADELY T. GIORDANO, TAYLOR J. BERMAN | FLEVENSON@MWE.COM<br>BGIORDANO@MWE.COM<br>TBERMAN@MWE.COM |
| MORGAN, LEWIS & BOCKIUS LLP | ATTN: MARJORIE CRIDER, CHRISTOPHER L. CARTER | MARJORIE.CRIDER@MORGANLEWIS.COM<br>CHRISTOPHER.CARTER@MORGANLEWIS.COM |
| MORRIS, NICHOLS, ARSHT, & TUNNELL LLP | ATTN: ROBERT DEHNEY, MATTHEW HARVEY, BRENNA DOLPHIN | RDEHNEY@MORRISNIHOLS.COM<br>MHARVEY@MORRISNICHOLS.COM<br>BDOLPHIN@MORRISNICHOLS.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: TIMOTHY J. FOX JR., MALCOM M. BATES | TIMOTHY.FOX@USDOJ.GOV<br>MALCOM.BATES@USDOJ.GOV |
| RICHARDS, LAYTON & FINGER, P.A. | ATTN: MARK D. COLLINS, MICHAEL J. MERCHANT, MATTHEW P. MILANA | COLLINS@RLF.COM<br>MERCHANT@RLF.COM |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: SHANE M. REIL, & KARA HAMMOND COYLE | SREIL@YCST.COM<br>KCOYLE@YCST.COM |