IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| JOANN INC., *et al.*, | ) Case No. 24-10418 (CTG) |
| Debtors.¹ | ) (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Olivia Freindlich, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On May 7, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via email on the Ordinary Course Professionals Service List attached hereto as **Exhibit A**:

- Notice of Filing of Declaration of Ordinary Course Professional Jones Day [Docket No. 343]

Dated: May 8, 2024

*/s/ Olivia Freindlich*
Olivia Freindlich

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on May 8, 2024, by Olivia Freindlich, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

---

¹ The Debtors in these cases, together with the last four digits of each Debtor's taxpayer identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

SRF 79005

**Exhibit A**

# Exhibit A

Ordinary Course Professionals Service List
Served via email

| NAME | EMAIL |
| --- | --- |
| ALSTON & BIRD LLP | ERIC.WISE@ALSTON.COM |
| ARENTFOX SCHIFF LLP | JEFFREY.GLEIT@AFSLAW.COM |
| CHOATE, HALL & STEWART LLP | JVENTOLA@CHOATE.COM; JMARSHALL@CHOATE.COM |
| GIBSON, DUNN & CRUTCHER LLP | SGREENBURG@GIBSONDUNN.COM; JBRODY@GIBSONDUNN.COM; KLIANG@GIBSONDUNN.COM |
| JOANN INC. | ANN.ABER@JOANN.COM |
| LATHAM & WATKINS LLP | TED.DILLMAN@LW.COM; NICHOLAS.MESSANA@LW.COM |
| LATHAM & WATKINS LLP | EBBA.GABISA@LW.COM; |
| MANDELBAUM BARRETT PC | SHOLT@MBLAWFIRM.COM |
| MCDERMOTT WILL & EMERY LLP | FLEVENSON@MWE.COM; BGIORDANO@MWE.COM; TBERMAN@MWE.COM |
| MORGAN, LEWIS & BOCKIUS LLP | MARJORIE.CRIDER@MORGANLEWIS.COM; CHRISTOPHER.CARTER@MORGANLEWIS.COM |
| MORRIS, NICHOLS, ARSHT, & TUNNELL LLP | RDEHNEY@MORRISNIHOLS.COM; MHARVEY@MORRISNICHOLS.COM; BDOLPHIN@MORRISNICHOLS.COM |
| OFFICE OF THE UNITED STATES TRUSTEE | TIMOTHY.FOX@USDOJ.GOV; MALCOM.BATES@USDOJ.GOV |
| RICHARDS, LAYTON & FINGER, P.A. | COLLINS@RLF.COM; MERCHANT@RLF.COM |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | SREIL@YCST.COM; KCOYLE@YCST.COM; |