IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re: : Chapter 11
: 
JOANN INC., *et al.*, : Case No. 24-10418 (CTG)
: 
Debtors.[1] : (Jointly Administered)
: 
------------------------------------------------------------ x

## CERTIFICATION OF COUNSEL REGARDING
## SCHEDULING OF OMNIBUS HEARING DATES

The undersigned hereby certifies that the omnibus hearing dates set forth on the proposed order attached hereto were obtained from the United States Bankruptcy Court for the District of Delaware.

[*Signature page follows*]

---

[1] The Reorganized Debtors in these cases, together with the last four digits of each Reorganized Debtor's taxpayer identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); and Jo-Ann Stores Support Center, Inc. (5027). The Reorganized Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

31649853.1

Dated: May 14, 2024

*/s/ Shane M. Reil*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Michael R. Nestor (No. 3526)<br>Kara Hammond Coyle (No. 4410)<br>Shane M. Reil (No. 6195)<br>Rebecca L. Lamb (No. 7223)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Email:  mnestor@ycst.com<br>           kcoyle@ycst.com<br>           sreil@ycst.com<br>           rlamb@ycst.com | **LATHAM & WATKINS LLP**<br><br>George A. Davis (admitted *pro hac vice*)<br>Alexandra M. Zablocki (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Email:  george.davis@lw.com<br>           alexandra.zablocki@lw.com<br><br>Ted A. Dillman (admitted *pro hac vice*)<br>Nicholas J. Messana (admitted *pro hac vice*)<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Email:  ted.dillman@lw.com<br>           nicholas.messana@lw.com<br><br>Ebba Gebisa (admitted *pro hac vice*)<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 27017<br>Telephone: (312) 876-7700<br>Email:  ebba.gebisa@lw.com |

*Counsel for the Reorganized Debtors*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
: 
In re: : Chapter 11
: 
JOANN INC., *et al.*, : Case No. 24-10418 (CTG)
: 
Debtors. : (Jointly Administered)
: 
---------------------------------------------------------------- x

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, this Court hereby schedules the following omnibus hearing dates:

- **June 5, 2024 at 10:00 a.m. (ET)**

- **June 28, 2024 at 3:00 p.m. (ET) – Omnibus/Final Fee Hearing**

31649853.1