IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
: 
In re: : Chapter 11
:
JOANN INC., *et al.*, : Case No. 24-10418 (CTG)
:
Debtors. : (Jointly Administered)
:
---------------------------------------------------------------- x

## ORDER SCHEDULING OMNIBUS HEARING DATES

Pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, this Court hereby schedules the following omnibus hearing dates:

- **June 5, 2024 at 10:00 a.m. (ET)**
- **June 28, 2024 at 3:00 p.m. (ET) – Omnibus/Final Fee Hearing**

**Dated: May 14th, 2024**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

31649853.1