IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| JOANN INC., *et al.*, | : | Case No. 24-10418 (CTG) |
| Debtors.[1] | : | (Jointly Administered) |
| | : | Hearing Date: June 5, 2024 at 10:00 a.m. (ET)<br>Obj. Deadline: May 28, 2024 at 4:00 p.m. (ET) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that the above-captioned debtors (collectively, the "**Debtors**" or the "**Reorganized Debtors**") have filed the *Motion of Reorganized Debtors for Entry of a Final Decree and Order Closing Each of the Subsidiary Debtors' Chapter 11 Cases* (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the relief requested in the Motion must be filed on or before **May 28, 2024 at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the objection upon the undersigned counsel to the Reorganized Debtors so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **JUNE 5, 2024 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CRAIG T. GOLDBLATT, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT, IF NO OBJECTIONS OR RESPONSES TO THE MOTION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR A HEARING.

[*Remainder of page intentionally left blank.*]

---

[1] The Debtors in these cases, together with the last four digits of each Debtor's taxpayer identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

31624674.1

Dated: May 14, 2024

*/s/ Shane M. Reil*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **LATHAM & WATKINS LLP** |
| Michael R. Nestor (No. 3526) | George A. Davis (admitted *pro hac vice*) |
| Kara Hammond Coyle (No. 4410) | Alexandra M. Zablocki (admitted *pro hac vice*) |
| Shane M. Reil (No. 6195) | 1271 Avenue of the Americas |
| Rebecca L. Lamb (No. 7223) | New York, NY 10020 |
| Rodney Square | Telephone:  (212) 906-1200 |
| 1000 North King Street | Email:   george.davis@lw.com |
| Wilmington, DE 19801 |            alexandra.zablocki@lw.com |
| Telephone:  (302) 571-6600 | |
| Email:   mnestor@ycst.com | Ted A. Dillman (admitted *pro hac vice*) |
|            kcoyle@ycst.com | Nicholas J. Messana (admitted *pro hac vice*) |
|            sreil@ycst.com | 355 South Grand Avenue, Suite 100 |
|            rlamb@ycst.com | Los Angeles, CA 90071 |
| | Telephone:  (213) 485-1234 |
| | Email:   ted.dillman@lw.com |
| |            nicholas.messana@lw.com |
| | |
| | Ebba Gebisa (admitted *pro hac vice*) |
| | 330 North Wabash Avenue, Suite 2800 |
| | Chicago, IL 27017 |
| | Telephone:  (312) 876-7700 |
| | Email:   ebba.gebisa@lw.com |

*Counsel for Reorganized Debtors*

31624674.1