IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| JOANN INC., et al., | ) | Case No. 24-10418 (CTG) |
| | ) | |
| Debtors. | ) | |

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance for and on behalf of **LONGBOW ADVANTAGE USA, INC.** pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure; and the undersigned hereby requests, pursuant to Rules 2002 and 9001 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §342, that copies of all notices and pleadings given or filed in this case be served upon the parties listed below at the following address and telephone number:

> Rein F. Krammer
> Masuda, Funai, Eifert & Mitchell, Ltd.
> 203 North LaSalle Street, Suite 2500
> Chicago, Illinois 60601-1262
> rkrammer@masudafunai.com
> Tel: 312-245-7500
> Fax: 312-245-7467

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred in the Federal Rules of Bankruptcy Procedure specified above, but also includes, without limitation, any order, notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, telegraph, telex, facsimile transmission, electronic mail, or otherwise filed or made with regard to the proceedings herein.

This Notice of Appearance and Request for Service of Notices and Documents, and any subsequent appearance, pleading, claim or suit, shall not be deemed or construed to be a waiver of

Longbow Advantage USA, Inc.'s right (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) any other rights, claims, actions, setoffs, or recoupments to which Longbow Advantage USA, Inc. is or may be entitled.

                                /s/ Rein F. Krammer
                          Attorney for Longbow Advantage USA, Inc.

Rein F. Krammer
Masuda, Funai, Eifert & Mitchell, Ltd.
203 North LaSalle Street, Suite 2500
Chicago, Illinois 60601-1262
rkrammer@masudafunai.com
Tel: 312-245-7500
Fax: 312-245-7467

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel registered to receive electronic notices.

                                /s/ Rein F. Krammer