**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Joann Inc., et al., | Case No. 24-10418-CTG |
| Debtor(s). | Re: D.I. 168 |

## NOTICE TO WITHDRAW DOCUMENT

Kindly withdraw creditor's *Motion for an order Modifying Stay* [D.I. 168] that was filed on March 28, 2024, in the above-captioned matter.

Dated: May 20, 2024             KASEN & KASEN, P.C.

*/s/ Jenny R. Kasen*
Jenny R. Kasen, Esquire (DE Bar No. 5849)
1213 N. King Street, Suite 2
Wilmington, DE 19801
Telephone: (302) 652-3300
Facsimile: (856) 424-7565
E-Mail: jkasen@kasenlaw.com
dkasen@kasenlaw.com
mkasen@kasenlaw.com

*Counsel to creditor*