**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
In re:
:  Chapter 11
:
JOANN INC., *et al.*,[1]
:  Case No. 24-10418 (CTG)
:
:  (Jointly Administered)
Debtors.
:
:
---------------------------------------------------------------- x

**FIRST AND FINAL FEE APPLICATION OF DELOITTE FINANCIAL ADVISORY SERVICES LLP FOR COMPENSATION FOR SERVICES RENDERED AS FRESH START ACCOUNTING SERVICES PROVIDER TO THE DEBTORS FOR THE PERIOD FROM MARCH 18, 2024 THROUGH APRIL 30, 2024**

| | |
|---|---|
| Name of Applicant: | Deloitte Financial Advisory Services LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | April 15, 2024, effective as of March 18, 2024 |
| Period for which compensation and reimbursement is sought: | March 18, 2024 through April 30, 2024 |
| Amount of Compensation Requested: | $1,036,366.00 |
| Amount of Expense Reimbursement Requested: | $0.00 |
| Total Amount Requested: | $1,036,366.00 |

This is a(n):  __Monthly    __Interim   _X_ Final Application

---

[1] The Debtors in these cases, together with the last four digits of each Debtor's taxpayer identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

31669402.1

1

**PRIOR MONTHLY FEE APPLICATIONS FILED**

| Date Filed / Docket # | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| N/A | | | | | |
| | | | | | |
| **TOTAL** | | $ - | $ - | $ - | $ - |

**CUMULATIVE TIME SUMMARY BY PROFESSIONAL**
For the Period March 18, 2024 through April 30, 2024

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| *Fresh Start Accounting Services* | | | | |
| Bradfield, Derek | Managing Director | $1,100.00 | 0.5 | $550.00 |
| Markota, Aubrey | Managing Director | $1,075.00 | 2.6 | $2,795.00 |
| Paszt, Laura | Partner/Principal | $1,075.00 | 2.5 | $2,687.50 |
| Woods, Gretchen | Managing Director | $1,075.00 | 0.4 | $430.00 |
| Yarmush, Menachem | Managing Director | $1,075.00 | 65.5 | $70,412.50 |
| Sullivan, Mike | Managing Director | $1,050.00 | 24.3 | $25,515.00 |
| Mathews, Clif | Partner/Principal | $1,000.00 | 29.6 | $29,600.00 |
| Krozek, Derek | Managing Director | $990.00 | 5.1 | $5,049.00 |
| Voskuhl, Liz | Partner/Principal | $900.00 | 30.6 | $27,540.00 |
| Auyeung, John | Senior Manager | $800.00 | 63.6 | $50,880.00 |
| Fleming, Matthew | Senior Manager | $800.00 | 0.8 | $640.00 |
| Landayan, Ron | Senior Manager | $800.00 | 30.3 | $24,240.00 |
| Tower, Niles | Senior Manager | $800.00 | 32.5 | $26,000.00 |
| Aponte, Mara | Senior Manager | $775.00 | 120.8 | $93,620.00 |
| Chatterjee, Moumita | Senior Manager | $770.00 | 19.2 | $14,784.00 |
| Kania, Ryan | Senior Manager | $770.00 | 11.8 | $9,086.00 |
| McCaw, John | Senior Manager | $770.00 | 14.5 | $11,165.00 |
| Rosenzweig, Sam | Senior Manager | $770.00 | 36.2 | $27,874.00 |
| Kirpas, Joe | Manager | $700.00 | 1.9 | $1,330.00 |
| Meyer, Matthew | Manager | $700.00 | 21.1 | $14,770.00 |
| Stafiej, Mitchell | Manager | $700.00 | 56.2 | $39,340.00 |
| Carson, Sean | Manager | $650.00 | 4.2 | $2,730.00 |
| Fleck, Josh | Manager | $650.00 | 101.1 | $65,715.00 |
| Foran, Erin | Manager | $650.00 | 50.6 | $32,890.00 |
| Kohmann, Courtney | Manager | $650.00 | 2.8 | $1,820.00 |
| Rolando, Frank | Manager | $650.00 | 0.2 | $130.00 |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Chen, Yanzi | Senior Consultant | $610.00 | 23.3 | $14,213.00 |
| Guy, Caleb | Senior Consultant | $610.00 | 1.4 | $854.00 |
| Long, Ashley | Senior Consultant | $610.00 | 3.0 | $1,830.00 |
| Nicholson, Brendan | Senior Consultant | $610.00 | 26.1 | $15,921.00 |
| Patel, Harsh | Senior Consultant | $610.00 | 0.4 | $244.00 |
| Heumann, Robert | Senior Consultant | $600.00 | 42.6 | $25,560.00 |
| Lee, Seungkwon | Senior Consultant | $600.00 | 105.5 | $63,300.00 |
| Dargan, Sahil | Senior Consultant | $550.00 | 11.7 | $6,435.00 |
| Stout, Brian | Senior Consultant | $550.00 | 21.3 | $11,715.00 |
| Maguire, Natalie | Consultant | $510.00 | 18.7 | $9,537.00 |
| **Professional Subtotal:** | | | **982.9** | **$731,202.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| *Firm Retention* | | | | |
| Sullivan, Mike | Managing Director | $1,050.00 | 1.9 | $1,995.00 |
| Auyeung, John | Senior Manager | $800.00 | 0.3 | $240.00 |
| **Professional Subtotal:** | | | **2.2** | **$2,235.00** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| *Valuation Services* | | | | |
| Choudhary, Manish | Managing Director | $900.00 | 13.6 | $12,240.00 |
| Lindsey, Chris | Partner/Principal | $900.00 | 0.5 | $450.00 |
| Solomon, John | Managing Director | $900.00 | 2.8 | $2,520.00 |
| Kohli, Kunal | Senior Manager | $725.00 | 39.9 | $28,927.50 |
| Lamonica, Tom | Senior Manager | $725.00 | 4.0 | $2,900.00 |
| Sanghvi, Jiten | Senior Manager | $725.00 | 11.5 | $8,337.50 |
| Dalton, George | Manager | $685.00 | 13.7 | $9,384.50 |
| Kim, Taewoo | Manager | $625.00 | 40.4 | $25,250.00 |
| Kim, Alex | Senior Consultant | $580.00 | 24.1 | $13,978.00 |
| Meyer, Luke | Senior Consultant | $580.00 | 27.3 | $15,834.00 |
| Greenwood, Connor | Senior Consultant | $510.00 | 38.0 | $19,380.00 |
| Jain, Ankita | Senior Consultant | $510.00 | 26.1 | $13,311.00 |
| Ray, Upama | Senior Consultant | $510.00 | 40.3 | $20,553.00 |
| Frissora, Michael | Consultant | $480.00 | 35.0 | $16,800.00 |
| Hasa, Kevin | Consultant | $480.00 | 71.2 | $34,176.00 |
| Asar, Abeer | Consultant | $440.00 | 42.2 | $18,568.00 |
| Aslam, Baazil | Consultant | $440.00 | 6.0 | $2,640.00 |
| Bruno, Alexandra | Consultant | $440.00 | 37.7 | $16,588.00 |
| Desai, Raj | Consultant | $440.00 | 9.0 | $3,960.00 |
| Fatemi, Jessica | Consultant | $440.00 | 6.9 | $3,036.00 |
| Gattoni, Dan | Consultant | $440.00 | 21.6 | $9,504.00 |
| Jidkov, Sophia | Consultant | $440.00 | 25.9 | $11,396.00 |
| Lechmanik, Jack | Consultant | $440.00 | 27.2 | $11,968.00 |
| **Professional Professional:** | | | **564.9** | **$301,701.50** |

