# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., *et al.*, | Case No. 24-10418 (CTG) |
| Debtors.[1] | (Jointly Administered) |
|  | **Related Dkt. No.: 354** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 354

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection, or other responsive pleading to the *Motion of Reorganized Debtors for Entry of a Final Decree and Order Closing Each of the Subsidiary Debtors' Chapter 11 Cases* [Docket No. 354] (the "***Motion***") filed with the United States Bankruptcy Court for the District of Delaware (the "***Court***") on May 14, 2024.

The undersigned further certifies that, as of the date hereof, she has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served by 4:00 p.m. (ET) on May 28, 2024 (the "***Objection Deadline***").

As no responses to the Motion have been received, it is hereby respectfully requested that the proposed order attached to the Motion be entered at the earliest convenience of the Court.

---

[1] The Debtors in these cases, together with the last four digits of each Debtor's taxpayer identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); and Jo-Ann Stores Support Center, Inc. (5027). The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

31694066.1

Dated: May 29, 2024

*/s/ Rebecca L. Lamb*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **LATHAM & WATKINS LLP** |
| Michael R. Nestor (No. 3526) | George A. Davis (admitted *pro hac vice*) |
| Kara Hammond Coyle (No. 4410) | Alexandra M. Zablocki (admitted *pro hac vice*) |
| Shane M. Reil (No. 6195) | 1271 Avenue of the Americas |
| Rebecca L. Lamb (No. 7223) | New York, NY 10020 |
| Rodney Square | Telephone:  (212) 906-1200 |
| 1000 North King Street | Email:  george.davis@lw.com |
| Wilmington, DE 19801 |           alexandra.zablocki@lw.com |
| Telephone:  (302) 571-6600 | |
| Email:  mnestor@ycst.com | Ted A. Dillman (admitted *pro hac vice*) |
|           kcoyle@ycst.com | Nicholas J. Messana (admitted *pro hac vice*) |
|           sreil@ycst.com | 355 South Grand Avenue, Suite 100 |
|           rlamb@ycst.com | Los Angeles, CA 90071 |
| | Telephone:  (213) 485-1234 |
| | Email:  ted.dillman@lw.com |
| |           nicholas.messana@lw.com |
| | |
| | Ebba Gebisa (admitted *pro hac vice*) |
| | 330 North Wabash Avenue, Suite 2800 |
| | Chicago, IL 27017 |
| | Telephone:  (312) 876-7700 |
| | Email:  ebba.gebisa@lw.com |

*Counsel for Reorganized Debtors*