**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| JOANN INC., | ) Case No. 24-10418 (CTG) |
| Debtor. | ) |
| Tax I.D. No. 46-1095540 | ) |
| In re: | ) Chapter 11 |
| NEEDLE HOLDINGS LLC, | ) Case No. 24-10419 (CTG) |
| Debtor. | ) |
| Tax I.D. No. 27-4503814 | ) |
| In re: | ) Chapter 11 |
| JO-ANN STORES, LLC, | ) Case No. 24-10420 (CTG) |
| Debtor. | ) |
| Tax I.D. No. 34-0720629 | ) |
| In re: | ) Chapter 11 |
| CREATIVE TECH SOLUTIONS LLC, | ) Case No. 24-10421 (CTG) |
| Debtor. | ) |
| Tax I.D. No. 82-1996734 | ) |
| In re: | ) Chapter 11 |
| CREATIVEBUG, LLC, | ) Case No. 24-10422 (CTG) |
| Debtor. | ) |
| Tax I.D. No. 47-1053208 | ) |

| | |
|---|---|
| In re: | Chapter 11 |
| WEAVEUP, INC., | Case No. 24-10423 (CTG) |
| Debtor. | |
| Tax I.D. No. 47-4135633 | |
| In re: | Chapter 11 |
| JAS AVIATION, LLC, | Case No. 24-10424 (CTG) |
| Debtor. | |
| Tax I.D. No. 46-2589570 | |
| In re: | Chapter 11 |
| JOANN.COM, LLC, | Case No. 24-10425 (CTG) |
| Debtor. | |
| Tax I.D. No. 95-4761594 | |
| In re: | Chapter 11 |
| JOANN DITTO HOLDINGS INC., | Case No. 24-10426 (CTG) |
| Debtor. | |
| Tax I.D. No. 86-3449652 | |
| In re: | Chapter 11 |
| JO-ANN STORES SUPPORT CENTER, INC., | Case No. 24-10427 (CTG) |
| Debtor. | |
| Tax I.D. No. 26-3855027 | |

**FINAL DECREE AND ORDER CLOSING EACH OF THE SUBSIDIARY DEBTORS'
<u>CHAPTER 11 CASES</u>**

Upon the motion (the "***Motion***")[1] of the Reorganized Debtors for entry of a final decree and order (this "***Final Decree***") (a) closing the Subsidiary Cases, (b) providing that, subsequent to the entry hereof, any pending or future matters regarding the Subsidiary Cases shall be addressed in the Lead Case, (c) waiving certain reporting requirements, and (d) amending the caption of the Lead Case, all as more fully set forth in the Motion; and the Court having reviewed the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary, except as set forth in the Motion with respect to entry of this Order; and upon the record herein; and after due deliberation thereon; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED, as set forth herein.

2. The following Chapter 11 Cases of the subsidiary Debtors are hereby closed as of the date of this Final Decree:

| Subsidiary Cases | Case No. |
|---|---|
| NEEDLE HOLDINGS LLC | 24-10419 (CTG) |

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

3

| Subsidiary Cases | Case No. |
|---|---|
| JO-ANN STORES, LLC | 24-10420 (CTG) |
| CREATIVE TECH SOLUTIONS LLC | 24-10421 (CTG) |
| CREATIVEBUG, LLC | 24-10422 (CTG) |
| WEAVEUP, INC. | 24-10423 (CTG) |
| JAS AVIATION, LLC | 24-10424 (CTG) |
| JOANN.COM, LLC | 24-10425 (CTG) |
| JOANN DITTO HOLDINGS INC. | 24-10426 (CTG) |
| JO-ANN STORES SUPPORT CENTER, INC. | 24-10427 (CTG) |

3. The Lead Case shall remain open and shall be administered under the following amended caption:

------------------------------------------------------------ x
: 
In re: : Chapter 11
: 
JOANN INC., : Case No. 24-10418 (CTG)
: 
Reorganized Debtor.[1] :
: 
: 
------------------------------------------------------------ x

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN, Inc. (5540). The Reorganized Debtor's mailing address is 5555 Darrow Road, Hudson, OH 44236. In addition to JOANN, Inc., the "***Reorganized Debtors***" include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Needle Holdings LLC (3814) (Case No. 24-10419); Jo-Ann Stores, LLC (0629) (Case No. 24-10420); Creative Tech Solutions LLC (6734) (Case No. 24-10421); Creativebug, LLC (3208) (Case No. 24-10422); WeaveUp, Inc. (5633) (Case No. 24-10423); JAS Aviation, LLC (9570) (Case No. 24-10424); joann.com, LLC (1594) (Case No. 24-10425); JOANN Ditto Holdings Inc. (9652) (Case No. 24-10426); and Jo-Ann Stores Support Center, Inc. (5027) (Case No. 24-10427). All motions, contested matters, and adversary proceedings (if any) that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such closed-case debtors, are administered in this remaining chapter 11 case.

4. From and after the date of entry of this Final Decree, all motions, notices, and other pleadings relating to any of the Reorganized Debtors or the Reorganized Parent shall be filed, administered, and adjudicated in the Lead Case without the need to reopen the Subsidiary Cases.

5. The Clerk of this Court shall enter this Final Decree individually on each of the dockets of the above-captioned Chapter 11 cases, and each of the dockets of the Subsidiary Cases shall be marked as "Closed."

6. The final report for the Reorganized Debtors in the Subsidiary Cases required under Local Rule 3022-1(c) shall be included as part of a consolidated report for all of the Reorganized Debtors to be filed in connection with the closure of the Lead Case.

7. Entry of this Final Decree shall have no effect whatsoever on any contested or other matters pending before this Court. Further, entry of this Final Decree shall not limit the Reorganized Parent's rights to take any actions or assert any claim, objection, cause of action or otherwise bring any matter relating to a Debtor in any of the Subsidiary Cases in the Lead Case as if such case were not closed.

8. Entry of this Final Decree is without prejudice to the rights of the Debtors and Reorganized Debtors, or any other party in interest, to seek to reopen any of these Subsidiary Cases for cause pursuant to section 350(b) of the Bankruptcy Code.

9. The Reorganized Debtors and Kroll are authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Final Decree.

10. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation or enforcement of this Final Decree.

Dated: May 30th, 2024
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE