**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
:
In re: : Chapter 11
:
JOANN INC., : Case No. 24-10418 (CTG)
:
      Reorganized Debtor.[1] :
: Hearing Date: June 28, 2024 at 3:00 p.m. (ET)
: Obj. Deadline: June 20, 2024 at 4:00 p.m. (ET)
---------------------------------------------------------- x

# NOTICE OF FIRST AND FINAL FEE APPLICATION

    **PLEASE TAKE NOTICE** that Deloitte Tax LLP, tax services provider to the above-captioned reorganized debtor (the "***Reorganized Debtor***"), has filed the *First and Final Fee Application of Deloitte Tax LLP for Compensation for Services Rendered as Tax Services Provider to the Debtors for the Period from March 18, 2024 Through April 30, 2024* (the "***Application***") with the United States Bankruptcy Court for the District of Delaware (the "***Court***"). The Application seeks final allowance of fees in the amount of $80,006.50 and expenses in the amount of $0.00.

    **PLEASE TAKE FURTHER NOTICE** that any objections or responses to the relief requested in the Application must be filed on or before **June 20, 2024 at 4:00 p.m. (ET)** (the "***Objection Deadline***") with the Court, 824 North Market Street, Third Floor, Wilmington, Delaware 19801. At the same time, copies of any objections or responses must be served so as to be received on or before the Objection Deadline by the undersigned counsel to the Reorganized Debtor.

    **PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER APPROVAL OF THE APPLICATION WILL BE HELD ON **JUNE 28, 2024 AT 3:00 P.M. (ET)** BEFORE THE HONORABLE CRAIG T. GOLDBLATT, IN THE COURT, 824 N. MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801.

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN, Inc. (5540). The Reorganized Debtor's mailing address is 5555 Darrow Road, Hudson, OH 44236. In addition to JOANN, Inc., the "***Reorganized Debtors***" include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Needle Holdings LLC (3814) (Case No. 24-10419); Jo-Ann Stores, LLC (0629) (Case No. 24-10420); Creative Tech Solutions LLC (6734) (Case No. 24-10421); Creativebug, LLC (3208) (Case No. 24-10422); WeaveUp, Inc. (5633) (Case No. 24-10423); JAS Aviation, LLC (9570) (Case No. 24-10424); joann.com, LLC (1594) (Case No. 24-10425); JOANN Ditto Holdings Inc. (9652) (Case No. 24-10426); and Jo-Ann Stores Support Center, Inc. (5027) (Case No. 24-10427). All motions, contested matters, and adversary proceedings (if any) that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such closed-case debtors, are administered in this remaining chapter 11 case.

31697178.1

**PLEASE TAKE FURTHER NOTICE** THAT, IF NO OBJECTIONS OR RESPONSES TO THE APPLICATION ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED THEREIN WITHOUT FURTHER NOTICE OR A HEARING.

Dated: May 30, 2024

*/s/ Rebecca L. Lamb*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Shane M. Reil (No. 6195)
Rebecca L. Lamb (No. 7223)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone:  (302) 571-6600
Email:  mnestor@ycst.com
    kcoyle@ycst.com
    sreil@ycst.com
    rlamb@ycst.com

**LATHAM & WATKINS LLP**
George A. Davis (admitted *pro hac vice*)
Alexandra M. Zablocki (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone:  (212) 906-1200
Email:  george.davis@lw.com
    alexandra.zablocki@lw.com

Ted A. Dillman (admitted *pro hac vice*)
Nicholas J. Messana (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone:  (213) 485-1234
Email:  ted.dillman@lw.com
    nicholas.messana@lw.com

Ebba Gebisa (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 27017
Telephone:  (312) 876-7700
Email:  ebba.gebisa@lw.com

*Counsel for Reorganized Debtor*