**Exhibit A**

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 18, 2024 - April 30, 2024

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Firm Retention* | | | | |
| 03/18/2024 | | | | |
| Krozek, Derek | Gather information for Deloitte Tax retention application and related information. | $620.00 | 1.1 | $682.00 |
| Subtotal for Firm Retention: | | | 1.1 | $682.00 |
| *Tax Restructuring Services* | | | | |
| 03/18/2024 | | | | |
| Long, Ashley | Review disclosure statement. | $390.00 | 2.6 | $1,014.00 |
| 03/25/2024 | | | | |
| Long, Ashley | Review information related to professional fees incurred by the company for analysis of tax treatment. | $390.00 | 2.4 | $936.00 |
| 04/01/2024 | | | | |
| Abney, Teresa | Discuss with M. Cooper, J. Forrest, D. Luo, L. Paszt, A. Markota, D. Krozek (Deloitte) debt restructuring consequences and potential tax reporting considerations. | $555.00 | 0.8 | $444.00 |
| Cooper, Matt | Discussion with D. Krozek (Deloitte) related to Joann's current IRS compliance assurance process (CAP) review. | $620.00 | 0.1 | $62.00 |
| Cooper, Matt | Discuss with T. Abney, J. Forrest, D. Luo, L. Paszt, A. Markota, D. Krozek (Deloitte) debt restructuring consequences and potential tax reporting considerations. | $620.00 | 0.8 | $496.00 |
| Forrest, Jonathan | Discuss with M. Cooper, T. Abney, D. Luo, L. Paszt, A. Markota, D. Krozek (Deloitte) debt restructuring consequences and potential tax reporting considerations. | $620.00 | 0.8 | $496.00 |
| Krozek, Derek | Review draft disclosure statement filed with the bankruptcy court. | $620.00 | 3.1 | $1,922.00 |
| Krozek, Derek | Discuss with M. Cooper, J. Forrest, T. Abney, D. Luo, L. Paszt, A. Markota (Deloitte) debt restructuring consequences and potential tax reporting considerations. | $620.00 | 0.8 | $496.00 |

1

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 18, 2024 - April 30, 2024

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Restructuring Services* | | | | |
| 04/01/2024 | | | | |
| Krozek, Derek | Discussion with M. Cooper (Deloitte) related to Joann's current IRS compliance assurance process (CAP) review. | $620.00 | 0.2 | $124.00 |
| Luo, Dagong | Discuss with M. Cooper, T. Abney, J. Forrest, L. Paszt, A. Markota, D. Krozek (Deloitte) debt restructuring consequences and potential tax reporting considerations. | $555.00 | 0.8 | $444.00 |
| Markota, Aubrey | Discuss with M. Cooper, T. Abney, J. Forrest, D. Luo, L. Paszt, D. Krozek (Deloitte) debt restructuring consequences and potential tax reporting considerations. | $620.00 | 0.8 | $496.00 |
| Paszt, Laura | Discuss with M. Cooper, T. Abney, J. Forrest, D. Luo, A. Markota, D. Krozek (Deloitte) debt restructuring consequences and potential tax reporting considerations. | $620.00 | 0.8 | $496.00 |
| 04/02/2024 | | | | |
| Krozek, Derek | Continue to review draft disclosure statement filed with the bankruptcy court. | $620.00 | 2.6 | $1,612.00 |
| Paszt, Laura | Call with B. Bailey (JOANN) to discuss income tax accounting implications of fresh start accounting and bankruptcy emergence. | $620.00 | 1.1 | $682.00 |
| 04/03/2024 | | | | |
| Krozek, Derek | Prepare updated tax basis balance sheet for updated balance sheet information. | $620.00 | 1.9 | $1,178.00 |
| 04/04/2024 | | | | |
| Abney, Teresa | Discuss with J. Forrest, M. Cooper, D. Krozek (Deloitte), J. Kronsnoble, L. Kutilek (Latham) potential alternatives and next steps related to potential legal entity simplification. | $555.00 | 0.8 | $444.00 |

