**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
                                                                 :
In re:                                                           :   Chapter 11
                                                                 :
JOANN INC.,                                                      :   Case No. 24-10418 (CTG)
                                                                 :
       Reorganized Debtor.[1]                                :   **Hearing Date: June 28, 2024 at 3:00 p.m. (ET)**
                                                                 :   **Obj. Deadline: June 20, 2024 at 4:00 p.m. (ET)**
                                                                 :
---------------------------------------------------------------- x

**SUMMARY COVER SHEET OF THE FIRST AND FINAL FEE APPLICATION OF HOULIHAN LOKEY CAPITAL, INC. FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS FINANCIAL ADVISOR AND INVESTMENT BANKER TO THE DEBTORS FOR THE PERIOD FROM <u>MARCH 18, 2024 THROUGH APRIL 30, 2024</u>**

| | |
|---|---|
| Name of Applicant: | Houlihan Lokey Capital, Inc. |
| Authorized to Provide Professional Services to: | JOANN INC. |
| Date of Retention: | April 15, 2024, effective as of March 18, 2024 |
| Period for which compensation and reimbursement is sought: | March 18, 2024 through April 30, 2024 |
| Amount of Compensation sought as actual, reasonable and necessary: | $7,450,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,848.91 |

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN, Inc. (5540). The Reorganized Debtor's mailing address is 5555 Darrow Road, Hudson, OH 44236. In addition to JOANN, Inc., the "*Reorganized Debtors*" include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Needle Holdings LLC (3814) (Case No. 24-10419); Jo-Ann Stores, LLC (0629) (Case No. 24-10420); Creative Tech Solutions LLC (6734) (Case No. 24-10421); Creativebug, LLC (3208) (Case No. 24-10422); WeaveUp, Inc. (5633) (Case No. 24-10423); JAS Aviation, LLC (9570) (Case No. 24-10424); joann.com, LLC (1594) (Case No. 24-10425); JOANN Ditto Holdings Inc. (9652) (Case No. 24-10426); and Jo-Ann Stores Support Center, Inc. (5027) (Case No. 24-10427). All motions, contested matters, and adversary proceedings (if any) that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such closed-case debtors, are administered in this remaining chapter 11 case.

This is a: \_\_\_\_Monthly \_\_\_\_Interim \_x\_ Final Application

Prior Application Filed: None

No compensation is requested in respect of the time expended for fee application preparation.

## PRINCIPAL PROFESSIONALS AND HOURS BY INDIVIDUAL

### Time Summaries for March 18, 2024 through April 30, 2024

| NAME OF PROFESSIONAL | TITLE | HOURS |
|---|---|---|
| 1.  Saul Burian | Managing Director | 7.5 |
| 2.  David R. Salemi | Managing Director | 50.0 |
| 3.  Matt Ender | Associate | 81.5 |
| 4.  Alex Krakovsky | Financial Analyst | 54.0 |
| 5.  Charlie Vrattos | Financial Analyst | 65.5 |

## HOURS BY PROJECT CATEGORY

| SERVICES RENDERED | HOURS |
|---|---|
| General Case Administration | 111.5 |
| Analysis, Presentations, and Due Diligence | 67.5 |
| Correspondence with Debtor and Other Advisors | 55.5 |
| Correspondence with Non-Debtor Stakeholders and Advisors | 24.0 |
| **SERVICE TOTALS:** | **258.5** |

## EXPENSE SUMMARY

| EXPENSES | AMOUNT |
|---|---|
| a)  **Overtime Meals** | $1,287.67 |
| b)  **Telephone and Data** | $376.03 |
| c)  **Ground Transportation** | $185.21 |
| **EXPENSES TOTAL:** | **$1,848.91** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| JOANN INC., | : | Case No. 24-10418 (CTG) |
| Reorganized Debtor.[1] | : | Hearing Date: June 28, 2024 at 3:00 p.m. (ET) |
|  | : | Obj. Deadline: June 20, 2024 at 4:00 p.m. (ET) |

**FIRST AND FINAL FEE APPLICATION OF HOULIHAN LOKEY CAPITAL, INC. AS FINANCIAL ADVISOR AND INVESTMENT BANKER TO THE DEBTORS FOR ALLOWANCE AND FINAL APPROVAL OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF MARCH 18, 2024 THROUGH APRIL 30, 2024**

Houlihan Lokey Capital, Inc. ("***Houlihan Lokey***"), as investment banker to the above captioned debtors and debtors in possession (collectively, the "***Debtors***"), submits this application (the "***Application***") pursuant to section 328(a) of title 11 of the United States Code (the "***Bankruptcy Code***"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), and Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "***Local Rules***"), as its final fee application for compensation for services rendered and reimbursement of expenses for the period of March 18, 2024 through April 30, 2024 (the "***Compensation Period***"). By this Application, pursuant to the Retention Order (as defined below), Houlihan Lokey seeks entry of

