**Exhibit A**

**Fee Detail**



**Hourly Fees by Employee through March 2024**

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| ERCA | Adams, Errol C | CO - Consultant | 1.30 | $85.00 | $110.50 |
| ACAP | Capers, Andrea | CO - Consultant | 5.10 | $85.00 | $433.50 |
| JAGD | Gonzalez-Davila, Jonathan Alexis | CO - Consultant | 0.90 | $85.00 | $76.50 |
| JAMM | Molina, Jamie | CO - Consultant | 3.00 | $85.00 | $255.00 |
| RARO | Roach, Raven | CO - Consultant | 4.30 | $145.00 | $623.50 |
| NA | Ahmad, Nabeela | CO - Consultant | 0.60 | $160.00 | $96.00 |
| GAH | Howell, Gabriela | CO - Consultant | 7.50 | $160.00 | $1,200.00 |
| INM | Markesinis, Ioannis N | CO - Consultant | 0.40 | $160.00 | $64.00 |
| ADRM | Melton, Adrienne A | CO - Consultant | 0.60 | $160.00 | $96.00 |
| JSP | Spiegel, Jason | CO - Consultant | 2.70 | $160.00 | $432.00 |
| AGOR | Gorina, Anastasia | CO - Consultant | 2.50 | $175.00 | $437.50 |
| AMI | Mishra, Anju | CO - Consultant | 0.30 | $175.00 | $52.50 |
| MET | Tawde, Medhavi | CO - Consultant | 0.20 | $175.00 | $35.00 |
| TMF | Floyd, Tiffany M | CO - Consultant | 1.50 | $180.00 | $270.00 |
| CCP | Pagan, Chanel C | CO - Consultant | 3.30 | $180.00 | $594.00 |
| ARKH | Khan, Areej | SC - Senior Consultant | 4.00 | $195.00 | $780.00 |
| SABR | Brodeur, Sarah | SA - Solicitation Consultant | 0.30 | $225.00 | $67.50 |
| MMB | Brown, Mark M | SA - Solicitation Consultant | 0.60 | $225.00 | $135.00 |
| MLC | Crowell, Messiah L | SA - Solicitation Consultant | 18.60 | $225.00 | $4,185.00 |
| JUL | Lewenson, Justin | SA - Solicitation Consultant | 2.90 | $225.00 | $652.50 |
| HST | Taatjes, Hayden S | SA - Solicitation Consultant | 37.90 | $225.00 | $8,527.50 |
| JZI | Ziffer, Jordan | SA - Solicitation Consultant | 3.10 | $225.00 | $697.50 |
| PLL | Labissiere, Pierre L | DI - Director | 1.00 | $245.00 | $245.00 |
| TAR | Archbell, Tiffany | DS - Director of Solicitation | 0.80 | $250.00 | $200.00 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 5.70 | $250.00 | $1,425.00 |

JOANN Inc. Page 2

Invoice #: 23910

| | | | | | |
|---|---|---|---|---|---|
| SLL | Lonergan, Senan L | DS - Director of Solicitation | 3.50 | $250.00 | $875.00 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 0.90 | $250.00 | $225.00 |
| DS | Sharp, David | DS - Director of Solicitation | 3.70 | $250.00 | $925.00 |
| | | **TOTAL:** | **117.20** | | **$23,716.00** |

**Hourly Fees by Task Code through March 2024**

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| BALL | Ballots | 49.70 | $8,559.00 |
| CORP | Corporate Actions | 2.00 | $500.00 |
| INQR | Call Center / Creditor Inquiry | 20.70 | $4,710.00 |
| SOLI | Solicitation | 44.80 | $9,947.00 |
| | **TOTAL:** | **117.20** | **$23,716.00** |

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|---|---|---|---|---|---|
| 03/18/24 | CJ | DS | Monitor e-mails re upcoming collection and tabulation of ballots and conduct quality assurance review | Solicitation | 0.90 |
| 03/18/24 | MLC | SA | Review correspondence from E. Gebisa (Latham & Watkins) and C. Liu (Kroll) related to solicitation | Solicitation | 0.50 |
| 03/19/24 | AGOR | CO | Prepare electronic ballot submission portal | Solicitation | 0.80 |
| 03/19/24 | ATO | DS | Review responses to inquiries from B. Ruthven (Alvarez & Marsal) related to solicitation fees and expenses | Solicitation | 0.30 |
| 03/19/24 | CJ | DS | Monitor e-mails pertaining to solicitation and tabulation of votes | Solicitation | 0.80 |
| 03/19/24 | DS | DS | Monitor and review emails re solicitation | Solicitation | 1.10 |
| 03/19/24 | HST | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 2.00 |
| 03/19/24 | JSP | CO | Prepare electronic ballot submission portal | Solicitation | 2.70 |
| 03/19/24 | JUL | SA | Quality assurance review of incoming ballots | Ballots | 0.80 |
| 03/19/24 | MLC | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 1.80 |
| 03/19/24 | SABR | SA | Review Plan and prepare Plan distribution matrix | Solicitation | 0.30 |
| 03/20/24 | AGOR | CO | Quality assurance review of ballot filing database | Ballots | 0.50 |
| 03/20/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.20 |
| 03/20/24 | CJ | DS | Monitor e-mails re tabulation and conduct quality assurance review | Solicitation | 0.60 |
| 03/20/24 | DS | DS | Monitor and review emails re solicitation | Solicitation | 0.90 |
| 03/20/24 | HST | SA | Update case website with solicitation materials and key dates | Solicitation | 1.20 |
| 03/20/24 | MLC | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 0.50 |
| 03/20/24 | MLC | SA | Review and analyze combined hearing notice materials and procedures to be implemented in upcoming solicitation | Solicitation | 0.50 |
| 03/20/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 1.60 |
| 03/20/24 | MMB | SA | Review correspondence with H. Taatjes, C. Liu and A. Orchowski (Kroll) and E. Gebisam, B. Parker and D. Klabo (Latham) regarding solicitation | Solicitation | 0.30 |
| 03/20/24 | SLL | DS | Confer with Nicholas Messana (L&W) re DIP procedures | Corporate Actions | 1.00 |
| 03/20/24 | SLL | DS | Respond to creditor inquiries re DIP procedures | Call Center / Creditor Inquiry | 1.00 |
| 03/20/24 | TAR | DS | Review classes and treatment provided in plan in preparation for upcoming solicitation | Solicitation | 0.80 |

