**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------------ x
: 
In re: : Chapter 11
: 
JOANN INC., : Case No. 24-10418 (CTG)
: 
              Reorganized Debtor.[1] : **Hearing Date: June 28, 2024 at 3:00 p.m. (ET)**
: **Obj. Deadline: June 20, 2024 at 4:00 p.m. (ET)**
: 
------------------------------------------------------------ x

**SUMMARY OF FIRST AND FINAL APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISORS TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM MARCH 18, 2024, THROUGH APRIL 30, 2024**

| **Name of Applicant** | **Alvarez & Marsal North America, LLC** |
|---|---|
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | March 18, 2024 |
| Period for which compensation and reimbursement is sought: | March 18, 2024, to April 30, 2024 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $1,443,078.48 |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $12,520.25 |
| Total Amount Requested for this Fee App | $1,455,598.73 |

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN, Inc. (5540). The Reorganized Debtor's mailing address is 5555 Darrow Road, Hudson, OH 44236. In addition to JOANN, Inc., the "Reorganized Debtors" include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Needle Holdings LLC (3814) (Case No. 24-10419); Jo-Ann Stores, LLC (0629) (Case No. 24-10420); Creative Tech Solutions LLC (6734) (Case No. 24-10421); Creativebug, LLC (3208) (Case No. 24-10422); WeaveUp, Inc. (5633) (Case No. 24-10423); JAS Aviation, LLC (9570) (Case No. 24-10424); joann.com, LLC (1594) (Case No. 24-10425); JOANN Ditto Holdings Inc. (9652) (Case No. 24-10426); and Jo-Ann Stores Support Center, Inc. (5027) (Case No. 24-10427). All motions, contested matters, and adversary proceedings (if any) that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such closed-case debtors, are administered in this remaining chapter 11 case.

**COMPENSATION BY PROFESSIONAL**

The professionals who rendered professional services in the Chapter 11 Cases from March 18, 2024, to April 30, 2024 (the "Fee Period") are:

| NAME OF PROFESSIONAL | TITLE | HOURLY BILLING RATE | TOTAL HOURS BILLED | TOTAL COMP. |
|---|---|---|---|---|
| Jon Goulding | Managing Director | $1,475.00 | 16.6 | $24,485.00 |
| Erin McKeighan | Managing Director | $1,250.00 | 9.9 | $12,375.00 |
| Disa, Christopher | Senior Director | $1,055.56 | 281.0 | $296,612.36 |
| Joel Rogers | Senior Director | $1,050.00 | 247.3 | $259,665.00 |
| Brad Weiland | Senior Director | $975.00 | 57.5 | $56,062.50 |
| Casey Carlson | Director | $888.89 | 54.0 | $48,000.06 |
| Kit O'Connor | Director | $888.89 | 252.0 | $224,000.28 |
| Benjamin Ruthven | Senior Associate | $775.00 | 243.0 | $188,325.00 |
| Michael McNamara | Senior Associate | $750.00 | 21.4 | $16,050.00 |
| Jack Miller | Senior Associate | $722.22 | 198.0 | $142,999.56 |
| Brian Hinkamp | Manager | $722.22 | 147.9 | $106,816.34 |
| Ritika Patni | Manager | $722.22 | 54.0 | $38,999.88 |
| Monte Chester | Associate | $625.00 | 45.9 | $28,687.50 |
| **TOTAL:** | | | **1,628.5** | **$1,443,078.48** |

**Blended Rate:**      **$886.14**

## COMPENSATION BY PROFESSIONAL CATEGORY

| PROFESSIONALS | RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Managing Director | $1,390.94 | 26.5 | $36,860.00 |
| Senior Director | $1,045.31 | 585.8 | $612,339.86 |
| Director | $888.89 | 306.0 | $272,000.34 |
| Senior Associate | $751.24 | 462.4 | $347,374.56 |
| Manager | $722.22 | 201.9 | $145,816.22 |
| Associate | $625.00 | 45.9 | $28,687.50 |
| **TOTAL:** | | **1,628.5** | **$1,443,078.48** |

