# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
: 
In re: : Chapter 11
: 
JOANN INC., : Case No. 24-10418 (CTG)
: 
      Reorganized Debtor.[1] : (Jointly Administered)
: 
: **Obj. Deadline: June 20, 2024, at 4:00 p.m. (ET)**
: **Hearing Date: June 28, 2024 at 3:00 p.m. (ET)**
---------------------------------------------------------- x

**FIRST COMBINED MONTHLY AND FIRST AND FINAL FEE APPLICATION OF LATHAM & WATKINS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM MARCH 18, 2024 THROUGH APRIL 30, 2024**

| Name of applicant | Latham & Watkins LLP ("*L&W*") |
|---|---|
| Authorized to provide professional services to: | Debtors and Debtors-in-Possession |
| Date of retention: | April 15, 2024 effective as of March 18, 2024 |
| Monthly period for which compensation and reimbursement are sought: | March 18, 2024 through April 30, 2024 |
| Final period for which compensation and reimbursement are sought: | March 18, 2024 through April 30, 2024 |
| Amount of final compensation sought as actual, reasonable, and necessary: | $3,073,663.35[2] |
| Amount of final expense reimbursement sought as actual, reasonable, and necessary: | $13,830.55 |

This is a(n):   X  monthly      interim    X  final application

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal taxpayer identification number, is JOANN Inc. (5540). The Reorganized Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236. In addition to JOANN, Inc., the "*Reorganized Debtors*" include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Needle Holdings LLC (3814) (Case No. 24-10419); Jo-Ann Stores, LLC (0629) (Case No. 24-10420); Creative Tech Solutions LLC (6734) (Case No. 24-10421); Creativebug, LLC (3208) (Case No. 24-10422); WeaveUp, Inc. (5633) (Case No. 24-10423); JAS Aviation, LLC (9570) (Case No. 24-10424); joann.com, LLC (1594) (Case No. 24-10425); JOANN Ditto Holdings Inc. (9652) (Case No. 24-10426); and Jo-Ann Stores Support Center, Inc. (5027) (Case No. 24-10427). All motions, contested matters, and adversary proceedings (if any) that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such closed-case debtors, are administered in this remaining chapter 11 case.

[2] This amount reflects a credit in the amount of $341,518.15.

This application includes 8.2 hours with a value of $5,394.00 incurred in connection with the preparation of the fee application.

Prior Monthly Applications Filed: None.

**Summary Cover Sheet of First Monthly and First and Final Fee Application**

Case Name: **Joann Inc.,** *et al.*
Case Number: **24-10418 (CTG)**
Applicant's Name: **Latham & Watkins LLP**
Date of Application: **May 30, 2024**
Interim or Final: **Final**

| | |
|---|---|
| Name of applicant | Latham & Watkins LLP |
| Name of client | Joann Inc., *et al.* |
| Time period covered by the final fee period | March 18, 2024 through April 30, 2024 |
| Total compensation sought for final fee period | $3,073,663.35 |
| Total expenses sought for final fee period | $13,830.55 |
| Petition date | March 18, 20204 |
| Retention date | April 15, 2024, effective as of March 18, 2024 |
| Date of order approving employment | April 15, 2024 [Docket No. 245] |
| Total allowed compensation paid to date | $0.00 |
| Total allowed expenses paid to date | $0.00 |
| Blended rate in the final fee period for all attorneys | $1,336* |
| Blended rate in the final fee period for all timekeepers | $1,312* |
| Compensation sought and already paid pursuant to a monthly fee application but not yet allowed | $0.00 |
| Expenses sought and already paid pursuant to a monthly fee application but not yet allowed | $0.00 |
| Number of professionals included in the final fee period | 36 |
| Number of professionals billing fewer than 15 hours during final fee period | 14 |
| Number of professionals not included in budget and staffing plan[1] | 10 |
| Difference between fees budgeted and compensation sought for final fee period | $(24,586.65) |
| Any rates higher than those approved or disclosed at retention? | No |

---

* Blended rate includes non-working travel time billed at 50% of the normal hourly rate.

[1] The budget and staffing plan reflected the timekeepers expected to bill at least 15 hours to the Chapter 11 Cases during the period.

