**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

```
------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
JOANN INC.,                                             :   Case No. 24-10418 (CTG)
                                                        :
            Reorganized Debtor.¹                        :
                                                        :   Hearing Date: June 28, 2024 at 3:00 p.m. (ET)
                                                        :   Obj. Deadline: June 20, 2024 at 4:00 p.m. (ET)
------------------------------------------------------- x
```

**SUMMARY OF FIRST AND FINAL APPLICATION OF
YOUNG CONAWAY STARGATT & TAYLOR, LLP, AS CO-COUNSEL TO
THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD FROM MARCH 18, 2024 THROUGH APRIL 30, 2024**

| | |
|---|---|
| Name of Applicant | Young Conaway Stargatt & Taylor, LLP |
| Name of Client | Debtors and Debtors in Possession |
| Time Period Covered by Final Fee Application | March 18, 2024 to April 30, 2024 |
| Total Compensation Sought During the Final Fee Application Period | $391,132.00 |
| Total Expenses Sought During the Final Fee Application Period | $5,046.03 |
| Petition Date | March 18, 2024 |
| Retention Date | March 18, 2024 |
| Date of Order Approving Employment | April 15, 2024 |
| Total Compensation Approved by Interim Order to Date | $0.00 |
| Total Expenses Approved by Interim Order to Date | $0.00 |

---

¹ The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN, Inc. (5540). The Reorganized Debtor's mailing address is 5555 Darrow Road, Hudson, OH 44236. In addition to JOANN, Inc., the "***Reorganized Debtors***" include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Needle Holdings LLC (3814) (Case No. 24-10419); Jo-Ann Stores, LLC (0629) (Case No. 24-10420); Creative Tech Solutions LLC (6734) (Case No. 24-10421); Creativebug, LLC (3208) (Case No. 24-10422); WeaveUp, Inc. (5633) (Case No. 24-10423); JAS Aviation, LLC (9570) (Case No. 24-10424); joann.com, LLC (1594) (Case No. 24-10425); JOANN Ditto Holdings Inc. (9652) (Case No. 24-10426); and Jo-Ann Stores Support Center, Inc. (5027) (Case No. 24-10427). All motions, contested matters, and adversary proceedings (if any) that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such closed-case debtors, are administered in this remaining chapter 11 case.

31662093.1

| | |
|---|---|
| Total Allowed Compensation Paid to Date | $0.00 |
| Total Allowed Expenses Paid to Date | $0.00 |
| Blended Rate in the Final Fee Application for All Attorneys | $855.03 |
| Blended Rate in the Final Fee Application for All Timekeepers | $794.66 |
| Compensation Sought in the Final Fee Application Already Paid Pursuant to a Monthly Compensation Order But Not Yet Allowed | $0.00 |
| Expenses Sought in the Final Fee Application Already Paid Pursuant to a Monthly Compensation Order But Not Yet Allowed | $0.00 |
| Number of Professionals Included in the Final Fee Application | 11 |
| If Applicable, Number of Professionals in the Final Fee Application Not Included in Staffing Plan Approved by Client | 6 |
| If Applicable, Difference Between Fees Budgeted and Compensation Sought During the Application Period | Amount Budgeted: $500,000.00<br>Amount Sought: $391,132.00<br>Difference: $108,868.00 |
| Number of Professionals Billing Fewer Than 15 Hours to the Case During the Final Fee Application Period | 4 |
| Are Any Rates Higher Than Those Approved or Disclosed at Retention? | No |

