**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------- x
                                                           :
In re:                                                     :     Chapter 11
                                                           :
JOANN INC.,                                                :     Case No. 24-10418 (CTG)
                                                           :
      Reorganized Debtor.[1]                              :
                                                           :
---------------------------------------------------------- x

**NOTICE OF AGENDA OF MATTERS SCHEDULED**
**FOR HEARING ON JUNE 5, 2024 AT 10:00 A.M. (ET)**

> **\*\*AS NO MATTERS ARE GOING FORWARD, THIS HEARING**
> **HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.\*\***

**RESOLVED MATTER**

1. Motion of Reorganized Debtors for Entry of a Final Decree and Order Closing Each of the Subsidiary Debtors' Chapter 11 Cases [D.I. 354; 5/14/24]

    Related Pleadings:

    a) Certificate of No Objection [D.I. 363; 5/29/24]

    b) Final Decree and Order Closing Each of the Subsidiary Debtors' Chapter 11 Cases [D.I. 364; 5/30/24]

    Objection Deadline:        May 28, 2024 at 4:00 p.m. (ET)

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN, Inc. (5540). The Reorganized Debtor's mailing address is 5555 Darrow Road, Hudson, OH 44236. In addition to JOANN, Inc., the "***Reorganized Debtors***" include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Needle Holdings LLC (3814) (Case No. 24-10419); Jo-Ann Stores, LLC (0629) (Case No. 24-10420); Creative Tech Solutions LLC (6734) (Case No. 24-10421); Creativebug, LLC (3208) (Case No. 24-10422); WeaveUp, Inc. (5633) (Case No. 24-10423); JAS Aviation, LLC (9570) (Case No. 24-10424); joann.com, LLC (1594) (Case No. 24-10425); JOANN Ditto Holdings Inc. (9652) (Case No. 24-10426); and Jo-Ann Stores Support Center, Inc. (5027) (Case No. 24-10427). All motions, contested matters, and adversary proceedings (if any) that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such closed-case debtors, are administered in this remaining chapter 11 case.

31704919.1

Objections/Informal Responses: None.

Status: An order has been entered by the Court. No hearing is necessary.

Dated: June 3, 2024

*/s/ Rebecca L. Lamb*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **LATHAM & WATKINS LLP** |
| Michael R. Nestor (No. 3526) | George A. Davis (admitted *pro hac vice*) |
| Kara Hammond Coyle (No. 4410) | Alexandra M. Zablocki (admitted *pro hac vice*) |
| Rebecca L. Lamb (No. 7223) | 1271 Avenue of the Americas |
| Rodney Square | New York, NY 10020 |
| 1000 North King Street | Telephone: (212) 906-1200 |
| Wilmington, DE 19801 | Email: george.davis@lw.com |
| Telephone: (302) 571-6600 | alexandra.zablocki@lw.com |
| Email: mnestor@ycst.com | |
| kcoyle@ycst.com | Ted A. Dillman (admitted *pro hac vice*) |
| rlamb@ycst.com | Nicholas J. Messana (admitted *pro hac vice*) |
| | 355 South Grand Avenue, Suite 100 |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 485-1234 |
| | Email: ted.dillman@lw.com |
| | nicholas.messana@lw.com |
| | |
| | Ebba Gebisa (admitted *pro hac vice*) |
| | 330 North Wabash Avenue, Suite 2800 |
| | Chicago, IL 27017 |
| | Telephone: (312) 876-7700 |
| | Email: ebba.gebisa@lw.com |

*Counsel for Reorganized Debtor*