IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| JOANN INC., | ) | Case No. 24-10418 (CTG) |
|  | ) |  |
| Reorganized Debtor.[1] | ) | (Jointly Administered) |
|  | ) |  |

## AFFIDAVIT OF SERVICE

I, Amy Castillo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Reorganized Debtor in the above-captioned chapter 11 case.

On June 4, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via email on the Office of the United States Trustee, Attn: Timothy J. Fox Jr., Malcom M. Bates, timothy.fox@usdoj.gov, Malcom.bates@usdoj.gov:

- Chapter 11 Monthly Operating Report for Case Number 24-10418 (JOANN Inc.) for the Month Ending: 04/30/2024 [Docket No. 372]

- Chapter 11 Monthly Operating Report for Case Number 24-10419 (Needle Holdings LLC) for the Month Ending: 04/30/2024 [Docket No. 373]

- Chapter 11 Monthly Operating Report for Case Number 24-10420 (Jo-Ann Stores, LLC) for the Month Ending: 04/30/2024 [Docket No. 374]

- Chapter 11 Monthly Operating Report for Case Number 24-10421 (Creative Tech Solutions LLC) for the Month Ending: 04/30/2024 [Docket No. 375]

---

[1] The Reorganized Debtor in this chapter 11 case, together with the last four digits of its federal tax identification number, is: JOANN Inc. (5540). The Reorganized Debtor's mailing address is 5555 Darrow Road, Hudson, OH 44236. In additional to JOANN, Inc., the "***Reorganized Debtors***" include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Needle Holdings LLC (3814) (Case No. 24-10419); Jo-Ann Stores, LLC (0629) (Case No. 24-10420); Creative Tech Solutions LLC (6734) (Case No. 24-10421); Creativebug, LLC (3208) (Case No. 24-10422); WeaveUp, Inc. (5633) (Case No. 24-10423); JAS Aviation, LLC (9570) (Case No. 24-10424); joann.com, LLC (1594) (Case No. 24-10425); JOANN Ditto Holdings Inc. (9652) (Case No. 24-10426); and Jo-Ann Stores Support Center, Inc. (5027) (Case No. 24-10427). All motions, contested matters, and adversary proceedings (if any) that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such closed-case debtors, are administered in this remaining chapter 11 case.

- Chapter 11 Monthly Operating Report for Case Number 24-10422 (Creativebug LLC) for the Month Ending: 04/30/2024 [Docket No. 376]

- Chapter 11 Monthly Operating Report for Case Number 24-10423 (WeaveUp, Inc.) for the Month Ending: 04/30/2024 [Docket No. 377]

- Chapter 11 Monthly Operating Report for Case Number 24-10424 (JAS Aviation, LLC) for the Month Ending: 04/30/2024 [Docket No. 378]

- Chapter 11 Monthly Operating Report for Case Number 24-10425 (joan.com, LLC) for the Month Ending: 04/30/2024 [Docket No. 379]

- Chapter 11 Monthly Operating Report for Case Number 24-10426 (JOANN Ditto Holdings Inc.) for the Month Ending: 04/30/2024 [Docket No. 380]

- Chapter 11 Monthly Operating Report for Case Number 24-10427 (Jo-Ann Stores Support Center, Inc.) for the Month Ending: 04/30/2024 [Docket No. 381]

Dated: June 6, 2024

*/s/ Amy Castillo*
Amy Castillo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on June 6, 2024, by Amy Castillo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025