# **EXHIBIT A**

**Proposed Final Decree**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: 
In re: : Chapter 11
: 
JOANN INC., *et al.*, : Case No. 24-10418 (CTG)
: 
Reorganized Debtor.[1] : **Related Dkt. No.:** __
: 
: 
------------------------------------------------------------ x

**FINAL DECREE AND ORDER CLOSING THE CHAPTER 11 CASE AND
TERMINATING THE SERVICES OF THE COURT-APPOINTED
CLAIMS AND NOTICING AGENT**

Upon the motion (the "***Motion***")[2] of the Reorganized Debtor for entry of a final decree and order (this "***Final Decree***") (a) closing the Lead Case and (b) terminating the services of Kroll Restructuring Administration LLC ("***Kroll***") as claims and noticing agent, all as more fully set forth in the Motion; and the Court having reviewed the Motion; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN, Inc. (5540). The Reorganized Debtor's mailing address is 5555 Darrow Road, Hudson, OH 44236. In addition to JOANN, Inc., the "***Reorganized Debtors***" include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Needle Holdings LLC (3814) (Case No. 24-10419); Jo-Ann Stores, LLC (0629) (Case No. 24-10420); Creative Tech Solutions LLC (6734) (Case No. 24-10421); Creativebug, LLC (3208) (Case No. 24-10422); WeaveUp, Inc. (5633) (Case No. 24-10423); JAS Aviation, LLC (9570) (Case No. 24-10424); joann.com, LLC (1594) (Case No. 24-10425); JOANN Ditto Holdings Inc. (9652) (Case No. 24-10426); and Jo-Ann Stores Support Center, Inc. (5027) (Case No. 24-10427). All motions, contested matters, and adversary proceedings (if any) that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such closed-case debtors, are administered in this remaining chapter 11 case.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary, except as set forth in the Motion with respect to entry of this Order; and upon the record herein; and after due deliberation thereon; and the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates, their creditors, and other parties in interest, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED, as set forth herein.

2. The chapter 11 case of JOANN, Inc. (Case No. 24-10418 (CTG)) is hereby closed as of the date of this Final Decree.

3. The Clerk of this Court shall enter this Final Decree on the docket of the above-captioned chapter 11 case, and the docket of the Lead Case shall be marked as "Closed."

4. The Reorganized Debtor shall provide any remaining quarterly reports and pay any resulting fees due to the U.S. Trustee pursuant to 28 U.S.C. § 1930 in the Chapter 11 Cases within thirty (30) days of the entry of this Final Decree.

5. Entry of this Final Decree is without prejudice to the rights of the Reorganized Debtors, or any other party in interest, to seek to reopen any of this Lead Case or any of the Chapter 11 Cases for cause pursuant to section 350(b) of the Bankruptcy Code.

6. Upon completion of the obligations set forth in paragraph 7 below, Kroll is terminated as claims and noticing agent in the Chapter 11 Cases, and shall have no further obligations to this Court, the Reorganized Debtors, or any other party in interest, as claims and noticing agent in the Chapter 11 Cases.

7. In accordance with Local Rule 2002-1(f)(ix), within twenty-eight (28) days of entry of this Final Decree, Kroll shall (a) forward to the Clerk of the Court an electronic version of all imaged claims, (b) upload the creditor mailing list into CM/ECF, and (c) docket a final claims register in the case of Reorganized Debtor JOANN Inc. (Case No. 24-10418 (CTG)) containing the claims filed in the Chapter 11 Cases.

8. Should Kroll receive any mail regarding the Reorganized Debtors, Kroll will collect and forward such mail to the Reorganized Debtor as soon as is practicable

9. The Reorganized Debtor and Kroll are authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Final Decree.

10. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Final Decree.