IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
| JOANN INC., *et al.*, | : | Case No. 24-10418 (CTG) |
| Reorganized Debtor. | : |  |

## ORDER SCHEDULING OMNIBUS HEARING DATE

Pursuant to Rule 2002-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, this Court hereby schedules the following omnibus hearing date:

- **July 9, 2024 at 3:00 p.m. (ET)**

**Dated: June 18th, 2024**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

31763553.1