IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN, Inc.,<br><br>        Reorganized Debtor.[1] | Chapter 11<br><br>Case No. 24-10418 (CTG)<br><br>**Related Dkt. No.: 366** |

## SUPPLEMENT TO FIRST AND FINAL FEE APPLICATION OF HOULIHAN LOKEY CAPITAL, INC. AS FINANCIAL ADVISOR AND INVESTMENT BANKER TO THE DEBTORS

**PLEASE TAKE NOTICE** that on May 30, 2024, Houlihan Lokey Capital, Inc. (the "*Applicant*") filed with the United States Bankruptcy Court for the District of Delaware the *First and Final Fee Application of Houlihan Lokey Capital, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor and Investment Banker to the Debtors for the Period of March 18, 2024 through April 30, 2024* [Docket No. 366] (the "***Final Fee Application***").

**PLEASE TAKE FURTHER NOTICE** that, based on feedback received from the United States Trustee on the Applicant's Final Fee Application, the Applicant has agreed to adjust its

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN, Inc. (5540). The Reorganized Debtor's mailing address is 5555 Darrow Road, Hudson, OH 44236. In addition to JOANN, Inc., the "***Reorganized Debtors***" include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Needle Holdings LLC (3814) (Case No. 24-10419); Jo-Ann Stores, LLC (0629) (Case No. 24-10420); Creative Tech Solutions LLC (6734) (Case No. 24-10421); Creativebug, LLC (3208) (Case No. 24-10422); WeaveUp, Inc. (5633) (Case No. 24-10423); JAS Aviation, LLC (9570) (Case No. 24-10424); joann.com, LLC (1594) (Case No. 24-10425); JOANN Ditto Holdings Inc. (9652) (Case No. 24-10426); and Jo-Ann Stores Support Center, Inc. (5027) (Case No. 24-10427). All motions, contested matters, and adversary proceedings (if any) that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such closed-case debtors, are administered in this remaining chapter 11 case.

expenses as set forth in **Exhibit A** attached hereto. These adjustments result in a reduction in requested expense reimbursements to $1,113.57 from $1,848.91.

Additionally, in response to a question from the United States Trustee regarding hours committed prior to March 18, 2024 (the "***Petition Date***"), the Applicant submits that it does not track hours as it does not bill its clients on an hourly basis (its fee structures generally include contingent transaction fees and monthly fees, but not hourly fees). The Applicant estimates that a team of five professionals advised the Reorganized Debtors from October 2022 through the Petition Date – *i.e.*, 17 months. While the Applicant does not track hours as an institution and therefore does not have the ability to put precision around hours committed prior to the Petition Date, the Applicant estimates that for most of its prepetition retention its professionals averaged approximately 15 hours per team member per week (for approximately 75 total hours per week). In the months leading up to the Petition Date, such hours increased materially; the Applicant estimates that during this period, its professionals averaged approximately 45 hours per person per week (for roughly 225 total hours per week).

Dated: June 24, 2024
New York, New York

                                              **HOULIHAN LOKEY CAPITAL, INC.**
                                              *Financial Advisor and Investment Banker to the Debtors*

                                              By:      */s/ David R. Salemi*
                                                                 David R. Salemi
                                                                 Managing Director
                                                                 Houlihan Lokey Capital, Inc.

