IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
:     Chapter 11
In re:                                                           :
:     Case No. 24-10418 (CTG)
JOANN, Inc.,                                                     :
:     **Related Dkt. No.: 368**
　　　　Reorganized Debtor.[1]                                   :
:
---------------------------------------------------------------- x

## SUPPLEMENT TO FINAL FEE APPLICATION OF ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISORS TO THE DEBTORS AND DEBTORS IN POSSESSION

**PLEASE TAKE NOTICE** that on May 30, 2024, Alvarez & Marsal North America, LLC (the "*Applicant*") filed with the United States Bankruptcy Court for the District of Delaware the *First and Final Fee Application of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from March 18, 2024, through April 30, 2024* [D.I. 368] (the "*Final Fee Application*").

**PLEASE TAKE FURTHER NOTICE** that the Applicant hereby supplements the Final Fee Application to disclose the number of attendees for each business meal that was included in

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN, Inc. (5540). The Reorganized Debtor's mailing address is 5555 Darrow Road, Hudson, OH 44236. In addition to JOANN, Inc., the "*Reorganized Debtors*" include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Needle Holdings LLC (3814) (Case No. 24-10419); Jo-Ann Stores, LLC (0629) (Case No. 24-10420); Creative Tech Solutions LLC (6734) (Case No. 24-10421); Creativebug, LLC (3208) (Case No. 24-10422); WeaveUp, Inc. (5633) (Case No. 24-10423); JAS Aviation, LLC (9570) (Case No. 24-10424); joann.com, LLC (1594) (Case No. 24-10425); JOANN Ditto Holdings Inc. (9652) (Case No. 24-10426); and Jo-Ann Stores Support Center, Inc. (5027) (Case No. 24-10427). All motions, contested matters, and adversary proceedings (if any) that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such closed-case debtors, are administered in this remaining chapter 11 case.

31778961.1

2

the Final Fee Application for expense reimbursement and which are set forth in **Exhibit A** attached hereto.

| | |
|---|---|
| Dated: June 24, 2024 | Respectfully submitted, |
| | Alvarez & Marsal North America, LLC |
| | By:  */s/ Jon Goulding*<br>        Jon Goulding |

31778961.1

## Exhibit A

## Statement of Business Meal Expenses Included in the Final Fee Application

| Professional/Service | Date | Expense Amount | Expense Description / Number of Attendees |
|---|---|---|---|
| Rogers, Joel | 3/18/2024 | $155.66 | Business Meals: Team Dinner, 3 attendees |
| Rogers, Joel | 3/19/2024 | $30.76 | Business Meals: Team Lunch, 2 attendees |
| Rogers, Joel | 3/19/2024 | $177.32 | Business Meals: Team Dinner, 3 attendees |
| Rogers, Joel | 3/20/2024 | $175.21 | Business Meals: Team Dinner, 3 attendees |
| Rogers, Joel | 3/21/2024 | $54.34 | Business Meals: Team Lunch, 2 attendees |
| Rogers, Joel | 3/25/2024 | $123.05 | Business Meals: Team Dinner, 2 attendees |
| Rogers, Joel | 3/25/2024 | $49.10 | Business Meals: Team Lunch, 2 attendees |
| Rogers, Joel | 3/26/2024 | $15.00 | Business Meals: Additional Item for Team Dinner, 2 attendees |
| Rogers, Joel | 3/26/2024 | $53.64 | Business Meals: Team Dinner, 2 attendees |
| Rogers, Joel | 4/8/2024 | $114.56 | Business Meals: Team Dinner, 2 attendees |
| Rogers, Joel | 4/29/2024 | $135.25 | Business Meals: Team Dinner, 2 attendees |

31778961.1