IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | : | Chapter 11 |
| JOANN INC., *et al.*, | : | Case No. 24-10418 (CTG) |
| Reorganized Debtor.[1] | : | Related Dkt. Nos.: 359, 365, 367, 368, 369, 370, & 390 |

### CERTIFICATION OF COUNSEL REGARDING PROPOSED OMNIBUS ORDER APPROVING FINAL FEE APPLICATIONS OF CERTAIN DEBTORS' PROFESSIONALS

On May 20, 2024 and May 30, 2024, certain professionals (collectively, the "*Professionals*" and each, a "*Professional*") retained and employed by the reorganized debtor in the above-captioned case (the "*Reorganized Debtor*") and by the other Reorganized Debtors in their respective cases filed their respective applications for final allowance of compensation and reimbursement of expenses [Docket Nos. 359, 365, 367, 368, 369, & 370] (collectively, the "*Final Fee Applications*" and each, a "*Final Fee Application*") for the final period from March 18, 2024 through and including April 30, 2024. Objections, if any, to the Final Fee Applications were required to be filed and served on, among others, the affected Professional and the Debtors on or before (a) June 10, 2024 at 4:00 p.m. (ET) with respect to the Final Fee Application of Deloitte

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN, Inc. (5540). The Reorganized Debtor's mailing address is 5555 Darrow Road, Hudson, OH 44236. In addition to JOANN, Inc., the "*Reorganized Debtors*" include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Needle Holdings LLC (3814) (Case No. 24-10419); Jo-Ann Stores, LLC (0629) (Case No. 24-10420); Creative Tech Solutions LLC (6734) (Case No. 24-10421); Creativebug, LLC (3208) (Case No. 24-10422); WeaveUp, Inc. (5633) (Case No. 24-10423); JAS Aviation, LLC (9570) (Case No. 24-10424); joann.com, LLC (1594) (Case No. 24-10425); JOANN Ditto Holdings Inc. (9652) (Case No. 24-10426); and Jo-Ann Stores Support Center, Inc. (5027) (Case No. 24-10427). All motions, contested matters, and adversary proceedings (if any) that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such closed-case debtors, are administered in this remaining chapter 11 case.

31757707.4

Financial Advisory Services LLP, and (b) June 20, 2024 at 4:00 p.m. (ET) with respect to all other Final Fee Applications (together, the "**Objection Deadlines**").

Prior to the Objection Deadlines, the Reorganized Debtor received informal comments from the Office of the United States Trustee (the "**U.S. Trustee**") to the Final Fee Application of Alvarez & Marsal North America LLC ("**A&M**"), financial advisor to the Reorganized Debtors. No other formal or informal responses or objections to the Final Fee Applications were received.

Following discussions with the U.S. Trustee and A&M, the Reorganized Debtor filed the *Supplement to Final Fee Application of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors in Possession* [Docket No. 390] (the "**A&M Supplement**"), which is fully incorporated herein. The A&M Supplement resolves the informal comments by the U.S. Trustee.

Accordingly, the Reorganized Debtor hereby submits a proposed form of order, attached hereto as **Exhibit 1** (the "**Proposed Order**"), approving the Final Fee Applications.

[*Remainder of page intentionally left blank*]

31757707.4

WHEREFORE, as the Reorganized Debtor has circulated the Proposed Order to the Professionals, who have each reviewed and agreed to the entry of the Proposed Order, the Reorganized Debtor and the Professionals did not receive any objections or responses other than that described herein, and the U.S. Trustee does not object to entry of the Proposed Order, the Reorganized Debtor respectfully requests that the Court enter the Proposed Order at its earliest convenience without further notice or a hearing.

Dated: June 24, 2024

*/s/ Rebecca L. Lamb*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Rebecca L. Lamb (No. 7223)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Email:  mnestor@ycst.com
            kcoyle@ycst.com
            rlamb@ycst.com

**LATHAM & WATKINS LLP**

George A. Davis (admitted *pro hac vice*)
Alexandra M. Zablocki (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email:  george.davis@lw.com
            alexandra.zablocki@lw.com

Ted A. Dillman (admitted *pro hac vice*)
Nicholas J. Messana (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Email:  ted.dillman@lw.com
            nicholas.messana@lw.com

Ebba Gebisa (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 27017
Telephone: (312) 876-7700
Email:  ebba.gebisa@lw.com

*Counsel for the Reorganized Debtor*

31757707.4