IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| JOANN INC., *et al.*, | : | Case No. 24-10418 (CTG) |
| Reorganized Debtor.[1] | : | **Related Dkt. Nos.: 366, 389** |

### CERTIFICATION OF COUNSEL REGARDING REVISED ORDER GRANTING FINAL ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES TO HOULIHAN LOKEY CAPITAL, INC. AS FINANCIAL ADVISOR AND INVESTMENT BANKER TO THE DEBTORS

On May 30, 2024, Houlihan Lokey Capital, Inc. ("**Houlihan Lokey**"), financial advisor and investment banker to the above-captioned reorganized debtor (the "**Reorganized Debtor**"), filed the *First and Final Fee Application of Houlihan Lokey Capital, Inc. for Compensation for Services Rendered and Reimbursement of Expenses as Financial Advisor and Investment Banker to the Debtors for the Period from March 18, 2024 through April 30, 2024* [Docket No. 366] (the "**Application**"). Responses to the Application, if any, were required to be filed and served no later than 4:00 p.m. (ET) on June 20, 2024 (the "**Objection Deadline**").

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN, Inc. (5540). The Reorganized Debtor's mailing address is 5555 Darrow Road, Hudson, OH 44236. In addition to JOANN, Inc., the "**Reorganized Debtors**" include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Needle Holdings LLC (3814) (Case No. 24-10419); Jo-Ann Stores, LLC (0629) (Case No. 24-10420); Creative Tech Solutions LLC (6734) (Case No. 24-10421); Creativebug, LLC (3208) (Case No. 24-10422); WeaveUp, Inc. (5633) (Case No. 24-10423); JAS Aviation, LLC (9570) (Case No. 24-10424); joann.com, LLC (1594) (Case No. 24-10425); JOANN Ditto Holdings Inc. (9652) (Case No. 24-10426); and Jo-Ann Stores Support Center, Inc. (5027) (Case No. 24-10427). All motions, contested matters, and adversary proceedings (if any) that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such closed-case debtors, are administered in this remaining chapter 11 case.

31775024.3

Prior to the Objection Deadline, the Reorganized Debtor received informal comments from the Office of the United States Trustee (the "**U.S. Trustee**") to the Application. No other formal or informal responses or objections to the Application were received.

Following discussions with the U.S. Trustee and Houlihan Lokey, the Reorganized Debtor filed the *Supplement to First and Final Fee Application of Houlihan Lokey Capital, Inc. as Financial Advisor and Investment Banker to the Debtors* [Docket No. 389] (the "**Houlihan Lokey Supplement**"), which is fully incorporated herein, and made certain revisions to the proposed form of order filed with the Application (the "**Revised Proposed Order**"), a copy of which is attached hereto as **Exhibit A**. The Houlihan Lokey Supplement and the revisions resolve the informal comments by the U.S. Trustee. For the convenience of the Court and other interested parties, a blackline comparing the Revised Proposed Order against the proposed form of order filed with the Application is attached hereto as **Exhibit B**.

[*Remainder of page intentionally left blank*]

WHEREFORE, as the Reorganized Debtor and Houlihan Lokey did not receive any objections or responses other than that described herein, and the U.S. Trustee does not object to entry of the Revised Proposed Order, the Reorganized Debtor respectfully requests that the Court enter the Revised Proposed Order without further notice or hearing at the Court's earliest convenience.

Dated: June 24, 2024

*/s/ Rebecca L. Lamb*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **LATHAM & WATKINS LLP** |
| Michael R. Nestor (No. 3526) | George A. Davis (admitted *pro hac vice*) |
| Kara Hammond Coyle (No. 4410) | Alexandra M. Zablocki (admitted *pro hac vice*) |
| Rebecca L. Lamb (No. 7223) | 1271 Avenue of the Americas |
| Rodney Square | New York, NY 10020 |
| 1000 North King Street | Telephone: (212) 906-1200 |
| Wilmington, DE 19801 | Email: george.davis@lw.com |
| Telephone: (302) 571-6600 | alexandra.zablocki@lw.com |
| Email: mnestor@ycst.com | |
| kcoyle@ycst.com | Ted A. Dillman (admitted *pro hac vice*) |
| rlamb@ycst.com | Nicholas J. Messana (admitted *pro hac vice*) |
| | 355 South Grand Avenue, Suite 100 |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 485-1234 |
| | Email: ted.dillman@lw.com |
| | nicholas.messana@lw.com |
| | |
| | Ebba Gebisa (admitted *pro hac vice*) |
| | 330 North Wabash Avenue, Suite 2800 |
| | Chicago, IL 27017 |
| | Telephone: (312) 876-7700 |
| | Email: ebba.gebisa@lw.com |

*Counsel for the Reorganized Debtor*

31775024.3