# **EXHIBIT A**

**Revised Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| JOANN INC., | Case No. 24-10418 (CTG) |
| Reorganized Debtor.[1] | **Related Dkt. Nos.: 366, 389** |

---

### ORDER GRANTING FINAL ALLOWANCE OF FEES AND REIMBURSEMENT OF EXPENSES TO HOULIHAN LOKEY CAPITAL, INC. AS FINANCIAL ADVISOR AND INVESTMENT BANKER TO THE DEBTORS

Upon the final fee application in these cases (the "*Fee Application*")[2] of Houlihan Lokey Capital, Inc. ("**Houlihan Lokey**"), for the final allowance of certain fees and expenses incurred, for the period covered by the dates referenced in the Fee Application; and the Court having reviewed the Fee Application; and the Court having jurisdiction to consider the Fee Application and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Fee

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN, Inc. (5540). The Reorganized Debtor's mailing address is 5555 Darrow Road, Hudson, OH 44236. In addition to JOANN, Inc., the "**Reorganized Debtors**" include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Needle Holdings LLC (3814) (Case No. 24-10419); Jo-Ann Stores, LLC (0629) (Case No. 24-10420); Creative Tech Solutions LLC (6734) (Case No. 24-10421); Creativebug, LLC (3208) (Case No. 24-10422); WeaveUp, Inc. (5633) (Case No. 24-10423); JAS Aviation, LLC (9570) (Case No. 24-10424); joann.com, LLC (1594) (Case No. 24-10425); JOANN Ditto Holdings Inc. (9652) (Case No. 24-10426); and Jo-Ann Stores Support Center, Inc. (5027) (Case No. 24-10427). All motions, contested matters, and adversary proceedings (if any) that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such closed-case debtors, are administered in this remaining chapter 11 case.

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Fee Application.

Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Fee Application has been given and that no other or further notice is necessary, except as set forth in the Fee Application with respect to entry of this Order; and upon the record herein; and after due deliberation thereon; and the Court having determined that the relief requested in the Fee Application is in the best interests of the Debtors and the Reorganized Debtors, their estates, their creditors, and other parties in interest, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT**:

1. The Fee Application is GRANTED to the extent set forth herein.

2. Houlihan Lokey's compensation and expenses are allowed as follows:

| APPLICANT | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Houlihan Lokey Capital, Inc. | $7,450,000.00 | $1,113.57 |

3. The Reorganized Debtor is authorized to pay Houlihan Lokey's fees and expenses that are authorized in this Order.

4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation or enforcement of this Order.