IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
                                                                                  :

In re:                                                  :          Chapter 11

JOANN INC., *et al.*,                           :          Case No. 24-10418 (CTG)

            Reorganized Debtor.[1]             :

------------------------------------------------------------ x

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JUNE 28, 2024 AT 3:00 P.M. (ET)**

**THIS HEARING IS CANCELLED AT THE DIRECTION OF THE COURT. ALL SCHEDULED MATTERS ARE ADJOURNED TO A DATE TO BE DETERMINED.**

**UNCONTESTED MATTER WITH CERTIFICATIONS OF COUNSEL**

1.       Final Fee Applications of the Debtors' Professionals [See **Exhibit 1**, attached hereto]

          Related Pleadings:

               a)      Supplement to First and Final Fee Application of Houlihan Lokey Capital, Inc. as Financial Advisor and Investment Banker to the Debtors [D.I. 389; 6/24/24]

               b)      Supplement to Final Fee Application of Alvarez & Marsal North America, LLC as Financial Advisors to the Debtors and Debtors in Possession [D.I. 390; 6/24/24]

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN, Inc. (5540). The Reorganized Debtor's mailing address is 5555 Darrow Road, Hudson, OH 44236. In addition to JOANN, Inc., the "***Reorganized Debtors***" include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Needle Holdings LLC (3814) (Case No. 24-10419); Jo-Ann Stores, LLC (0629) (Case No. 24-10420); Creative Tech Solutions LLC (6734) (Case No. 24-10421); Creativebug, LLC (3208) (Case No. 24-10422); WeaveUp, Inc. (5633) (Case No. 24-10423); JAS Aviation, LLC (9570) (Case No. 24-10424); joann.com, LLC (1594) (Case No. 24-10425); JOANN Ditto Holdings Inc. (9652) (Case No. 24-10426); and Jo-Ann Stores Support Center, Inc. (5027) (Case No. 24-10427). All motions, contested matters, and adversary proceedings (if any) that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such closed-case debtors, are administered in this remaining chapter 11 case.

31759485.1

      c)      Certification of Counsel Regarding Proposed Omnibus Order Approving Final Fee Applications of Certain Debtors' Professionals [D.I. 402; 6/24/24]

      d)      Certification of Counsel Regarding Revised Order Granting Final Allowance of Fees and Reimbursement of Expenses to Houlihan Lokey Capital, Inc. as Financial Advisor and Investment Banker to the Debtors [D.I. 403; 6/24/24]

Objection Deadline:      June 10, 2024 at 4:00 p.m. (ET), or June 20, 2024 at 4:00 p.m. (ET), as applicable

Objections/Informal Responses:

      e)      Informal responses from the Office of the United States Trustee

Status:      Applicable proposed orders have been submitted under certification of counsel. A hearing is only necessary to the extent the Court has questions or concerns.

Dated: June 25, 2024

*/s/ Rebecca L. Lamb*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **LATHAM & WATKINS LLP** |
| Michael R. Nestor (No. 3526) | George A. Davis (admitted *pro hac vice*) |
| Kara Hammond Coyle (No. 4410) | Alexandra M. Zablocki (admitted *pro hac vice*) |
| Rebecca L. Lamb (No. 7223) | 1271 Avenue of the Americas |
| Rodney Square | New York, NY 10020 |
| 1000 North King Street | Telephone: (212) 906-1200 |
| Wilmington, DE 19801 | Email: george.davis@lw.com |
| Telephone: (302) 571-6600 | alexandra.zablocki@lw.com |
| Email: mnestor@ycst.com | |
| kcoyle@ycst.com | Ted A. Dillman (admitted *pro hac vice*) |
| rlamb@ycst.com | Nicholas J. Messana (admitted *pro hac vice*) |
| | 355 South Grand Avenue, Suite 100 |
| | Los Angeles, CA 90071 |
| | Telephone: (213) 485-1234 |
| | Email: ted.dillman@lw.com |
| | nicholas.messana@lw.com |
| | |
| | Ebba Gebisa (admitted *pro hac vice*) |
| | 330 North Wabash Avenue, Suite 2800 |
| | Chicago, IL 27017 |
| | Telephone: (312) 876-7700 |
| | Email: ebba.gebisa@lw.com |

*Counsel for Reorganized Debtor*

```
```

# EXHIBIT 1 – FINAL FEE APPLICATIONS

A. **Deloitte Financial Advisory Services LLP**

1. First and Final Application for the Period from March 18, 2024 through April 30, 2024 [D.I. 359; 5/20/24]

B. **Deloitte Tax LLP**

1. First and Final Application for the Period from March 18, 2024 through April 30, 2024 [D.I. 365; 5/30/24]

C. **Houlihan Lokey Capital, Inc.**

1. First and Final Application for the Period from March 18, 2024 through April 30, 2024 [D.I. 366; 5/30/24]

D. **Kroll Restructuring Administration LLC**

1. First and Final Application for the Period from March 18, 2024 through April 30, 2024 [D.I. 367; 5/30/24]

E. **Alvarez & Marsal North America, LLC**

1. First and Final Application for the Period from March 18, 2024 through April 30, 2024 [D.I. 368; 5/30/24]

F. **Latham & Watkins LLP**

1. First and Final Application for the Period from March 18, 2024 through April 30, 2024 [D.I. 369; 5/30/24]

G. **Young Conaway Stargatt & Taylor, LLP**

1. First and Final Application for the Period from March 18, 2024 through April 30, 2024 [D.I. 370; 5/30/24]

31759485.1