**EXHIBIT A**

| Party | Final Fee Period / Docket No. | Total Fees Approved | Total Expenses Approved | Total Amount of Fees and Expenses Approved |
|---|---|---|---|---|
| Latham & Watkins LLP<br><br>Co-Counsel to the Reorganized Debtors | 3/18/24 – 4/30/24<br>[Docket No. 369] | $3,073,663.35 | $13,830.55 | $3,087,493.90 |
| Young Conaway Stargatt & Taylor, LLP<br><br>Co-Counsel to the Reorganized Debtors | 3/18/24 – 4/30/24<br>[Docket No. 370] | $391,132.00 | $5,046.03 | $396,178.03 |
| Kroll Restructuring Administration LLC<br><br>Administrative Advisor to the Reorganized Debtors | 3/18/24 – 4/30/24<br>[Docket No. 367] | $87,622.25 | $0.00 | $87,622.25 |
| Alvarez & Marsal North America LLC<br><br>Financial Advisor to the Reorganized Debtors | 3/18/24 – 4/30/24<br>[Docket Nos. 368 & 390] | $1,443,078.48 | $12,520.25 | $1,455,598.73 |
| Deloitte Financial Advisory Services LLP<br><br>Fresh-Start Accounting Services Provider to the Reorganized Debtors | 3/18/24 – 4/30/24<br>[Docket No. 359] | $1,036,366.00 | $0.00 | $1,036,366.00 |
| Deloitte Tax LLP<br><br>Tax Services Provider to the Reorganized Debtors | 3/18/24 – 4/30/24<br>[Docket No. 365] | $80,006.50 | $0.00 | $80,006.50 |

31757707.4