IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| JOANN INC., *et al.*, | : | Case No. 24-10418 (CTG) |
| Reorganized Debtor.[1] | : | **Related Dkt. No.: 387** |

## VERIFIED FINAL REPORT

Pursuant to Local Rule 3022-1(c), the following is the final report regarding the chapter 11 cases of the above-captioned reorganized debtor (the "***Reorganized Debtor***").

1. On June 17, 2024, the Reorganized Debtor filed the *Motion of Reorganized Debtor for Entry of a Final Decree and Order Closing the Chapter 11 Case and Terminating the Services of the Court-Appointed Claims and Noticing Agent* [Docket No. 387] (the "***Motion***").[2]

2. To the best of the Reorganized Debtor's knowledge, information and belief, the following is an accurate summary of the fees and expenses paid to the parties identified below for the period from March 18, 2024, the Petition Date, through and including April 30, 2024, the Effective Date of the Plan:

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN, Inc. (5540). The Reorganized Debtor's mailing address is 5555 Darrow Road, Hudson, OH 44236. In addition to JOANN, Inc., the "***Reorganized Debtors***" include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Needle Holdings LLC (3814) (Case No. 24-10419); Jo-Ann Stores, LLC (0629) (Case No. 24-10420); Creative Tech Solutions LLC (6734) (Case No. 24-10421); Creativebug, LLC (3208) (Case No. 24-10422); WeaveUp, Inc. (5633) (Case No. 24-10423); JAS Aviation, LLC (9570) (Case No. 24-10424); joann.com, LLC (1594) (Case No. 24-10425); JOANN Ditto Holdings Inc. (9652) (Case No. 24-10426); and Jo-Ann Stores Support Center, Inc. (5027) (Case No. 24-10427). All motions, contested matters, and adversary proceedings that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such closed-case debtors, are administered in this remaining chapter 11 case.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

| Party | Amount of Payment – Fees | Amount of Payment – Expenses |
|---|---|---|
| Latham & Watkins LLP<br>Co-Counsel to the Reorganized Debtors<br>3/18/24 – 4/30/24 | $3,073,663.35 | $13,830.55 |
| Young Conaway Stargatt & Taylor, LLP<br>Co-Counsel to the Reorganized Debtors<br>3/18/24 – 4/30/24 | $391,132.00 | $5,046.03 |
| Kroll Restructuring Administration LLC<br>Administrative Advisor to the Reorganized Debtors<br>3/18/24 – 4/30/24 | $87,622.25 | $0.00 |
| Alvarez & Marsal North America LLC<br>Financial Advisor to the Reorganized Debtors<br>3/18/24 – 4/30/24 | $1,443,078.48 | $12,520.25 |
| Houlihan Lokey Capital, Inc.<br>Financial Advisor and Investment Banker to the Reorganized Debtors<br>3/18/24 – 4/30/24 | $7,450,000.00 | $1,113.57 |
| Deloitte Financial Advisory Services LLP<br>Fresh-Start Accounting Services Provider to the Reorganized Debtors<br>3/18/24 – 4/30/24 | $1,036,366.00 | $0.00 |
| Deloitte Tax LLP<br>Tax Services Provider to the Reorganized Debtors<br>3/18/24 – 4/30/24 | $80,006.50 | $0.00 |

3. No trustee or examiner was appointed in the Chapter 11 Cases. Accordingly, no fees were incurred for a trustee or trustee's counsel.

4. All expenses arising from the administration of the Reorganized Debtors' estates and the Chapter 11 Cases, including, without limitation, any quarterly fees to the U.S. Trustee pursuant to 28 U.S.C. § 1930, have been paid or will be paid as and when due.

5. The Plan has been substantially consummated and all distributions that were required to be made pursuant to the Plan have been made or will be made, as set forth in the Motion.

6. All motions, contested matters, and other proceedings that were before this Court with respect to the Chapter 11 Cases have been resolved, dismissed, or withdrawn.

 I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: July 1, 2024

*/s/ Ann Aber*
Name: Ann Aber
Title: Chief Legal Officer and Secretary