IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| JOANN INC., *et al.*, | : | Case No. 24-10418 (CTG) |
| Reorganized Debtor.[1] | : | **Related Dkt. Nos. 387 & 408** |

## CERTIFICATE OF NO OBJECTION REGARDING DOCKET NO. 387

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection, or other responsive pleading to the *Motion of Reorganized Debtor for Entry of a Final Decree and Order Closing the Chapter 11 Case and Terminating the Services of the Court-Appointed Claims and Noticing Agent* [Docket No. 387] (the "***Motion***")[2] filed with the United States Bankruptcy Court for the District of Delaware (the "***Court***") on June 17, 2024.

The undersigned further certifies that, as of the date hereof, she has reviewed the Court's docket in these cases and no answer, objection, or other responsive pleading to the Motion appears thereon. Objections to the Motion were to be filed and served by 4:00 p.m. (ET) on July 1, 2024 (the "***Objection Deadline***").

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN, Inc. (5540). The Reorganized Debtor's mailing address is 5555 Darrow Road, Hudson, OH 44236. In addition to JOANN, Inc., the "***Reorganized Debtors***" include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Needle Holdings LLC (3814) (Case No. 24-10419); Jo-Ann Stores, LLC (0629) (Case No. 24-10420); Creative Tech Solutions LLC (6734) (Case No. 24-10421); Creativebug, LLC (3208) (Case No. 24-10422); WeaveUp, Inc. (5633) (Case No. 24-10423); JAS Aviation, LLC (9570) (Case No. 24-10424); joann.com, LLC (1594) (Case No. 24-10425); JOANN Ditto Holdings Inc. (9652) (Case No. 24-10426); and Jo-Ann Stores Support Center, Inc. (5027) (Case No. 24-10427). All motions, contested matters, and adversary proceedings (if any) that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such closed-case debtors, are administered in this remaining chapter 11 case.

[2] Pursuant to Local Rule 3022-1(c), on July 1, 2024, the Reorganized Debtor filed the *Verified Final Report* [Docket No. 408].

31816208.1

As no responses to the Motion have been received, it is hereby respectfully requested that the proposed order attached to the Motion be entered at the earliest convenience of the Court.

Dated: July 5, 2024

*/s/ Rebecca L. Lamb*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **LATHAM & WATKINS LLP** |
| Michael R. Nestor (No. 3526) | George A. Davis (admitted *pro hac vice*) |
| Kara Hammond Coyle (No. 4410) | Alexandra M. Zablocki (admitted *pro hac vice*) |
| Rebecca L. Lamb (No. 7223) | 1271 Avenue of the Americas |
| Rodney Square | New York, NY 10020 |
| 1000 North King Street | Telephone:  (212) 906-1200 |
| Wilmington, DE 19801 | Email:  george.davis@lw.com |
| Telephone:  (302) 571-6600 |            alexandra.zablocki@lw.com |
| Email:  mnestor@ycst.com | |
|            kcoyle@ycst.com | Ted A. Dillman (admitted *pro hac vice*) |
|            rlamb@ycst.com | Nicholas J. Messana (admitted *pro hac vice*) |
| | 355 South Grand Avenue, Suite 100 |
| | Los Angeles, CA 90071 |
| | Telephone:  (213) 485-1234 |
| | Email:  ted.dillman@lw.com |
| |            nicholas.messana@lw.com |
| | |
| | Ebba Gebisa (admitted *pro hac vice*) |
| | 330 North Wabash Avenue, Suite 2800 |
| | Chicago, IL 27017 |
| | Telephone:  (312) 876-7700 |
| | Email:  ebba.gebisa@lw.com |

*Counsel for Reorganized Debtor*