# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
: 
In re:  :  Chapter 11
: 
JOANN INC., *et al.*,  :  Case No. 24-10418 (CTG)
: 
            Reorganized Debtor.[1]  : 
: 
---------------------------------------------------------------- x

## NOTICE OF AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON JULY 9, 2024 AT 3:00 P.M. (ET)

> **This hearing will be held in Courtroom No. 1, 6th Floor, at the United States Bankruptcy Court for the District of Delaware.**
>
> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (ET) the business day before the hearing, unless otherwise noticed, using the *eCourtAppearances* tool available on the Court's website.**

## UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION

1. Motion of Reorganized Debtor for Entry of a Final Decree and Order Closing the Chapter 11 Case and Terminating the Services of the Court-Appointed Claims and Noticing Agent [D.I. 387; 6/17/24]

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN, Inc. (5540). The Reorganized Debtor's mailing address is 5555 Darrow Road, Hudson, OH 44236. In addition to JOANN, Inc., the "***Reorganized Debtors***" include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Needle Holdings LLC (3814) (Case No. 24-10419); Jo-Ann Stores, LLC (0629) (Case No. 24-10420); Creative Tech Solutions LLC (6734) (Case No. 24-10421); Creativebug, LLC (3208) (Case No. 24-10422); WeaveUp, Inc. (5633) (Case No. 24-10423); JAS Aviation, LLC (9570) (Case No. 24-10424); joann.com, LLC (1594) (Case No. 24-10425); JOANN Ditto Holdings Inc. (9652) (Case No. 24-10426); and Jo-Ann Stores Support Center, Inc. (5027) (Case No. 24-10427). All motions, contested matters, and adversary proceedings (if any) that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such closed-case debtors, are administered in this remaining chapter 11 case.

Related Pleadings:

    a)    Verified Final Report [D.I. 408; 7/1/24]

    b)    Certificate of No Objection [D.I. 411; 7/5/24]

Objection Deadline:    July 1, 2024 at 4:00 p.m. (ET) [Extended to July 5, 2024 for certain landlords]

Objections/Informal Responses:

    c)    Informal response from certain landlords

Status:    The informal response listed at Item (c) has been resolved. As no changes to the order filed with the motion were required, a certificate of no objection has been filed. A hearing is only necessary to the extent the Court has questions or concerns.

Dated: July 5, 2024

/s/ Rebecca L. Lamb

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Michael R. Nestor (No. 3526)
Kara Hammond Coyle (No. 4410)
Rebecca L. Lamb (No. 7223)
Rodney Square
1000 North King Street
Wilmington, DE 19801
Telephone: (302) 571-6600
Email:  mnestor@ycst.com
          kcoyle@ycst.com
          rlamb@ycst.com

**LATHAM & WATKINS LLP**

George A. Davis (admitted *pro hac vice*)
Alexandra M. Zablocki (admitted *pro hac vice*)
1271 Avenue of the Americas
New York, NY 10020
Telephone: (212) 906-1200
Email:  george.davis@lw.com
         alexandra.zablocki@lw.com

Ted A. Dillman (admitted *pro hac vice*)
Nicholas J. Messana (admitted *pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Email:  ted.dillman@lw.com
         nicholas.messana@lw.com

Ebba Gebisa (admitted *pro hac vice*)
330 North Wabash Avenue, Suite 2800
Chicago, IL 27017
Telephone: (312) 876-7700
Email:  ebba.gebisa@lw.com

*Counsel for Reorganized Debtor*

31807031.1