**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| JOANN INC., *et al.*, | ) Case No. 24-10418 (CTG) |
| | ) |
| Debtors. [1] | ) (Jointly Administered) |
| | ) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 10, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Supplemental Service List attached hereto as **Exhibit A**:

- Amended Notice of (I) Filing of Bankruptcy Petitions and Related Documents and (II) Agenda for Hearing on First Day Motions Scheduled for March 19, 2024 at 1:00 p.m. (ET) before the Honorable Craig T. Goldblatt of the United States Bankruptcy Court for the District of Delaware [Docket No. 48]

On June 11, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Supplemental Service List attached hereto as **Exhibit B**:

- Notice of (I) Occurrence of Effective Date and (II) Entry of Order (A) Approving the Disclosure Statement and (B) Confirming the First Amended Prepackaged Joint Plan of Reorganization of Joann Inc. and Its Debtor Affiliates under Chapter 11 of the Bankruptcy Code [Docket No. 318]

---

[1]  The Debtors in these cases, together with the last four digits of each Debtor's taxpayer identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); and Jo-Ann Stores Support Center, Inc. (5027).  The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

On June 12, 2024, at my direction and under my supervision, employees of Kroll caused the following documents to be served via first class mail on the Laporte County Treasurer, (ADRID: 28564533), 555 Michigan Ave, Ste 102, La Porte, IN, 46350-3491:

- Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to Pay Certain Prepetition Taxes and Fees and (II) Granting Related Relief [Docket No. 7]

- Interim Order Authorizing Payment of Prepetition Taxes and Fees [Docket No. 115]

- Omnibus Notice of First Day Motions and Final Hearing Thereon [Docket No. 119] (the "***Omnibus Notice of Motions & Final Hearing***")

On June 12, 2024, at my direction and under my supervision, employees of Kroll caused the Omnibus Notice of Motions & Final Hearing and the following documents to be served via first class mail on the Supplemental Utilities Service List attached hereto as **Exhibit C**:

- Motion of Debtors for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (II) Approving the Debtors' Proposed Form of Adequate Assurance of Payment to Utilities, (III) Establishing Procedures for Resolving Requests for Additional Adequate Assurance, (IV) Authorizing Payment of Any Prepetition Service Fees, and (V) Granting Related Relief [Docket No. 9]

- Interim Order (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (II) Approving the Debtors' Proposed Form of Adequate Assurance of Payment to Utilities, (III) Establishing Procedures for Resolving Requests for Additional Adequate Assurance, (IV) Authorizing Payment of Any Prepetition Service Fees; and (V) Granting Related Relief [Docket No. 117]

On June 12, 2024, at my direction and under my supervision, employees of Kroll caused the Omnibus Notice of Motions & Final Hearing and the following documents to be served via first class mail on the Axis Insurance Company, (ADRID: 28537318), 233 S Wacker Dr Ste 3510, Chicago, IL, 60606-6335:

- Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Prepetition Insurance Programs Obligations and (B) Maintain the Insurance Programs Postpetition and (II) Granting Related Relief [Docket No. 10]

- Interim Order (I) Authorizing the Debtors to (A) Pay the Prepetition Insurance Programs Obligations and (B) Maintain the Insurance Programs Postpetition and (II) Granting Related Relief [Docket No. 110]

On June 13, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Supplemental Tax Service List attached hereto as **Exhibit D**:

- Final Order Authorizing Payment of Prepetition Taxes and Fees [Docket No. 216]

On June 13, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served by via first class mail on the Supplemental Utilities Service List attached hereto as **Exhibit E**:

- Final Order (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service, (II) Approving the Debtors' Proposed Form of Adequate Assurance of Payment to Utilities, (III) Establishing Procedures for Resolving Requests for Additional Adequate Assurance, (IV) Authorizing Payment of Any Prepetition Service Fees; and (V) Granting Related Relief [Docket No. 217]

Dated: July 2, 2024

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 2, 2024, by Paul Pullo proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

*/s/ Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

SRF 79876, 79948, 79964 & 799987

**Exhibit A**

Exhibit A
Supplemental Service List
Served via first class mail

| AddressID | Name | Address1 | Address2 | City | State | Postal Code | Country |
|---|---|---|---|---|---|---|---|
| 28533086 | ALLIANZ | KONIGINSTRASSE 28 | | MUNICH | | 80802 | GERMANY |
| 28510680 | COLUMBUS WATER WORKS | 1421 VETERANS PARKWAY | | COLUMBUS | GA | 31901 | |
| 28520586 | HOPE GAS | P.O. BOX 646049 | | PITTSBURGH | PA | 15264-6049 | |
| 28559556 | NAVIGATORS INSURANCE | 10 KONRAD CRESCENT | | MARKHAM | ON | L3R 8T7 | CANADA |
| 28552217 | TEXAS GAS SERVICE | 1301 S. MOPAC EXPRESSWAY | SUITE 400 | AUSTIN | TX | 78746 | |

**Exhibit B**

Exhibit B
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 28531182 | AALIYAH HARRIS | Address on file | | | | | |
| 28531324 | ABBY HALL | Address on file | | | | | |
| 28531328 | ABBY JANKE | Address on file | | | | | |
| 28531363 | ABBY WALLICK | Address on file | | | | | |
| 28531415 | ABIGAIL BURKETT | Address on file | | | | | |
| 28531417 | ABIGAIL CAMPBELL | Address on file | | | | | |
| 28531454 | ABIGAIL HAYDEN | Address on file | | | | | |
| 28531471 | ABIGAIL LABUDDE | Address on file | | | | | |
| 28531505 | ABIGAIL RENZ | Address on file | | | | | |
| 28531613 | ACTIVE COUNTERMEASURES | PO BOX 970 | | SPEARFISH | SD | 57783-0970 | |
| 28510486 | ADRIJA DATTA | Address on file | | | | | |
| 28510500 | AEP - APPALACHIAN POWER | 200 ASSOCIATION DR | STE 201 | CHARLESTON | WV | 25311-1276 | |
| 28531885 | AHMARI RICE | Address on file | | | | | |
| 28574552 | AISLINN HENDRIX | Address on file | | | | | |
| 28574554 | AIYANA FAIRBANKS | Address on file | | | | | |
| 28532019 | AJAX EDWARDS | Address on file | | | | | |
| 28532044 | AKIM CABRERA | Address on file | | | | | |
| 28532089 | ALAINA JOHNSON | Address on file | | | | | |
| 28532298 | ALEX CIPRIANI | Address on file | | | | | |
| 28532347 | ALEX SCOTT | Address on file | | | | | |
| 28532573 | ALEXIS ALFORD | Address on file | | | | | |
| 28532582 | ALEXIS BLACKBURN | Address on file | | | | | |
| 28532666 | ALEXIS PITTS | Address on file | | | | | |
| 28532757 | ALFRED BLANCO | Address on file | | | | | |
| 28532876 | ALICIA PEREZ | Address on file | | | | | |
| 28532888 | ALICIA SODACHANH | Address on file | | | | | |
| 28533014 | ALISSAH ASHTON | Address on file | | | | | |

Exhibit B
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 28533016 | ALISSON KNOPP | Address on file | | | | | |
| 28558085 | ALLANA DOOLIN | Address on file | | | | | |
| 28533063 | ALLEN BROWN JR | Address on file | | | | | |
| 28533251 | ALLYSON ROBERTS | Address on file | | | | | |
| 28533327 | ALVINAKKA KYLES | Address on file | | | | | |
| 28533472 | ALYSSA NEWTON | Address on file | | | | | |
| 28533516 | ALYSSA TOKUNAGA | Address on file | | | | | |
| 28533541 | ALYX PTAK | Address on file | | | | | |
| 28533572 | AMANDA BAHNMAIER | Address on file | | | | | |
| 28533590 | AMANDA BROWN | Address on file | | | | | |
| 28533605 | AMANDA CASTILLO | Address on file | | | | | |
| 28533652 | AMANDA GONZALEZ | Address on file | | | | | |
| 28533773 | AMANDA PETERSON | Address on file | | | | | |
| 28533796 | AMANDA ROBERTSON | Address on file | | | | | |
| 28533829 | AMANDA TEASTER | Address on file | | | | | |
| 28533868 | AMANDA ZUDONYI | Address on file | | | | | |
| 28533887 | AMARA STECYK | Address on file | | | | | |
| 28533943 | AMBER CAHILL | Address on file | | | | | |
| 28533947 | AMBER CERON-BAXCAJAY | Address on file | | | | | |
| 28533997 | AMBER MCANDREW | Address on file | | | | | |
| 28534065 | AMBER WIDNER | Address on file | | | | | |
| 28534095 | AMELIA BARELA | Address on file | | | | | |
| 28534183 | AMIE EVANS | Address on file | | | | | |

