**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| JOANN INC., *et al.*, | ) Case No. 24-10418 (CTG) |
|  | ) |
| Debtors. [1] | ) (Jointly Administered) |
|  | ) |
|  | ) |

## SUPPLEMENTAL AFFIDAVIT OF SERVICE

I, Paul Pullo, depose and say that I am employed by Kroll Restructuring Administration LLC ("***Kroll***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On June 14, 2024, at my direction and under my supervision, employees of Kroll caused the following document to be served via first class mail on the Supplemental Service List attached hereto as **Exhibit A**:

- Notice of (I) Occurrence of Effective Date and (II) Entry of Order (A) Approving the Disclosure Statement and (B) Confirming the First Amended Prepackaged Joint Plan of Reorganization of Joann Inc. and Its Debtor Affiliates under Chapter 11 of the Bankruptcy Code [Docket No. 318] (the "***Notice of Effective Date***")

On June 18, 2024, at my direction and under my supervision, employees of Kroll caused the Notice of Effective Date to be served via first class mail on the Rhonda Johnson, (ADRID: 28544753), whose address has been redacted in the interest of privacy:

On June 24, 2024, at my direction and under my supervision, employees of Kroll caused the Notice of Effective Date to be served via first class mail on the Supplemental Service List attached hereto as **Exhibit B**:

On June 26, 2024, at my direction and under my supervision, employees of Kroll caused the Notice of Effective Date to be served via first class mail on the Supplemental Service List attached hereto as **Exhibit C**:

---

[1]   The Debtors in these cases, together with the last four digits of each Debtor's taxpayer identification number, are: JOANN Inc. (5540); Needle Holdings LLC (3814); Jo-Ann Stores, LLC (0629); Creative Tech Solutions LLC (6734); Creativebug, LLC (3208); WeaveUp, Inc. (5633); JAS Aviation, LLC (9570); joann.com, LLC (1594); JOANN Ditto Holdings Inc. (9652); and Jo-Ann Stores Support Center, Inc. (5027).  The Debtors' mailing address is 5555 Darrow Road, Hudson, OH 44236.

On June 28, 2024, at my direction and under my supervision, employees of Kroll caused the Notice of Effective Date to be served via first class mail on the Supplemental Service List attached hereto as **Exhibit D**:

Dated: July 2, 2024

*/s/ Paul Pullo*
Paul Pullo

State of New York
County of New York

Subscribed and sworn (or affirmed) to me on July 2, 2024, by Paul Pullo, proved to me on the bases of satisfactory evidence to be the person who executed this affidavit.

/s/ *Cindy C. Hosein-Mohan*
Notary Public, State of New York
No. 01HO6295177
Qualified in Nassau County
Commission Expires December 30, 2025

**Exhibit A**

Exhibit A
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS |
|---|---|---|
| 28514199 | DINONN CAPPS | Address on file |
| 28565995 | LINA MALDONADO | Address on file |
| 28570599 | MEGAN FONTENOT | Address on file |

## Exhibit B

Exhibit B
Supplemental Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|---|
| 28532118 | ALANA FRIIHAUF | Address on file | | | KIRTLAND | OH | 44094-9255 |
| 28537002 | AUDREY H SWAYNEY | Address on file | | | LITTLE RIVER | SC | 29560 |
| 28511165 | COWETA COUNTY | TAX COMMISSIONER | 87 NEWNAN STATION DR | STE 200 | NEWNAN | GA | 30265-2659 |
| 28515040 | EILEEN STRATION | Address on file | | | HOWELL | MI | 48843-1000 |
| 28525090 | JOLENE MATTHEWS | Address on file | | | VALHEEMOSO SPRINGS | AL | 35775 |
| 28525505 | JOSEPHINE BATTLE | Address on file | APT 526 | | COLUMBIA | SC | 29223 |
| 28562015 | KAYLA WYLAM | Address on file | | | CEDAR RAPIDS | IA | 52405-1420 |
| 28566182 | LINDA NIENABER | Address on file | | | MYRTLE BEACH | SC | 29579-2557 |
| 28567591 | MACKENZIE DUBOIS | Address on file | | | CLOUDCROFT | NM | 88317-9601 |
| 28572398 | MIRANDA JACKSON | Address on file | | | COLUMBIA | SC | 29204 |
| 28549020 | SHYLIA BAISEY | Address on file | APT 342 | | PHOENIX | AZ | 85016-5112 |
| 28552361 | THERESA CHURCH | Address on file | | | NASHVILLE | TN | 37217-1033 |
| 28553509 | TRISTAN LESTER | Address on file | | | INDIANAPOLIS | IN | 46241-5653 |

**<u>Exhibit C</u>**

Exhibit C
Supplemental  Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|---|
| 28535036 | ANGELA ROONEY | Address on file | | | | |
| 28540056 | CAL APPAREL INC | 602 S BRIDGE ST | STE 6 | VISALIA | CA | 93277-2821 |
| 28513699 | DESIREE PIEPKORN | Address on file | | | | |
| 28520030 | HEATHER EVANS-COLEMA | Address on file | | | | |
| 28562343 | KELLIE CORN | Address on file | | | | |
| 28571317 | MEREDITH WARD | Address on file | | | | |

**Exhibit D**

Exhibit D
Supplemental  Service List
Served via first class mail

| ADDRESS ID | NAME | ADDRESS | CITY | STATE | POSTAL CODE |
|---|---|---|---|---|---|
| 28510707 | CONKRIGHT INC | 4124 WOODLAND PARK DR | BELLEVILLE | IL | 62226-8554 |
| 28560729 | KARINA RUBIO | Address on file | | | |
| 28553058 | TONY TILL | Address on file | | | |