IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- x
                                                      :

In re:                                      :      Chapter 11

JOANN INC., *et al.*,                   :      Case No. 24-10418 (CTG)

                Reorganized Debtor.[1]           :

---------------------------------------------------------------- x

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 9, 2024 AT 3:00 P.M. (ET)**

**AS NO MATTERS ARE GOING FORWARD, THIS HEARING
HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.**

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

1. Motion of Reorganized Debtor for Entry of a Final Decree and Order Closing the Chapter 11 Case and Terminating the Services of the Court-Appointed Claims and Noticing Agent [D.I. 387; 6/17/24]

    Related Pleadings:

    a) Verified Final Report [D.I. 408; 7/1/24]

    b) Certificate of No Objection [D.I. 411; 7/5/24]

---

[1] The Reorganized Debtor in this chapter 11 case, along with the last four digits of its federal tax identification number, is JOANN, Inc. (5540). The Reorganized Debtor's mailing address is 5555 Darrow Road, Hudson, OH 44236. In addition to JOANN, Inc., the "***Reorganized Debtors***" include the following debtors whose bankruptcy cases have been closed prior to the date hereof, along with the last four digits of their respective federal tax identification numbers and chapter 11 case numbers: Needle Holdings LLC (3814) (Case No. 24-10419); Jo-Ann Stores, LLC (0629) (Case No. 24-10420); Creative Tech Solutions LLC (6734) (Case No. 24-10421); Creativebug, LLC (3208) (Case No. 24-10422); WeaveUp, Inc. (5633) (Case No. 24-10423); JAS Aviation, LLC (9570) (Case No. 24-10424); joann.com, LLC (1594) (Case No. 24-10425); JOANN Ditto Holdings Inc. (9652) (Case No. 24-10426); and Jo-Ann Stores Support Center, Inc. (5027) (Case No. 24-10427). All motions, contested matters, and adversary proceedings (if any) that remained open as of the closing of such cases, or that are opened after the date thereof, with respect to such closed-case debtors, are administered in this remaining chapter 11 case.

[2] **Amended items appear in bold.**

      **c)**      **Final Decree and Order Closing the Chapter 11 Case and Terminating the Services of the Court-Appointed Claims and Noticing Agent [D.I. 415; 7/8/24]**

Objection Deadline:      July 1, 2024 at 4:00 p.m. (ET) [Extended to July 5, 2024 for certain landlords]

Objections/Informal Responses:

      d)      Informal response from certain landlords

Status:      **An order has been entered by the Court.  A hearing is unnecessary.**

Dated: July 8, 2024

*/s/ Rebecca L. Lamb*

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br>Michael R. Nestor (No. 3526)<br>Kara Hammond Coyle (No. 4410)<br>Rebecca L. Lamb (No. 7223)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Email: mnestor@ycst.com<br>       kcoyle@ycst.com<br>       rlamb@ycst.com | **LATHAM & WATKINS LLP**<br><br>George A. Davis (admitted *pro hac vice*)<br>Alexandra M. Zablocki (admitted *pro hac vice*)<br>1271 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 906-1200<br>Email: george.davis@lw.com<br>       alexandra.zablocki@lw.com<br><br>Ted A. Dillman (admitted *pro hac vice*)<br>Nicholas J. Messana (admitted *pro hac vice*)<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071<br>Telephone: (213) 485-1234<br>Email: ted.dillman@lw.com<br>       nicholas.messana@lw.com<br><br>Ebba Gebisa (admitted *pro hac vice*)<br>330 North Wabash Avenue, Suite 2800<br>Chicago, IL 27017<br>Telephone: (312) 876-7700<br>Email: ebba.gebisa@lw.com |

      *Counsel for Reorganized Debtor*