# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>JOANN INC., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-10418 (JKS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on Tuesday, February 4, 2025, the *Notice of Reclamation Demand of Brother International Corporation* was e-filed and served via CM/ECF on all parties registered to receive notification of such filings.

                                                **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

Dated: February 4, 2025              */s/ Gary D. Bressler*
                                                 Gary D. Bressler, Esq. (No. 5544)

                                                 *Counsel to Brother Internation Corporation*