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| *Preparation of Fee Applications* | | | | |
| McDonald, Carisa | Senior Consultant | $275.00 | 1.1 | $302.50 |
| Gutierrez, Dalia | Consultant | $250.00 | 3.7 | $925.00 |
| **Professional Professional:** | | | **4.8** | **$1,227.50** |
| **Total** | | Blended Hourly Rate: $666.56 | **1,554.8** | **$1,036,366.00** |

## CUMULATIVE FEES BY CATEGORY SUMMARY
For the Period March 18, 2024 through April 30, 2024

| Categories | Hours | Fees |
|---|---|---|
| Fresh Start Accounting Services | 982.9 | $731,202.00 |
| Firm Retention | 2.2 | $2,235.00 |
| Preparation of Fee Applications | 4.8 | $1,227.50 |
| Valuation Services | 564.9 | $301,701.50 |
| **Fees Category Subtotal :** | **1,554.8** | **$1,036,366.00** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

------------------------------------------------------------- x
In re:                                                       :   Chapter 11
                                                             :
JOANN INC., *et al.*,[2]                                     :   Case No. 24-10418 (CTG)
                                                             :
    Debtors.                                                 :   (Jointly Administered)
                                                             :
                                                             :
------------------------------------------------------------- x

**FIRST AND FINAL FEE APPLICATION OF DELOITTE FINANCIAL ADVISORY SERVICES LLP FOR COMPENSATION FOR SERVICES RENDERED AS FRESH START ACCOUNTING SERVICES PROVIDER TO THE DEBTORS FOR THE PERIOD FROM MARCH 18, 2024 THROUGH APRIL 30, 2024**