2

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 18, 2024 - April 30, 2024

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Restructuring Services* | | | | |
| 04/04/2024 | | | | |
| Cooper, Matt | Discuss with T. Abney, J. Forrest, D. Krozek (Deloitte), J. Kronsnoble, L. Kutilek (Latham) potential alternatives and next steps related to potential legal entity simplification. | $620.00 | 0.8 | $496.00 |
| Forrest, Jonathan | Discuss with T. Abney, M. Cooper, D. Krozek (Deloitte), J. Kronsnoble, L. Kutilek (Latham) potential alternatives and next steps related to potential legal entity simplification. | $620.00 | 0.8 | $496.00 |
| Krozek, Derek | Discuss with T. Abney, J. Forrest, M. Cooper (Deloitte), J. Kronsnoble, L. Kutilek (Latham) potential alternatives and next steps related to potential legal entity simplification. | $620.00 | 0.8 | $496.00 |
| Krozek, Derek | Continue preparation of updated tax basis balance sheet. | $620.00 | 2.1 | $1,302.00 |
| 04/05/2024 | | | | |
| Krozek, Derek | Review fresh start accounting workplan for tax related considerations. | $620.00 | 2.7 | $1,674.00 |
| 04/09/2024 | | | | |
| Krozek, Derek | Review draft step plan to be filed as an addendum to the draft plan of reorganization provided by L. Kutilek (Latham). | $620.00 | 2.1 | $1,302.00 |
| 04/10/2024 | | | | |
| Krozek, Derek | Review draft plan supplement. | $620.00 | 1.7 | $1,054.00 |
| 04/15/2024 | | | | |
| Cooper, Matt | Discuss with J. Forrest, J. Kirpas, D. Krozek (Deloitte), J. Pawlow, J. Kronsnoble, L. Kutilek (Latham & Watkins) next steps related to excess loss account and associated tax liability. | $620.00 | 1.1 | $682.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 18, 2024 - April 30, 2024

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| **Tax Restructuring Services** | | | | |
| 04/15/2024 | | | | |
| Forrest, Jonathan | Discuss with M. Cooper, J. Kirpas, D. Krozek (Deloitte), J. Pawlow, J. Kronsnoble, L. Kutilek (Latham & Watkins) next steps related to excess loss account and associated tax liability. | $620.00 | 1.1 | $682.00 |
| Kirpas, Joe | Discuss with J. Forrest, M. Cooper, D. Krozek (Deloitte), J. Pawlow, J. Kronsnoble, L. Kutilek (Latham & Watkins) next steps related to excess loss account and associated tax liability. | $470.00 | 1.1 | $517.00 |
| Krozek, Derek | Discuss with J. Forrest, M. Cooper, J. Kirpas (Deloitte), J. Pawlow, J. Kronsnoble, L. Kutilek (Latham & Watkins) next steps related to excess loss account and associated tax liability. | $620.00 | 1.1 | $682.00 |
| 04/16/2024 | | | | |
| Kirpas, Joe | Call with B. Bailey, J. Zelwin, J. Kepple (Joann), L. Paszt (partial) (Deloitte) to discuss key timeline and notable income tax accounting considerations. | $470.00 | 1.0 | $470.00 |
| Paszt, Laura | Call (partial) with B. Bailey, J. Zelwin, J. Kepple (Joann), J. Kirpas (Deloitte) to discuss key timeline and notable income tax accounting considerations. | $620.00 | 0.5 | $310.00 |
| 04/17/2024 | | | | |
| Butler, Mike | Discuss with J. Forrest, M. Cooper, V. Penico, D. Luo, J. Kirpas, D. Krozek (Deloitte) potential next steps related to excess loss account recognition and upcoming client call. | $555.00 | 0.8 | $444.00 |
| Cooper, Matt | Discuss with J. Forrest, V. Penico, D. Luo, M. Butler, J. Kirpas, D. Krozek (Deloitte) potential next steps related to excess loss account recognition and upcoming client call. | $620.00 | 0.8 | $496.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 18, 2024 - April 30, 2024