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN, Inc. (5540). The Reorganized Debtor's mailing address is 5555 Darrow Road, Hudson, OH 44236. In addition to JOANN, Inc., the "*Reorganized Debtors*" include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Needle Holdings LLC (3814) (Case No. 24-10419); Jo-Ann Stores, LLC (0629) (Case No. 24-10420); Creative Tech Solutions LLC (6734) (Case No. 24-10421); Creativebug, LLC (3208) (Case No. 24-10422); WeaveUp, Inc. (5633) (Case No. 24-10423); JAS Aviation, LLC (9570) (Case No. 24-10424); joann.com, LLC (1594) (Case No. 24-10425); JOANN Ditto Holdings Inc. (9652) (Case No. 24-10426); and Jo-Ann Stores Support Center, Inc. (5027) (Case No. 24-10427). All motions, contested matters, and adversary proceedings (if any) that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such closed-case debtors, are administered in this remaining chapter 11 case.

an order, substantially in the form attached hereto as **Exhibit E** (the "***Proposed Order***"), authorizing the allowance and payment of compensation in the amount of $7,450,000.00² for services rendered by Houlihan Lokey during the Compensation Period and the allowance and reimbursement of its actual and necessary expenses in the amount of $1,848.91 for the Compensation Period. In support of the Application, Houlihan Lokey respectfully represents as follows:

## JURISDICTION AND VENUE

1. The United States Bankruptcy Court for the District of Delaware (the "***Court***") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order of Reference from the United States District Court for the District of Delaware, dated February 29, 2012 (the "***Amended Standing Order***"). This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). The Debtors confirm their consent, pursuant to Local Rule 9013-1(f), to the entry of a final order by the Court in connection with this Application to the extent that it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments in connection herewith consistent with Article III of the United States Constitution.

2. Venue is proper pursuant to 28 U.S.C. § 1408 and 1409.

3. The statutory and legal bases for the relief requested herein are the section 328(a) of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Rule 2016-1.

## BACKGROUND

4. On March 18, 2024 (the "***Petition Date***"), each Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code, commencing the above-captioned chapter 11 cases (the "***Chapter 11 Cases***") in the United States Bankruptcy Court for the District of

---

² Consists of a $4,500,000.00 Restructuring Transaction Fee, a $2,800,000.00 DIP Financing Transaction Fee ($3,300,000.00 gross fee net of $500,000.00 of 50% Monthly Fee credits), and a $150,000.00 April Monthly Fee.

Delaware.

5.      On March 27, 2024, Houlihan Lokey filed its application to be retained by the Debtors [Docket No. 156] (the "***Retention Application***"), effective as of the Petition Date, in accordance with the terms and conditions set forth in the engagement agreement, dated as of December 13, 2022 between Houlihan Lokey and the Debtors (the "***Engagement Agreement***").

6.      On April 15, 2024, this Court entered the *Order (I) Authorizing Retention and Employment of Houlihan Lokey Capital, Inc., as Financial Advisory and Investment Banker to the Debtors, Effective as of the Petition Date, (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2, and (III) Granting Related Relief* [Docket No. 246] (the "***Retention Order***"), authorizing the employment and retention of Houlihan Lokey. A copy of the Retention Order is attached as **Exhibit A**.

7.      On April 25, 2024, the Court entered an order [Docket No. 303] confirming the *Prepackaged Joint Plan of Reorganization of JOANN Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 15] (together with all exhibits and supplements thereto, and as may be amended, modified, or supplemented from time to time, the "***Plan***")[3], and the Plan went effective on April 30, 2024. *See* Docket No. 318.

### APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

8.      This is Houlihan Lokey's first and final fee application for compensation filed in these Chapter 11 Cases.

### SUMMARY OF SERVICES RENDERED AND EXPENSES INCURRED DURING THE COMPENSATION PERIOD

9.      As set forth in the Application cover sheet submitted herewith, Houlihan Lokey rendered a total of 258.5 hours of professional services during the Compensation Period, for

---

[3]   Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan (as defined below).

3

which it seeks compensation of $7,450,000.00, and incurred $1,848.91 in out-of-pocket expenses which were "actual, necessary expenses" in connection with rendering the professional services described herein. As noted in the Retention Application, it is not the general practice of investment banking firms to keep detailed time records similar to those kept by professionals compensated on an hourly rate and Houlihan Lokey does not ordinarily keep time records on a "Project Category" basis.

10. Houlihan Lokey rendered professional services to the Debtors in furtherance of the interests of the Debtors and the Debtors' estates. The variety and complexity of the issues in these Chapter 11 Cases and the need to act or respond to such issues on an expedited basis required the expenditure of substantial effort by Houlihan Lokey. Houlihan Lokey respectfully submits that the professional services that it rendered on behalf of the Debtors were necessary and appropriate and have directly contributed to the effective resolution of these Chapter 11 Cases.