| Date | Initials | Code | Description | Category | Hours |
|---|---|---|---|---|---|
| 03/21/24 | CJ | DS | Monitor collection and tabulation of votes and conduct quality assurance review | Solicitation | 0.80 |
| 03/21/24 | DS | DS | Monitor and review emails re solicitation | Solicitation | 0.70 |
| 03/21/24 | GAH | CO | Quality assurance review of ballot filing database | Ballots | 3.50 |
| 03/21/24 | HST | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.00 |
| 03/21/24 | HST | SA | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 2.40 |
| 03/21/24 | HST | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 3.20 |
| 03/21/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 1.60 |
| 03/21/24 | SLL | DS | Confer with Nicholas Messana (L&W) re DIP procedures | Corporate Actions | 1.00 |
| 03/22/24 | CJ | DS | Monitor e-mails relating to vote collection and tabulation and conduct quality assurance review thereof | Solicitation | 1.10 |
| 03/22/24 | GAH | CO | Quality assurance review of ballot filing database | Ballots | 4.00 |
| 03/22/24 | HST | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 1.80 |
| 03/22/24 | HST | SA | Respond to creditor inquiries related to solicitation and ongoing opt-out event | Call Center / Creditor Inquiry | 2.50 |
| 03/22/24 | HST | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 4.50 |
| 03/22/24 | JUL | SA | Quality assurance review of incoming ballots | Ballots | 2.10 |
| 03/22/24 | JZI | SA | Create plan distribution matrix | Solicitation | 1.60 |
| 03/22/24 | MLC | SA | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.50 |
| 03/22/24 | MLC | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 1.50 |
| 03/22/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 3.10 |
| 03/22/24 | MMB | SA | Review correspondence with H. Taatjes and M. Crowell (Kroll) and M. Dundon (Dundon) regarding solicitation | Solicitation | 0.10 |
| 03/23/24 | AGOR | CO | Prepare electronic ballot submission portal | Solicitation | 1.20 |
| 03/25/24 | ACAP | CO | Input incoming ballot information into voting database | Ballots | 2.80 |
| 03/25/24 | ACAP | CO | Meet and confer with C. Pagan (Kroll) re input incoming ballot information into voting database | Ballots | 0.60 |
| 03/25/24 | ADRM | CO | Input incoming ballot information into voting database | Ballots | 0.60 |
| 03/25/24 | CCP | CO | Meet and confer with C. Pagan (Kroll) re Input incoming ballot information into voting database | Ballots | 1.00 |
| 03/25/24 | ERCA | CO | Input incoming ballot information into voting database | Ballots | 0.70 |
| 03/25/24 | ERCA | CO | Meet and confer with C. Pagan (Kroll) re input incoming ballot information into voting database | Ballots | 0.60 |
| 03/25/24 | HST | SA | Quality assurance review of incoming ballots | Ballots | 0.80 |
| 03/25/24 | HST | SA | Prepare vote declaration | Solicitation | 1.50 |
| 03/25/24 | HST | SA | Coordinate and process incoming electronic ballots in | Ballots | 1.50 |

| Date | | | | | |
|---|---|---|---|---|---|
| | | | connection with audit of same | | |
| 03/25/24 | HST | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.00 |
| 03/25/24 | HST | SA | Respond to creditor inquiries related to solicitation and opt-out event | Call Center / Creditor Inquiry | 2.80 |
| 03/25/24 | INM | CO | Input incoming ballot information into voting database | Ballots | 0.10 |
| 03/25/24 | JAGD | CO | Meet and confer with C. Pagan (Kroll) re input incoming ballot information into voting database | Ballots | 0.60 |
| 03/25/24 | JAMM | CO | Input incoming ballot information into voting database | Ballots | 3.00 |
| 03/25/24 | MLC | SA | Confer and coordinate with case support re setup of ballot platform on the case website | Solicitation | 1.10 |
| 03/25/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 1.50 |
| 03/25/24 | MMB | SA | Review correspondence with A. Orchowski and H. Taatjes (Kroll), B. Ruthven (Alvarez) and N. Messana (Latham) regarding solicitation | Solicitation | 0.20 |
| 03/25/24 | NA | CO | Input incoming ballot information into voting database | Ballots | 0.60 |
| 03/25/24 | PLL | DI | Coordinate and manage the processing and quality assurance review of incoming ballots | Ballots | 1.00 |
| 03/25/24 | RARO | CO | Input incoming ballot information into voting database | Ballots | 2.70 |
| 03/25/24 | RARO | CO | Meet and confer with C. Pagan (Kroll) re input incoming ballot information into voting database | Ballots | 0.60 |
| 03/25/24 | TMF | CO | Input incoming ballot information into voting database | Ballots | 0.50 |
| 03/26/24 | ACAP | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 03/26/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 1.60 |
| 03/26/24 | DS | DS | Monitor and review emails re solicitation | Solicitation | 0.40 |
| 03/26/24 | HST | SA | Respond to creditor inquiries related to solicitation and opt-out event | Call Center / Creditor Inquiry | 2.40 |
| 03/26/24 | JAGD | CO | Input incoming ballot information into voting database | Ballots | 0.30 |
| 03/26/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 03/26/24 | RARO | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 03/26/24 | SLL | DS | Respond to creditor inquiries re DIP procedures | Call Center / Creditor Inquiry | 0.50 |
| 03/26/24 | TMF | CO | Input incoming ballot information into voting database | Ballots | 0.10 |
| 03/27/24 | ACAP | CO | Input incoming ballot information into voting database | Ballots | 0.30 |
| 03/27/24 | ARKH | SC | Review and prepare electronic submission portal | Solicitation | 1.50 |
| 03/27/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 0.40 |
| 03/27/24 | CJ | DS | Monitor vote tabulation and conduct quality assurance review of reporting results thereof | Solicitation | 0.80 |
| 03/27/24 | DS | DS | Monitor and review emails re solicitation | Solicitation | 0.30 |
| 03/27/24 | HST | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 0.70 |
| 03/27/24 | HST | SA | Respond to creditor inquiries related to solicitation and requests for unique e-opt-out credentials | Call Center / Creditor Inquiry | 4.50 |

JOANN Inc.                                                                                              Page 6