**Blended Rate**                                                                                  **$886.14**

## COMPENSATION BY PROJECT CATEGORY

| TASK | TASK DESCRIPTION | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| CASH | Assist the Debtors with the 13 week cash flow forecast, reporting of actual versus forecast, DIP reporting requirements, covenant compliance, and other related financial analyses. | 138.2 | $125,777.50 |
| CLAIMS | Assist the Debtors with claims planning process, review of claims filed against the Debtors, claim reconciliation, and related work including submission of related motions to the court. | 34.1 | $26,422.50 |
| COMMUNICATIONS | Assist the Debtors with communication processes, communication documents and call center/hotline. | 2.1 | $2,190.00 |
| COURT | Prepare for and attend the Debtors' hearings. | 13.6 | $14,315.00 |
| FEE APP | Prepare the monthly and interim fee applications in accordance with Court guidelines. | 8.1 | $6,387.50 |
| FINANCIAL ANALYSIS | Ad-hoc financial analyses made at the request of various constituencies, including the Debtors. Includes, but is not limited to, assisting the Debtors with the developments of sensitivity analyses, metrics, measurement and other tools to monitor and quantify operational results, various initiatives, and risks and opportunities that may exist. | 311.70 | $274,112.70 |
| INFORMATION REQUESTS | Address information requests from, and attend meetings and calls with, various constituencies including lenders and advisors. | 89.0 | $77,432.50 |
| MOR | Assist the Debtors with the preparation of the Initial Debtor Interview requirements, Initial Operating Report, Monthly Operating Report, and other related matters for the US Trustee. | 103.4 | $90,450.00 |
| MOTIONS/ ORDERS | Complete analyses and assist the Debtors on various motions filed, and on entry of Orders to implement required reporting and other activities contemplated by the various filed motions. | 22.8 | $19,535.00 |
| OPERATIONS AND BUSINESS PLANNING | Advise and assist the Debtors with the planning, development, evaluation and implementation of the company's strategic, business and operating plans. | 505.7 | $440,228.15 |
| PLAN AND DISCLOSURE STATEMENT | Assist the Debtors with the creation and filing of Statements and Schedules with background information and other related matters. | 15.1 | $15,010.00 |
| RETENTION | Prepare documents in compliance with court retention requirements. | 17.8 | $18,082.50 |
| STATUS MEETINGS | Prepare for and participate in the Debtors' regular status meetings including BOD meetings, update meetings with management, and strategic meetings with Debtor counsel and advisors. | 235.7 | $207,895.10 |
| TAX | Advise Debtors on Tax matters, including asset sale considerations, cancellation of debt income and tax attribute preservation, and cash tax projections. Review Debtors' tax analyses and transaction cost treatment for tax purposes. | 1.6 | $1,497.50 |
| TRAVEL | Billable travel time (reflects 50% of time incurred). | 25.5 | $24,162.50 |
| VENDOR | Assist the Debtors with all vendor related items including, but not limited to vendor strategy, negotiation, settlements, stipulations, critical vendors and shippers/warehouseman agreements, and advising Debtors on general accounts payable questions. | 104.1 | $99,580.02 |
| TOTAL: | | 1,628.5 | $1,443,078.48 |

**Blended Rate:**     **$886.14**

5

**ITEMIZED EXPENSES**

| EXPENSE CATEGORY | TOTAL EXPENSES |
|---|---:|
| Airfares | $4,689.80 |
| Lodging | $4,886.87 |
| Meals | $1,284.07 |
| Miscellaneous | $16.00 |
| Transportation | $1,643.51 |
| **TOTAL:** | **$12,520.25** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re:                                                       :  Chapter 11
                                                             :
JOANN INC.,                                                  :  Case No. 24-10418 (CTG)
                                                             :
          Reorganized Debtor.[2]                          :  **Hearing Date: June 28, 2024 at 3:00 p.m. (ET)**
                                                             :  **Obj. Deadline: June 20, 2024 at 4:00 p.m. (ET)**
                                                             :
------------------------------------------------------------ x

**FIRST AND FINAL APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC, AS FINANCIAL ADVISORS TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD**
**FROM MARCH 18, 2024, THROUGH APRIL 30, 2024**

Alvarez & Marsal North America, LLC ("A&M"), financial advisors to Joann Inc. and its affiliated debtors and debtors in possession in the above-captioned Chapter 11 Cases (collectively, the "Debtors"), hereby submits this first and final application (this "Fee Application") for compensation for professional services rendered and expenses incurred for the period from March 18, 2024, through and including April 30, 2024 (the "Fee Period"). In support of this Fee Application, A&M respectfully states as follows:

---

[2] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN, Inc. (5540). The Reorganized Debtor's mailing address is 5555 Darrow Road, Hudson, OH 44236. In addition to JOANN, Inc., the "Reorganized Debtors" include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Needle Holdings LLC (3814) (Case No. 24-10419); Jo-Ann Stores, LLC (0629) (Case No. 24-10420); Creative Tech Solutions LLC (6734) (Case No. 24-10421); Creativebug, LLC (3208) (Case No. 24-10422); WeaveUp, Inc. (5633) (Case No. 24-10423); JAS Aviation, LLC (9570) (Case No. 24-10424); joann.com, LLC (1594) (Case No. 24-10425); JOANN Ditto Holdings Inc. (9652) (Case No. 24-10426); and Jo-Ann Stores Support Center, Inc. (5027) (Case No. 24-10427). All motions, contested matters, and adversary proceedings (if any) that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such closed-case debtors, are administered in this remaining chapter 11 case.