## FINAL COMPENSATION BY PROFESSIONAL
## MARCH 18, 2024 THROUGH APRIL 30, 2024

| Name of Professional Individual | Position of the Applicant, Date of Hire, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| George A. Davis | Partner. Joined firm in 2018. Member of New York Bar since 1991. | $2,240.00 | 16.8 | $37,632.00 |
| Lawrence I. Safran | Partner. Joined firm in 2002. Member of New York Bar since 1986. Member of District of Columbia Bar since 2004. | $2,240.00 | 3.9 | $8,736.00 |
| Joseph M. Kronsnoble | Partner. Joined firm in 1991. Member of Illinois Bar since 1991. | $2,240.00 | 30.3 | $66,508.50 |
| Ted A. Dillman | Partner. Joined firm in 2008. Member of California Bar since 2008. | $1,820.00 | 227.3 | $402,766.00 |
| Mark O. Morris | Partner. Joined Firm in 2009. Member of California Bar since 2011. Member of England and Wales (Solicitor) Bar since 2004. | $1,690.00 | 126.2 | $213,278.00 |
| Kendra W. Kocovsky | Partner. Joined firm in 2017. Member of New York Bar since 2011. | $1,645.00 | 43.4 | $71,393.00 |
| Drew A. Capurro | Partner. Joined firm in 2011. Member of California Bar since 2011. | $1,605.00 | 25.2 | $40,446.00 |
| Jean A. Pawlow | Partner. Joined firm in 2018. Member of District of Columbia Bar since 1989. Member of California Bar since 1989. | $1,530.00 | 2.5 | $3,825.00 |
| Amy C. Quartarolo | Partner. Joined firm in 2002. Member of California Bar since 2002. | $1,495.00 | 12.7 | $18,986.50 |
| Ebba Gebisa | Counsel. Joined firm in 2021. Member of Illinois Bar since 2008. | $1,605.00 | 314.5 | $500,599.50 |
| Jonathan C. Shih | Counsel. Joined firm in 2014. Member of California Bar since 2012. | $1,605.00 | 134.3 | $215,551.50 |
| Rifka M. Singer | Counsel. Joined firm in 2007. Member of New York Bar since 2008. | $1,605.00 | 5.7 | $9,148.50 |

---

[1] All non-working travel time has been billed at 50% of the normal hourly rate.

| Name of Professional Individual | Position of the Applicant, Date of Hire, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Melissa Doura | Associate. Joined firm in 2022. Member of New York Bar since 2018. | $1,345.00 | 95.4 | $128,313.00 |
| Nicholas J. Messana | Associate. Joined firm in 2019. Member of California Bar since 2020. Member of New York Bar since 2017. | $1,345.00 | 348.2 | $461,604.00 |
| Brian R. Umanoff | Associate. Joined firm in 2019. Member of California Bar since 2016. | $1,345.00 | 63.6 | $85,542.00 |
| Lukas Kutilek | Associate. Joined firm in 2021. Member of New York Bar since 2019. | $1,340.00 | 37.9 | $50,786.00 |
| Gregory M. Van Buiten | Associate. Joined firm in 2018. Member of California Bar since 2018. | $1,275.00 | 83.8 | $106,845.00 |
| Alexandra M. Zablocki | Associate. Joined firm in 2019. Member of New York Bar since 2021. | $1,225.00 | 81.4 | $99,715.00 |
| Markus von der Marwitz | Associate. Joined firm in 2020. Member of California Bar since. 2021. Member of New York Bar since 2019 | $1,225.00 | 187.7 | $229,932.50 |
| Isaac J. Ashworth | Associate. Joined firm in 2020. Member of California Bar since 2021. | $1,145.00 | 86.8 | $99,386.00 |
| Nikhil A. Gulati | Associate. Joined firm in 2022. Member of New York Bar since 2023. | $1,030.00 | 20.8 | $21,424.00 |
| Allison Hines | Associate. Joined firm in 2021. Member of California Bar since 2021. | $1,030.00 | 35.8 | $36,874.00 |
| Erik Jensen | Associate. Joined firm in 2021. Member of California Bar since 2021. | $1,030.00 | 67.0 | $69,010.00 |
| Kendall Ota | Associate. Joined firm in 2022. Member of California Bar since 2022. | $890.00 | 97.7 | $86,953.00 |
| Timothy B. Parker | Associate. Joined firm in 2023. Member of Illinois Bar since 2023. | $890.00 | 120.1 | $106,889.00 |
| Kevin D Shang | Associate. Joined firm in 2022. Member of California Bar since. 2022. | $890.00 | 62.4 | $55,536.00 |
| Ashley N. Campfield | Associate. Joined firm in 2023. Member of California Bar since 2023. | $760.00 | 2.7 | $2,052.00 |