31662093.1

## FINAL COMPENSATION BY INDIVIDUAL

| Name | Title | Department | Date of First Admission | Hourly Rate(s) Billed in the Application | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Craig D. Grear | Partner | Business Planning & Tax | 1990 | $1,400 | 4.40 | $6,160.00 |
| James P. Hughes | Partner | Business Planning & Tax | 1992 | $1,400 | 25.40 | $35,560.00 |
| Michael R. Nestor | Partner | Bankruptcy | 1995 | $1,355 | 57.60 | $76,896.00 |
| Kara Hammond Coyle | Partner | Bankruptcy | 2003 | $1,005 | 101.60 | $102,108.00 |
| Leah E. Burcat | Associate | Business Planning & Tax | 2014 | $780 | 1.00 | $780.00 |
| Shane M. Reil | Associate | Bankruptcy | 2015 | $780 | 81.50 | $63,570.00 |
| Craig E. Rushmore | Associate | Business Planning & Tax | 2019 | $630 | 2.40 | $1,512.00 |
| Andrew A. Mark | Associate | Bankruptcy | 2021 | $565 | 0.90 | $508.50 |
| Rebecca L. Lamb | Associate | Bankruptcy | 2021 | $530 | 134.30 | $71,179.00 |
| Jennifer E. Reefe | Associate | Business Planning & Tax | 2024 | $455 | 21.20 | $9,646.00 |
| Troy Bollman | Paralegal | Bankruptcy | N/A | $375 | 61.90 | $23,212.50 |
| | | | | **TOTALS** | **492.20** | **$391,132.00** |

## FINAL COMPENSATION BY PROJECT CATEGORY

| Category | Hours | Fees |
|---|---|---|
| Case Administration (B001) | 41.60 | $27,515.00 |
| Court Hearings (B002) | 51.70 | $31,558.00 |
| Cash Collateral / DIP Financing (B003) | 18.50 | $15,095.50 |
| Schedules & Statements, U.S. Trustee Reports (B004) | 37.30 | $24,957.50 |
| Lease/Executory Contract Issues (B005) | 2.90 | $3,120.50 |
| Use, Sale or Lease of Property (363 Issues) (B006) | 0.40 | $259.50 |
| Stay Relief Matters (B009) | 1.10 | $1,248.00 |
| Reclamation Claims and Adversaries (B010) | 0.30 | $301.50 |
| Other Adversary Proceedings (B011) | 1.00 | $1,005.00 |
| Plan and Disclosure Statement (B012) | 140.00 | $128,009.50 |
| Creditor Inquires (B013) | 11.00 | $8,979.00 |
| General Corporate Matters (B014) | 61.10 | $61,924.50 |
| Retention of Professionals / Fee Issues (B017) | 123.10 | $85,090.00 |
| Utility Services (B020) | 2.20 | $2,068.50 |
| **TOTAL HOURS AND FEES:** | **492.20** | **$391,132.00** |

31662093.1

## FINAL EXPENSE SUMMARY

| Category | Total Expenses |
|---|---:|
| Car/Bus/Subway Travel | $146.76 |
| Computerized Legal Research – WESTLAW | $96.95 |
| Delivery / Courier | $71.00 |
| Deposition / Transcript | $858.00 |
| Docket Retrieval / Search | $135.20 |
| Filing Fee | $450.00 |
| Reproduction Charges | $2,878.30 |
| Working Meals | $409.82 |
| **TOTAL DISBURSEMENTS:** | **$5,046.03** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

------------------------------------------------------- x
                                                        :
In re:                                                  :   Chapter 11
                                                        :
JOANN INC.,                                             :   Case No. 24-10418 (CTG)
                                                        :
        Reorganized Debtor.[1]                         :
                                                        :   Hearing Date: June 28, 2024 at 3:00 p.m. (ET)
                                                        :   Obj. Deadline: June 20, 2024 at 4:00 p.m. (ET)
------------------------------------------------------- x

**FIRST AND FINAL APPLICATION OF YOUNG CONAWAY
STARGATT & TAYLOR, LLP, AS CO-COUNSEL TO THE DEBTORS
AND DEBTORS IN POSSESSION, FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
FROM MARCH 18, 2024 THROUGH APRIL 30, 2024**

Pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "***Bankruptcy Code***"), and Rule 2016 of the Federal Rules of Bankruptcy Procedure, and in accordance with that certain *Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Co-Counsel for the Debtors, Effective as of the Petition Date* [Docket No. 242] (the "***Retention Order***"), the law firm of Young Conaway Stargatt & Taylor, LLP ("***Young Conaway***") hereby moves (this "***Application***") the Court for reasonable compensation for professional legal services rendered as co-counsel to the above-captioned reorganized debtor (the "***Reorganized Debtor***" or collectively, the "***Reorganized Debtors***") in the

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN, Inc. (5540). The Reorganized Debtor's mailing address is 5555 Darrow Road, Hudson, OH 44236. In addition to JOANN, Inc., the "***Reorganized Debtors***" include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Needle Holdings LLC (3814) (Case No. 24-10419); Jo-Ann Stores, LLC (0629) (Case No. 24-10420); Creative Tech Solutions LLC (6734) (Case No. 24-10421); Creativebug, LLC (3208) (Case No. 24-10422); WeaveUp, Inc. (5633) (Case No. 24-10423); JAS Aviation, LLC (9570) (Case No. 24-10424); joann.com, LLC (1594) (Case No. 24-10425); JOANN Ditto Holdings Inc. (9652) (Case No. 24-10426); and Jo-Ann Stores Support Center, Inc. (5027) (Case No. 24-10427). All motions, contested matters, and adversary proceedings (if any) that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such closed-case debtors, are administered in this remaining chapter 11 case.

31662093.1

amount of $391,132.00, together with reimbursement for actual and necessary expenses incurred in the amount of $5,046.03, during the period from March 18, 2024 through and including April 30, 2024 (the "***Final Fee Period***").  In support of this Application, Young Conaway respectfully represents as follows:

## BACKGROUND

1. On March 18, 2024 (the "***Petition Date***"), each of the Reorganized Debtors filed a petition with the Court under chapter 11 of the Bankruptcy Code.

2. Pursuant to the Retention Order, Young Conaway was retained to represent the Reorganized Debtors as bankruptcy co-counsel in connection with these chapter 11 cases, effective as of the Petition Date.  The Retention Order authorizes Young Conaway to be compensated on an hourly basis and to be reimbursed for actual and necessary out-of-pocket expenses.

3. All services for which compensation is requested herein by Young Conaway were performed for or on behalf of the Reorganized Debtors.

4. On April 25, 2024, the Court entered the *Order (I) Approving the Disclosure Statement and (II) Confirming the First Amended Prepackaged Joint Plan of Reorganization of JOANN Inc. and Its Debtor Affiliates Under Chapter 11 of the Bankruptcy Code* [Docket No. 303] (the "***Confirmation Order***").  The effective date of the Plan (as defined in the Confirmation Order) occurred on April 30, 2024.

## SUMMARY OF SERVICES RENDERED

5. Attached hereto as **Exhibit A** is a detailed statement of fees incurred during the Final Fee Period, showing the amount of $391,132.00 due for fees.

6. The services rendered by Young Conaway during the Final Fee Period are grouped into the categories set forth in **Exhibit A**.  The attorneys and paraprofessionals who rendered

31662093.1

services relating to each category are identified, along with the number of hours for each individual and the total compensation sought for each category, in **Exhibit A**.

## DISBURSEMENTS

7. Young Conaway has incurred out-of-pocket disbursements during the Final Fee Period in the amount of $5,046.03. Attached hereto as **Exhibit B** is a detailed statement of expenses paid by Young Conaway during the Final Fee Period. This out-of-pocket disbursement sum is broken down into categories of charges, including, among other things, telephone and telecopier toll and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by Young Conaway to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime. A complete review by category of the expenses incurred for the Final Fee Period may be found in **Exhibit B**.

8. Costs incurred for overtime and computer assisted research are not included in Young Conaway's normal hourly billing rates and, therefore, are itemized and included in Young Conaway's disbursements. Pursuant to Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "***Local Rules***"), Young Conaway represents that its rate for black and white copies is $0.10 per page, its rate for color copies is $0.80 per page, its rate for outgoing telecopier transmissions is $0.25 per page (excluding related long distance transmission charges), there is no charge for incoming telecopier transmissions, and there is no surcharge for computerized research.