**Exhibit A**

**Expense Summary for the Compensation Period from March 18, 2024 through and including April 30, 2024**

| Expense Date | Expenditure Type | Invoice Number | Amount | Employee | Explanation |
|---|---|---|---:|---|---|
| 3/18/24 | Overtime Meals | CR00388808 | $20.00 | Krakovsky, Alex | Overtime Dinner |
| 3/18/24 | Overtime Meals | CR00388714 | 20.00 | Vrattos, Charles | Overtime Dinner |
| 3/19/24 | Overtime Meals | CR00388714 | 20.00 | Vrattos, Charles | Overtime Dinner |
| 3/19/24 | Overtime Meals | CR00388808 | 20.00 | Krakovsky, Alex | Overtime Dinner |
| 3/20/24 | Overtime Meals | CR00388714 | 20.00 | Vrattos, Charles | Overtime Dinner |
| 3/21/24 | Overtime Meals | CR00388714 | 20.00 | Vrattos, Charles | Overtime Dinner |
| 3/21/24 | Overtime Meals | CR00388808 | 20.00 | Krakovsky, Alex | Overtime Dinner |
| 3/25/24 | Overtime Meals | CR00388808 | 19.71 | Krakovsky, Alex | Overtime Dinner |
| 3/26/24 | Overtime Meals | CR00388714 | 20.00 | Vrattos, Charles | Overtime Dinner |
| 3/26/24 | Overtime Meals | CR00388808 | 20.00 | Krakovsky, Alex | Overtime Dinner |
| 3/27/24 | Overtime Meals | CR00388714 | 20.00 | Vrattos, Charles | Overtime Dinner |
| 3/27/24 | Overtime Meals | CR00388808 | 19.16 | Krakovsky, Alex | Overtime Dinner |
| 3/28/24 | Overtime Meals | CR00388808 | 20.00 | Krakovsky, Alex | Overtime Dinner |
| 4/1/24 | Overtime Meals | CR00388808 | 20.00 | Krakovsky, Alex | Overtime Dinner |
| 4/1/24 | Overtime Meals | CR00389476 | 17.94 | Ender, Matthew Karol | Overtime Dinner |
| 4/4/24 | Overtime Meals | CR00389476 | 17.56 | Ender, Matthew Karol | Overtime Dinner |
| 4/1/24 | Overtime Meals | CR00392088 | 20.00 | Vrattos, Charles | Overtime Dinner |
| 4/2/24 | Overtime Meals | CR00392088 | 20.00 | Vrattos, Charles | Overtime Dinner |
| 4/9/24 | Overtime Meals | CR00392082 | 20.00 | Krakovsky, Alex | Overtime Dinner |
| 4/11/24 | Overtime Meals | CR00392068 | 20.00 | Ender, Matthew Karol | Overtime Dinner |
| 4/16/24 | Overtime Meals | CR00392088 | 20.00 | Vrattos, Charles | Overtime Dinner |
| 4/17/24 | Overtime Meals | CR00392088 | 20.00 | Vrattos, Charles | Overtime Dinner |
| 4/18/24 | Overtime Meals | CR00392082 | 20.00 | Krakovsky, Alex | Overtime Dinner |
| 4/22/24 | Overtime Meals | CR00392082 | 20.00 | Krakovsky, Alex | Overtime Dinner |
| 4/22/24 | Overtime Meals | CR00392068 | 20.00 | Ender, Matthew Karol | Overtime Dinner |
| 4/22/24 | Overtime Meals | CR00392088 | 20.00 | Vrattos, Charles | Overtime Dinner |
| 4/23/24 | Overtime Meals | CR00392082 | 17.96 | Krakovsky, Alex | Overtime Dinner |
| 4/24/24 | Overtime Meals | CR00392088 | 20.00 | Vrattos, Charles | Overtime Dinner |
| | **Overtime Meals** | | **$552.33** | | |
| 3/18/24 | Ground Transportation | CR00388808 | $20.97 | Krakovsky, Alex | Overtime Taxi |
| 3/18/24 | Ground Transportation | CR00388714 | 23.91 | Vrattos, Charles | Overtime Taxi |
| 3/23/24 | Ground Transportation | CR00388714 | 20.74 | Vrattos, Charles | Overtime Taxi |
| 4/3/24 | Ground Transportation | CR00392088 | 23.88 | Vrattos, Charles | Overtime Taxi |
| 4/3/24 | Ground Transportation | CR00392088 | 38.29 | Vrattos, Charles | Overtime Taxi |
| 4/9/24 | Ground Transportation | CR00392082 | 33.09 | Krakovsky, Alex | Overtime Taxi |
| 4/30/24 | Ground Transportation | CR00392088 | 24.33 | Vrattos, Charles | Overtime Taxi |
| | **Ground Transportation** | | **$185.21** | | |
| 3/26/24 | Telephone and Data | CR00388714 | $95.00 | Vrattos, Charles | Telecommunication Services |
| 4/4/24 | Telephone and Data | CR00388808 | 50.53 | Krakovsky, Alex | Telecommunication Services |
| 3/18/24 | Telephone and Data | CR00388960 | 41.67 | Salemi, David R. | Telecommunication Services |
| 3/18/24 | Telephone and Data | CR00388960 | 93.83 | Salemi, David R. | Telecommunication Services |
| 4/26/24 | Telephone and Data | CR00392088 | 95.00 | Vrattos, Charles | Telecommunication Services |
| | **Telephone and Data** | | **$376.03** | | |
| | **Grand Total** | | **$1,113.57** | | |