Exhibit B
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 28534211 | AMIYAH WILLIAMS | Address on file | | | | | |
| 28534343 | AMY SCOTT | Address on file | | | | | |
| 28534358 | AMY STEVENS | Address on file | | | | | |
| 28534485 | ANALISA SANCHEZ | Address on file | | | | | |
| 28534488 | ANALISE WALD | Address on file | | | | | |
| 28534549 | ANDRANICE CARRINGTON-DAVIS | Address on file | | | | | |
| 28534623 | ANDREA LANGAN | Address on file | | | | | |
| 28534625 | ANDREA LOPETRONE | Address on file | | | | | |
| 28534691 | ANDREA WOODS | Address on file | | | | | |
| 28534743 | ANDREW GRILL | Address on file | | | | | |
| 28534814 | ANDROMEDA BRANCH | Address on file | | | | | |
| 28534845 | ANEST IWATA-MEDEA INC | 2730 NW 31ST AVE | | PORTLAND | OR | 97210-1718 | |
| 28534916 | ANGEL WILLIS | Address on file | | | | | |
| 28535036 | ANGELA ROONEY | Address on file | | | | | |
| 28535053 | ANGELA WALKER | Address on file | | | | | |
| 28573643 | ANNA PUTNAM | Address on file | | | | | |
| 28535596 | ANNDRA MCCOY | Address on file | | | | | |
| 28535610 | ANNE FUSZARD | Address on file | | | | | |

Exhibit B
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 28535714 | ANNIE HARTMAN | Address on file | | | | | |
| 28535725 | ANNIE VANG | Address on file | | | | | |
| 28535737 | ANNMARIE BARREIRO | Address on file | | | | | |
| 28535759 | ANTHONY BACCHUS | Address on file | | | | | |
| 28535819 | ANTHONY SHIPMAN | Address on file | | | | | |
| 28535827 | ANTHONY THIBAULT | Address on file | | | | | |
| 28535969 | APRIL PULIDO | Address on file | | | | | |
| 28535985 | APRIL STRONG | Address on file | | | | | |
| 28573656 | APRILROSE BERRY | Address on file | | | | | |
| 28536102 | ARI GLICK | Address on file | | | | | |
| 28536226 | ARIEL PUMPELLY | Address on file | | | | | |
| 28536232 | ARIEL SUTTON | Address on file | | | | | |
| 28536245 | ARIELLE ORTIZ | Address on file | | | | | |
| 28536259 | ARIYONA RANDALL | Address on file | | | | | |
| 28536420 | ASHLEE EDGE | Address on file | | | | | |
| 28536428 | ASHLEE MOORE | Address on file | | | | | |

Exhibit B
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 28536450 | ASHLEIGH WATROUS | Address on file | | | | | |
| 28536454 | ASHLEY ABNEY | Address on file | | | | | |
| 28536514 | ASHLEY DAVIS | Address on file | | | | | |
| 28536595 | ASHLEY LONG | Address on file | | | | | |
| 28536603 | ASHLEY LOZANO | Address on file | | | | | |
| 28536605 | ASHLEY LUPER | Address on file | | | | | |
| 28536616 | ASHLEY MAY | Address on file | | | | | |
| 28536635 | ASHLEY MONTES | Address on file | | | | | |
| 28536639 | ASHLEY MORATAYA | Address on file | | | | | |
| 28536807 | ASHTIN KNOWLES | Address on file | | | | | |
| 28536877 | ASTRID AVILA | Address on file | | | | | |
| 28536981 | AUDRA BRANNUM | Address on file | | | | | |
| 28537032 | AUDREY ZWAR | Address on file | | | | | |
| 28537066 | AURORA KOZMINSKI | Address on file | | | | | |
| 28537324 | AYDEN LEBIECKI | Address on file | | | | | |
| 28537404 | BAILEY COOLIDGE | Address on file | | | | | |
| 28537725 | BAYPORT-BLUE POINT PUBLIC LIBRARY | 186 MIDDLE RD | | BLUE POINT | NY | 11715-1217 | |
| 28537923 | BELLE CONNER | Address on file | | | | | |

Exhibit B
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 28538010 | BERENICE HERNANDEZ RODRIGUEZ | Address on file | | | | | |
| 28558209 | BERKLEY MILES | Address on file | | | | | |
| 28538082 | BETH DICKSON | Address on file | | | | | |
| 28538148 | BETHANY HEALY | Address on file | | | | | |
| 28538212 | BETTY CHEEK | Address on file | | | | | |
| 28538336 | BILLY DAMRON | Address on file | | | | | |
| 28538539 | BOW MCCORMICK | Address on file | | | | | |
| 28538629 | BRANDON BRADLEY | Address on file | | | | | |
| 28538806 | BREANNA GIRARD | Address on file | | | | | |
| 28538878 | BRENDA DEVILLE | Address on file | | | | | |
| 28538920 | BRENDA NICKLES | Address on file | | | | | |
| 28538962 | BRENDEN WARREN | Address on file | | | | | |
| 28539076 | BRIAN GAGNE | Address on file | | | | | |
| 28539084 | BRIAN HILL | Address on file | | | | | |
| 28539145 | BRIANA GUNN | Address on file | | | | | |
| 28539160 | BRIANA SOTELO | Address on file | | | | | |

Exhibit B
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 28539273 | BRIANNA SHELLEY | Address on file | | | | | |
| 28539307 | BRIANNE BOSH | Address on file | | | | | |
| 28539375 | BRIELLE DUGUID | Address on file | | | | | |
| 28539461 | BRITTANY BARLEY | Address on file | | | | | |
| 28539568 | BRITTNEY CORGIAT | Address on file | | | | | |
| 28539673 | BROOKE HELLYER | Address on file | | | | | |
| 28539714 | BROOKINGS PROPERTY MGMT INC | 1100 6TH ST | | BROOKINGS | SD | 57006 | |
| 28539809 | BRYNN NEWHARD | Address on file | | | | | |
| 28539837 | BUMBLE AND BIRCH, LLC | 171 VERNON RD | | REIDSVILLE | NC | 27320-1014 | |
| 28540009 | CAITLYN BALDWIN | Address on file | | | | | |
| 28540047 | CAITY CALHOUN | Address on file | | | | | |
| 28540056 | CAL APPAREL INC | 316 S. BRIDGE STREET | | VISALIA | CA | 93291 | |
| 28540160 | CAMERAY DUENEZ | Address on file | | | | | |
| 28540197 | CAMI SECKERS | Address on file | | | | | |
| 28527095 | CANDICE JONES | Address on file | | | | | |
| 28527114 | CANDY LACEY-PARTLOW | Address on file | | | | | |
| 28527187 | CARI OYE | Address on file | | | | | |
| 28527195 | CARINA SLADE | Address on file | | | | | |
| 28527225 | CARL FEEMAN | Address on file | | | | | |