Deloitte Financial Advisory Services LLP ("Deloitte FAS" or the "Applicant"), fresh start accounting services provider to JoAnn Inc., and its affiliated debtor entities as debtors and debtors-in-possession (collectively, the "Debtors") in these chapter 11 cases, hereby seeks final allowance and payment of compensation pursuant to section 330 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2016-2 of the Local Bankruptcy Rules of Bankruptcy Court for the District of Delaware (the "Local Rules"), for the period commenting March 18, 2024 through April 30, 2024 (the "Final Application Period").  In support of this final fee application (the "Final Fee Application"), Deloitte FAS respectfully represents as follows:

**JURISDICTION**

1. The United States Bankruptcy Court for the District of Delaware (the "Court") has subject matter jurisdiction to consider and determine this matter pursuant to 28 U.S.C. §§ 157 and

---

[2] The Debtors in these cases, together with the last four digits of each Debtor's taxpayer identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

31669402.1

5

1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b).  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

## STATUTORY BASIS

2.The statutory predicates for the relief requested herein are: (i) sections 330 and 331 of the Bankruptcy Code; (ii) rule 2016 of the Bankruptcy Rules; and (iii) rule 2016-2 of the Local Rules.

## BACKGROUND

3.On March 18, 2024 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code.  The Debtors are authorized to continue to operate their businesses and manage their businesses and manage their properties as debtors in possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

4.On March 18, 2024, the Debtors filed their Prepackaged Joint Plan of Reorganization and the Disclosure Statement related thereto.

5.On April 25, 2024, the Bankruptcy Court entered an Order [D.I. 303] (the "Combined Order") confirming the *First Amended Prepackaged Joint Plan of Reorganization of Joann Inc. and its Debtor Affiliates Under Chapter of the Bankruptcy Code* [D.I. 288].

6.On April 30, 2024, the effective date of the Prepackaged Joint Plan of Reorganization occurred [D.I. 318].

## RETENTION OF DELOITTE FAS

7.On March 27, 2024, the Debtors filed the *Debtors' Application for Entry of an Order (I) Authorizing the Retention and Employment of Deloitte Financial Advisory Services LLP, as Fresh-Start Accounting Services Provider, Pursuant Sections 327(a) and 328 of the Bankruptcy*

*Code, (II) Waiving Certain Information Requirements Imposed by Local Rule 2016-2, and (III) Granting Related Relief* [D.I. 152] (the "Retention Application").

8. On April 15, 2024, the Court entered an order approving the Retention Application [D.I. 243] (the "Retention Order").

## RELIEF REQUESTED

9. By this Final Fee Application, Deloitte FAS respectfully requests final allowance of $1,036,366.00, which represents as 100% compensation for professional services rendered to the Debtors during the Final Application Period. Deloitte FAS did not incur any expenses. Deloitte FAS submits this Fee Application in accordance with the Retention Order. All services for which Deloitte FAS requests compensation were performed for the Debtors.

## BASIS FOR RELIEF

10. This is the first and final fee application filed by Deloitte FAS in these cases. In connection with the professional services rendered, by this Final Fee Application, Deloitte FAS seeks compensation in the amount of $1,036,366.00. The Applicant maintains computerized records of the time expended in the rendering of the professional services required by the Debtors. These records are maintained in the ordinary course of the Applicant's business. A detailed statement of hours spent rendering professional services to the Debtors in support of Deloitte FAS's request for compensation for fees incurred during the Application Period is attached hereto as Exhibit A. Exhibit A: (i) identifies the professionals and paraprofessionals that rendered services in each project category; and (ii) describes each service such professional or paraprofessional performed.

11. No agreement or understanding exists between Deloitte FAS and any nonaffiliated or unrelated person or persons for the sharing of compensation received or to be received for professional services rendered in or in connection with these cases.

## DESCRIPTION OF SERVICES RENDERED

12. Deloitte FAS provides below an overview of the services it rendered as fresh start accounting services provider to the Debtors during the Final Application Period. Detailed descriptions of these services, the amount of fees incurred, and the amount of hours spent providing services throughout the Final Application Period are also provided in the attached Exhibits.

**Fresh Start Accounting Services:**

**Hours 982.9, Amount $731,202.00**

- Deloitte FAS advised the Debtors in preparation for recording the effects of their plan of reorganization and the applicability of fresh start accounting upon emergence from bankruptcy.

- Deloitte FAS assisted the Debtors in developing an implementation approach for fresh start accounting, including developing a strategy and work plan and providing training and support for the emergence accounting project.

- Deloitte FAS held discussions internally, and with the Debtors, related financial reporting considerations and emergence accounting requirements under US GAAP pursuant to Accounting Standards Codification ("ASC") 852, *Reorganizations*.

- Deloitte FAS reviewed the plan of reorganization and disclosure statement for items requiring accounting consideration in planning for emergence from chapter 11.