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|

### Tax Restructuring Services

**04/17/2024**

| | Professional | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| | Forrest, Jonathan | Discuss with M. Cooper, V. Penico, D. Luo, M. Butler, J. Kirpas, D. Krozek (Deloitte) potential next steps related to excess loss account recognition and upcoming client call. | $620.00 | 0.8 | $496.00 |
| | Kirpas, Joe | Call with L. Voskuhl, D. Krozek, M. Yarmush, M. Choudhary, K. Kohli, J. Auyeung (Deloitte) regarding enterprise and equity value for emergence accounting and tax impacts. | $470.00 | 1.2 | $564.00 |
| | Kirpas, Joe | Discuss with J. Forrest, M. Cooper, V. Penico, D. Luo, M. Butler, D. Krozek (Deloitte) potential next steps related to excess loss account recognition and upcoming client call. | $470.00 | 0.8 | $376.00 |
| | Krozek, Derek | Discuss with J. Forrest, M. Cooper, V. Penico, D. Luo, M. Butler, J. Kirpas (Deloitte) potential next steps related to excess loss account recognition and upcoming client call. | $620.00 | 1.2 | $744.00 |
| | Krozek, Derek | Call with L. Voskuhl, M. Yarmush, J. Kirpas, M. Choudhary, K. Kohli, J. Auyeung (Deloitte) regarding enterprise and equity value for emergence accounting and tax impacts. | $620.00 | 0.8 | $496.00 |
| | Luo, Dagong | Discuss with J. Forrest, M. Cooper, V. Penico, M. Butler, J. Kirpas, D. Krozek (Deloitte) potential next steps related to excess loss account recognition and upcoming client call. | $555.00 | 0.8 | $444.00 |
| | Penico, Victor | Discuss with J. Forrest, M. Cooper, D. Luo, M. Butler, J. Kirpas, D. Krozek (Deloitte) potential next steps related to excess loss account recognition and upcoming client call. | $620.00 | 0.8 | $496.00 |

**04/19/2024**

| | Professional | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| | Kirpas, Joe | Review JOANN Inc.'s chapter 11 bankruptcy plan. | $470.00 | 0.8 | $376.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 18, 2024 - April 30, 2024

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Restructuring Services* | | | | |
| 04/19/2024 | | | | |
| Kirpas, Joe | Review JOANN Inc.'s chapter 11 disclosure statement. | $470.00 | 1.2 | $564.00 |
| 04/22/2024 | | | | |
| Kirpas, Joe | Review disclosure statement and summarizing recoveries. | $470.00 | 2.1 | $987.00 |
| Krozek, Derek | Review draft plan of reorganization for US federal income tax consequences. | $620.00 | 1.7 | $1,054.00 |
| Krozek, Derek | Prepare summary of recoveries under the plan of reorganization. | $620.00 | 3.5 | $2,170.00 |
| Krozek, Derek | Review draft disclosure statement for US federal income tax consequences. | $620.00 | 2.7 | $1,674.00 |
| 04/23/2024 | | | | |
| Butler, Mike | Discuss J. Forrest, V. Penico, D. Luo, J. Kirpas, D. Krozek (Deloitte) preliminary analysis of US federal income tax consequences of the restructuring and underlying assumptions. | $555.00 | 1.4 | $777.00 |
| Butler, Mike | Discuss with J. Kirpas, D. Krozek (Deloitte) preliminary findings related to the debt exchange and related US federal income tax consequences. | $555.00 | 1.1 | $610.50 |
| Forrest, Jonathan | Discuss V. Penico, D. Luo, M. Butler, J. Kirpas, D. Krozek (Deloitte) preliminary analysis of US federal income tax consequences of the restructuring and underlying assumptions. | $620.00 | 1.4 | $868.00 |
| Hybl, Claire | Discuss with B. Sullivan, J. Kirpas, D. Krozek (Deloitte) preliminary background associated with the Joann bankruptcy restructuring for purposes of state income tax analysis. | $470.00 | 0.8 | $376.00 |
| Kirpas, Joe | Review information previously provided by JOANN for tax basis balance sheets preparation. | $470.00 | 1.3 | $611.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 18, 2024 - April 30, 2024