11. To apprise this Court of the services rendered during the Compensation Period, Houlihan Lokey sets forth the following summary of services rendered (the "***Summary of Services Rendered***"). This summary is intended only to highlight the categories of services performed by Houlihan Lokey during the Compensation Period. Because this was a fully negotiated, pre-packaged chapter 11 filing, a substantial portion of Houlihan Lokey's work was performed prior to the bankruptcy filing. Since its retention on October 22, 2022 and up to the Petition Date, Houlihan Lokey provided extensive prepetition services to the Debtors in preparation for the Debtors' restructuring efforts, including assisting management in evaluating strategic alternatives, conducting extensive meetings and negotiations with the various parties in interest, facilitating extensive diligence for the various parties in interest, raising and negotiating the terms of the DIP financing, and providing additional financial advice and investment banking

4

services in preparation for the filing of these Chapter 11 Cases. The services that Houlihan Lokey has rendered to the Debtors have been necessary and in the best interests of the Debtors and have furthered the goals of all parties in interest. The following Summary of Services Rendered is not intended to be an exhaustive description of the work performed. Rather, it is intended to highlight certain of the areas in which Houlihan Lokey rendered services to the Debtors during the Compensation Period:

A. **General Case Administration.** Houlihan Lokey attended Court hearings, including the "First Day" Hearing on March 19, 2024 and the "Confirmation Hearing" on April 25, 2024. Houlihan Lokey also assisted the Debtors and the Debtors' legal counsel in reviewing and drafting Court documents, reviewed various docket entries, tracked and recorded hours, helped prepare various Court filings including declarations, and responded to questions and communication from various interested parties.

B. **Analysis, Presentations, and Due Diligence.** Houlihan Lokey has provided advice regarding many of the decisions facing the Debtors, including issues related to the Debtors' liquidity and financial condition, bankruptcy matters, potential financing alternatives, and other strategy and tactics related to these Chapter 11 Cases. Houlihan Lokey assisted in preparation of various materials for management and creditors in connection with the provision of strategic advice. Houlihan Lokey also facilitated due diligence performed by third parties that were evaluating the DIP Facility.

C. **Correspondence with Debtor and Other Debtor Advisors.** During the Compensation Period, Houlihan Lokey participated in calls and meetings with the Debtors' management and the Debtors' other advisors. These calls covered

5

various topics including but not limited to: the chapter 11 process, liquidity, the DIP Facility, the state of business operations and restructuring strategy. Houlihan Lokey also participated in weekly board of director meetings regarding the status of the restructuring process and other matters.

D. **Correspondence with Non-Debtor Stakeholders and Advisors**. Houlihan Lokey participated in coordination calls with creditor advisors to discuss the restructuring process, including with respect to potential financing of the DIP Facility and other matters. Houlihan Lokey also coordinated with creditor advisors on logistical matters including funding mechanics of the DIP Facility. Houlihan Lokey also facilitated dialogue between the Debtors and potential financing parties for the accordion facility and attended due diligence meetings with the Debtors' management and the Debtors' other advisors.

Detailed descriptions of the services rendered during the Compensation Period are incorporated herein at **Exhibit B**.

12. In addition to the foregoing, Houlihan Lokey incurred out-of-pocket expenses during the Compensation Period in the amount of $1,848.91. Detail underlying these out-of-pocket expenses is incorporated herein at **Exhibit C**.

### CERTIFICATION OF DAVID R. SALEMI

13. A Certification of David R. Salemi is attached hereto as **Exhibit D**.

### COMPLIANCE WITH GUIDELINES

14. Houlihan Lokey believes that this Application substantially complies with the Retention Order and the Local Rules. To the extent there has not been material compliance with any particular rule or guideline, Houlihan Lokey respectfully requests a waiver or an opportunity to cure.

15. The fees charged by Houlihan Lokey in this case are billed in accordance with its fees and procedures in effect during the Compensation Period. The amount of compensation requested is fair and reasonable given the complexity of this case, time expensed, nature and extent of services rendered, the value of such services, and the costs of comparable services other than in a case under the Bankruptcy Code.

16. The purposes for which Houlihan Lokey was retained, as reflected in the Retention Application and the Retention Order, have been fulfilled during the Compensation Period.

## CONCLUSION

**WHEREFORE**, for all of the foregoing reasons, Houlihan Lokey respectfully requests (i) allowance of compensation for professional services rendered as investment banker to the Debtors during the Compensation Period in the amount of $7,450,000.00 (ii) reimbursement of actual and necessary expenses incurred by Houlihan Lokey during the Compensation Period in the amount of $1,848.91; and (iii) such other and further relief as this Court deems just and proper.

Dated: May 30, 2024

**HOULIHAN LOKEY CAPITAL, INC.**
*Financial Advisor and Investment Banker to the Debtors*

By:     */s/ David R. Salemi*
         David R. Salemi
         Managing Director
         Houlihan Lokey Capital, Inc.