Invoice #: 23910

| Date | | | Description | Category | Hours |
|---|---|---|---|---|---|
| 03/27/24 | INM | CO | Input incoming ballot information into voting database | Ballots | 0.20 |
| 03/27/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.70 |
| 03/27/24 | TMF | CO | Input incoming ballot information into voting database | Ballots | 0.50 |
| 03/28/24 | ACAP | CO | Input incoming ballot information into voting database | Ballots | 0.20 |
| 03/28/24 | AMI | CO | Quality assurance review of input incoming ballot information into voting database | Ballots | 0.30 |
| 03/28/24 | ARKH | SC | Review and prepare electronic submission portal | Solicitation | 2.50 |
| 03/28/24 | ATO | DS | Review responses to creditor inquiries related to the opt-out form | Call Center / Creditor Inquiry | 0.40 |
| 03/28/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 0.30 |
| 03/28/24 | CJ | DS | Monitor tabulation of votes and conduct quality assurance review thereof | Solicitation | 0.70 |
| 03/28/24 | DS | DS | Monitor and review emails re solicitation | Solicitation | 0.30 |
| 03/28/24 | INM | CO | Input incoming ballot information into voting database | Ballots | 0.10 |
| 03/28/24 | JZI | SA | Review Plan and prepare Plan distribution matrix | Solicitation | 1.50 |
| 03/28/24 | MET | CO | Input incoming ballot information into voting database | Ballots | 0.20 |
| 03/28/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.80 |
| 03/28/24 | TMF | CO | Input incoming ballot information into voting database | Ballots | 0.10 |
| 03/29/24 | ACAP | CO | Input incoming ballot information into voting database | Ballots | 0.20 |
| 03/29/24 | HST | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 0.60 |
| 03/29/24 | HST | SA | Respond to creditor inquiries related to solicitation and opt out event | Call Center / Creditor Inquiry | 3.50 |
| 03/29/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 2.40 |
| 03/29/24 | TMF | CO | Input incoming ballot information into voting database | Ballots | 0.30 |
| | | | | **Total Hours** | **117.20** |



**Hourly Fees by Employee through April 2024**

| Initial | Employee Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| ERCA | Adams, Errol C | CO - Consultant | 1.20 | $85.00 | $102.00 |
| JAGD | Gonzalez-Davila, Jonathan Alexis | CO - Consultant | 5.70 | $85.00 | $484.50 |
| JAMM | Molina, Jamie | CO - Consultant | 8.00 | $85.00 | $680.00 |
| MNU | Nunez, Michael | CO - Consultant | 1.40 | $85.00 | $119.00 |
| AJP | Pierce, Adrian J | CO - Consultant | 2.90 | $95.00 | $275.50 |
| ACAP | Capers, Andrea | CO - Consultant | 10.40 | $145.00 | $1,508.00 |
| SAN | Norris, Steven A | CO - Consultant | 5.00 | $145.00 | $725.00 |
| RARO | Roach, Raven | CO - Consultant | 6.20 | $145.00 | $899.00 |
| NA | Ahmad, Nabeela | CO - Consultant | 11.10 | $160.00 | $1,776.00 |
| MABO | Bote, Mayur | CO - Consultant | 3.00 | $160.00 | $480.00 |
| MGOG | Gogde, Mansi | CO - Consultant | 3.80 | $160.00 | $608.00 |
| GAH | Howell, Gabriela | CO - Consultant | 1.00 | $160.00 | $160.00 |
| SHJ | Jain, Shikhar | CO - Consultant | 0.50 | $160.00 | $80.00 |
| MKA | Kar, Monika | CO - Consultant | 6.10 | $160.00 | $976.00 |
| INM | Markesinis, Ioannis N | CO - Consultant | 5.70 | $160.00 | $912.00 |
| ADRM | Melton, Adrienne A | CO - Consultant | 14.00 | $160.00 | $2,240.00 |
| NMOR | More, Namrata | CO - Consultant | 5.20 | $160.00 | $832.00 |
| TVE | Velandy, Theertha | CO - Consultant | 1.50 | $160.00 | $240.00 |
| AMI | Mishra, Anju | CO - Consultant | 3.00 | $175.00 | $525.00 |
| KSH | Shaikh, Khairunnisa | CO - Consultant | 1.70 | $175.00 | $297.50 |
| MET | Tawde, Medhavi | CO - Consultant | 4.70 | $175.00 | $822.50 |
| TMF | Floyd, Tiffany M | CO - Consultant | 14.40 | $180.00 | $2,592.00 |
| RACL | Lim, Rachel | CO - Consultant | 0.60 | $180.00 | $108.00 |
| CCP | Pagan, Chanel C | CO - Consultant | 18.90 | $180.00 | $3,402.00 |
| KKR | Richards, Kira K | CO - Consultant | 2.80 | $180.00 | $504.00 |

| Code | Name | Title | Hours | Rate | Total |
|---|---|---|---|---|---|
| TRQ | Quinn, Tim R | SC - Senior Consultant | 0.80 | $195.00 | $156.00 |
| SHAH | Adbul Hakeem, Shakir | SA - Solicitation Consultant | 5.40 | $225.00 | $1,215.00 |
| SABR | Brodeur, Sarah | SA - Solicitation Consultant | 10.10 | $225.00 | $2,272.50 |
| MMB | Brown, Mark M | SA - Solicitation Consultant | 5.80 | $225.00 | $1,305.00 |
| MLC | Crowell, Messiah L | SA - Solicitation Consultant | 49.50 | $225.00 | $11,137.50 |
| GRD | DePalma, Greg R | SA - Solicitation Consultant | 2.60 | $225.00 | $585.00 |
| JUL | Lewenson, Justin | SA - Solicitation Consultant | 8.80 | $225.00 | $1,980.00 |
| NCS | Scully, Nickesha C | SA - Solicitation Consultant | 1.20 | $225.00 | $270.00 |
| ZS | Steinberg, Zachary | SA - Solicitation Consultant | 8.00 | $225.00 | $1,800.00 |
| HST | Taatjes, Hayden S | SA - Solicitation Consultant | 49.60 | $225.00 | $11,160.00 |
| JZI | Ziffer, Jordan | SA - Solicitation Consultant | 30.40 | $225.00 | $6,840.00 |
| CJ | Johnson, Craig | DS - Director of Solicitation | 6.30 | $250.00 | $1,575.00 |
| SLL | Lonergan, Senan L | DS - Director of Solicitation | 49.60 | $250.00 | $12,400.00 |
| ATO | Orchowski, Alex T | DS - Director of Solicitation | 15.80 | $250.00 | $3,950.00 |
| DS | Sharp, David | DS - Director of Solicitation | 5.50 | $250.00 | $1,375.00 |
| | | **TOTAL:** | **388.20** | | **$79,369.00** |

**Hourly Fees by Task Code through April 2024**

| Task Code | Task Code Description | Hours | Total |
|---|---|---|---|
| BALL | Ballots | 202.90 | $35,811.50 |
| CORP | Corporate Actions | 53.50 | $12,492.50 |
| DISB | Disbursements | 42.50 | $10,347.50 |
| INQR | Call Center / Creditor Inquiry | 33.00 | $7,577.50 |
| SOLI | Solicitation | 56.30 | $13,140.00 |
| | **TOTAL:** | **388.20** | **$79,369.00** |