**Background**

1. On March 18, 2024 (the "Petition Date"), the Debtors filed with the United States Bankruptcy Court for the District of Delaware (the "Court") a voluntary petition for relief under title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (as amended or modified, the "Bankruptcy Code"). The Debtors continue to operate the business as Debtors in Possession, pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2. On March 18, 2024, the Debtors filed their Prepackaged Joint Plan of Reorganization and the Disclosure Statement related thereto.

3. On April 15, 2024, the Court entered the *Order Authorizing Employment and Retention of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors in Possession Pursuant to Sections 327 (a) of the Bankruptcy Code* [Docket No. 247] (the "Retention Order"). The Retention Order authorizes A&M to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

4. All services for which compensation is requested herein by A&M were performed for or on behalf of the Debtors.

5. On April 25, 2024, the Court entered the Order *(I) Approving the Disclosure Statement and (II) Confirming the First Amended Prepackaged Joint Plan of Reorganization of JOANN Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 303] (the "Confirmation Order").

6. On April 30, 2024, the effective date of the Prepackaged Joint Plan of Reorganization occurred.

**Relief Requested**

7. By this Fee Application and in accordance with the Retention Order,

A&M makes this application for (i) allowance of compensation as an administrative expense of the Debtors' estate in the amount of $1,443,078.48 for reasonable and necessary professional services rendered, and (ii) payment of $12,520.25 for actual and necessary expenses incurred.

**Compensation Requested**

8. This is the first and final Fee Application for services performed by A&M in these cases. Services provided included, among others, assisting the Debtors with cash flow forecasting, DIP reporting requirements, covenant compliance, vendor management, claim reconciliation, other ad-hoc financial analysis, and advising and assisting the Debtors with the planning, development, evaluation, and implementation of the company's strategic, business and operating plans. A&M seeks compensation for professional services and actual expense incurred all totaling to the amount of $1,455,598.73.

**Summary of Services Rendered**

9. The following exhibits are attached hereto for the Fee Period:

    (i) Exhibit A is a summary of time detail by task;

    (ii) Exhibit B is a summary of time detail by professional;

    (iii) Exhibit C is a summary of task by professional; and

    (iv) Exhibit D is a time detail of task by professional.

10. The timekeepers who rendered services related to each category are identified in Exhibit A, Exhibit B, Exhibit C, and Exhibit D along with the number of hours for each individual and the total compensation sought by each category. All services for which A&M requests compensation were performed for, or on behalf of, the Debtors.

**Actual and Necessary Expenses**

11. A&M incurred out-of-pocket expenses during the Fee Period in the amount of $12,520.25. Attached hereto are the following schedules for reimbursement of expenses sought by A&M for the Fee Period:

    (i) Exhibit E is a summary of expenses by category; and

    (ii) Exhibit F is a description of the expenses actually incurred by A&M in the performance of services rendered as Financial Advisors to the Debtors. The expenses are broken down into categories of charges, which may include, among other things, the following charges: airfare, lodging, out of town meals, transportation, and other expenses.

**Valuation of Services**

12. The hourly rates reflected on Exhibits A–D are A&M's customary hourly rates for work of this character. The reasonable value of the services rendered by A&M for the Fee Period as financial advisors to the Debtors in these Chapter 11 Cases is $1,443,078.48.

**Certificate of Compliance and Waiver**

13. The undersigned representative of A&M certifies that he has reviewed the requirements of Local Rule 2016-2 and that the Fee Application substantially complies with such rule. To the extent that the Fee Application does not comply in all respects with the requirements of Local Rule 2016-2, A&M believes that such deviations are not material and respectfully

requests that any such requirements be waived.

## **Notice and No Prior Request**

14. Notice of this Fee Application has been given to the following parties or, in lieu of, to their counsel, if known: (a) the U.S. Trustee; and (b) all parties required to be given notice. A&M submits that no other or further notice is necessary.

15. No prior request for the relief sought in this Fee Application has been made to this or any other Court.

WHEREFORE, A&M respectfully requests that the Court enter an order: (i) granting allowance of compensation for professional services rendered to the Debtors by A&M for the First Application Period in the amount $1,443,078.48, for compensation for professional services rendered during the Final Application Period and $12,520.25 for actual and necessary expenses; (ii) authorizing and directing the Debtors to pay all such amounts to A&M; and (iii) granting such other and relief as may be just and proper.

Dated: May 30, 2024                                          Respectfully submitted,

                                                             Joann Inc

                                                    By:      */s/ Jon Goulding*
                                                             Jon Goulding