2

| Name of Professional Individual | Position of the Applicant, Date of Hire, Year of Obtaining License to Practice | Hourly Billing Rate[1] | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Nilam Faqhir | Associate. Joined firm in 2023. Member of California Bar since 2023. | $760.00 | 89.0 | $67,640.00 |
| Davis A. Klabo | Associate. Joined firm in 2023. Member of California Bar since 2023. | $760.00 | 103.6 | $78,736.00 |
| Gayle Grocke | Senior Paralegal. Joined firm in 2006. | $560.00 | 4.1 | $2,296.00 |
| Anna T. Kwan | Senior Paralegal. Joined firm in 2000. | $560.00 | 9.0 | $5,040.00 |
| Rick A. Webster | Senior Paralegal. Joined firm in 2017. | $560.00 | 13.4 | $7,504.00 |
| Christopher M. Tarrant | Senior Paralegal. Joined firm in 2022. | $525.00 | 38.4 | $20,160.00 |
| Ana T. Molestina | Paralegal. Joined firm in 2022. | $355.00 | 3.1 | $1,100.50 |
| Annabel Morgan | Paralegal. Joined firm in 2022. | $355.00 | 4.6 | $1,633.00 |
| Toby W. Lam | Paralegal. Joined firm in 2021. | $335.00 | 4.0 | $1,340.00 |

**Grand Total**     **$3,073,663.35**
**Total Hours**     **2,603.3**
**Blended Rate**     **$1,312**[2]

---

[2] Blended rate includes non-working travel time billed at 50% of the normal hourly rate.

3

**FINAL COMPENSATION BY PROJECT CATEGORY**
**MARCH 18, 2024 THROUGH APRIL 30, 2024**

| Project Category | Total Hours | Total Fees |
| --- | --- | --- |
| Assumption and Rejection of Leases and Contracts | 163.2 | $196,123.05 |
| Business Operations, Vendor and Customer Matters, and Communications | 80.2 | $94,849.65 |
| Case Administration | 116.6 | $147,492.45 |
| Corporate Governance, Board, and Regulatory Matters | 39.7 | $58,889.70 |
| Employee Benefits and Pensions | 12.5 | $17,889.30 |
| Fee and Retention Applications (LW) | 76.5 | $71,534.70 |
| Fee and Retention Applications (Others) | 62.4 | $60,353.55 |
| Financing and Cash Collateral | 667.7 | $787,041.45 |
| Hearings | 132.1 | $153,158.85 |
| Litigation | 49.7 | $51,712.65 |
| Non-working Travel | 27.2 | $19,636.20 |
| Plan and Disclosure Statement | 754.7 | $917,529.30 |
| Securities and Public Company Representation Matters | 280.8 | $306,155.70 |
| Tax | 72.8 | $107,223.75 |
| UST Matters | 37.0 | $49,297.95 |
| Utilities | 30.8 | $34,775.10 |
| **GRAND TOTAL** | **2,603.3** | **$3,073,663.35** |

**FINAL EXPENSE SUMMARY**
**MARCH 18, 2024 THROUGH APRIL 30, 2024**

| Expense Category | Total Expenses |
|---|---|
| Legal Research | $739.97 |
| Laser Copy | $189.15 |
| Document Copies | $931.97 |
| Filing Fees | $713.00 |
| Outside Services (Non-Attorney) | $3,216.61 |
| Travel Expenses | $7,991.85 |
| Wireless Data | $48.00 |
| **GRAND TOTAL** | **$13,830.55** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| ------------------------------------------------------------ x : | | |
| In re: | : : | Chapter 11 |
| JOANN INC., | : : : | Case No. 24-10418 (CTG) |
| Reorganized Debtor.[1] | : : : | (Jointly Administered) |
| | : : | **Obj. Deadline: June 20, 2024, at 4:00 p.m. (ET)** |
| ------------------------------------------------------------ x | | **Hearing Date: June 28, 2024 at 3:00 p.m. (ET)** |