31662093.1

3

## VALUATION OF SERVICES

9.  Attorneys and paraprofessionals of Young Conaway expended a total of 492.20 hours in connection with this matter during the Final Fee Period.

10. The amount of time spent by each of these persons providing services to the Reorganized Debtors during the Final Fee Period is fully set forth in the detail attached hereto as **Exhibit A**. The hourly rates set forth therein are Young Conaway's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by Young Conaway during the Final Fee Period as co-counsel to the Reorganized Debtors in these cases is $391,132.00.

11. Young Conaway believes that the time entries set forth in **Exhibit A** attached hereto and the expense entries set forth in **Exhibit B** attached hereto are in compliance with the requirements of Local Rule 2016-2.

12. In accordance with the factors enumerated in section 330 of the Bankruptcy Code, the amount requested is fair and reasonable given (a) the complexity of these chapter 11 cases, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under chapter 11 of the Bankruptcy Code.

13. This Application covers the Final Fee Period from March 18, 2024 through and including April 30, 2024.

## BUDGET AND STAFFING PLAN

14. Young Conaway and the Reorganized Debtors have agreed to the budget and staffing plan attached hereto as **Exhibit C** for the Final Fee Period.

31662093.1

## STATEMENT OF APPLICANT

15. The following statements address the questions set forth under section C.5 of the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases* (the "**UST Guidelines**"):

| | |
|---|---|
| C.5(a) | During the Final Fee Period, Young Conaway did not agree to any variations from, or alternatives to, its standard or customary billing rates, fees, or terms pertaining to its engagement by the Reorganized Debtors. |
| C.5(b) | The fees sought by Young Conaway in the Application are not more than 10% higher than the fees budgeted pursuant to the original budget provided by Young Conaway to the Reorganized Debtors. |
| C.5(c) | The professionals included in the Application did not vary their hourly rate based on the geographic location of the bankruptcy cases. |
| C.5(d) | The Application does not include any fees dedicated to revising time records or preparing and revising invoices that would not normally be compensable outside of bankruptcy. |
| C.5(e) | The Application does not include any fees for reviewing time records to redact privileged or confidential information. |
| C.5(f) | Young Conaway did not increase its hourly billing rates during the Final Fee Period. |

## BLENDED RATE SCHEDULE

16. A blended rate schedule, as requested by *Appendix B* to the UST Guidelines, is attached hereto as **Exhibit D**.

17. Young Conaway has and will continue to perform additional necessary services subsequent to April 30, 2024, for which Young Conaway will bill the Reorganized Debtors directly.

31662093.1

**CONCLUSION**

WHEREFORE, Young Conaway respectfully requests that allowance be made to it in the sum of $391,132.00 as compensation for necessary professional legal services rendered to the Reorganized Debtors during the Final Fee Period, the sum of $5,046.03 for reimbursement of actual and necessary costs and expenses incurred during the Final Fee Period, and requests such other and further relief as the Court may deem just and proper.

Dated: May 30, 2024
      Wilmington, Delaware

*/s/ Kara Hammond Coyle*
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Shane M. Reil (No. 6195)
Rebecca L. Lamb (No. 7223)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Email: mnestor@ycst.com
       kcoyle@ycst.com
       sreil@ycst.com
       rlamb@ycst.com

*Counsel for Reorganized Debtor*

31662093.1

## **VERIFICATION**

I, Kara Hammond Coyle, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury:

1. I am a Partner in the applicant firm, Young Conaway Stargatt & Taylor, LLP ("*Young Conaway*"), and have been admitted to the bar of the Supreme Court of Delaware since 2004.

2. I have personally performed many of the legal services rendered by Young Conaway to JOANN Inc. and its affiliated debtors and debtors in possession in connection with their chapter 11 cases, and am familiar with all other work performed on behalf of the lawyers and paraprofessionals at Young Conaway.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Dated: May 30, 2024               */s/ Kara Hammond Coyle*
                                  KARA HAMMOND COYLE

31662093.1