Exhibit B
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 28527300 | CARLINDA SANCHEZ | Address on file | | | | | |
| 28573679 | CARLY SORENSEN | Address on file | | | | | |
| 28527372 | CARMEN CANO | Address on file | | | | | |
| 28527468 | CAROL MCNAUGHTON | Address on file | | | | | |
| 28527516 | CAROLANN BUTTS | Address on file | | | | | |
| 28527540 | CAROLINA MALDONADO | Address on file | | | | | |
| 28527556 | CAROLINE CLEMENTS | Address on file | | | | | |
| 28527717 | CARRIE KREWSON | Address on file | | | | | |
| 28527817 | CASEY MCCULLEY | Address on file | | | | | |
| 28527824 | CASEY ROCHETTE | Address on file | | | | | |
| 28527895 | CASSANDRA POTTER | Address on file | | | | | |
| 28527964 | CASSIE HALL | Address on file | | | | | |
| 28528090 | CATHERINE MORTENSEN | Address on file | | | | | |
| 28528107 | CATHERINE RUHL | Address on file | | | | | |
| 28528128 | CATHERINE WHITNEY | Address on file | | | | | |
| 28528143 | CATHY AAKRE | Address on file | | | | | |
| 28528317 | CELEST ZETINO | Address on file | | | | | |
| 28528336 | CELESTINE AGUAYO | Address on file | | | | | |
| 28528413 | CERA BURNHAM-DRAYER | Address on file | | | | | |
| 28528417 | CERAY SEATON | Address on file | | | | | |
| 28528489 | CHANNING MALEK | Address on file | | | | | |
| 28528506 | CHANTELL BRYANT | Address on file | | | | | |
| 28528533 | CHARITY HANSEN | Address on file | | | | | |
| 28528540 | CHARITY MERRELL | Address on file | | | | | |
| 28528610 | CHARLES POWELL | Address on file | | | | | |
| 28528684 | CHARNESE WOOD | Address on file | | | | | |
| 28528797 | CHELSEY HUSNICK | Address on file | | | | | |
| 28528802 | CHELSEY SEGUIN | Address on file | | | | | |
| 28528977 | CHEVELLE GONZALES | Address on file | | | | | |
| 28529016 | CHEYENNE NICHOLS | Address on file | | | | | |

Exhibit B
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 28529096 | CHLOE COUGHENOUR | Address on file | | | | | |
| 28529150 | CHLOE MOTA | Address on file | | | | | |
| 28529223 | CHRISSI JENKINS | Address on file | | | | | |
| 28529281 | CHRISTIAN GERMANY | Address on file | | | | | |
| 28529402 | CHRISTINA L MANUEL | Address on file | | | | | |
| 28529466 | CHRISTINE BILIKAS | Address on file | | | | | |
| 28529505 | CHRISTINE GREEN | Address on file | | | | | |
| 28529561 | CHRISTINE MOORE | Address on file | | | | | |
| 28529596 | CHRISTINE WOOD | Address on file | | | | | |
| 28529777 | CHYNA SOLUS | Address on file | | | | | |
| 28529796 | CIARA TARANGO | Address on file | | | | | |
| 28529904 | CINDY JONES | Address on file | | | | | |
| 28529929 | CINDY ROBERTS | Address on file | | | | | |
| 28530811 | CLAIRE ABBOTT | Address on file | | | | | |
| 28558460 | CLAIRE GARFF | Address on file | | | | | |
| 28530889 | CLARISSA GOMEZ | Address on file | | | | | |
| 28531004 | CLOE ZETTEL | Address on file | | | | | |
| 28531053 | CODY GERADS | Address on file | | | | | |
| 28531057 | CODY KULKA | Address on file | | | | | |
| 28531070 | CODY SIEGEL | Address on file | | | | | |
| 28510968 | CORTLAND HILL | Address on file | | | | | |
| 28510970 | CORTNEE TOMLINSON | Address on file | | | | | |
| 28511257 | CRISTAL SANTIAGO | Address on file | | | | | |
| 28511488 | CYNARA BRYANT | Address on file | | | | | |
| 28511513 | CYNTHIA BOSTICK | Address on file | | | | | |
| 28511694 | D'MARIAN MCCLAIN | Address on file | | | | | |

Exhibit B
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 28558548 | DACIA MURILLO | Address on file | | | | | |
| 28511715 | DAIJA PRESSLEY | Address on file | | | | | |
| 28511768 | DAKOTA DAVIES | Address on file | | | | | |
| 28511769 | DAKOTA DOWNS | Address on file | | | | | |
| 28511780 | DAKOTA MOSLEY | Address on file | | | | | |
| 28511787 | DAKOTA TIEGS | Address on file | | | | | |
| 28511900 | DANA KILPONEN | Address on file | | | | | |
| 28511901 | DANA KIMMEL | Address on file | | | | | |
| 28511964 | DANI CLARK | Address on file | | | | | |
| 28511971 | DANI RYAN | Address on file | | | | | |
| 28511980 | DANIEL ANDERSON | Address on file | | | | | |
| 28511993 | DANIEL BRUSHABER | Address on file | | | | | |
| 28512304 | DARBY WARFIELD | Address on file | | | | | |
| 28512395 | DARN GOOD YARN, INC. | 5 EXECUTIVE PARK DR STE 1 | | HALFMOON | NY | 12065-6652 | |
| 28512402 | DARON DANTZLER | Address on file | | | | | |
| 28512467 | DAVIAN LAFOUNTAIN | Address on file | | | | | |
| 28512482 | DAVID BISHOP | Address on file | | | | | |
| 28512568 | DAVID MADSEN | Address on file | | | | | |
| 28512585 | DAVID MOFFATT | Address on file | | | | | |
| 28512626 | DAVID TENORIO | Address on file | | | | | |
| 28512713 | DAWN OLIVEIRA | Address on file | | | | | |
| 28512734 | DAWN SURGEON | Address on file | | | | | |
| 28512747 | DAWNE WALTERS | Address on file | | | | | |

In re: JOANN Inc., *et al.*
Case No. 24-10418 (CTG)

Exhibit B
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 28512782 | DAZZLING SANTOS | Address on file | | | | | |
| 28512897 | DEAVIONNA PRINCE | Address on file | | | | | |
| 28513079 | DEBORAH ROBINSON | Address on file | | | | | |
| 28513174 | DEBRA HINES | Address on file | | | | | |
| 28513246 | DEBRAH CAPEHART | Address on file | | | | | |
| 28513498 | DENICE WELSH | Address on file | | | | | |
| 28513699 | DESIREE PIEPKORN | Address on file | | | | | |
| 28513745 | DESTINY BEASLEY | Address on file | | | | | |
| 28513799 | DESTINY WILLIAMS | Address on file | | | | | |
| 28513820 | DEVEONTA TISDEL | Address on file | | | | | |
| 28513963 | DIANA LUNA | Address on file | | | | | |
| 28514036 | DIANE HEINLEN | Address on file | | | | | |
| 28514050 | DIANE KRAUSE | Address on file | | | | | |
| 28514358 | DONALD PROPERTIES COMPANY | 2300 OAKMONT WAY STE 200 | | EUGENE | OR | 97401-5530 | |
| 28513291 | DONNA PROEHL | Address on file | | | | | |
| 28514514 | DONNA THOMAS | Address on file | | | | | |
| 28514547 | DORA POITEVINT | Address on file | | | | | |
| 28514571 | DORINDA WALL | Address on file | | | | | |
| 28514656 | DOUGLAS FRENZ | Address on file | | | | | |
| 28514736 | DUNBAR SECURITY PRODUCTS INC | 235 SCHILLING CIR | STE 109 | HUNT VALLEY | MD | 21031-1118 | |
| 28514803 | DYLAN KENNEDY | Address on file | | | | | |
| 28514981 | EDUARDO RAMIREZ | Address on file | | | | | |
| 28515540 | ELIZABETH KUHLKE | Address on file | | | | | |
| 28515581 | ELIZABETH MUDGE | Address on file | | | | | |
| 28515658 | ELIZABETH SLIDER | Address on file | | | | | |
| 28515781 | ELLEN HARNETT | Address on file | | | | | |
| 28515810 | ELLEN ZACARIAS | Address on file | | | | | |
| 28515815 | ELLIE AVILES | Address on file | | | | | |