- Deloitte FAS assisted the Debtors with developing procedures to determine allocations, estimates and potential systems implications/reconfigurations, for potential mid-month emergence from chapter 11.

- Deloitte FAS held discussions with the Debtors with respect to computing their current and deferred income tax effects relating to the accounting for the plan of reorganization and the implementation of fresh start accounting, consistent with ASC 740 *Income Taxes*.

- Deloitte FAS began to configure data and related data management tool for use in analyzing financial reports and for use in exporting detail, line item fresh start accounting and fresh start valuation journal entries into the Debtors' accounting systems.

- Deloitte FAS analyzed the terms of the debtor in possession financing and exit financing agreements to assist the Debtors with determining the accounting treatment pursuant to US GAAP.

**Valuation Services:**

**Hours 564.9, Amount $301,701.50**

- Deloitte FAS held discussions internally, and with the Debtors, to discuss intangible and tangible asset recordkeeping and valuation of such assets for US GAAP purposes.

- Deloitte FAS commenced activities related to gathering of information to estimate the fair value of real estate leases, tangible assets and intangible assets for the purposes of allocating the reorganization value of the Debtors to their assets and liabilities pursuant to fresh start accounting requirements to the consolidated reporting entity.

- Deloitte FAS began development of financial models to estimate the fair value of certain tangible and intangible assets acquired and liabilities assumed in accordance with ASC 820, *Fair Value Measurements*, for fresh start accounting purposes.

- Deloitte FAS participated in discussions with the Debtors' management to explain the preliminary valuation methodologies, assumptions and models and type of information needed from the Debtors to perform the valuation analysis.

**Firm Retention:**

**Hours 2.2, Amount $2,235.00**

- Deloitte FAS reviewed Deloitte FAS's retention documents, including its declaration in support of its retention.

**Preparation of Fee Applications:**

**Hours 4.8, Amount $1,227.50**

- Deloitte FAS staff reviewed and began preparation of its fee application.

## ALLOWANCE OF COMPENSATION

13. Because of the benefits realized by the Debtors, the nature of services provided, the amount of work done, the time consumed and the skill required, Deloitte FAS requests that it be allowed, on a final basis, compensation for the professional services rendered during the Final Application Period in the sum of $1,036,366.00.

14. During the Final Application Period, allowance of compensation in the amount requested would result in a blended hourly billing rate for professionals of approximately $666.56.

15. Deloitte FAS respectfully submits that the professional services rendered by Deloitte FAS on behalf of the Debtors during the Application Period were reasonable, necessary and appropriate to the administration of these chapter 11 cases and related matters.

## DELOITTE FAS'S REQUESTED FEES SHOULD BE ALLOWED BY THIS COURT

16. Section 330 provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . .

. and reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1). Section 330 sets forth the criteria for the award of compensation and reimbursement:

In determining the amount of reasonable compensation to be awarded . . . the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –

    (a)    the time spent on such services; the rates charged for such services;
    (b)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
    (c)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
    (d)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
    (e)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

17. In the instant case, Deloitte FAS respectfully submits that the services for which it seeks compensation in this Final Application Period were necessary for and beneficial to the Debtors and were performed economically, effectively, and efficiently. Deloitte FAS further submits that the compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Debtors. Further, in accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount of fees requested is fair and reasonable given: (i) the complexity of these cases; (ii) the time expended; (iii) the nature and extent of the services rendered; (iv) the value of such services; and (v) the costs of comparable services other than in a case under the Bankruptcy Code. Accordingly, the approval of the compensation sought herein is warranted.

## CERTIFICATE OF COMPLIANCE AND WAIVER

18. The undersigned representative of Deloitte FAS certifies that Deloitte FAS has reviewed the requirements of rule 2016-2 of the Local Rules and that the Final Fee Application substantially complies with that Local Rule. To the extent that the Final Fee Application does not comply in all respects with the requirements of Local Rule 2016-2, Deloitte FAS believes that such deviations are not material and respectfully requests that any such requirement be waived.

WHEREFORE, Deloitte FAS respectfully requests that the Court enter an order: (i) granting final allowance of compensation for professional services rendered to the Debtors by Deloitte FAS during for the Final Application Period in the amount $1,036,366.00, for compensation for professional services rendered during the Final Application Period; (ii) authorizing and directing the Debtors to pay all such amounts to Deloitte FAS; and (iii) granting such other and relief as may be just and proper.

Dated: May 20, 2024
      Morristown, New Jersey

Respectfully submitted,

DELOITTE FINANCIAL ADVISORY
SERVICES LLP

/s/ Michael C. Sullivan
Michael C. Sullivan
Managing Director
110 Morris Street
Morristown, NJ  07960
Telephone:  212.436.4265
Facsimile:  866.584.5524