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|//

*Tax Restructuring Services*

04/23/2024

| | | | | | |
|---|---|---|---|---|---|
| | Kirpas, Joe | Discuss J. Forrest, V. Penico, D. Luo, M. Butler, D. Krozek (Deloitte) preliminary analysis of US federal income tax consequences of the restructuring and underlying assumptions. | $470.00 | 1.4 | $658.00 |
| | Kirpas, Joe | Discussion with D. Krozek (Deloitte) to discuss information to update the tax basis balance sheets of JOANN and subsidiaries. | $470.00 | 0.5 | $235.00 |
| | Kirpas, Joe | Discuss with B. Sullivan, C. Hybl, D. Krozek (Deloitte) preliminary background associated with the Joann bankruptcy restructuring for purposes of state income tax analysis. | $470.00 | 0.8 | $376.00 |
| | Kirpas, Joe | Discuss with M. Butler, D. Krozek (Deloitte) preliminary findings and related US federal income tax consequences (e.g., cancellation of debt income, attribute reduction, etc.). | $470.00 | 1.1 | $517.00 |
| | Krozek, Derek | Discuss with M. Butler, J. Kirpas (Deloitte) preliminary findings related to the debt exchange and related US federal income tax consequences (e.g., cancellation of debt income determination, impact to subsidiary stock basis, etc.). | $620.00 | 1.1 | $682.00 |
| | Krozek, Derek | Discuss J. Forrest, V. Penico, D. Luo, M. Butler, J. Kirpas (Deloitte) preliminary analysis of US federal income tax consequences of the restructuring and underlying assumptions. | $620.00 | 1.4 | $868.00 |
| | Krozek, Derek | Discuss with B. Sullivan, C. Hybl, J. Kirpas (Deloitte) preliminary background associated with the Joann bankruptcy restructuring for purposes of state income tax analysis. | $620.00 | 0.8 | $496.00 |
| | Krozek, Derek | Discussion with J. Kirpas (Deloitte) to discuss information to update the tax basis balance sheets of JOANN and subsidiaries. | $620.00 | 0.5 | $310.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 18, 2024 - April 30, 2024

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Restructuring Services* | | | | |
| 04/23/2024 | | | | |
| Long, Ashley | Review costs and updates for transaction cost analysis. | $390.00 | 2.6 | $1,014.00 |
| Luo, Dagong | Discuss J. Forrest, V. Penico, M. Butler, J. Kirpas, D. Krozek (Deloitte) preliminary analysis of US federal income tax consequences of the restructuring and underlying assumptions. | $555.00 | 1.4 | $777.00 |
| Penico, Victor | Discuss J. Forrest, D. Luo, M. Butler, J. Kirpas, D. Krozek (Deloitte) preliminary analysis of US federal income tax consequences of the restructuring and underlying assumptions. | $620.00 | 1.4 | $868.00 |
| Sullivan, Brian | Discuss with C. Hybl, J. Kirpas, D. Krozek (Deloitte) preliminary background associated with the Joann bankruptcy restructuring for purposes of state income tax analysis. | $620.00 | 0.8 | $496.00 |
| 04/24/2024 | | | | |
| Butler, Mike | Review disclosure statement with respect to potential recoveries and relevant tax consequences. | $555.00 | 2.1 | $1,165.50 |
| Kirpas, Joe | Refresh of tax basis balance sheets for new information provided. | $470.00 | 3.8 | $1,786.00 |
| Kirpas, Joe | Continue to refresh of tax basis balance sheets for new information provided. | $470.00 | 3.5 | $1,645.00 |
| Krozek, Derek | Continue preparation of excess loss account analysis. | $620.00 | 2.7 | $1,674.00 |
| Krozek, Derek | Prepare excess loss account analysis. | $620.00 | 3.7 | $2,294.00 |
| Long, Ashley | Update transaction cost analysis work paper. | $390.00 | 0.6 | $234.00 |
| 04/25/2024 | | | | |
| Butler, Mike | Review preliminary tax analysis following updates for new value assumptions and recoveries. | $555.00 | 1.9 | $1,054.50 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 18, 2024 - April 30, 2024

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|

### *Tax Restructuring Services*

04/25/2024

| | | | | | |
|---|---|---|---|---|---|
| | Corrigan, Kevin | Call with D. Krozek, J. Kirpas (Deloitte) to discuss outside stock basis considerations for the members of the JOANN Inc. consolidated group. | $555.00 | 0.6 | $333.00 |
| | Hybl, Claire | Prepare state bankruptcy model to address stock basis rules under Treasury Regulation Section 1.1502-32 and potential federal excess loss account rules under Treasury Regulation 1.1502-19 and state income tax consequences. | $470.00 | 1.1 | $517.00 |
| | Kirpas, Joe | Discussion with D. Krozek (Deloitte) preliminary views with respect to valuation and income tax consequences (e.g., cancellation of debt income determination, impact to subsidiary stock basis, etc.). | $470.00 | 0.5 | $235.00 |
| | Kirpas, Joe | Prepare liability floor calculation for JOANN and subsidiaries. | $470.00 | 2.2 | $1,034.00 |
| | Kirpas, Joe | Call with D. Krozek, K. Corrigan (Deloitte) to discuss outside stock basis considerations for the members of the JOANN Inc. consolidated group. | $470.00 | 0.6 | $282.00 |
| | Krozek, Derek | Continue drafting summary of recoveries under the plan of reorganization. | $620.00 | 2.9 | $1,798.00 |
| | Krozek, Derek | Discuss with J. Kirpas (Deloitte) preliminary views with respect to valuation and income tax consequences  (e.g., cancellation of debt income determination, impact to subsidiary stock basis, etc.). | $620.00 | 0.5 | $310.00 |
| | Krozek, Derek | Call with K. Corrigan, J. Kirpas (Deloitte) to discuss outside stock basis considerations for the members of the JOANN Inc. consolidated group. | $620.00 | 0.6 | $372.00 |
| | Long, Ashley | Review filings of various advisors for services performed in connection with the analysis of the tax treatment of professional fees in the restructuring. | $390.00 | 0.4 | $156.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 18, 2024 - April 30, 2024