## Time Detail

| Date | Emp | Title | Description | Task | Hours |
|---|---|---|---|---|---|
| 04/01/24 | CJ | DS | Monitor ballot tabulation and conduct quality assurance review of the reporting | Solicitation | 0.40 |
| 04/01/24 | HST | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.00 |
| 04/01/24 | HST | SA | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 3.20 |
| 04/01/24 | INM | CO | Input incoming ballot information into voting database | Ballots | 0.10 |
| 04/01/24 | MET | CO | Input incoming ballot information into voting database | Ballots | 0.80 |
| 04/01/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 1.80 |
| 04/01/24 | NA | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 04/01/24 | SAN | CO | Input incoming ballot information into voting database | Ballots | 0.70 |
| 04/01/24 | TMF | CO | Quality assurance review of incoming ballots | Ballots | 0.20 |
| 04/01/24 | TMF | CO | Input incoming ballot information into voting database | Ballots | 1.80 |
| 04/01/24 | TVE | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 04/02/24 | ADRM | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 04/02/24 | ATO | DS | Review responses to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.20 |
| 04/02/24 | ATO | DS | Confer with H. Taatjes (Kroll) regarding the draft vote declaration | Solicitation | 0.40 |
| 04/02/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 1.50 |
| 04/02/24 | CJ | DS | Monitor ballot tabulation and conduct quality assurance review of the reporting | Solicitation | 0.50 |
| 04/02/24 | HST | SA | Prepare vote declaration | Solicitation | 1.20 |
| 04/02/24 | HST | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 0.90 |
| 04/02/24 | HST | SA | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 2.80 |
| 04/02/24 | INM | CO | Input incoming ballot information into voting database | Ballots | 0.10 |
| 04/02/24 | MABO | CO | Input incoming ballot information into voting database | Ballots | 0.10 |
| 04/02/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 1.40 |
| 04/02/24 | MMB | SA | Review correspondence with A. Orchowski and H. Taatjes (Kroll), A. Chapman (Gibson), S. McCauley (Lazard), B. Ruthven and M. McNamara (Alvarez), R. Lamb (Young) and E. Gebisa, N. Messana and D. Klabo (Latham) regarding solicitation | Solicitation | 0.50 |
| 04/02/24 | TMF | CO | Quality assurance review of incoming ballots | Ballots | 0.20 |
| 04/02/24 | TMF | CO | Input incoming ballot information into voting database | Ballots | 1.20 |
| 04/03/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 0.30 |

| Date | Initials | Level | Description | Category | Hours |
|---|---|---|---|---|---|
| 04/03/24 | CJ | DS | Monitor ballot tabulation and conduct quality assurance review of the reporting | Solicitation | 0.60 |
| 04/03/24 | DS | DS | Monitor and review emails re solicitation | Solicitation | 0.60 |
| 04/03/24 | GAH | CO | Setup of electronic ballot platform on case website | Solicitation | 1.00 |
| 04/03/24 | GRD | SA | Quality assurance review of incoming ballots | Ballots | 0.70 |
| 04/03/24 | HST | SA | Coordinate and process incoming electronic ballots in connection with audit of same | Ballots | 1.30 |
| 04/03/24 | HST | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 0.90 |
| 04/03/24 | HST | SA | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 4.00 |
| 04/03/24 | INM | CO | Input incoming ballot information into voting database | Ballots | 0.10 |
| 04/03/24 | KSH | CO | Input incoming ballot information into voting database | Ballots | 0.30 |
| 04/03/24 | MET | CO | Input incoming ballot information into voting database | Ballots | 0.80 |
| 04/03/24 | MGOG | CO | Input incoming ballot information into voting database | Ballots | 0.70 |
| 04/03/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 04/03/24 | MMB | SA | Quality assurance review of incoming ballots | Ballots | 0.40 |
| 04/03/24 | MMB | SA | Review correspondence with A. Orchowski, J. Lewenson and H. Taatjes (Kroll), S. McCauley (Lazard), B. Ruthven and M. McNamara (Alvarez) and N. Messana, E. Gebisa and I. Ashworth (Latham) regarding solicitation | Solicitation | 0.50 |
| 04/03/24 | SAN | CO | Input incoming ballot information into voting database | Ballots | 1.10 |
| 04/04/24 | ACAP | CO | Input incoming ballot information into voting database | Ballots | 1.30 |
| 04/04/24 | ADRM | CO | Input incoming ballot information into voting database | Ballots | 2.00 |
| 04/04/24 | CCP | CO | Quality assurance review of incoming ballots | Ballots | 0.80 |
| 04/04/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 3.50 |
| 04/04/24 | HST | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.00 |
| 04/04/24 | HST | SA | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 4.00 |
| 04/04/24 | INM | CO | Input incoming ballot information into voting database | Ballots | 0.60 |
| 04/04/24 | JAGD | CO | Input incoming ballot information into voting database | Ballots | 0.70 |
| 04/04/24 | JUL | SA | Quality assurance review of incoming ballots | Ballots | 0.90 |
| 04/04/24 | KSH | CO | Input incoming ballot information into voting database | Ballots | 0.50 |
| 04/04/24 | MABO | CO | Input incoming ballot information into voting database | Ballots | 0.40 |
| 04/04/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 4.60 |
| 04/04/24 | MMB | SA | Quality assurance review of incoming ballots | Ballots | 0.70 |
| 04/04/24 | NA | CO | Input incoming ballot information into voting database | Ballots | 2.00 |
| 04/04/24 | RARO | CO | Input incoming ballot information into voting database | Ballots | 0.10 |
| 04/04/24 | SHJ | CO | Input incoming ballot information into voting database | Ballots | 0.50 |
| 04/04/24 | TMF | CO | Quality assurance review of incoming ballots | Ballots | 0.30 |
| 04/04/24 | TMF | CO | Input incoming ballot information into voting database | Ballots | 1.50 |