**FIRST COMBINED MONTHLY AND FIRST AND FINAL FEE APPLICATION OF LATHAM & WATKINS LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY CO-COUNSEL TO THE <u>DEBTORS FOR THE PERIOD FROM MARCH 18, 2024 THROUGH APRIL 30, 2024</u>**

Pursuant to sections 330 and 331 of title 11 of the United States Code, §§ 101-1532 (the "***Bankruptcy Code***"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "***Local Rules***"), the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Professionals and (II) Granting Related Relief* [Docket No. 227] (the "***Interim Compensation Order***"), Latham & Watkins LLP ("***L&W***") hereby files this *First Combined Monthly and First and Final Fee Application Of Latham & Watkins LLP for Compensation for Services Rendered and*

---

[1] Th The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal taxpayer identification number, is JOANN Inc. (5540). The Reorganized Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236. In addition to JOANN, Inc., the "***Reorganized Debtors***" include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Needle Holdings LLC (3814) (Case No. 24-10419); Jo-Ann Stores, LLC (0629) (Case No. 24-10420); Creative Tech Solutions LLC (6734) (Case No. 24-10421); Creativebug, LLC (3208) (Case No. 24-10422); WeaveUp, Inc. (5633) (Case No. 24-10423); JAS Aviation, LLC (9570) (Case No. 24-10424); joann.com, LLC (1594) (Case No. 24-10425); JOANN Ditto Holdings Inc. (9652) (Case No. 24-10426); and Jo-Ann Stores Support Center, Inc. (5027) (Case No. 24-10427). All motions, contested matters, and adversary proceedings (if any) that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such closed-case debtors, are administered in this remaining chapter 11 case.

*Reimbursement of Expenses as Bankruptcy Co-Counsel to the Debtors for the Period From March 18, 2024 through April 30, 2024* (the "**Application**"). By the Application, L&W seeks a monthly and final allowance pursuant to the Interim Compensation Order with respect to the sums of $3,073,663.35 as compensation and $13,830.55 for reimbursement of actual and necessary expenses, for a total of $3,087,493.90 for the period March 18, 2024 through and including April 30, 2024 (the "**Monthly and Final Fee Period**"). In support of this Application, L&W respectfully represents as follows:

**Background**

1. On March 18, 2024 (the "**Petition Date**"), the Debtors filed voluntary petitions in this Court commencing cases for relief under chapter 11 of the Bankruptcy Code (the "**Chapter 11 Cases**"). The Debtors continue to manage and operate their businesses as debtors in possession under sections 1107 and 1108 of the Bankruptcy Code. No trustee or examiner has been requested and no committee has been appointed in the Chapter 11 Cases.

2. The factual background regarding the Debtors, including their business operations, their capital and debt structures, and the events leading to the filing of the Chapter 11 Cases, is set forth in detail in the *Declaration of Scott Sekella, Chief Financial Officer and Executive Vice President, in Support of Chapter 11 Petitions and First Day Motions* [Docket No. 2] (the "**First Day Declaration**").

3. The Chapter 11 Cases are jointly administered for procedural purposes only pursuant to Bankruptcy Rule 1015(b).

4. L&W was retained effective as of the Petition Date by the Court's order, dated April 15, 2024 [Docket No. 245] (the "**Retention Order**"). The Retention Order authorized L&W

2

to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

5.     On April 25, 2024, the Court entered the *Order (A) Approving the Disclosure Statement and (B) Confirming the First Amended Prepackaged Joint Plan of Reorganization of Joann Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 303] (the "**Confirmation Order**") confirming the *First Amended Prepackaged Joint Plan of Reorganization of Joann Inc. and its Debtor Affiliates* [Docket No. 288] (as may be modified, amended, and including all supplements and exhibits thereto, the "**Plan**").[2]

6.     On April 30, 2024, the Debtors filed the *Notice of (I) Occurrence of Effective Date and (II) Entry of Order (A) Approving the Disclosure Statement and (B) Confirming the First Amended Prepackaged Joint Plan of Reorganization of Joann Inc. and its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 318].