Exhibit B
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 28515848 | ELLIOT COLE | Address on file | | | | | |
| 28515964 | EMEKA MCFARLANE | Address on file | | | | | |
| 28516042 | EMILY BARNHART | Address on file | | | | | |
| 28516090 | EMILY COHEN | Address on file | | | | | |
| 28516174 | EMILY HERMAN | Address on file | | | | | |
| 28516179 | EMILY HINOJOSA | Address on file | | | | | |
| 28516198 | EMILY JOHNSON | Address on file | | | | | |
| 28516297 | EMILY PEREZ | Address on file | | | | | |
| 28516349 | EMILY SCHOSTEK | Address on file | | | | | |
| 28516421 | EMILY WILLIAMSON | Address on file | | | | | |
| 28516427 | EMILY WOODLIEF | Address on file | | | | | |
| 28516546 | EMMA LANGLEY | Address on file | | | | | |
| 28516572 | EMMA PARSLEY | Address on file | | | | | |
| 28516626 | EMMA WALLS | Address on file | | | | | |
| 28516764 | ERIC MUNNERLYN | Address on file | | | | | |
| 28516771 | ERIC PAYNE | Address on file | | | | | |
| 28516847 | ERICA TELENCIO | Address on file | | | | | |
| 28516897 | ERIKA GUERRERO | Address on file | | | | | |
| 28516922 | ERIKA THOMAS | Address on file | | | | | |
| 28516949 | ERIN CURTIS | Address on file | | | | | |
| 28517048 | ERIN STRAUSBAUGH | Address on file | | | | | |
| 28517225 | EUNICE ADU | Address on file | | | | | |
| 28517282 | EVAN ZAJDEL | Address on file | | | | | |
| 28517383 | EVERYTHING FUSILIER | 2515 LAUREL LAKES AVE | | DATON ROUGE | LA | 70820-5741 | |
| 28517433 | EZZY ICEMAN | Address on file | | | | | |
| 28517491 | FAITH DEFELICE | Address on file | | | | | |
| 28517493 | FAITH DRAVES | Address on file | | | | | |
| 28517626 | FAYY HALL | Address on file | | | | | |
| 28517661 | FELICIA RITZ | Address on file | | | | | |

Exhibit B
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 28517832 | FLORENTINA BOCANEGRA | Address on file | | | | | |
| 28517914 | FRANCES SACKS | Address on file | | | | | |
| 28518082 | GABE DUNCAN | Address on file | | | | | |
| 28518167 | GABRIELLE GARMON | Address on file | | | | | |
| 28518193 | GABRIELLE PRICE | Address on file | | | | | |
| 28518283 | GALAXY GOTT | Address on file | | | | | |
| 28557865 | GENA TAYLOR | Address on file | | | | | |
| 28518509 | GERI BERG | Address on file | | | | | |
| 28518672 | GINNY SHELL | Address on file | | | | | |
| 28518825 | GLYNN COUNTY TAX COMMISSIONER | 1725 REYNOLDS ST | STE 100 | BRUNSWICK | GA | 31520-6434 | |
| 28518939 | GRACE MORCOS-HILL | Address on file | | | | | |
| 28518947 | GRACE PERDUE | Address on file | | | | | |
| 28519011 | GRACYN DE ORNELAS | Address on file | | | | | |
| 28519016 | GRAEME MOHAN | Address on file | | | | | |
| 28519093 | GREEN BLUE INSTITUTE | GREENBLUE | PO BOX 1114 | CHARLOTTESVLE | VA | 22902-1114 | |
| 28519143 | GREGORY SIMMONS | Address on file | | | | | |
| 28519144 | GREGORY STRAND | Address on file | | | | | |
| 28519291 | GWENDOLYN JOHNSON | Address on file | | | | | |
| 28558947 | HADASA CISNEROS | Address on file | | | | | |
| 28519594 | HANNAH BLACK | Address on file | | | | | |
| 28519595 | HANNAH BLOMENKAMP | Address on file | | | | | |
| 28519637 | HANNAH GARREN | Address on file | | | | | |
| 28519639 | HANNAH GARTEE | Address on file | | | | | |
| 28519665 | HANNAH JOWETT | Address on file | | | | | |
| 28519734 | HANNAH POWELL | Address on file | | | | | |
| 28559002 | HARSHAVARDHAN SANGANABATLA | Address on file | | | | | |
| 28519905 | HAYDEHN TUIPULOTU | Address on file | | | | | |
| 28520012 | HEATHER CHRISTY | Address on file | | | | | |

Exhibit B
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 28520030 | HEATHER EVANS-COLEMAN | Address on file | | | | | |
| 28520039 | HEATHER GARDINER | Address on file | | | | | |
| 28520080 | HEATHER LEBLANC | Address on file | | | | | |
| 28520184 | HEAVEN BROGDON | Address on file | | | | | |
| 28520216 | HEIDI FALLON | Address on file | | | | | |
| 28520256 | HEIDI SHERMAN | Address on file | | | | | |
| 28520305 | HELEN PLUM MEMORIAL LIBRARY | 411 S MAIN St | | LOMBARD | IL | 60148 | |
| 28520417 | HILLARY MAGEE | Address on file | | | | | |
| 28520533 | HOLLY WASHINGTON | Address on file | | | | | |
| 28520584 | HOPE FRUM | Address on file | | | | | |
| 28520796 | IJONNIKA PIERCE | Address on file | | | | | |
| 28520904 | INGRID ROSKAM | Address on file | | | | | |
| 28521081 | ISABELLA BONNER | Address on file | | | | | |
| 28521128 | ISABELLA O'REAR | Address on file | | | | | |
| 28521307 | IYAUNNA HILL | Address on file | | | | | |
| 28521371 | JACEY KUNDE | Address on file | | | | | |
| 28521543 | JACOB MCQUILKIN | Address on file | | | | | |
| 28521706 | JADA FICK | Address on file | | | | | |
| 28521712 | JADA MARTINEZ | Address on file | | | | | |
| 28521771 | JADE WARING | Address on file | | | | | |
| 28521791 | JADIA BROWN | Address on file | | | | | |
| 28521798 | JADYN BURGESS | Address on file | | | | | |
| 28521877 | JAIME MATTHEWS | Address on file | | | | | |
| 28521926 | JALEE TURNHAM | Address on file | | | | | |
| 28522037 | JAMES KUBERA | Address on file | | | | | |
| 28522046 | JAMES MILLER | Address on file | | | | | |
| 28522066 | JAMES SHINER | Address on file | | | | | |
| 28574827 | JAMES TROUTMAN | Address on file | | | | | |
| 28522105 | JAMIA JEFFRIES | Address on file | | | | | |
| 28522107 | JAMIE ADAIR | Address on file | | | | | |

Exhibit B
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 28522128 | JAMIE FOSTER | Address on file | | | | | |
| 28522181 | JAMIE SMITH | Address on file | | | | | |
| 28522375 | JANET OTTO | Address on file | | | | | |
| 28522379 | JANET PIERCE | Address on file | | | | | |
| 28522402 | JANETE DARYANI CADENA | Address on file | | | | | |
| 28574843 | JANICE SCHMIDT | Address on file | | | | | |
| 28522499 | JANIQUE MAPP | Address on file | | | | | |
| 28522644 | JASMINE GALINDO | Address on file | | | | | |
| 28522783 | JASON SMITH | Address on file | | | | | |
| 28523144 | JEANNE ASHBY | Address on file | | | | | |
| 28523164 | JEANNETTE KEITEL | Address on file | | | | | |
| 28523191 | JEBASTINE THOMAS | Address on file | | | | | |
| 28523234 | JEFFREY C FISHER | Address on file | | | | | |
| 28523236 | JEFFREY DECKARD | Address on file | | | | | |
| 28523424 | JENNI HALL | Address on file | | | | | |
| 28523456 | JENNIFER BARNES | Address on file | | | | | |
| 28523461 | JENNIFER BEDARD | Address on file | | | | | |
| 28523588 | JENNIFER HULL | Address on file | | | | | |
| 28523797 | JENNIFER TERMINE | Address on file | | | | | |
| 28523838 | JENNIFER WOODS | Address on file | | | | | |
| 28523848 | JENNIFER ZAPATA | Address on file | | | | | |
| 28523910 | JEREMIAH HATCH | Address on file | | | | | |
| 28523935 | JEREMY GONZALES | Address on file | | | | | |
| 28523998 | JESS ANGIANO | Address on file | | | | | |
| 28524114 | JESSICA CLARKSON | Address on file | | | | | |
| 28524133 | JESSICA DAVIS | Address on file | | | | | |
| 28524154 | JESSICA FARNSWORTH | Address on file | | | | | |
| 28524158 | JESSICA FOWLER | Address on file | | | | | |
| 28524185 | JESSICA GUMP | Address on file | | | | | |
| 28524189 | JESSICA HARROLD | Address on file | | | | | |