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| *Tax Restructuring Services* | | | | | |
| 04/26/2024 | | | | | |
| | Butler, Mike | Discuss with J. Forrest, V. Penico, D. Luo, J. Kirpas, D. Krozek (Deloitte) updates related to valuation and recoveries and related US federal income tax consequences. | $555.00 | 0.6 | $333.00 |
| | Butler, Mike | Call with J. Kirpas, D. Krozek (Deloitte) to discuss updated tax basis balance sheet. | $555.00 | 0.5 | $277.50 |
| | Corrigan, Kevin | Review 2024 taxable income estimate for purposes of updating stock basis calculations. | $555.00 | 0.9 | $499.50 |
| | Diaz, José | Update summary tab formulas linking them to apportionment summary tab. | $315.00 | 0.5 | $157.50 |
| | Diaz, José | Prepare summary matrix of state income tax conformity to the US federal income tax rules related to application of stock basis rules under Treasury Regulations 1.1502-32 and attribute reduction rules under 1.1502-28 for purposes of state income tax modeling. | $315.00 | 0.5 | $157.50 |
| | Diaz, José | Discuss with K. Rickstrew, C. Hybl (Deloitte) Joann state bankruptcy model including state conformity research to stock basis rules under Treasury Regulation 1.1502-32, apportionment calculation, state conformity to bonus depreciation, 163 (j) and tax year 2024 tax rates. | $315.00 | 0.4 | $126.00 |
| | Forrest, Jonathan | Discuss with V. Penico, M. Butler, D. Luo, J. Kirpas, D. Krozek (Deloitte) updates related to valuation and recoveries and related US federal income tax consequences. | $620.00 | 0.6 | $372.00 |
| | Hybl, Claire | Discuss with J. Diaz, K. Rickstrew (Deloitte) Joann state bankruptcy model including state conformity research to stock basis rules under Treasury Regulation 1.1502-32, apportionment calculation, state conformity to bonus depreciation, 163 (j) and tax year 2024 tax rates. | $470.00 | 0.4 | $188.00 |

10

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 18, 2024 - April 30, 2024

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|

*Tax Restructuring Services*

04/26/2024

| | | | | | |
|---|---|---|---|---|---|
| | Kirpas, Joe | Discuss with J. Forrest, V. Penico, M. Butler, D. Luo, D. Krozek (Deloitte) updates related to valuation and recoveries and related US federal income tax consequences. | $470.00 | 0.6 | $282.00 |
| | Kirpas, Joe | Call with M. Butler, D. Krozek (Deloitte) to discuss updated tax basis balance sheet. | $470.00 | 0.5 | $235.00 |
| | Kirpas, Joe | Call with D. Krozek (Deloitte) to discuss the trial balance and tax basis balance sheet of the JOANN entities. | $470.00 | 0.5 | $235.00 |
| | Krozek, Derek | Call with J. Kirpas (Deloitte) to discuss the trial balance and tax basis balance sheet of the JOANN entities. | $620.00 | 0.5 | $310.00 |
| | Krozek, Derek | Discuss with J. Forrest, V. Penico, M. Butler, D. Luo, J. Kirpas (Deloitte) updates related to valuation and recoveries and related US federal income tax consequences. | $620.00 | 0.6 | $372.00 |
| | Krozek, Derek | Call with J. Kirpas, M. Butler (Deloitte) to discuss updated tax basis balance sheet. | $620.00 | 0.5 | $310.00 |
| | Luo, Dagong | Discuss with J. Forrest, V. Penico, M. Butler, J. Kirpas, D. Krozek (Deloitte) updates related to valuation and recoveries and related US federal income tax consequences. | $555.00 | 0.6 | $333.00 |
| | Penico, Victor | Discuss with J. Forrest, M. Butler, D. Luo, J. Kirpas, D. Krozek (Deloitte) updates related to valuation and recoveries and related US federal income tax consequences. | $620.00 | 0.6 | $372.00 |
| | Rickstrew, Katie | Discuss with J. Diaz, C. Hybl (Deloitte) Joann state bankruptcy model including state conformity research to stock basis rules under Treasury Regulation 1.1502-32, apportionment calculation, state conformity to bonus depreciation, 163(j) and tax year 2024 tax rates. | $470.00 | 0.4 | $188.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 18, 2024 - April 30, 2024