JOANN Inc. Page 5

Invoice #: 24167

| Date | Initials | Level | Description | Category | Hours |
|---|---|---|---|---|---|
| 04/05/24 | ADRM | CO | Input incoming ballot information into voting database | Ballots | 1.50 |
| 04/05/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 1.50 |
| 04/05/24 | CJ | DS | Manage the compilation of voting reports and reporting | Solicitation | 0.50 |
| 04/05/24 | CJ | DS | Manage tabulation of votes and conduct quality assurance review | Solicitation | 0.70 |
| 04/05/24 | HST | SA | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 3.40 |
| 04/05/24 | HST | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.30 |
| 04/05/24 | INM | CO | Input incoming ballot information into voting database | Ballots | 0.60 |
| 04/05/24 | MET | CO | Quality assurance review of input incoming ballot information into voting database | Ballots | 0.10 |
| 04/05/24 | MGOG | CO | Input incoming ballot information into voting database | Ballots | 2.50 |
| 04/05/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 6.10 |
| 04/05/24 | NA | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 04/05/24 | NMOR | CO | Input incoming ballot information into voting database | Ballots | 2.40 |
| 04/05/24 | SHAH | SA | Coordinate with Greg VanBuitten (L&W) re DTC issues | Corporate Actions | 0.40 |
| 04/05/24 | SLL | DS | Confer with Nicholas Messana (L&W) re DTC eligibility and distribution procedures | Disbursements | 0.40 |
| 04/05/24 | TMF | CO | Input incoming ballot information into voting database | Ballots | 0.30 |
| 04/08/24 | ACAP | CO | Input incoming ballot information into voting database | Ballots | 4.30 |
| 04/08/24 | ADRM | CO | Input incoming ballot information into voting database | Ballots | 2.80 |
| 04/08/24 | AJP | CO | Input incoming ballot information into voting database | Ballots | 0.70 |
| 04/08/24 | CCP | CO | Quality assurance review of incoming ballots | Ballots | 1.20 |
| 04/08/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 3.70 |
| 04/08/24 | CJ | DS | Conduct quality assurance review of tabulation and reporting | Solicitation | 0.40 |
| 04/08/24 | ERCA | CO | Input incoming ballot information into voting database | Ballots | 1.20 |
| 04/08/24 | HST | SA | Respond to creditor inquiries related to prepack solicitation | Call Center / Creditor Inquiry | 1.80 |
| 04/08/24 | HST | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.00 |
| 04/08/24 | HST | SA | Prepare vote declaration | Solicitation | 1.00 |
| 04/08/24 | INM | CO | Input incoming ballot information into voting database | Ballots | 0.50 |
| 04/08/24 | JAGD | CO | Input incoming ballot information into voting database | Ballots | 1.60 |
| 04/08/24 | JAMM | CO | Input incoming ballot information into voting database | Ballots | 5.00 |
| 04/08/24 | JUL | SA | Quality assurance review of incoming ballots | Ballots | 0.90 |
| 04/08/24 | MET | CO | Input incoming ballot information into voting database | Ballots | 3.00 |
| 04/08/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 8.80 |
| 04/08/24 | MMB | SA | Review correspondence with A. Orchowski, H. Taatjes and Z. Steinberg (Kroll), A. Chapman (Gibson), H. Redd (Locke), | Solicitation | 0.30 |

| Date | Init | Type | Description | Category | Hours |
|---|---|---|---|---|---|
| | | | B. Ruthven (Alvarez) and N. Messana and E. Gebisa (Latham) regarding solicitation | | |
| 04/08/24 | NA | CO | Input incoming ballot information into voting database | Ballots | 1.60 |
| 04/08/24 | NMOR | CO | Input incoming ballot information into voting database | Ballots | 2.80 |
| 04/08/24 | RACL | CO | Quality assurance review of ballot filing database | Ballots | 0.60 |
| 04/08/24 | RARO | CO | Input incoming ballot information into voting database | Ballots | 1.80 |
| 04/08/24 | SAN | CO | Input incoming ballot information into voting database | Ballots | 3.20 |
| 04/08/24 | SLL | DS | Confer with Drew Capurro (L&W) re DTC eligibility | Corporate Actions | 0.50 |
| 04/08/24 | TMF | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 04/08/24 | TMF | CO | Quality assurance review of incoming ballots | Ballots | 0.30 |
| 04/08/24 | TRQ | SC | Quality assurance review of ballot filing database | Ballots | 0.80 |
| 04/08/24 | ZS | SA | Review and analyze incoming ballots for validity | Ballots | 1.00 |
| 04/08/24 | ZS | SA | Respond to creditor inquiries re ballot submission and ballot details | Call Center / Creditor Inquiry | 3.00 |
| 04/08/24 | ZS | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 3.00 |
| 04/09/24 | ACAP | CO | Input incoming ballot information into voting database | Ballots | 4.40 |
| 04/09/24 | ADRM | CO | Input incoming ballot information into voting database | Ballots | 3.50 |
| 04/09/24 | AJP | CO | Input incoming ballot information into voting database | Ballots | 2.20 |
| 04/09/24 | ATO | DS | Review responses to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.10 |
| 04/09/24 | ATO | DS | Respond to inquiries from N. Messana, E. Gebisa and D. Klabo (Latham) regarding the vote declaration | Solicitation | 1.30 |
| 04/09/24 | CCP | CO | Quality assurance review of incoming ballots | Ballots | 1.50 |
| 04/09/24 | CJ | DS | Conduct quality assurance review of ballot tabulation and preparation of voting declaration | Solicitation | 0.40 |
| 04/09/24 | HST | SA | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 1.60 |
| 04/09/24 | HST | SA | Prepare vote declaration | Solicitation | 1.20 |
| 04/09/24 | HST | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.00 |
| 04/09/24 | INM | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 04/09/24 | JAGD | CO | Input incoming ballot information into voting database | Ballots | 3.40 |
| 04/09/24 | JAMM | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 04/09/24 | KKR | CO | Recording receipt and timeliness of ballots | Ballots | 2.80 |
| 04/09/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 6.50 |
| 04/09/24 | RARO | CO | Input incoming ballot information into voting database Input incoming ballot information into voting database | Ballots | 1.80 |
| 04/09/24 | RARO | CO | Input incoming ballot information into voting database | Ballots | 2.30 |
| 04/09/24 | SLL | DS | Confer with Josh Brody (GDC) re distribution procedures | Disbursements | 1.40 |
| 04/09/24 | ZS | SA | Review eballot portal for potential new ballots | Solicitation | 1.00 |