**Compensation Paid and Its Source**

7.     All services for which compensation is requested by L&W were performed for or on behalf of the Debtors.

8.     L&W has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the matters covered by this Application other than in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and the Court's orders.

9.     Pursuant to Bankruptcy Rule 2016(b), L&W has not shared, nor has L&W agreed to share, (a) any compensation it has received or may receive with another party or person other

---

[2]     Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Plan.

3

than with the partners, counsel, and associates of L&W, or (b) any compensation another person or party has received or may receive.

### Fee Statements

10. The fee statements for the Monthly and Final Fee Period are attached hereto as **Exhibit A**. These statements contain daily time logs describing the time spent by each attorney and paraprofessional for the Monthly and Final Fee Period.

### Actual and Necessary Expenses

11. A summary of actual and necessary expenses and daily logs of expenses incurred by L&W during the Monthly and Final Fee Period are attached hereto as **Exhibit B**. Pursuant to Local Rule 2016-2, L&W represents that it charges for copying at a rate of $0.10 per page. There is no charge for incoming or outgoing telecopier transmissions.

12. L&W believes the foregoing expense rates are the market rates that law firms charge clients for such services. In addition, L&W believes that such charges are in accordance with the American Bar Association's ("*ABA*") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

### Summary of Services Rendered

13. During the Monthly and Final Fee Period, L&W represented the Debtors in all aspects of the Chapter 11 Cases and played an integral role in consummating the value-maximizing Restructuring Transactions embodied in the Transaction Support Agreement and the Plan. As co-counsel for the Debtors, L&W was instrumental in working with the Debtors' other advisors to build consensus with the key constituents in the Chapter 11 Cases, both prepetition and postpetition, and in ultimately securing confirmation of the Plan on a fully consensual basis. For instance, and among other things, L&W assisted in: (a) negotiating and obtaining bespoke debtor-

in-possession financing as well as exit financing for the Debtors; (b) negotiating and memorializing the terms of the Plan and Disclosure Statement (and other Definitive Documents); (c) soliciting the requisite acceptances of the Plan; (d) responding to various information requests from the U.S. Trustee; (e) responding to other general inquiries from interested parties; and (f) assisting with the various tasks related to the administration of the Estates and the Chapter 11 Cases and the Debtors' ultimate emergence from chapter 11, including the issuance of New Equity Interests in accordance with the Plan, and the termination of the Reorganized Debtors reporting obligations with the SEC.

14. In short, L&W paved the way for the Debtors to confirm the Plan on an uncontested and expedited basis, which enabled the Debtors to successfully reorganize and emerge from bankruptcy.

15. Given the successful resolution, complexity, and speed of the Chapter 11 Cases, L&W submits that the compensation and expense reimbursement sought herein for the necessary and beneficial professional services L&W provided to the Debtors during the Monthly and Final Fee Period are reasonable and appropriate and should be approved.

### Summary of Services By Project Category

16. The actual, reasonable, and necessary services rendered by L&W during the Monthly and Final Fee Period can be grouped into the categories set forth below. These categories are generally described below (in alphabetical order), with a more detailed description of the services provided set forth on the fee statements attached hereto as **Exhibit A**.

**I.      Assumption and Rejection of Leases and Contracts**

Monthly and Final Fee Period Fees: $196,123.05   Hours: 163.2

This category includes time spent by L&W attorneys in connection with the assumption of executory contracts and unexpired leases, including: (a) reviewing and analyzing various leases and executory contracts; (b) communications with counterparties; and (c) negotiating, drafting, and revising certain amendments to assumed executory contracts.

**II.     Business Operations, Vendor and Customer Matters, and Communications**

Monthly and Final Fee Period Fees: $94,849.65   Hours: 80.2

This category includes time spent by L&W attorneys in connection with various matters related to the Debtors' business operations, including: (a) reviewing and analyzing chapter 11 pleadings and communicating with the Debtors regarding such pleadings and the operational impact of the Chapter 11 Cases; and (b) communicating with vendors and other creditors regarding their inquiries.