Exhibit B
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 28524362 | JESSICA STOKER | Address on file | | | | | |
| 28524401 | JESSICA WHELAN | Address on file | | | | | |
| 28524465 | JESUS MORALES JR | Address on file | | | | | |
| 28524651 | JO HENNING | Address on file | | | | | |
| 28524744 | JOANNA KRUSSEL | Address on file | | | | | |
| 28524774 | JOANNE DONAHUE | Address on file | | | | | |
| 28524801 | JOANNE SANDERCEDERLOF | Address on file | | | | | |
| 28524941 | JOHANNAH COULTER | Address on file | | | | | |
| 28559198 | JOI HARRIS | Address on file | | | | | |
| 28559199 | JOI WILSON | Address on file | | | | | |
| 28525121 | JONAH HILL | Address on file | | | | | |
| 28525310 | JORDAN WHITTEMORE | Address on file | | | | | |
| 28525351 | JORGE-LUIS NAVARRO | Address on file | | | | | |
| 28525399 | JOSE RIVERA | Address on file | | | | | |
| 28525611 | JOSHUA RENSHAW | Address on file | | | | | |
| 28525626 | JOSHUA TROJAK | Address on file | | | | | |
| 28525664 | JOSLYNN KOLLMAN | Address on file | | | | | |
| 28525701 | JOY DINH | Address on file | | | | | |
| 28525724 | JOYCE BUTLER | Address on file | | | | | |
| 28525940 | JUDY WILLIAMS | Address on file | | | | | |
| 28526226 | JULIE ROSEBERRY | Address on file | | | | | |
| 28526249 | JULIE WALL | Address on file | | | | | |
| 28526295 | JULYNNE CASTLE | Address on file | | | | | |
| 28526358 | JUSTIN GREEN | Address on file | | | | | |
| 28526373 | JUSTIN MINER | Address on file | | | | | |
| 28526410 | JUSTINE EICKHOFF | Address on file | | | | | |
| 28526431 | K LYNN KENNEDY | Address on file | | | | | |
| 28513280 | KACEY BRUDNICKI | Address on file | | | | | |
| 28526439 | KACI ELLIS | Address on file | | | | | |
| 28526467 | KADI ELLIOTT | Address on file | | | | | |

Exhibit B
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 28526491 | KAELA WILSON | Address on file | | | | | |
| 28526504 | KAELYN JONES | Address on file | | | | | |
| 28526509 | KAETHE ELTAWELY | Address on file | | | | | |
| 28526558 | KAILANI SILVA | Address on file | | | | | |
| 28526588 | KAINE SEES | Address on file | | | | | |
| 28526690 | KAITLYN LARSON | Address on file | | | | | |
| 28526803 | KALEY SCHEPENS | Address on file | | | | | |
| 28526828 | KALLI TODD | Address on file | | | | | |
| 28526952 | KARA STAED | Address on file | | | | | |
| 28526999 | KAREN CONTRERAS | Address on file | | | | | |
| 28527008 | KAREN CURRAN | Address on file | | | | | |
| 28560671 | KAREN WILLIAMS | Address on file | | | | | |
| 28560786 | KARLEE SCHULTZ | Address on file | | | | | |
| 28560815 | KARMA SALDIVAR | Address on file | | | | | |
| 28560816 | KARMEN MILLMINE | Address on file | | | | | |
| 28560866 | KASCE PHIFER | Address on file | | | | | |
| 28560953 | KATARINA ROMAN | Address on file | | | | | |
| 28560965 | KATE FORTIN | Address on file | | | | | |
| 28560979 | KATE MCCOY | Address on file | | | | | |
| 28560982 | KATE PATRICK | Address on file | | | | | |
| 28560993 | KATE SCHUCHARDT | Address on file | | | | | |
| 28561054 | KATELYN REGAN | Address on file | | | | | |
| 28561066 | KATELYN WAGNER | Address on file | | | | | |
| 28574686 | KATELYN WHITTINGHAM | Address on file | | | | | |
| 28561097 | KATERINA PAMPOUKAS | Address on file | | | | | |
| 28561124 | KATHERINE BERG | Address on file | | | | | |
| 28561378 | KATHLEEN TROJAK | Address on file | | | | | |
| 28561584 | KATIE BACK | Address on file | | | | | |
| 28561594 | KATIE BROWN | Address on file | | | | | |
| 28561721 | KATLIN HOBBS | Address on file | | | | | |

Exhibit B
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 28561741 | KATRINA DOHERTY | Address on file | | | | | |
| 28561790 | KAVYA LAGHATE | Address on file | | | | | |
| 28561875 | KAYLA CANTU | Address on file | | | | | |
| 28562094 | KAYLEE YOUNGBLOOD | Address on file | | | | | |
| 28562157 | KAYSHIA CHAMBERS | Address on file | | | | | |
| 28562343 | KELLIE CORN | Address on file | | | | | |
| 28562396 | KELLY HENNEMANN | Address on file | | | | | |
| 28562433 | KELLY NORRIS | Address on file | | | | | |
| 28562478 | KELSEY BARNER | Address on file | | | | | |
| 28562510 | KELSEY LENNERT | Address on file | | | | | |
| 28562514 | KELSEY MANTHEI | Address on file | | | | | |
| 28562528 | KELSEY SIMON | Address on file | | | | | |
| 28562532 | KELSEY SURRETT | Address on file | | | | | |
| 28562664 | KENIA MERCADO | Address on file | | | | | |
| 28559233 | KENYA BUZO | Address on file | | | | | |
| 28562793 | KEREN KLINGMAN | Address on file | | | | | |
| 28563048 | KIERA MATHISON | Address on file | | | | | |
| 28563089 | KILCARR CRAFTS LLC | 8334 ELKO DR | | ELLICOTT CITY | MD | 21043-6913 | |
| 28563131 | KIM NOWAKOWSKI | Address on file | | | | | |
| 28563141 | KIM REED | Address on file | | | | | |
| 28563166 | KIMBERLEE RUSSELL | Address on file | | | | | |
| 28563236 | KIMBERLY FASHING | Address on file | | | | | |
| 28574507 | KIMBERLY LIGHTHOLDER | Address on file | | | | | |
| 28559285 | KOLLIN BATTLE | Address on file | | | | | |
| 28563715 | KRISTEN BABAUTA | Address on file | | | | | |
| 28563724 | KRISTEN BYRNE | Address on file | | | | | |
| 28563767 | KRISTEN SCOW | Address on file | | | | | |
| 28563778 | KRISTENA DUERMYER | Address on file | | | | | |
| 28563862 | KRISTIN ROMO | Address on file | | | | | |

Exhibit B
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 28563950 | KRISTOFOR ADAMS | Address on file | | | | | |
| 28563962 | KRISTY MCLOUD | Address on file | | | | | |
| 28563990 | KRYSTAL ALSBROOKS | Address on file | | | | | |
| 28564010 | KRYSTAL ZUEGER | Address on file | | | | | |
| 28564052 | KWABENA ADUSEI | Address on file | | | | | |
| 28564126 | KYLE ISRAEL | Address on file | | | | | |
| 28564130 | KYLE KNUDSEN | Address on file | | | | | |
| 28564194 | KYLIE BERTOLI | Address on file | | | | | |
| 28564229 | KYLIE SAND | Address on file | | | | | |
| 28564266 | KYRA JORDAN | Address on file | | | | | |
| 28564324 | LACEY BOGGS | Address on file | | | | | |
| 28564341 | LACIE BARKMAN | Address on file | | | | | |
| 28564503 | LANCE SYKORA | Address on file | | | | | |
| 28564529 | LANIYA BLAKELY | Address on file | | | | | |
| 28564638 | LATICIA SMITH | Address on file | | | | | |
| 28564686 | LAURA BEDNAVEK | Address on file | | | | | |
| 28564733 | LAURA GONZALEZ | Address on file | | | | | |
| 28564758 | LAURA JUNGLING | Address on file | | | | | |
| 28564776 | LAURA LOVERDE | Address on file | | | | | |
| 28564949 | LAUREN HENKE | Address on file | | | | | |
| 28564966 | LAUREN LIESER | Address on file | | | | | |
| 28564990 | LAUREN NELSON | Address on file | | | | | |
| 28565097 | LAURYN JEFFERSON | Address on file | | | | | |
| 28565106 | LAVALE PLAZA LLC | 11155 RED RUN BLVD STE 310 | | OWINGS MILLS | MD | 21117-9502 | |
| 28565146 | LAYLA HUDAIB | Address on file | | | | | |
| 28565197 | LEAH EIDE | Address on file | | | | | |
| 28565244 | LEAH SPINKS | Address on file | | | | | |
| 28565264 | LEANNA CLARK | Address on file | | | | | |
| 28565326 | LEEDIA SAYEGH | Address on file | | | | | |