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Restructuring Services* | | | | |
| **04/27/2024** | | | | |
| Luo, Dagong | Research issue with respect to treatment of participation fees for purposes of the application of contribution rules of Treasury Regulation Section 1.1032-3. | $555.00 | 3.5 | $1,942.50 |
| **04/29/2024** | | | | |
| Corrigan, Kevin | Update stock basis calculations for February 2024 taxable income estimate and capital activity. | $555.00 | 2.4 | $1,332.00 |
| Kirpas, Joe | Prepare model updates for revised cancellation of debt income calculation. | $470.00 | 1.0 | $470.00 |
| Krozek, Derek | Continue preparation of excess loss account analysis. | $620.00 | 7.6 | $4,712.00 |
| Long, Ashley | Prepare transaction cost work paper. | $390.00 | 2.6 | $1,014.00 |
| **04/30/2024** | | | | |
| Corrigan, Kevin | Discuss with J. Kirpas, D. Krozek (Deloitte) draft tax basis balance sheet calculation and comparison to estimated subsidiary stock basis. | $555.00 | 1.9 | $1,054.50 |
| Kirpas, Joe | Discuss with K. Corrigan, D. Krozek (Deloitte) draft tax basis balance sheet calculation and comparison to estimated subsidiary stock basis. | $470.00 | 1.9 | $893.00 |
| Kirpas, Joe | Update US federal income tax model for estimated recoveries and value assumptions. | $470.00 | 1.1 | $517.00 |
| Krozek, Derek | Review disclosure statement for US federal income tax considerations relevant to the modeling. | $620.00 | 2.1 | $1,302.00 |
| Krozek, Derek | Prepare summary of considerations related to the estimated excess loss account based on illustrative values. | $620.00 | 2.6 | $1,612.00 |
| Krozek, Derek | Discuss with K. Corrigan, J. Kirpas (Deloitte) draft tax basis balance sheet calculation and comparison to estimated subsidiary stock basis. | $620.00 | 1.9 | $1,178.00 |

# JOANN Inc.

## Deloitte Tax LLP

## Fees Sorted by Category for the Fee Period

March 18, 2024 - April 30, 2024

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Tax Restructuring Services* | | | | |
| 04/30/2024 | | | | |
| Long, Ashley | Update the transaction cost work paper. | $390.00 | 0.6 | $234.00 |
| Subtotal for Tax Restructuring Services: | | | 143.2 | $79,324.50 |
| **Total** | | | **144.3** | **$80,006.50** |

## Recapitulation

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Cooper, Matt | $620.00 | 3.6 | $2,232.00 |
| Forrest, Jonathan | $620.00 | 5.5 | $3,410.00 |
| Krozek, Derek | $620.00 | 60.1 | $37,262.00 |
| Markota, Aubrey | $620.00 | 0.8 | $496.00 |
| Paszt, Laura | $620.00 | 2.4 | $1,488.00 |
| Penico, Victor | $620.00 | 2.8 | $1,736.00 |
| Sullivan, Brian | $620.00 | 0.8 | $496.00 |
| Abney, Teresa | $555.00 | 1.6 | $888.00 |
| Butler, Mike | $555.00 | 8.4 | $4,662.00 |
| Corrigan, Kevin | $555.00 | 5.8 | $3,219.00 |
| Luo, Dagong | $555.00 | 7.1 | $3,940.50 |
| Hybl, Claire | $470.00 | 2.3 | $1,081.00 |
| Kirpas, Joe | $470.00 | 29.5 | $13,865.00 |
| Rickstrew, Katie | $470.00 | 0.4 | $188.00 |
| Long, Ashley | $390.00 | 11.8 | $4,602.00 |
| Diaz, José | $315.00 | 1.4 | $441.00 |