| Date | Initials | Role | Description | Category | Hours |
|---|---|---|---|---|---|
| 04/10/24 | ACAP | CO | Input incoming ballot information into voting database | Ballots | 0.40 |
| 04/10/24 | ATO | DS | Conduct quality assurance review of the draft vote declaration | Solicitation | 0.70 |
| 04/10/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 1.60 |
| 04/10/24 | CCP | CO | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 04/10/24 | CJ | DS | Review voting tabulation and conduct quality assurance review of the results | Solicitation | 0.40 |
| 04/10/24 | HST | SA | Prepare vote declaration | Solicitation | 2.90 |
| 04/10/24 | HST | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.00 |
| 04/10/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 6.20 |
| 04/10/24 | RARO | CO | Input incoming ballot information into voting database | Ballots | 0.20 |
| 04/10/24 | SLL | DS | Prepare for upcoming distribution registration event | Corporate Actions | 1.30 |
| 04/10/24 | SLL | DS | Confer with Drew Capurro (L&W) re DTC eligibility | Disbursements | 0.80 |
| 04/10/24 | SLL | DS | Confer with Wendie Wachtel (Wachtel & Co) re DTC eligibility | Disbursements | 1.00 |
| 04/10/24 | SLL | DS | Confer with Eric Scarazzo (Skadden) re distribution procedures | Disbursements | 0.80 |
| 04/11/24 | ADRM | CO | Input incoming ballot information into voting database | Ballots | 3.20 |
| 04/11/24 | CJ | DS | Review status of voting declaration and final voting results and conduct quality assurance review | Solicitation | 0.40 |
| 04/11/24 | HST | SA | Prepare vote declaration | Solicitation | 2.40 |
| 04/11/24 | JAMM | CO | Input incoming ballot information into voting database | Ballots | 2.00 |
| 04/11/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.20 |
| 04/11/24 | MNU | CO | Input incoming ballot information into voting database | Ballots | 0.60 |
| 04/11/24 | NA | CO | Input incoming ballot information into voting database | Ballots | 2.40 |
| 04/11/24 | SLL | DS | Respond to creditor inquiries re equity registration procedures | Call Center / Creditor Inquiry | 1.00 |
| 04/11/24 | SLL | DS | Prepare for launch of equity registration event | Corporate Actions | 1.70 |
| 04/11/24 | SLL | DS | Review distribution registration form | Corporate Actions | 2.00 |
| 04/11/24 | SLL | DS | Confer with Josh Brody (GDC) re distribution procedures | Disbursements | 0.70 |
| 04/12/24 | ATO | DS | Conduct quality assurance review of the draft vote declaration | Solicitation | 1.20 |
| 04/12/24 | CJ | DS | Review voting tabulation and conduct quality assurance review of the results | Solicitation | 0.30 |
| 04/12/24 | HST | SA | Prepare vote declaration | Solicitation | 1.60 |
| 04/12/24 | INM | CO | Input incoming ballot information into voting database | Ballots | 0.10 |
| 04/12/24 | MABO | CO | Input incoming ballot information into voting database | Ballots | 0.80 |
| 04/12/24 | MKA | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 04/12/24 | NA | CO | Input incoming ballot information into voting database | Ballots | 1.30 |

JOANN Inc. Page 8

Invoice #: 24167

| Date | Initials | Role | Description | Category | Hours |
|---|---|---|---|---|---|
| 04/12/24 | NCS | SA | Review emails and documents related to distribution election | Corporate Actions | 1.20 |
| 04/12/24 | SHAH | SA | Prepare electronic form re registration event | Corporate Actions | 3.80 |
| 04/12/24 | SLL | DS | Prepare e-form in preparation for equity registration event | Corporate Actions | 1.40 |
| 04/12/24 | SLL | DS | Coordinate with Jeffrey Gleit (AFS) re lender registers | Corporate Actions | 1.20 |
| 04/12/24 | SLL | DS | Confer with Greg VanBuiten (L&W) re DTC eligibility | Disbursements | 0.80 |
| 04/12/24 | SLL | DS | Request new CUSIPs from the CUSIP Bureau | Disbursements | 1.20 |
| 04/12/24 | TMF | CO | Quality assurance review of incoming ballots | Ballots | 1.00 |
| 04/15/24 | AMI | CO | Quality assurance review of input incoming ballot information into voting database | Ballots | 1.50 |
| 04/15/24 | ATO | DS | Respond to creditor inquiries related to solicitation | Call Center / Creditor Inquiry | 0.30 |
| 04/15/24 | ATO | DS | Conduct quality assurance review of the draft vote declaration | Solicitation | 0.90 |
| 04/15/24 | HST | SA | Prepare vote declaration | Solicitation | 1.00 |
| 04/15/24 | KSH | CO | Input incoming ballot information into voting database | Ballots | 0.90 |
| 04/15/24 | MABO | CO | Input incoming ballot information into voting database | Ballots | 1.70 |
| 04/15/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.80 |
| 04/15/24 | MNU | CO | Input incoming ballot information into voting database | Ballots | 0.40 |
| 04/15/24 | SHAH | SA | Prepare and launch registration event to holders via email service | Corporate Actions | 0.70 |
| 04/15/24 | SHAH | SA | Update electronic form re registration event | Corporate Actions | 0.50 |
| 04/15/24 | SLL | DS | Respond to creditor inquiries re registration event | Call Center / Creditor Inquiry | 1.20 |
| 04/15/24 | SLL | DS | Confer with Greg VanBuiten (L&W) re distribution procedures | Corporate Actions | 0.30 |
| 04/15/24 | SLL | DS | Confer with Wendie Wachtel (Wachtel & Co) re DTC eligibility | Corporate Actions | 1.00 |
| 04/15/24 | SLL | DS | Prepare e-form in preparation for equity registration event | Corporate Actions | 1.10 |
| 04/15/24 | SLL | DS | Confer with Kevin Liang (Gibson) re distribution procedures | Disbursements | 4.00 |
| 04/15/24 | SLL | DS | Conduct email service of equity registration form | Corporate Actions | 1.50 |
| 04/15/24 | TMF | CO | Quality assurance review of incoming ballots | Ballots | 1.50 |
| 04/16/24 | AMI | CO | Input incoming ballot information into voting database | Ballots | 1.50 |
| 04/16/24 | ATO | DS | Confer with D. Klabo (Latham & Watkins) regarding the combined hearing | Solicitation | 0.20 |
| 04/16/24 | ATO | DS | Confer with H. Taatjes (Kroll) regarding the opt out report | Solicitation | 0.60 |
| 04/16/24 | ATO | DS | Conduct quality assurance review of the opt out report | Solicitation | 1.20 |