**III.    Case Administration**

Monthly and Final Fee Period Fees: $147,492.45   Hours: 116.6

This category includes time spent on services rendered in connection with, among other things: (a) various logistical matters relating to the Chapter 11 Cases; (b) monitoring the Debtors' docket and case calendar; (c) coordinating the administration of the Chapter 11 Cases by developing timelines, task lists, and work-in-progress reports; (d) attending work-in-progress and strategy meetings among L&W professionals, the Debtors' management, and/or the Debtors' other advisors; and (e) analyzing, drafting, and revising various chapter 11 pleadings.

**IV.    Corporate Governance, Board, and Regulatory Matters**

Monthly and Final Fee Period Fees: $58,889.70   Hours: 39.7

This category includes time spent by L&W attorneys and paraprofessionals relating to corporate governance matters, including attending calls with the Transition Committee of the Debtors' Board of Directors.

### V. Employee Benefits and Pensions

Monthly and Final Fee Period Fees: $17,889.30   Hours: 12.5

This category includes time spent on matters relating to the Debtors' employees' compensation and benefits and other issues relating to employee relations, including: (a) analyzing and providing advice regarding employee benefits and compensation; and (b) analyzing and providing advice regarding terminating and liquidating the Debtors' deferred compensation plan.

### VI. Fee and Retention Applications (LW)

Monthly and Final Fee Period Fees: $71,534.70   Hours: 76.5

This category includes time spent on matters relating to the retention and compensation of L&W, including: (a) preparing L&W's application to be retained as co-counsel to the Debtors; (b) preparing supplemental declaration related thereto; and (c) preparing and revising materials related to L&W's fee application.

### VII. Fee and Retention Applications (Others)

Monthly and Final Fee Period Fees: $60,353.55   Hours: 62.4

This category includes time spent on matters relating to the retention and compensation of professionals other than L&W, including: (a) preparing a motion to retain ordinary course professionals and communicating with such professionals regarding the same; (b) reviewing and commenting on a motion establishing procedures for interim compensation of professionals; and (c) preparing and updating a list of parties in interest in the Chapter 11 Cases.

**VIII.     Financing and Cash Collateral**

Monthly and Final Fee Period Fees: $787,041.45   Hours: 667.7

This category includes time spent on matters relating to the Debtors' financing needs and cash management, including, among other things: (a) drafting, negotiating, and revising the DIP/Cash Collateral Orders; (b) conferring and corresponding with the Debtors and their advisors concerning financing matters, including compliance with the DIP/Cash Collateral Orders' requirements and strategic considerations related thereto; (c) drafting, negotiating, and revising the Exit Facilities Documents; and (d) attending work-in-progress and strategy meetings among L&W professionals, the Debtors' management, the Debtors' other advisors, and/or lender professionals in connection with the same.

**IX.      Hearings**

Monthly and Final Fee Period Fees: $153,158.85   Hours: 132.1

This category includes time spent on matters relating to the preparation for and participation in Court hearings, including: (a) coordinating with the Debtors and their other advisors to prepare for hearings; (b) addressing requests and inquiries from interested parties in connection with relief sought at the hearings; (c) preparing materials, witness outlines, and demonstratives for hearings; (d) preparing witnesses to give testimony at hearings; and (e) participating in hearings, including the first day hearing and the Combined Hearing.

**X.       Litigation**

Monthly and Final Fee Period Fees: $51,712.65   Hours: 49.7

This category includes time spent on matters relating to potential litigation matters, including researching and analyzing certain litigation-related claims and issues.

**XI.        Non-Working Travel Time[3]**

Monthly and Final Fee Period Fees: $19,636.20   Hours: 27.2

This category includes all travel time not otherwise chargeable.

**XII.       Plan and Disclosure Statement**

Monthly and Final Fee Period Fees: $917,529.30   Hours: 754.1

This category includes time spent on work related to the Plan and Disclosure Statement, including: (a) negotiating, drafting, and revising the Plan, Plan Supplement, and exhibits thereto; (b) negotiating, drafting, and revising the Combined Order; (c) drafting the memorandum in support of the Plan and the Disclosure Statement, as well as the Confirmation declarations; (d) evaluating and analyzing issues in connection with Confirmation and the Debtors' emergence from chapter 11; and (e) discussions with the Debtors' other professionals and various other parties in connection with the same.