Exhibit B
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 28565424 | LENISE HUNT | Address on file | | | | | |
| 28565470 | LERA MCCOY | Address on file | | | | | |
| 28565491 | LESLEY CORBETT | Address on file | | | | | |
| 28565529 | LESLIE JONES | Address on file | | | | | |
| 28565555 | LESLIE SHEARIN | Address on file | | | | | |
| 28565574 | LETEAGA SHINAULT | Address on file | | | | | |
| 28565578 | LETICIA GREEN | Address on file | | | | | |
| 28565829 | LILLIAN ARMSTEAD | Address on file | | | | | |
| 28565953 | LILY MCNALLY | Address on file | | | | | |
| 28565986 | LILY-IVETTE MARCIEL | Address on file | | | | | |
| 28566076 | LINDA FEENEY | Address on file | | | | | |
| 28566124 | LINDA JOHNSON | Address on file | | | | | |
| 28566142 | LINDA LEACH | Address on file | | | | | |
| 28566163 | LINDA MIHALIK | Address on file | | | | | |
| 28566171 | LINDA MOTT | Address on file | | | | | |
| 28566299 | LINDSAY SHATTO | Address on file | | | | | |
| 28574490 | LINDSEY BURGESS | Address on file | | | | | |
| 28566334 | LINDSEY ELLIS | Address on file | | | | | |
| 28566371 | LINDSEY WEAVER | Address on file | | | | | |
| 28566416 | LISA BARNETT | Address on file | | | | | |
| 28566427 | LISA BLUBAUGH | Address on file | | | | | |
| 28566445 | LISA CAPUTO | Address on file | | | | | |
| 28566461 | LISA COURCHESNE | Address on file | | | | | |
| 28566547 | LISA LOPEZ | Address on file | | | | | |
| 28566620 | LISA STEVENSON | Address on file | | | | | |
| 28559346 | LOCKETT ENTERPRISES LLC | PO Box 427 | | FLINT | MI | 48501-0427 | |
| 28559349 | LOELI GONZALEZ | Address on file | | | | | |
| 28566912 | LORI BANNOWSKY | Address on file | | | | | |
| 28559375 | LORI LARIMER | Address on file | | | | | |

Exhibit B
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 28559394 | LOYDA FRANKHOUSER | Address on file | | | | | |
| 28567130 | LUCAS HOUK | Address on file | | | | | |
| 28567133 | LUCAS KIETZMAN | Address on file | | | | | |
| 28567183 | LUCRETIA CARSON | Address on file | | | | | |
| 28567199 | LUCY MAURIN | Address on file | | | | | |
| 28567215 | LUCY ZUBEK | Address on file | | | | | |
| 28567309 | LYANNY ORMISTON | Address on file | | | | | |
| 28567347 | LYDIA RIVERA | Address on file | | | | | |
| 28567382 | LYNDA LONDER | Address on file | | | | | |
| 28567389 | LYNDA SPINELLI | Address on file | | | | | |
| 28567492 | LYNNE SEXTON | Address on file | | | | | |
| 28567693 | MADDIE HENRY | Address on file | | | | | |
| 28567704 | MADDIE TAYLOR | Address on file | | | | | |
| 28567712 | MADDISON ZBOCK | Address on file | | | | | |
| 28567762 | MADELINE EDMONDS | Address on file | | | | | |
| 28567785 | MADELINE MOORE | Address on file | | | | | |
| 28574462 | MADELYNN LINDEWIRTH | Address on file | | | | | |
| 28568016 | MADISON SHIVELY | Address on file | | | | | |
| 28568108 | MAGEN SUMMERS | Address on file | | | | | |
| 28568172 | MAHAILAH MCCORMICK | Address on file | | | | | |
| 28568230 | MAISIE MORRISON | Address on file | | | | | |
| 28568377 | MALIYAH FLAMINO | Address on file | | | | | |
| 28568396 | MALLORY SPARKS | Address on file | | | | | |
| 28568489 | MARBELY PONCE DE LEON | Address on file | | | | | |
| 28568557 | MARCO ELIZONDO | Address on file | | | | | |
| 28568745 | MARGEAUX LARSON | Address on file | | | | | |
| 28568771 | MARGUERITE PRIOR-LUJAN | Address on file | | | | | |
| 28568852 | MARIA HERNDON | Address on file | | | | | |
| 28568864 | MARIA LOPEZ LOPEZ | Address on file | | | | | |
| 28568907 | MARIA ROMERO | Address on file | | | | | |

Exhibit B
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 28568988 | MARIAH PRICE | Address on file | | | | | |
| 28569009 | MARIANA AVILES | Address on file | | | | | |
| 28569220 | MARISOL GARCIA | Address on file | | | | | |
| 28569299 | MARITZA MOSQUEDA | Address on file | | | | | |
| 28569319 | MARK ANTHONY FERRER | Address on file | | | | | |
| 28569326 | MARK BROWN | Address on file | | | | | |
| 28569364 | MARK WISEHART | Address on file | | | | | |
| 28569420 | MARLIN SANTOS | Address on file | | | | | |
| 28569454 | MARQUELLE HARRIS | Address on file | | | | | |
| 28569455 | MARQUESE HILL | Address on file | | | | | |
| 28569520 | MARTHA ANDRADE | Address on file | | | | | |
| 28569857 | MARY MCFARLANE | Address on file | | | | | |
| 28569862 | MARY MESSENGER | Address on file | | | | | |
| 28570098 | MATLYN WELSCH | Address on file | | | | | |
| 28570117 | MATT SELANDER | Address on file | | | | | |
| 28570172 | MATTHEW HERCEG | Address on file | | | | | |
| 28570224 | MATTHEW SELANDER | Address on file | | | | | |
| 28570338 | MAXWELL HILLMAN | Address on file | | | | | |
| 28574056 | MCKENNA SANGREN | Address on file | | | | | |
| 28559466 | MEAGAN KING | Address on file | | | | | |
| 28570601 | MEGAN GERARDO | Address on file | | | | | |
| 28570678 | MEGAN POWERS | Address on file | | | | | |
| 28570690 | MEGAN SANDHOLM | Address on file | | | | | |
| 28571015 | MELISSA ESTRADA | Address on file | | | | | |
| 28571127 | MELISSA POLASKY | Address on file | | | | | |
| 28571286 | MERCEDES RAMOS | Address on file | | | | | |
| 28571317 | MEREDITH WARD | Address on file | | | | | |
| 28571498 | MICHAEL CARRILLO | Address on file | | | | | |
| 28571604 | MICHAEL N JACKSON JR | Address on file | | | | | |
| 28571662 | MICHAEL TAPIA | Address on file | | | | | |

Exhibit B
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 28571816 | MICHELLE BORDA | Address on file | | | | | |
| 28571946 | MICHELLE MATTHEWS | Address on file | | | | | |
| 28571969 | MICHELLE OTERO | Address on file | | | | | |
| 28572070 | MICHELLETTE YEGGINS | Address on file | | | | | |
| 28572072 | MICHIE SHERMAN | Address on file | | | | | |
| 28572251 | MIKYLA GATES | Address on file | | | | | |
| 28572336 | MINDY FILLA | Address on file | | | | | |
| 28572392 | MIRANDA GIVENS | Address on file | | | | | |
| 28572432 | MIRELLA GUILLEN | Address on file | | | | | |
| 28572550 | MIYKAIA ADKINS | Address on file | | | | | |
| 28572609 | MOLLY CONLEY | Address on file | | | | | |
| 28572620 | MOLLY HAGEN | Address on file | | | | | |
| 28572721 | MONICA MCRAE | Address on file | | | | | |
| 28572787 | MONOTYPE IMAGING INC | 600 UNICORN PARK DR | STE 4 | WOBURN | MA | 01801 | |
| 28572881 | MORGAN DALMAN | Address on file | | | | | |
| 28572903 | MORGAN HARVEY | Address on file | | | | | |
| 28572950 | MORGAN PINER | Address on file | | | | | |
| 28572985 | MORGAN WASHBURN | Address on file | | | | | |
| 28573065 | MSHINDA LEWIS | Address on file | | | | | |
| 28573111 | MYA BERRY | Address on file | | | | | |
| 28573173 | MYRANDA ORTEGA | Address on file | | | | | |
| 28573177 | MYRH BLANC | Address on file | | | | | |
| 28573238 | NAHTALY MOTA | Address on file | | | | | |
| 28573286 | NANCY BOWE | Address on file | | | | | |
| 28573464 | NAT BJORGE | Address on file | | | | | |
| 28573474 | NATALEY COOK | Address on file | | | | | |
| 28573488 | NATALIA NICHOLE LUDUENA IRVIN | Address on file | | | | | |
| 28540235 | NATALIE BAYLIFF | Address on file | | | | | |
| 28540252 | NATALIE CIOCCA | Address on file | | | | | |
| 28540316 | NATALIE NOWAK | Address on file | | | | | |