| Date | Initials | Role | Description | Category | Hours |
|---|---|---|---|---|---|
| 04/16/24 | DS | DS | Monitor and review emails re distribution preparation | Disbursements | 0.30 |
| 04/16/24 | HST | SA | Create and format preliminary voting report for circulation to case professionals | Solicitation | 1.70 |
| 04/16/24 | INM | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 04/16/24 | MKA | CO | Input incoming ballot information into voting database | Ballots | 3.00 |
| 04/16/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.70 |
| 04/16/24 | MMB | SA | Quality assurance review of incoming opt-out forms | Solicitation | 1.20 |
| 04/16/24 | NA | CO | Input incoming ballot information into voting database | Ballots | 1.30 |
| 04/16/24 | SLL | DS | Respond to creditor inquiries re registration event | Call Center / Creditor Inquiry | 1.50 |
| 04/16/24 | SLL | DS | Confer with Wendie Wachtel (Wachtel & Co) re DTC eligibility | Corporate Actions | 0.50 |
| 04/16/24 | SLL | DS | Confer with Sharon Boughter (Computershare) re DTC eligibility | Corporate Actions | 0.60 |
| 04/16/24 | TMF | CO | Quality assurance review of incoming ballots | Ballots | 1.00 |
| 04/17/24 | CCP | CO | Quality assurance review of incoming ballots | Ballots | 0.30 |
| 04/17/24 | INM | CO | Input incoming ballot information into voting database | Ballots | 0.70 |
| 04/17/24 | MKA | CO | Input incoming ballot information into voting database | Ballots | 2.10 |
| 04/17/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.10 |
| 04/17/24 | NA | CO | Input incoming ballot information into voting database | Ballots | 0.50 |
| 04/17/24 | SLL | DS | Confer with Rosalinda Meighan (CUSIP) re new equity CUSIP | Corporate Actions | 0.50 |
| 04/17/24 | SLL | DS | Confer with Wendie Wachtel (Wachtel & Co) re DTC eligibility | Corporate Actions | 1.00 |
| 04/17/24 | SLL | DS | Confer with Greg VanBuiten (L&W) re distribution procedures | Disbursements | 0.30 |
| 04/17/24 | TMF | CO | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 04/17/24 | TMF | CO | Input incoming ballot information into voting database | Ballots | 1.00 |
| 04/18/24 | CCP | CO | Quality assurance review of incoming ballots | Ballots | 0.10 |
| 04/18/24 | CJ | DS | Monitor e-mails re upcoming confirmation hearing and conduct quality assurance review of preparations | Solicitation | 0.40 |
| 04/18/24 | DS | DS | Monitor and review emails re distribution preparation | Disbursements | 0.60 |
| 04/18/24 | INM | CO | Input incoming ballot information into voting database | Ballots | 0.30 |
| 04/18/24 | JZI | SA | Prepare status report of equity registration event participation | Corporate Actions | 2.60 |
| 04/18/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 1.00 |
| 04/18/24 | SLL | DS | Respond to creditor inquiries re registration event | Call Center / Creditor Inquiry | 1.40 |
| 04/18/24 | SLL | DS | Confer with Kevin Liang (Gibson) re distribution procedures | Disbursements | 0.30 |
| 04/18/24 | TMF | CO | Quality assurance review of incoming ballots | Ballots | 1.00 |
| 04/18/24 | TMF | CO | Input incoming ballot information into voting database | Ballots | 0.20 |
| 04/19/24 | ATO | DS | Confer with N. Messana and D. Klabo (Latham) regarding | Solicitation | 0.60 |

| Date | Initials | Type | Description | Category | Hours |
|---|---|---|---|---|---|
| | | | the upcoming confirmation hearing | | |
| 04/19/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 0.20 |
| 04/19/24 | CCP | CO | Quality assurance review of incoming ballots | Ballots | 0.20 |
| 04/19/24 | JZI | SA | Prepare status report of equity registration event participation | Corporate Actions | 2.50 |
| 04/19/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 2.10 |
| 04/19/24 | SABR | SA | Respond to creditor inquiries related to registration event | Call Center / Creditor Inquiry | 0.20 |
| 04/19/24 | SLL | DS | Confer with AJ Blair (L&W) re DTC eligibility | Corporate Actions | 0.50 |
| 04/19/24 | TMF | CO | Input incoming ballot information into voting database | Ballots | 0.80 |
| 04/22/24 | ATO | DS | Respond to creditor inquiries related to the shareholder agreement | Call Center / Creditor Inquiry | 0.40 |
| 04/22/24 | ATO | DS | Conduct quality assurance review of the opt out report | Solicitation | 0.80 |
| 04/22/24 | ATO | DS | Confer with H. Taatjes (Kroll) regarding the report of opt out release elections | Solicitation | 1.30 |
| 04/22/24 | CCP | CO | Quality assurance review of incoming ballots | Ballots | 0.20 |
| 04/22/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 0.70 |
| 04/22/24 | CJ | DS | Monitor e-mails and pleadings re upcoming April 25 confirmation hearing and conduct quality assurance review | Solicitation | 0.30 |
| 04/22/24 | GRD | SA | Quality assurance review of incoming ballots | Ballots | 1.90 |
| 04/22/24 | HST | SA | Quality assurance review of release opt-out forms | Solicitation | 4.00 |
| 04/22/24 | HST | SA | Review and respond to inquiries from D. Klabo (Latham) related to request for final optional release report | Call Center / Creditor Inquiry | 2.40 |
| 04/22/24 | INM | CO | Input incoming ballot information into voting database | Ballots | 0.20 |
| 04/22/24 | JUL | SA | Quality assurance review of incoming ballots | Ballots | 7.00 |
| 04/22/24 | JZI | SA | Update status report re registration | Corporate Actions | 3.40 |
| 04/22/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 6.80 |
| 04/22/24 | MMB | SA | Quality assurance review of incoming opt-out forms | Solicitation | 1.70 |
| 04/22/24 | MNU | CO | Input incoming ballot information into voting database | Ballots | 0.30 |
| 04/22/24 | SLL | DS | Confer with Ted Dillman (L&W) re distribution procedures | Disbursements | 0.40 |
| 04/22/24 | SLL | DS | Coordinate with DTC re upcoming cancellations | Disbursements | 1.20 |
| 04/22/24 | SLL | DS | Confer with A. Blair (L&W) re DTC eligibility | Disbursements | 0.50 |
| 04/22/24 | SLL | DS | Confer with S. Boughter (Computershare) re DTC eligibility | Disbursements | 0.50 |
| 04/22/24 | TMF | CO | Input incoming ballot information into voting database | Ballots | 0.50 |
| 04/23/24 | ATO | DS | Respond to inquiries from B. Ruthven (Alvarez & Marsal) related to the carve out account | Disbursements | 0.20 |
| 04/23/24 | CJ | DS | Monitor e-mails and pleadings re upcoming confirmation hearing and conduct quality assurance review | Solicitation | 0.40 |
| 04/23/24 | DS | DS | Monitor and review emails re distribution preparation | Corporate Actions | 1.30 |