**XIII.      Securities and Public Company Representation Matters**

Monthly and Final Fee Period Fees: $306,155.70   Hours: 280.8

This category includes time spent on securities and public company representation matters, including (a) addressing company reporting requirements and facilitating SEC filings related to the Debtors' delisting; (b) reporting to FINRA; (c) issuing the New Equity Interests and establishing DTC eligibility therefor; and (d) preparing and implementing corporate documents

---

[3] All non-working travel time has been billed at 50% of the normal hourly rate.

related to the Reorganized Debtors' emergence from chapter 11 as contemplated by the Plan and Plan Supplement.

**XIV.    Tax**

Monthly and Final Fee Period Fees: $107,223.75   Hours: 72.8

This category includes time spent on tax issues, including: (a) tax analysis related to the Restructuring Transactions and tax-related disclosures in the Plan and the Disclosure Statement; (b) drafting and revising the Restructuring Transaction Steps Memorandum; and (c) discussions regarding tax issues and related tax filings.

**XV.    US Trustee Matters**

Monthly and Final Fee Period Fees: $49,297.95   Hours: 37.0

This category includes time spent on communicating with the U.S. Trustee, including reviewing and responding to the U.S. Trustee's comments to various pleadings and correspondence with U.S. Trustee regarding various inquiries.

**XVI.    Utilities**

Monthly and Final Fee Period Fees: $34,775.10   Hours: 30.8

This category includes time spent on utilities, including correspondence with utility providers regarding various adequate assurance and other inquiries.

**Valuation of Services**

17.    Attorneys and paraprofessionals of L&W have expended a total of 2,603.3 hours during the Monthly and Final Fee Period on matters related to the Chapter 11 Cases.  The hourly rates charged for these services are L&W's normal hourly rates for work of this character.  The

reasonable value of the services rendered by L&W to the Debtors during the Monthly and Final Fee Period is not less than $3,073,663.35.

18.     In accordance with the factors enumerated in section 330 of the Bankruptcy Code, it is respectfully submitted that the amounts requested by L&W are fair and reasonable given (a) the complexity of the Chapter 11 Cases; (b) the time expended; (c) the nature and extent of the services rendered; (d) the value of such services; and (e) the costs of comparable services other than in a case under this title.  Moreover, L&W has reviewed the requirements of Local Rule 2016-2 and believes that this Application complies with that Local Rule.

### Disclosures Pursuant to U.S. Trustee Guidelines

19.     Attached hereto as **Exhibit C** is L&W's customary and comparable compensation disclosures for the Monthly and Final Fee Period.

20.     Attached hereto as **Exhibit D** is L&W's budget and staffing plan for the Monthly and Final Fee Period (as provided to the client on March 22, 2024).

21.     Attached hereto as **Exhibit E** is a summary of fees and hours budgeted compared to fees and hours billed during the Monthly and Final Fee Period.

22.     Finally, attached hereto as **Exhibit F** is the certification of Ted A. Dillman in support of this Application, which includes responses to the six questions set forth in Section C.5 of the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Large Chapter 11 Cases*, effective November 1, 2013 (the "***U.S. Trustee Guidelines***").

23.     To the best of L&W's knowledge, this Application complies with sections 330 and 331 of the Bankruptcy Code, the applicable Bankruptcy Rules, the U.S. Trustee Guidelines, Local Rule 2016-2, and the Interim Compensation Order.

WHEREFORE, L&W respectfully requests (a) that a final allowance be made to L&W pursuant to the terms of the Interim Compensation Order with respect to the sums of $3,073,663.35 as compensation and $13,830.55 for reimbursement of actual and necessary expenses, for a total of $3,087,493.90 in fees and expenses for the Monthly and Final Fee Period; and (b) that such sums be authorized for payment and for such other and further relief as this Court may deem just and proper.

| Dated: May 30, 2024 | */s/ Ted A. Dillman* |
|---|---|
| | **LATHAM & WATKINS LLP** |

George A. Davis (admitted *pro hac vice*)
Alexandra M. Zablocki (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email:  george.davis@lw.com
             alexandra.zablocki@lw.com

Ted A. Dillman (admitted *pro hac vice*)
Nicholas J. Messana (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Email:  ted.dillman@lw.com
             nicholas.messana@lw.com

Ebba Gebisa (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 27017
Telephone: (312) 876-7700
Email:  ebba.gebisa@lw.com

*Counsel for the Reorganized Debtor*