Exhibit B
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 28540328 | NATALIE REYES | Address on file | | | | | |
| 28540334 | NATALIE SAUL | Address on file | | | | | |
| 28540357 | NATALYA KASPARIAN | Address on file | | | | | |
| 28540377 | NATASHA JONES | Address on file | | | | | |
| 28540458 | NATHANIEL DIAZ | Address on file | | | | | |
| 28540495 | NATREEL BLANKS | Address on file | | | | | |
| 28540717 | NICHOLAS JOHNSON | Address on file | | | | | |
| 28573562 | NICOLAS LAY | Address on file | | | | | |
| 28540834 | NICOLE BELLMORE | Address on file | | | | | |
| 28540916 | NICOLE KEITER | Address on file | | | | | |
| 28540948 | NICOLE O'CONNOR | Address on file | | | | | |
| 28540989 | NICOLE SMITHSON | Address on file | | | | | |
| 28541013 | NICOLE WEIGEL | Address on file | | | | | |
| 28541199 | NOAH WINNS-CROMER | Address on file | | | | | |
| 28541223 | NOELLE WHITE | Address on file | | | | | |
| 28559677 | ODALYS HERNANDEZ | Address on file | | | | | |
| 28541538 | OLGA TOLSTA | Address on file | | | | | |
| 28541599 | OLIVIA ERICSON | Address on file | | | | | |
| 28541630 | OLIVIA HOLTON | Address on file | | | | | |
| 28541658 | OLIVIA MCCURDY | Address on file | | | | | |
| 28541659 | OLIVIA MCGINNIS | Address on file | | | | | |
| 28541687 | OLIVIA RICKERT | Address on file | | | | | |
| 28559713 | PAM COOPER | Address on file | | | | | |
| 28542103 | PAMELA HEATON | Address on file | | | | | |
| 28559737 | PAT DALESSANDRO | Address on file | | | | | |
| 28542502 | PATTI ROWE | Address on file | | | | | |
| 28542511 | PATTY GENTRY | Address on file | | | | | |
| 28542657 | PAYTON MEYER | Address on file | | | | | |
| 28542719 | PEGGY MOFFAT | Address on file | | | | | |
| 28542939 | PHILIP ODANGO | Address on file | | | | | |

Exhibit B
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 28542966 | PHOEBE CHARERNSOOK | Address on file | | | | | |
| 28543170 | POP SOCKETS LLC | 3235 FRAIRIE AVE | | BOULDER | CO | 80301-2507 | |
| 28559784 | QUANTAVIOUS MOORE | Address on file | | | | | |
| 28543461 | QURAN FRANKLIN | Address on file | | | | | |
| 28543504 | RACHAEL YOUNG | Address on file | | | | | |
| 28543585 | RACHEL HAMMONDS | Address on file | | | | | |
| 28543604 | RACHEL JAMES | Address on file | | | | | |
| 28543614 | RACHEL KRUSE | Address on file | | | | | |
| 28543823 | RAINA GROVE | Address on file | | | | | |
| 28543913 | RANDI HALL | Address on file | | | | | |
| 28543982 | RAUL RAMIREZ | Address on file | | | | | |
| 28543999 | RAVEN STIKES | Address on file | | | | | |
| 28544137 | REBECCA BACKES | Address on file | | | | | |
| 28544308 | REBECCA PRADO | Address on file | | | | | |
| 28544325 | REBECCA ROGERS | Address on file | | | | | |
| 28544340 | REBECCA SOLL | Address on file | | | | | |
| 28544572 | RENA PINALES | Address on file | | | | | |
| 28544921 | RILEY LANE | Address on file | | | | | |
| 28544964 | RISSA ROGERS | Address on file | | | | | |
| 28544975 | RITA DRUMMOND | Address on file | | | | | |
| 28544979 | RITA IYANDA | Address on file | | | | | |
| 28545041 | ROBERT BAKER | Address on file | | | | | |
| 28545180 | ROBIN DEHAVEN | Address on file | | | | | |
| 28545357 | ROMAN JACKSON | Address on file | | | | | |
| 28545470 | ROSALINDA DELGADO | Address on file | | | | | |
| 28545472 | ROSALINDA PINSON | Address on file | | | | | |
| 28545495 | ROSE GRUENBACHER | Address on file | | | | | |
| 28545609 | ROWAN AYERS | Address on file | | | | | |
| 28545616 | ROXANA ROJAS | Address on file | | | | | |

Exhibit B
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 28559905 | RUTH ADHI | Address on file | | | | | |
| 28545747 | RUTH CAHILL | Address on file | | | | | |
| 28545788 | RUTH SAROIAN | Address on file | | | | | |
| 28545818 | RYAN CROWE | Address on file | | | | | |
| 28545988 | SABRINA KALISH | Address on file | | | | | |
| 28546015 | SABRINA WESSEL | Address on file | | | | | |
| 28546017 | SABRYNA KEETON | Address on file | | | | | |
| 28546102 | SAIKIRAN DARAM | Address on file | | | | | |
| 28546203 | SAM GAUTHIER | Address on file | | | | | |
| 28546245 | SAMANTHA AGUILAR | Address on file | | | | | |
| 28573739 | SAMANTHA DUKES | Address on file | | | | | |
| 28546359 | SAMANTHA INSALACO | Address on file | | | | | |
| 28546695 | SANDRA KING | Address on file | | | | | |
| 28546737 | SANDRA ROBINSON | Address on file | | | | | |
| 28546742 | SANDRA SALOZZO | Address on file | | | | | |
| 28546877 | SARA DUSENBERRY | Address on file | | | | | |
| 28546884 | SARA FARRIS | Address on file | | | | | |
| 28546967 | SARA ROZELL | Address on file | | | | | |
| 28546973 | SARA SCHOLZ | Address on file | | | | | |
| 28547024 | SARAH BEEMAN | Address on file | | | | | |
| 28547055 | SARAH CLARNEAU | Address on file | | | | | |
| 28547083 | SARAH DONOVON | Address on file | | | | | |
| 28547102 | SARAH FLORES | Address on file | | | | | |
| 28547219 | SARAH MAIMONE | Address on file | | | | | |
| 28547342 | SARAH STOWE | Address on file | | | | | |
| 28547531 | SAVANNAH MOORE | Address on file | | | | | |
| 28559953 | SAYRE SCHAEFER | Address on file | | | | | |
| 28547707 | SEAN SANDHAGEN | Address on file | | | | | |
| 28547763 | SEDONA HELMKE | Address on file | | | | | |
| 28547764 | SEDRIYANNA JONES | Address on file | | | | | |