| Date | Initials | Role | Description | Category | Hours |
|---|---|---|---|---|---|
| 04/23/24 | JZI | SA | Update status report re registration | Corporate Actions | 3.20 |
| 04/23/24 | MMB | SA | Review correspondence with A. Orchowski and H. Taatjes (Kroll), B. Ruthven (A&M) and D. Klabo and M. Vonder Marwitz (Latham) regarding solicitation | Solicitation | 0.30 |
| 04/23/24 | SLL | DS | Confer with Sharon Boughter (Computershare) re distribution procedures | Disbursements | 1.00 |
| 04/23/24 | SLL | DS | Confer with Kevin Liang (Gibson) re distribution procedures | Disbursements | 1.00 |
| 04/23/24 | SLL | DS | Confer with Drew Capurro (L&W) re distribution procedures | Disbursements | 0.60 |
| 04/23/24 | TMF | CO | Input incoming ballot information into voting database | Ballots | 0.10 |
| 04/24/24 | ATO | DS | Prepare for the confirmation hearing | Solicitation | 0.50 |
| 04/24/24 | ATO | DS | Respond to inquiries from B. Ruthven (Alvarez & Marsal) regarding Kroll estimated fees and expenses through emergence | Solicitation | 0.70 |
| 04/24/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 0.10 |
| 04/24/24 | CJ | DS | Monitor e-mails and pleadings re upcoming confirmation hearing and conduct quality assurance review | Solicitation | 0.30 |
| 04/24/24 | DS | DS | Monitor and review emails re distribution registration | Corporate Actions | 0.90 |
| 04/24/24 | INM | CO | Input incoming ballot information into voting database | Ballots | 0.10 |
| 04/24/24 | JZI | SA | Update status report re equity registration event participation | Corporate Actions | 3.40 |
| 04/24/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 04/24/24 | MMB | SA | Review correspondence with A. Orchowski (Kroll), B. Ruthven (A&M) and N. Messana and E. Gebisa (Latham) regarding solicitation | Solicitation | 0.10 |
| 04/24/24 | MNU | CO | Input incoming ballot information into voting database | Ballots | 0.10 |
| 04/24/24 | SLL | DS | Confer with Ted Dillman (L&W) re distribution procedures | Disbursements | 0.40 |
| 04/24/24 | SLL | DS | Confer with Greg Van Buiten (L&W) re distribution procedures | Disbursements | 0.30 |
| 04/24/24 | SLL | DS | Confer with Sharon Boughter (Computershare) re distribution procedures | Disbursements | 1.00 |
| 04/24/24 | SLL | DS | Confer with Kevin Liang (Gibson) re distribution procedures | Disbursements | 0.50 |
| 04/24/24 | SLL | DS | Coordinate with DTC re upcoming cancellations | Disbursements | 1.00 |
| 04/24/24 | SLL | DS | Coordinate with Benjy Ruthven (A&M) re professional fees account | Disbursements | 1.00 |
| 04/25/24 | ATO | DS | Respond to inquiries from B. Ruthven (Alvarez & Marsal) regarding Kroll estimated fees and expenses through emergence | Solicitation | 2.60 |
| 04/25/24 | ATO | DS | Participate in the confirmation hearing | Solicitation | 0.50 |
| 04/25/24 | CCP | CO | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 04/25/24 | CJ | DS | Monitor progress of confirmation hearing | Solicitation | 0.30 |
| 04/25/24 | DS | DS | Monitor and review emails re distribution registration | Corporate Actions | 0.90 |

| Date | Initials | Code | Description | Category | Hours |
|---|---|---|---|---|---|
| 04/25/24 | JZI | SA | Update status report re registration | Corporate Actions | 3.20 |
| 04/25/24 | MGOG | CO | Input incoming ballot information into voting database | Ballots | 0.40 |
| 04/25/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.30 |
| 04/25/24 | MMB | SA | Review correspondence with A. Orchowski (Kroll) and B. Ruthven (A&M) regarding solicitation | Solicitation | 0.10 |
| 04/25/24 | SLL | DS | Confer with Sean McCauley (Lazard) re share allocations | Disbursements | 1.00 |
| 04/25/24 | SLL | DS | Confer with Greg Van Buiten (L&W) re distribution procedures | Disbursements | 1.00 |
| 04/25/24 | SLL | DS | Coordinate bank account opening | Disbursements | 1.40 |
| 04/25/24 | TVE | CO | Input incoming ballot information into voting database | Ballots | 0.50 |
| 04/26/24 | ATO | DS | Respond to inquiries from B. Ruthven (A&M) regarding Kroll estimated fees and expenses through emergence | Solicitation | 1.10 |
| 04/26/24 | JZI | SA | Update status report re registration | Corporate Actions | 3.30 |
| 04/26/24 | MGOG | CO | Input incoming ballot information into voting database | Ballots | 0.20 |
| 04/26/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.20 |
| 04/26/24 | SABR | SA | Respond to creditor inquiries related to distributions | Call Center / Creditor Inquiry | 0.50 |
| 04/26/24 | SLL | DS | Confer with Sean McCauley (Lazard) re share allocations | Disbursements | 1.10 |
| 04/26/24 | SLL | DS | Confer with Sharon Boughter (Computershare) re distribution procedures | Disbursements | 1.20 |
| 04/26/24 | SLL | DS | Confer with Wendie Wachtel (Wachtel & Co) re DTC eligibility | Disbursements | 0.60 |
| 04/29/24 | CCP | CO | Quality assurance review of incoming ballots | Ballots | 0.10 |
| 04/29/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 0.20 |
| 04/29/24 | INM | CO | Input incoming ballot information into voting database | Ballots | 0.20 |
| 04/29/24 | JZI | SA | Review equity registration event documentation | Corporate Actions | 1.20 |
| 04/29/24 | JZI | SA | Update status report re registration | Corporate Actions | 2.70 |
| 04/29/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.40 |
| 04/29/24 | SABR | SA | Correspond with FINRA re equity de-listing | Disbursements | 0.50 |
| 04/29/24 | SABR | SA | Prepare DWAC schedule | Disbursements | 2.00 |
| 04/29/24 | SABR | SA | Review status report re registration event and reach out to holders | Disbursements | 1.50 |
| 04/29/24 | SLL | DS | Confer with Greg Van Buiten (L&W) re distribution procedures | Disbursements | 0.80 |
| 04/29/24 | SLL | DS | Prepare for effective date | Disbursements | 1.20 |
| 04/30/24 | CCP | CO | Input incoming ballot information into voting database | Ballots | 0.10 |
| 04/30/24 | CCP | CO | Quality assurance review of incoming ballots | Ballots | 0.10 |
| 04/30/24 | DS | DS | Monitor and review emails re distribution preparation | Disbursements | 0.90 |
| 04/30/24 | INM | CO | Input incoming ballot information into voting database | Ballots | 0.10 |

JOANN Inc. Page 13
Invoice #: 24167

| | | | | | |
|---|---|---|---|---|---|
| 04/30/24 | JZI | SA | Review equity registration event documentation | Corporate Actions | 1.80 |
| 04/30/24 | JZI | SA | Prepare DWAC file | Disbursements | 1.70 |
| 04/30/24 | JZI | SA | Update status report re equity registration event participation | Corporate Actions | 1.40 |
| 04/30/24 | MLC | SA | Quality assurance review of incoming ballots | Ballots | 0.50 |
| 04/30/24 | SABR | SA | Coordinate with DTC re the cancellation of the equity | Disbursements | 0.40 |
| 04/30/24 | SABR | SA | Input wire re disbursements | Disbursements | 0.30 |
| 04/30/24 | SABR | SA | Coordinate with FINRA re equity de-listing | Disbursements | 0.70 |
| 04/30/24 | SABR | SA | Prepare DWAC schedule | Disbursements | 4.00 |
| | | | | **Total Hours** | **388.20** |