Exhibit B
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 28559973 | SENHET SEFE | Address on file | | | | | |
| 28547845 | SERENITY HART | Address on file | | | | | |
| 28547892 | SEVANAH LACROIX | Address on file | | | | | |
| 28547986 | SHALITA ROBINSON | Address on file | | | | | |
| 28547996 | SHAMEIKA JOHNSON | Address on file | | | | | |
| 28548024 | SHANDAI KURYLO-BLACKTHORNE | Address on file | | | | | |
| 28548069 | SHANIA WADE | Address on file | | | | | |
| 28548230 | SHAPREE SMITH | Address on file | | | | | |
| 28548292 | SHARON CONNER | Address on file | | | | | |
| 28548295 | SHARON DIRKS | Address on file | | | | | |
| 28548340 | SHARON MEYER | Address on file | | | | | |
| 28548440 | SHAVAZIA DEBERRY | Address on file | | | | | |
| 28895248 | SHAWNA SWALLOW | Address on file | | | | | |
| 28574038 | SHAWNACEE HOLLANDER | Address on file | | | | | |
| 28548553 | SHEAMIN KIM | Address on file | | | | | |
| 28548556 | SHEENA LAYMAN | Address on file | | | | | |
| 28548587 | SHEILA JONES | Address on file | | | | | |
| 28548612 | SHEILA ZIMMERMAN | Address on file | | | | | |
| 28548694 | SHELIA WEST | Address on file | | | | | |
| 28548745 | SHEMAKA SWABY | Address on file | | | | | |
| 28548803 | SHERLYN MAGANA | Address on file | | | | | |
| 28548873 | SHERVILLE PARKER | Address on file | | | | | |
| 28548925 | SHILOH BRODIE | Address on file | | | | | |
| 28548970 | SHIRLEY THOMAS | Address on file | | | | | |
| 28549003 | SHUMANI RANGEL | Address on file | | | | | |
| 28549103 | SIERRA MOORE | Address on file | | | | | |
| 28549136 | SIFA HAJANIYACA | Address on file | | | | | |
| 28549609 | SOUP KLEIN | Address on file | | | | | |
| 28560041 | SPENCER CLARK | Address on file | | | | | |
| 28560052 | STACEY COLEMAN | Address on file | | | | | |

Exhibit B
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 28550029 | STEPHAN GROVES | Address on file | | | | | |
| 28550075 | STEPHANIE DIAZ | Address on file | | | | | |
| 28550268 | STEPHEN TEASTER | Address on file | | | | | |
| 28550541 | SUNNI KISTLER | Address on file | | | | | |
| 28550732 | SUSAN MORRISON | Address on file | | | | | |
| 28550799 | SUSAN SEIF | Address on file | | | | | |
| 28550861 | SUSANNA RENTERIA | Address on file | | | | | |
| 28550920 | SUZANNE WILKINS | Address on file | | | | | |
| 28551022 | SYDNEY REYNOLDS | Address on file | | | | | |
| 28551039 | SYDNEY SUMMERS | Address on file | | | | | |
| 28551067 | SYFELD KEENE ASSOCIATES | 1 PRIOR CT | | PALISADES | NY | 10964-1516 | |
| 28560120 | SYMONE CYRUS | Address on file | | | | | |
| 28551172 | TABYTHA GARDNER | Address on file | | | | | |
| 28551190 | TAHJA CAUDILL | Address on file | | | | | |
| 28551199 | TAI SHARPLEY | Address on file | | | | | |
| 28551317 | TAMESHA HILL | Address on file | | | | | |
| 28551366 | TAMMY GEISICK | Address on file | | | | | |
| 28551391 | TAMMY MORGAN | Address on file | | | | | |
| 28551414 | TAMMY WEINHOLD | Address on file | | | | | |
| 28551455 | TANGI E SMITH | Address on file | | | | | |
| 28551576 | TARYN HINES | Address on file | | | | | |
| 28551621 | TATIANA IEST | Address on file | | | | | |
| 28551641 | TATYANA HOWARD | Address on file | | | | | |
| 28551661 | TAWNEE WRIGHT | Address on file | | | | | |
| 28551760 | TAYLOR FRANCISCO | Address on file | | | | | |
| 28574111 | TERESA HARRISON | Address on file | | | | | |
| 28551984 | TERESA JACKSON | Address on file | | | | | |
| 28552107 | TERRI JAYNES | Address on file | | | | | |
| 28552176 | TESS KAUFMANN | Address on file | | | | | |

Exhibit B
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 28560186 | THE DAYLIGHT COMPANY LLC | 148 CYPRESS STATION DR | STE 130 | HOUSTON | TX | 77890-1640 | |
| 28552398 | THERESA MARKHAM | Address on file | | | | | |
| 28552473 | THOMAS FOWLER | Address on file | | | | | |
| 28552482 | THOMAS HILL | Address on file | | | | | |
| 28552563 | TIERRA CRAWFORD | Address on file | | | | | |
| 28552932 | TOBEY KING | Address on file | | | | | |
| 28552980 | TOM HAUSLER | Address on file | | | | | |
| 28553005 | TONI BULL | Address on file | | | | | |
| 28553069 | TONYA LOFBACK | Address on file | | | | | |
| 28553077 | TONYA SEWARD | Address on file | | | | | |
| 28553119 | TORI MARTINEZ | Address on file | | | | | |
| 28560293 | TRAVERSE DES SIOUX LIBRARY SYSTEM | 1400 MADISON AVE SUITE 610 | | MANKATO | MN | 56001 | |
| 28553403 | TRIM WALKER | Address on file | | | | | |
| 28553430 | TRINITY CRESELIOUS | Address on file | | | | | |
| 28553492 | TRISTA BRADFORD-TAYLOR | Address on file | | | | | |
| 28553510 | TRISTAN MARKLE | Address on file | | | | | |
| 28553538 | TROY MAILLET | Address on file | | | | | |
| 28553643 | TYLER BRUMMETT | Address on file | | | | | |
| 28553669 | TYLER GIROUX | Address on file | | | | | |
| 28553734 | TYRA JACKSON | Address on file | | | | | |
| 28553924 | VALARIE BREAUX | Address on file | | | | | |
| 28553926 | VALARIE NEWTON | Address on file | | | | | |
| 28553987 | VALERIE HESLAR | Address on file | | | | | |
| 28553994 | VALERIE MARTINEZ | Address on file | | | | | |
| 28554063 | VANESSA FLORES | Address on file | | | | | |
| 28554094 | VANESSA MURILLO | Address on file | | | | | |
| 28554141 | VANNESSA AVELLANEDA | Address on file | | | | | |
| 28554180 | VENICE BUTCHER | Address on file | | | | | |

Exhibit B
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| 28554270 | VERONICA JONES | Address on file | | | | | |
| 28554407 | VICTOR MARMOLEJO | Address on file | | | | | |
| 28554486 | VICTORIA HARRIS | Address on file | | | | | |
| 28554509 | VICTORIA LASTER | Address on file | | | | | |
| 28554528 | VICTORIA MOORE | Address on file | | | | | |
| 28554557 | VICTORIA SALLOT | Address on file | | | | | |
| 28554726 | VIRGINIA ROBERTS | Address on file | | | | | |
| 28554768 | VIVIAN WISE | Address on file | | | | | |
| 28555038 | WENDY THOMPSON | Address on file | | | | | |
| 28555571 | YAMARY GONZALEZ | Address on file | | | | | |
| 28555742 | YVETTE HOLMES | Address on file | | | | | |
| 28555995 | ZMAGS CORP | 320 CONGRESS ST FL 5 | | BOSTON | MA | 02210-1250 | |
| 28556018 | ZOE MARK | Address on file | | | | | |

**<u>Exhibit C</u>**

Exhibit C
Supplemental Utilities Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 28557445 | NATIONAL GRID | 170 DATA DR | WALTHAM | MA | 02451-2222 |
| 28553147 | TOWN OF BILLERICA, MA | PO BOX 986535 | BOSTON | MA | 02298-6535 |

**<u>Exhibit D</u>**

Exhibit D
Supplemental Tax Service List
Served via first class mail

| ADRID | NAME | ADDRESS 1 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|
| 28557445 | NATIONAL GRID | 170 DATA DR | WALTHAM | MA | 02451-2222 |
| 28553147 | TOWN OF BILLERICA, MA | PO BOX 986535 | BOSTON | MA | 02298-6535 |

**<u>Exhibit E</u>**

Exhibit E
Supplemental Utilities Service List
Served via first class mail

| ADRID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|
| 28518825 | GLYNN COUNTY TAX COMMISSIONER | 1725 REYNOLDS ST | STE 100 | BRUNSWICK | GA | 31520-6434 |
| 28564533 | LAPORTE COUNTY TREASURER | 555 MICHIGAN AVE | STE 102 | LA PORTE | IN | 46350-3491 |